UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

VITALY KORCHEVSKY,

           Defendant.

- - - - - - - - - - - - - - -X

ORDER

Docket No. 15-CR-381 (RJD)

       Upon the motion of the United States of America, by its counsel, Christopher L. Nasson, pursuant to 18 U.S.C. § 3145(a) (1) and 28 U.S.C. §1651(a), for the review and stay of the release order for the above-named defendant entered by the Honorable Linda K. Caracappa, United States Magistrate Judge, Eastern District of Pennsylvania on August 11, 2015, it is hereby

       ORDERED, that a hearing on the government's motion for revocation of said release order be promptly docketed and heard in this Court as soon as the parties are able to so appear.

       IT IS FURTHER ORDERED, that the release order entered on August 11, 2015, by the Honorable Linda K. Caracappa, United States Magistrate Judge, Eastern District of Pennsylvania, is hereby stayed pending the government's motion for review of said release order in the Eastern District of New York.

       IT IS FURTHER ORDERED that the Clerk of Court shall send, by facsimile, certified copies of this Order to the Honorable Linda K. Caracappa, United States Magistrate

Judge, Eastern District of Pennsylvania, the defendant's counsel and the attorneys for the government in the Eastern District of Pennsylvania and the Eastern District of New York.

Dated:     Brooklyn, New York
             August 11, 2015

        SO ORDERED:

                              HONORABLE BRIAN M. COGAN
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK