| **Slavic Evangelical Baptist Church of Brookhaven** |  | **Славянская Евангельская Баптистская Церковь** |
|---|---|---|
| 415 Edwards Drive<br>Brookhaven, PA 19015<br>*Phone:* (610) 358-2023<br>*E-mail:* contact@bsebc.com | | 415 Edwards Drive<br>Brookhaven, PA 19015<br>*Телефон:* (610) 358-2023<br>*E-mail:* contact@bsebc.com |

08/12/2015

### Petition for a Release on Your Own Recognizance

Dear Honorable court,

    We (Board Members) of Slavic Evangelical Baptist Church in Brookhaven, Pennsylvania want to appeal from our entire congregation that consists of more than 180 adult members, more than 200 kids and youth for a release of Vitaly Korchevsky, who was elected as our Senior Pastor since inception of our church in 2003. We want to appeal for his release from custody and want to reassure the court that Vitaly Korchevsky is a very respected and connected person within our community as well as with many organizations and businesses in our region. Rev. Korchevsky has a wife and two minor children who all reside in our area and are well connected within our congregation, our local community and schools.

    During all these years since Rev. Korchevsky became our senior pastor he has been able to show and prove his love and appreciation for each member of our church, regardless of the age, gender, or any other status. We all grew our spiritual strength from his enormous dedication for each and single one of us. Our current congregation's size, spiritual and emotional growth is just one small example of Rev. Korchevsky's love, respect and commitment to our God's calling that has been entrusted on him by our Lord and Savior Jesus Christ. We cannot comprehend or prevent any of those rumors and lies that have been manipulated over media channels where he has been tagged as a "flight risk" and simply plead to this honorable court to allow Rev. Korchevsky to get back to his family, his church and his community.

    We do believe in his innocence and want to guarantee his long-term ties to our community and our church. His personal record has never involved any crimes and his common travel is primarily associated with his spiritual work, local and international conferences, various spiritually-educational and teaching missions as well as general participation in God's calling to evangelize the world. During all these years we have been blessed to have him as our Senior Pastor and we cannot comprehend the reasons for not allowing him to be released. There is enormous amount of evidence that is available online, inclusive of our webpage, to show his dedication in spiritual work. In most of his trips his primary goal was always to ensure that he returns back to his local church in order to be able to serve his fellow members during most Sunday services. His dedication, his attachment, his spirituality and his love to all of us - simply disapprove any possibility that he might not appear at any future court hearings.

In His Mercy,
Board Members of Brookhaven Slavic Evangelical Church.

| Oleg Grigorenko | Andrey Kopytyuk | V. Lange<br>Viktor Lange | Georgiy Storchevoi |



**Қазақстан Інжілдік Христиан-Баптистерінің қауымдар одағы**
**Союз церквей Евангельских Христиан-Баптистов Казахстана**
**Union of Evangelical Christians - Baptists of Kazakhstan**

| | | |
|---|---|---|
| 101202<br>Қазақстан Республикасы,<br>Саран қаласы, Комсомол көшесі, 23<br>факс: (721 37) 7 61 46<br>e-mail: union@baptist.kz | БИН 920740001173<br>ИИК KZ34319G010000319997<br>в КФ «АО БТА Банк»<br>SWIFT БИК AB KZ KZ KX | Казахстан<br>101202 г. Сарань,<br>ул. Комсомольская, 23<br>тел/факс (72137) 7 61 46<br>e-mail: union@baptist.kz |

№ 29                                                                                               «13» 08 2015 г.

    I, Frans Tiessen, write to confirm that I have been known Vitaly Korchevsky for more than ten years. I have visited the Congress of Baptists in USA and Korchevsky's house for a first time in September 2005. After that I have been in United States several times visiting churches, conferences and congresses of Slavic Baptist churches from the East coast.

    During those trips I have visited Vitaly's Korchevsky family many times. I know him as a man of God, who has a fear of the Lord. I could see his life and his desire to live holy life. We invited him several times to Kazakhstan for a ministry. He stayed in my house. We could get to know each other better. I know him as a sincere Christian. He is strict and honest. Korchevsky is sacrificing and dedicated to God person. He has been in Kazakhstan from May 6th to May 10th, 2015 at the Pastor Conference in Almaty.

    During the year 2015 I was with him in Moldova from March 12th to March 15th, in Russia from March 23rd to March 26th. He also visited Kyrgyzstan at our invitation. He was invited many times during past years for various Christian events in Ukraine, Moldova, Russia, Kazakhstan, Kyrgyzstan. God has blessed us a lot through ministry of God's servant.

Sincerely,
Chairman of the Union of Christian Evangelical Baptist Churches of Kazakhstan
President of the Euro-Asiatic Federation of Christian Evangelical Baptist Unions

                                                     Frans Tiessen



# SALVATION
Slavic Baptist Church

August 13, 2015

To Whom It May Concern

The purpose of this letter is to say that I, Andrey Chumakin as the president of North West Association of Slavic Baptist Churches and pastor of Salvation Slavic Baptist Church in Seattle, WA can testify that personally know Vitaliy Korchevsky for about 15 years.

I would like to testify that according to my knowledge many of the trips that Vitaliy had made were for his participation in different church or youth conferences in Russia, Ukraine, Moldova or Kazakhstan. I know all the presidents of Baptist Unions in those countries. They invited Vitaliy to preach and participate in their conferences. Vitaliy and me were together in Istanbul, Turkey in January 2014 for pastor conference.

If you have any other questions give me call at (253) 335-4879

Sincerely,

*[signature]*

Andrey Chumakin
Pastor

10622 8th Street East Edgewood, WA 98372
Phone: (253) 952-7163 Fax: (253) 952-7164
Email: info@SalvationSBC.info
www.SalvationSBC.info