

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JN
F.#2012R00103

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 22, 2016

By ECF

Steven Brill, Esq.
Sullivan Brill
115 Broadway, 17th Floor
New York, New York 10006

        Re:    United States v. Vitaly Korchevsky
               Criminal Docket No. 15-381 (RJD)

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-referenced matter. As described further below, this production supplements the government's March 4, August 10, August 25, September 2, September 7 and September 23, 2016 productions. Please note that these materials are being produced subject to the protective order entered by the Court on January 5, 2016. The government requests reciprocal discovery.

       The government will make available at First Choice Copy two hard drives. One is labeled "Arkadiy & Igor Dubovoy Devices," which contains certain devices obtained by search warrant and/or consent from Igor and Arkadiy Dubovoy. An index of the drive is attached hereto and also enclosed on the hard drive. The second hard drive is labeled "Momotok Devices," which contains all of the devices seized from co-defendant Leonid Momotok. An index of the drive is also attached hereto. You may obtain copies of the hard drives by contacting Joseph Meisner at First Choice at 718-381-1480, extension 212, and referencing the print order number sent to counsel by email. First Choice is located at 52-08 Grand Avenue, Maspeth, New York 11378.

       In addition, the enclosed encrypted disc contains the following materials: (i) records from certain electronic media seized from Korchevsky at the time of his arrest (VK-000019037-51809)[1]; (ii) records from the electronic media seized from co-defendant Momotok

---

[1] These materials do not include what the FBI identified as spam and not relevant to the instant case. The media from which these documents were isolated was previously produced on August 10 and September 2, 2016. Many, if not all, of these documents were previously

at the time of his arrest (VK-000051810-55693)[2]; (iii) an index of the "Arkadiy and Igor Dubovoy Devices" hard drive; and (iv) an index of the "Momotok Devices" hard drive.

If you have any questions, please do not hesitate to contact us.

                Very truly yours,

                ROBERT L. CAPERS
                United States Attorney

By:   /s/
                Julia Nestor
                Whitman Knapp
                Richard Tucker
                Una Dean
                Assistant U.S. Attorneys
                (718) 254-6297/6107/6204/6473

Enclosures (not filed on ECF)

cc:    Clerk of the Court (RJD) (by ECF)

---

produced on August 10, 2016 without attachments. We are now producing these documents with their attachments.

[2] These materials do not include documents the FBI identified as spam and not relevant to the instant case. The media from which these documents were collected can be found in the hard drive labeled "Momotok Devices," produced herein. Many, if not all, of these documents were previously produced on September 2, 2016 without attachments. We are now producing these documents with their attachments.