

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK
F.#2012R00103

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 25, 2017

By ECF & Fedex

Steven Brill, Esq.
Sullivan Brill
115 Broadway, 17th Floor
New York, New York 10006

        Re:    United States v. Vitaly Korchevsky
                  Criminal Docket No. 15-381 (RJD)

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-referenced matter. The enclosed supplements the government's previous discovery productions. Please note that the enclosed materials are being produced subject to the protective order entered by the Court on January 5, 2016. The government reiterates its previous requests for reciprocal discovery.

        The enclosed encrypted disc contains:

- August 7, 2015 search warrant and application in connection with the search of the defendant's residence in Glen Mills, Pennsylvania (VK-000055694-55728); and

- August 10, 2015 search warrant and application in connection with a residence in Suwanee, Georgia (VK-000055729-55756).

If you have any questions, please do not hesitate to contact us.

            Very truly yours,

            ROBERT L. CAPERS
            United States Attorney

    By:    /s/
            Whitman G.S. Knapp
            Richard M. Tucker
            Una A. Dean
            Assistant U.S. Attorneys
            (718) 254-6107/6204/6473

Enclosure (not filed on ECF)

c.c.:  Clerk of the Court (RJD) (by ECF)