

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WK
F.#2012R00103

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 30, 2017

By ECF & FedEx

Steven Brill, Esq.
Sullivan Brill
115 Broadway, 17th Floor
New York, New York 10006

          Re:    United States v. Vitaly Korchevsky
                  Criminal Docket No. 15-381 (RJD)

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. The enclosed supplements the government's previous discovery productions. Please note that the enclosed materials, contained on a hard drive and an encrypted compact disc, are being produced subject to the protective order entered by the Court on January 5, 2016. The government reiterates its previous requests for reciprocal discovery.

       The enclosed hard drive contains brokerage records (VK-000056583-VK-000075104), and bank/other financial records (VK-000075105-VK-000253680). A detailed index of the documents is enclosed.

       The encrypted compact disc contains the following materials: (i) employment records from Morgan Stanley (VK-000253681-VK-000253714); (ii) documents from PR Newswire (PRN-001-PRN012); (iii) employment records from the Investment Counselors of Maryland (VK-000253715-VK-000253780); (iv) employment records from Gardner Lewis (VK-000253781-VK-000253783); (v) title reports (VK-000253784-VK-000253997); (vi) records from Fry's Electronics (VK-000253998-VK-000254018); (vii) Igor Dubovoy's Samsung S4 phone report, which was previously produced on December 22, 2016 (VK-000254019-VK-000254940).

If you have any questions, please do not hesitate to contact us.

                        Very truly yours,

                        BRIDGET ROHDE
                        Acting United States Attorney

By:        /s/
                        Whitman G.S. Knapp
                        Richard M. Tucker
                        Una A. Dean
                        Assistant U.S. Attorneys
                        (718) 254-6107/6204/6473

Enclosure (not filed on ECF)

c.c.:  Clerk of the Court (RJD) (by ECF)