UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF MOTION FOR A BILL OF PARTICULARS |
| -against- | IND.#: 15 Cr. 381 (RJD) |
| VITALY KORCHEVSKY, | |
| Defendant. | |

    PLEASE TAKE NOTICE, that the defendant Vitaly Korchevsky will move this Court before the Hon. Raymond J. Dearie, United States District Judge, of the Eastern District of New York, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, oral argument to be held on a date and time to be designated by the Court, pursuant to Rule 7 of the Federal Rules of Criminal Procedure and the inherent supervisory power of the Court for an Order (1) compelling the government to provide a Bill of Particular; and (2) Granting such additional relief as the Court deems just and proper, or as may become appropriate as a result of information disclosed pursuant to this motion.

    No previous application for the relief sought herein has been made to any Court.

RESPECTFULLY SUBMITTED.
In New York, New York
June 16, 2017

        SULLIVAN & BRILL, LLP

By: Steven Brill
*Attorneys for Mr. Korchevsky*
115 Broadway, 17th Floor
New York, NY 10006
(212) 566-1000
E-Mail: steven.brill@sullivanbrill.com


TO:   Honorable Raymond J. Dearie
       United States District Court
       225 Cadman Plaza East
       Brooklyn, NY 11201

       US Attorney's Office for the EDNY
       AUSA Richard Tucker
       271 Cadman Plaza East
       Brooklyn, New York 11201