

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMT
F.#2012R00103

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 9, 2017

By Hand

Steven Brill, Esq.
Sullivan Brill
115 Broadway, 17th Floor
New York, New York 10006

     Re: United States v. Vitaly Korchevsky
        Criminal Docket No. 15-381 (RJD)

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. The enclosed supplements the government's previous discovery productions. Please note that the enclosed materials, contained on an encrypted compact disc, are being produced subject to the protective order entered by the Court on January 5, 2016. The government reiterates its previous requests for reciprocal discovery. The encrypted compact disc contains Business Wire press release data from 2015 (BW_EDNY_000001) and acquisition information associated with the images and data produced by PR Newswire on May 24, 2017 (PRN-030). In addition, the enclosed thumb drive contains log files, reports and relevant work product for James Gimby, who conducted analysis regarding the computer intrusion suffered by Marketwired.

      If you have any questions, please do not hesitate to contact us.

                                      Very truly yours,

                                      BRIDGET ROHDE
                                      Acting United States Attorney

                    By:          /s/
                                      Whitman G.S. Knapp
                                      Richard M. Tucker
                                      Una A. Dean
                                      Assistant U.S. Attorneys
                                      (718) 254-6107/6204/6473

Enclosure

c.c.:  Clerk of the Court (RJD) (by ECF w/o enclosures)