

# MICHAEL G. MAYER, CFA, CFE
Vice President

M.B.A. Finance and Management Policy, Kellogg Graduate School of Management, Northwestern University

B.S. Marketing and Management Policy, Indiana University School of Business

## CONSULTING EXPERIENCE

Michael G. Mayer is a Vice President of Charles River Associates. He has performed numerous business valuation assignments and has evaluated numerous claims for economic loss in a range of business, banking, securities, derivatives and insurance disputes. He has also performed financial investigations of brokerage firms, hedge funds, savings & loans, banks, and insurance companies as well as in whistleblower, insider trading, and FCPA matters. He has testified as an expert in International Arbitration forums, US Federal and State Courts, AAA and FINRA arbitrations, and the Bahamian Supreme Court. Mr. Mayer's testimony has addressed financial and economic issues including investment suitability and trading, portfolio management, valuation, lost profits, loss of principal and prejudgment interest.

In litigation matters, Mr. Mayer has been most actively involved in the analyzing trading activity and determination of damages in securities fraud, insider trading and breach of fiduciary duty cases, broker/dealer litigation, failed mergers/acquisitions, bankruptcy, lender liability, and shareholder disputes. He is regularly called upon to analyze complex securities and explain their structures. Additionally, he has significant experience in other areas of commercial litigation including antitrust, accountant's liability, breach of contract, business interruption, and insurance. He has assisted counsel with respect to discovery and document management, deposition and cross-examination assistance and trial exhibit preparation.

Outside of litigation, Mr. Mayer regularly consults on financial issues relating to mergers, acquisitions, joint ventures, and licensing. He has analyzed and negotiated deal structures on behalf of clients in a broad range of industries ranging from pharmaceuticals to industrial rubber products. Additionally, he has performed business and intangible asset valuations for some of the largest companies in the country. Mr. Mayer has been widely quoted in the press including the Wall Street Journal, CFO Magazine, Inside Counsel Magazine, Securities Law360, and the Chicago Tribune, among others.

## EDUCATIONAL BACKGROUND AND SELECTED AFFILIATIONS

- MBA, Finance and Management Policy, Kellogg Graduate School of Management, Northwestern University
- B.S. with Distinction, Marketing and Management Policy, Indiana University School of Business
- Academic Awards include Beta Gamma Sigma Honorary Fraternity, Sigma Phi Epsilon Merit Scholarship and Dean's List
- Chartered Financial Analyst (CFA)
- Certified Fraud Examiner (CFE)
- International Society of Investment Analysts

- Investment Analysts Society of Chicago, Ethics Committee
- Association for Investment Management and Research
- Chicago Derivatives Society
- Licensing Executives Society
- Course Leader, American Management Association
- Arbitration Panelist, FINRA
- Instructor, Advanced White Collar Crime Conference, Federal Financial Institutions Examination Council
- Former Vice-Chairman, Board of Directors, New Tech Tool, L.L.C.
- Principal, Ascent Financial, L.L.C.
- Executive Committee, Charles River Associates
- Member, Board of Trustees and Investment Committee - Chicago Yacht Club Foundation

## OTHER INFORMATION

Mr. Mayer has testified as an expert in more than 90 matters and notably has served as Damages Consultant to the Enron Creditors Committee.  Twice, Mr. Mayer has spoken to sections of the American Bar Association on issues surrounding expert disclosure.  Additionally, Mr. Mayer developed and instructed the American Management Association's two-day course on *Forensic Accounting and Litigation Support* - and has been a regular instructor on fraud issues at the *Advanced White Collar Crime* school and the *Mortgage Fraud Symposium* for the Federal Financial Institutions Examination Council (FFIEC members include the FDIC, OTS, Board of Governors of the Federal Reserve, Office of the Comptroller of the Currency and the NCUA).  He has also served as a guest speaker at the Securities and Exchange Commission and University of Chicago Graduate School of Business.

