

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RMT/JN/DG
F.#2012R00103

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 23, 2018

<u>By FedEx/Hand</u>

Steven Brill, Esq.
Sullivan Brill
115 Broadway, 17th Floor
New York, New York 10006

Mildred M. Whalen
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

      Re:    United States v. Vitaly Korchevsky et al.
                  <u>Criminal Docket No. 15-381 (RJD)     </u>

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. The enclosed materials supplement the government's previous discovery productions. The government reiterates its previous requests for reciprocal discovery.

        Enclosed please find a CD containing the following: (1) hard copy files from APD, bates stamped 23 APR 2018_000001 to 23 APR 2018_000111; (2) email search warrant returns from yahoo, bates stamped 23 APR 2018_000112; (3) FINRA CRD reports and certifications of business records for Khalupsky and Korchevsky, bates stamped 23 APR 2018_000113 to 23 APR 2018_000144; and (4) travel records for Korchevsky from American Airlines and US Airlines, bates stamped 23 APR 2018_000145 to 23 APR 2018_000276 and 23 APR 2018_000277 to 23 APR 2018_000357, respectively.

    Additionally, please find enclosed a thumb drive containing data from a mobile device belonging to Igor Dubovoy, bates stamped 23 APR 2018_000358.

Please let us know if you have any questions.

                                                     Very truly yours,

                                                   RICHARD P. DONOGHUE  
                                                   United States Attorney

                         By:            /s/  
                                                   Richard M. Tucker  
                                                 Julia Nestor  
                                                 David Gopstein  
                                                 Assistant U.S. Attorneys  
                                                 (718) 254-6204/6297/6153

Enclosures

cc: Clerk of the Court (RJD) (by ECF w/o enclosures)