Mr. Mayer co-founded Chicago based IPC Group, Inc. in 1988.  In 1999, IPC Group was acquired by InteCap, Inc.  InteCap, Inc. was subsequently acquired by Charles River Associates in 2004.  Mr. Mayer has served on the Executive Committee of all three firms. Prior to 1988, Mr. Mayer was a Financial Consultant for a large national business consulting firm and a Merchandise Analyst for a major national department store chain.

## PREVIOUS TESTIMONY

Securities and Exchange Commission v. Roger Parker, United States District Court for the District of Colorado, No. 12-cv-02839-JLK-MJW, Trial Testimony, August 23, 2017, and at retrial November 28 and 29, 2017

United States of America v. Shahriyar Bolandian, and Kevan Sadigh, United States District Court, Central District of California, Criminal Action No. CR 15-00465, Testimony at Hearing, October 18, 2017

Banco Popular de Puerto Rico v. Federal Deposit Insurance Corporation as Receiver of Westernbank Puerto Rico, American Arbitration Association Case No. 01-15-0004-2127, Testimony at Hearing, November 17, 2016

In the Matter of Lynn Tilton and Patriarch Partners, et. al, Respondents, United States of America before the Securities and Exchange Commission Administrative Proceeding, File No. 3-16462, Trial Testimony, October 25 and 26, 2016

Securities and Exchange Commission v. Larry A. Goldstone, et.al., United States District Court for the District of New Mexico, No. 12-257, Deposition Testimony, March 27, 2014. Trial Testimony, June 9 and 10, 2016

Securities and Exchange Commission v. Chad C. McGinnis and Sergey Pugach, United States District Court, District of Connecticut, No: 3:13-CV-1047 (AVC), Deposition Testimony, December 23, 2015

The Patriot Group, LLC v. Hilco Financial, LLC, et al., Circuit Court of Cook County, Illinois, Chancery Division, No. 10 L 03914, Deposition Testimony, July 7, 2015

U.S. Trust as Co-Trustee of the William A. Maloney Trust and Herbert S. Wander as Co-Trustee of the William A, Maloney Trust v. Margaret M. Raynard and Karen Cimino, Circuit Court of Cook County, Illinois, Chancery Division, No. 10 CH 43667, Deposition Testimony, February 26 and 27, 2015

Frank Maviglia v.X-Spine Systems, et al., District Court, Clark County, Nevada, No. A-11-638867-C, Deposition Testimony, February 3, 2015

Securities and Exchange Commission v. Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, United States District Court, District of Minnesota, No. 11-cv-ADM-JSM, May 10, 2013, Deposition Testimony. Trial Testimony, January 29, February 4, and February 5, 2014,

JJR, LLC, et al. v William J. Turner, Signature Capital, LLC et al., Circuit Court of Cook County, Illinois, Law Division, No. 2010-L-014697, August 29, 2013, Deposition Testimony

The Smart Marketing Group, Inc. v. Publications International Ltd., United States District Court, Northern District of Illinois, Eastern Division, No. 04 C 146, January 18, 2013, Deposition Testimony

United States of America v. Doug Whitman, United States District Court, Southern District of New York, 12-CRIM-125, August 13, 2012, Testimony at Trial

System Development Integration, LLC v. Computer Sciences Corporation, United States District Court, Northern District of Illinois, No. 09-cv-4008, August 6, 2012, Testimony at Hearing

Securities and Exchange Commission v. Morando Berrettini and Ralph J. Pirtle, United States District Court, Northern District of Illinois, Case No. 10-cv-01614, April 17, 2012, Affidavit

Richie Risk-Linked Strategies Trading (Ireland), Limited and Richie Risk-Linked Strategies Trading (Ireland) II, Limited v. Coventry First, LLC, The Coventry Group, Inc., Montgomery Capital, Inc., and LST I, LLC, United States District Court, Southern District of New York, Case No. 07-cv- 03494 (DLC), February 21, 2012, Deposition Testimony

Securities and Exchange Commission v. Compania Internacional Financiera S.A., Coudree Capital Gestion S.A., and Chartwell Asset Management Services, United States District Court, Southern District of New York, Case No. 11 Civ. 4904 JPO ECF Case, January 26, 2012, Deposition Testimony

Securities and Exchange Commission v. Luis Martin Caro Sanchez, United States District Court, Northern District of Illinois, No. 10-cv-5268, October 13, 2011, Affidavit

In Re: January 2, 2006 Sago Mine Incident, Circuit Court of Kanawha County, West Virginia, No. 06-C-1684, August 31, 2011, Deposition Testimony

Picatinny Federal Credit Union v. Federal National Mortgage Association, Superior Court of New Jersey, Law Division: Morris County, No L-713-09.  May 5, 2011, Deposition Testimony

Securities and Exchange Commission v. R. Brook Dunn and Nicholas P. Howey, United States District Court, District of Nevada, No. 2:09-cv-02213, April 28, 2011, Deposition Testimony

Williams Electronic Games, Inc., et al v. Arrow Electronics, Inc. et al, Circuit Court of Cook County, Illinois, Law Division, No. 06 CH 19128, September 13, 2010, Deposition Testimony

The Estate of William Bass, Deceased, et al v. Melvin Katten and Katten Muchin Zavis Rosenman, a Professional Corporation,  Circuit Court of Cook County, Illinois, Law Division, No. 08 L 1224, September 1, 2010, Deposition Testimony

Apparel Sales, Inc. v. Cellcards of Illinois, LLC and Coinstar, Inc., Circuit Court of Cook County, Illinois, Chancery Division,  No. 05 CH 15012 July 30, 2009 and September 9, 2009, Deposition Testimony

Temporary Services Insurance Ltd (Cayman) v. Michael J. O'Donnell and Advantage Services Group, et al., United States District Court Middle Florida, Orlando Division, No.  6:07-cv-1507-JA-UAM, June 4, 2009, Deposition Testimony

Phones Plus, Inc, Plan Administrator On Behalf of Itself and All Others Similarly Situated v. The Hartford Financial Services Group and The Hartford Life Insurance Company, United States District Court for the District of Connecticut, June 2, 2009, NO. 3:06-CV-1835, Deposition Testimony

SER Holdings, Inc. v. Vista Equity Fund II, LP, *et al,* American Arbitration Association, September 16, 2008, Deposition Testimony.

In the Matter of Application of Brad Berk, *et al* v. Pali Holdings, Inc., Supreme Court of the State of New York, County of New York, September 16, 2008, Affidavit.

Funai Electric Company, Ltd. v. Daewoo Electronics Corporation, *et al.,* United States District Court, Northern District of California, May 8, 2008, Deposition Testimony.

Bradley McGill and Delta Rangers, Inc. v. CME Group and the Board of Trade of the City of Chicago, Inc., American Arbitration Association, January 26, 2008, Arbitration Testimony.

LaSalle Technology Inc. *et al.* v. ABN AMRO, *et al.,* Circuit Court of Cook County, State of Illinois, October 16, 2007, Deposition Testimony.

Federal National Mortgage Association v. National Union Fire Insurance Company of Pittsburgh, PA., *et al.,* United States District Court, District of Columbia, October 11, 2007, Deposition Testimony.

C. Clark Hodgson, Jr., as receiver for Philadelphia Asset Management Co., *et al.* v. Man Financial Inc., *et al*., United States District Court, Eastern District of Pennsylvania, May 30, 2007, Deposition Testimony.

Richard and Catherine Lopardo v. Financial Square Partners, SG Cowen Securities Corporation and Lehman Brothers, Inc., National Association of Security Dealers, April 25, 2007, Arbitration Testimony.

Renaissance Learning, Inc. v. Omron Corporation, *et al.,* Circuit Court for Winnebago County, State of Wisconsin,  January 2, 2007, Affidavit.

Securities and Exchange Commission v. Daniel Calugar and Security Brokerage, Inc., United States District Court, District of Nevada, July 30, 2004 and May 17, 2006, Affidavits.

M.J. Select Global Limited (In Compulsory Liquidation) v. Oceanic Bank and Trust Company Limited, *et al.,* Commonwealth of the Bahamas in the Supreme Court, October 18, 2005, Trial Testimony.

Alan Yale and Judith Yale v. SG Cowen Securities Corporation, Lehman Brothers Inc., *et al.*, National Association of Security Dealers, April 18, 2005, Arbitration Testimony.

TruServ Corporation v. Ernst & Young LLP, American Arbitration Association, February 29, 2004, Deposition Testimony, January 27, 2005, March 1, 2005, Arbitration Testimony.

Estate of Ann Cuneo v. S.G. Cowen Securities Corporation *et al.,* National Association of Security Dealers, November 5, 2004, Arbitration Testimony.

Carl Fazio, Sr. *et al.* v. Lehman Brothers Inc. and S.G. Cowen Securities Corporation, New York Stock Exchange, September 24, 2004, Arbitration Testimony.

Sandra Schuessler v. SG Cowen Securities Corporation *et al.,* New York Stock Exchange, July 19, 2004, Arbitration Testimony.

Maria Giordano v. SG Cowen Securities Corporation *et al.,* New York Stock Exchange, June 17, 2004, Arbitration Testimony.

Kaye D. Jacobs v. Lehman Brothers Inc. and SG Cowen Securities Corporation, New York Stock Exchange, June 10, 2004, Arbitration Testimony.

Washington Mutual, Inc., *et al.* v. Gulf Insurance Company and Great American Insurance Company, United States District Court, Southern District of Texas, Houston Division, No. 4:02CV02265, March 23, 2004, Deposition Testimony.

Anthony Sarantakis, *et al.* v. Hambrecht & Quist, Inc., Lehman Brothers Inc., SG Cowen Securities Corporation, *et al.,* New York Stock Exchange, February 17, 2004, Arbitration Testimony.

Power Resources Operating Company, Inc. v. Sprague Energy Corp., In the Court of Common Pleas Stark County, Ohio, No. 2003 CV 0108, November 21, 2003, Deposition Testimony, December 12, 2003, Trial Testimony.

Hamburger Versicherungs, *et al.* v. Interpool, Inc., *et al.,* United States District Court, Southern District of New York, No. 02-CIV-10225, November 7, 2003, Deposition Testimony.

Verizon Wireless *et al.* v. Primeco Wireless Communications LLC, American Arbitration Association, No. 14-199-01143-02, September 26, 2003, Deposition Testimony.

Pulse Software, LLC v. NCMIC Insurance Company, United States District Court, District of New Jersey (Newark), No. 01-CV-4626, August 27, 2003, Deposition Testimony.

Kevin Boyle *et al.* v. Letco Partners, LLC *et al.,* Before the Chicago Board Options Exchange Director of Arbitration, No. 02 M 008, May 21, 2003, Testimony at Hearing.

The Union Illinois 1995 Investment Limited Partnership., *et al.* v. Union Financial Group, Ltd., Court of Chancery of the State of Delaware in and for New Castle County, No. 19586, April 11, 2003, Deposition Testimony, September 29, 2003, Trial Testimony.

Frank J. Wsol, Sr., and the International Brotherhood of Teamsters Local 710 Pension Fund, *et al.* v. Fiduciary Management Associates Inc. and East West Institutional Services, Inc., United States District Court, Northern District of Illinois, Eastern Division, No. 01 C 3438, September 13, 2002, Affidavit Testimony.

In Re: Enron Corp., *et al.*, Debtors, United States Bankruptcy Court, Southern District of New York, No. 01-16034, July 30, 2002, Affidavit Testimony.

Novak *et al.* v. InCapital Holdings *et al.*, Circuit Court of Cook County, State of Illinois, No. 01 CH 06147, April 26, 2002, Deposition Testimony.

Bell-Litho, Inc. v. James J. Gruper and Northland Graphic Supplies, *et al.*, Circuit Court of Cook County, State of Illinois, No. 02 CH 6726, April 12, 2002, Affidavit Testimony.

Enterprise Rent-A-Car Company, *et al.* v. Fireman's Fund Insurance Companies, *et al.*, Circuit Courts of St. Louis, State of Missouri, No. 0000-000270 J CV, June 1, 2001, Deposition Testimony.

Eastown Distributors, Co. *et al.* v. Fred R. Long, Esq., West Coast Industrial Relations Association, Inc, *et al.*, Circuit Court for the County of Wayne, State of Michigan, No. 98-837089, April 4, 2001, Affidavit Testimony.

ABB Power T&D Company, Inc. v. Alstom Esca Corporation, *et al.*, United States District Court, Northern District of California, San Jose Division, No. C99-21242 SW PVT ENE, March 15-16, 2001, Deposition Testimony, and September 2002, Trial Testimony.

Pennecom, B.V. v. Elektrim, S.A., International Court of Arbitration of the International Chamber of Commerce, No. 10 609/BWD, January 30, 2001, Testimony at Hearing.

Frank J. Wsol, Sr., and the International Brotherhood of Teamsters Local 710 Pension Fund, *et al.* v. Great Northern Asset Management *et al.*, United States District Court, Northern District of Illinois, Eastern Division, No. 99 C 2004, February 4, 2000, Affidavit, August 10, 2000, Deposition Testimony.

Donna Lee H. Williams, Insurance Commissioner for the State of Delaware, *et al.* v. UFH Apartments, Inc., *et al.*, United States District Court for the Southern District of New York, No. 97-CV-9050 (BDP), May, 2000, Affidavit, October, 2000, Deposition and Trial Testimony.

Frank J. Wsol, Sr., and the International Brotherhood of Teamsters Local 710 Pension Fund, *et al.* v. Fiduciary Management Associates Inc. and East West Institutional Services, Inc., United States District Court, Northern District of Illinois, Eastern Division, No. 99 C 1719, Various Dates in 1999 and 2000, Trial and Deposition Testimony.

Lyme Investments, Ltd. v. Frank J. Husic *et al.*, United States District Court, Northern District of Texas, Fort Worth Division, No. 4-98-CV-357-Y, October 7, 1999, Deposition Testimony.

Arthur B. Laffer v. ClickTheButton.Com, Inc. *et al.*, United States District Court, Southern District of California, No. CV 99-1473 IEG (CGA), Various dates in September, 1999, Affidavits.

James J. Morrow, *et al.* v. Theodore H. Roberts, LaSalle-Talman Bank *et al.*, Circuit Court of Cook County, Illinois, County Department, Chancery Division, No. 96 CH 11208, Affidavit and Deposition Testimony, various dates in 1999.

Bard Manufacturing Co., *et al.* v. Crispaire Corporation, United States District Court, Northern District of Ohio, Western Division, No. 3:95-CV-7103, May 25, 1999, Affidavit Testimony.

Roosevelt University and Theodore Gross v. Auditorium Theatre Council, Inc., Fred Eychaner, and Betty Lou Weiss, Appellate Court of Illinois, First Judicial Circuit, No. 94 CH 11328, February 19, 1999, Affidavit Testimony.

Sidney R. Wilhite, Louisiana Plastic Industries, Inc. and Louisiana Plastic Converting Corp. v. KPMG Peat Marwick and Ernst & Young, Fourth Judicial District Court, Parish of Ouchita, State of Louisiana, No. 90-1510, March 24, 1998, Deposition Testimony.

California Ironworkers Funds v. Loomis, Sayles & Co. *et al.,* United States District Court, Central District of California, No. N6-4036 WJR (JGx), Various Dates, Deposition Testimony and Testimony at Trial.

Archer-Daniels-Midland Company, *et al.* v. Phoenix Assurance Company of New York, Marine Indemnity Insurance Company of America, Commonwealth Insurance Company, Navigators Insurance Company, Albany Insurance Company, and Hartford Fire Insurance Company, United States District Court, Southern District of Illinois, No. 95-4001 JLF, September 23, 1997, Deposition Testimony.

J. Michael Brown v. Trailmobile, Inc., Circuit Court of Cook County, Illinois, Law Division, No. 94L-014827, August, 19, 1997, Deposition Testimony.

Syncor International Corporation v. Sierra Pharmacy Services, Inc., and Dennis J. Latino, United States District Court, District of Nevada, No. CV-N-96-00155-HDM, May 19, 1997, Deposition Testimony.

Robinson & Belew, Inc. v. Ranger Insurance Company, United States District Court, Western District of Tennessee, Eastern Division, No. 96-1050, March 21, 1997, Deposition Testimony, September 17, 1997, Trial Testimony.

Syncor International Corporation v. Premier Pharmacy Services, P.C., and Stephen L. Piepenbrink, United States District Court, Southern District of Indiana, District of Indianapolis, No. IP94 1557 C, January 15, 1997, Deposition Testimony.

Rodger M. Arst v. Stifel, Nicolaus & Company, Inc. and Odis E. Shoaf, Jr.,United States District Court, District of Kansas, No. 93-1299-JTM, November 7, 1996, Affidavit.

IBEW Local Union Nos. 570 and 518 and Saguaro Chapter NECA Pension Trust Fund, *et al.* v. EMG Advisors, Inc. and Raymond James & Associates, Inc. *et al.*, United States District Court, District of Arizona, No: CV 95-277-TUC-ACM, October 14, 1996, Affidavit.

Scattered Corporation v. Midwest Clearing Corporation, Circuit Court of Cook County, Illinois, County Department, Law Division, No. 93 L 10216, March 15, 1996, Deposition Testimony.

Michael J. Starshak v. Morris Anderson & Associates, Ltd., *et al.,* Circuit Court of Cook County, County Department, Chancery Division, No. 94 CH 2872, December 20, 1995, Deposition Testimony.

Marketview Software, Inc. v. Wesley G. Cole, MVS Enterprises and Susan M. Cole, Circuit Court of Cook County, Illinois, County Department, Chancery Division, No. 93 CH 010764, September 22, 1995, Deposition Testimony and September 27, 1995, Trial Testimony.

In Re Cuyahoga County S.A.F.E. Fund, Cuyahoga County Grand Jury, Cleveland, Ohio, May 16, 1995, Testimony before the Grand Jury.

In Re Chicago Flood Litigation, ITT Hartford v. City of Chicago and Great Lakes Dredge & Dock Company, Circuit Court of Cook County, Illinois, County Department, Law Division, No. 92 L 14894 Cons. w/ 92 L 5422, March 23, 1995, Deposition Testimony.

Circle Metal Specialties, Inc., v. Peter Stohr, Circuit Court of Cook County, Illinois, Chancery Division, No. 91 CH 3842, February 24, 1995, Deposition Testimony.

George Weiland and the Trustees of the Bridge, Structural and Reinforcing Ironworkers Local #1 Pension Trust Fund, et al. v. M.D. Sass Associates, Inc., *et al.*, United States District Court, Eastern District of Louisiana, MDL Docket N. 863, No. 92-2684 "G", October 27, 1994, Affidavit and Deposition Testimony.

Sora Loan Corporation v. George Bagley & Company, *et al.,* Circuit Court of Cook County, Illinois, Law Division, No. 90 L 15167, August 4, 1994, Deposition Testimony.

State of West Virginia v. Morgan Stanley & Co. Inc, Salomon Brothers, Inc., and Goldman Sachs & Co., Circuit Court of Kanawha County, West Virginia, No. 89-C-3700, Various Dates in 1991, 1992, and 1993, Affidavits, Deposition Testimony, and Testimony at Trial.

City State Bank and Sharon Bancshares, Inc. v. Borod & Huggins, *et al.,* In the 27th Judicial District of the State of Tennessee, # 1663, October 5 and 6, 1992, Deposition Testimony.

Sweet N' Counter, Inc. v. Joseph R. Marcus, Circuit Court of Cook County, Illinois, Law Division, No. 86 L 24788, January 4, 1992, Deposition Testimony.

Chicago Truck Drivers, Helpers and Warehouse Workers Union (Independent) Pension Fund v. Wolf, Webb, Burk and Campbell, American Arbitration Association Arbitration, Chicago, Illinois, April 30, 1991, Testimony at Hearing.

Firemen's Annuity and Benefit Fund of Chicago v. Union Planters National Bank, U.S. District Court for the Northern District of Illinois, #87 C 0106, December 10, 1990, Affidavit.

Merl L. Marcy and Gerald J. Marcy v. Merlin L. Markiewicz and Inland Real Estate Corporation, *et al.,* Circuit Court of Cook County, Illinois, Law Division, No. 86 CH 3588, October 20, 1990, Deposition Testimony.

Amanda Kane v. Shearson Lehman Hutton, Inc. and Robert E. Dunlap, New York Stock Exchange Arbitration, Boston, Massachusetts, January 25, 1990, Testimony at Hearing.

## SPEECHES AND PUBLICATIONS

The Hedge Fund Industry in 2015, and Looking into its Financial Future, Panelist, Baker Hostetler Event, June 23, 2015

The Hedge Fund Industry in 2013: A New Financial and Regulatory Landscape, Panelist, Baker Hostetler Event, June 18, 2013

Damages in International Arbitration, Panelist, Juris Conferences, New York, NY, October 19, 2012

Financial Crimes Seminar, Instructor, FDIC/FRB/FFIEC, Washington, DC, March 12, 2012, June 11, 2012, September 17, 2012

Fundamentals of Event Studies, Guest Speaker, United States Securities and Exchange Commission (SEC), Division of Enforcement, Chicago, Ilinois, June 25, 2012

Use of Experts, Guest speaker, Washington & Lee University School of Law, Securities Fraud Practicum, Arlington, VA, April 13, 2011

Leveraging Outside Expertise, Guest speaker, United States Securities and Exchange Commission (SEC), Division of Enforcement, Chicago, Illinois, October 14, 2010

Experts in ADR Forums, Guest speaker, Loyola University Law School, Alternative Dispute Resolution class,  April 21, 2010, Chicago, Illinois, November 16, 2010

Mortgage Fraud and the Economy, Mortgage Fraud Symposium sponsored by the Federal Financial Institutions Examination Council (FFIEC).  Arlington, Virginia, July 14-15, 2009

Handling Experts:  How To Properly Disclose Experts Without Losing Your License and Being Sued for Malpractice, Panelist, American Bar Association Insurance Coverage Litigation Committee CLE Seminar, Tucson, Arizona, February 27 – March 1, 2008.

Experts and Ethics: Are the Rules Changing? Presentation to the American Bar Association Tort Trial and Insurance Conference, San Antonio, Texas, April 14-16, 2005.

Detecting and Investigating Fraud, Advanced White Collar Crime Conference, Instructor, Sponsored by the Federal Financial Institutions Examination Council. (FFIEC Members: Board of Governors of the Federal Reserve System, Federal Deposit Insurance Corporation, National Credit Union Administration, Office of the Comptroller of the Currency, Office of Thrift Supervision), Arlington, Virginia, Quarterly, August 1999 – December 2001.

Derivatives Litigation, Presentation to the Investment Analysts Society of Chicago Derivatives Group, July 7, 1999.

Fundamentals of Forensic Accounting, with Sterl Greenhalgh, Sponsored by the American Management Association, Atlanta, New York City, San Francisco, Washington DC, Various dates in 1993 and 1994.

Cablecorp, A Case Study in Damages Analysis, Presented to Professor Roman Weil's Advanced Issues in Accounting Class, University of Chicago Graduate School of Business, Spring 1989.