**From:** Arkadiy Dubovoy
**To:** vkorchevsky@hotmail.com
**Subject:** Fwd: proprietary trading business!
**Date:** Sunday, January 20, 2013 5:31:28 AM
**Attachments:** traderA reports.JPG
Untitled attachment 00071.htm
traderB reports.JPG
Untitled attachment 00074.htm
One of our trading strategy(Video).rar
Untitled attached 00077.htm

Sent from my iPhone
Begin forwarded message

**From:**          **Pavel Dubovoy** *dubovoyp@gmail.com*
**Date:**          *January 20, 2013, 2:28:55 AM GMT+04:00*
**To:**            *"Arkadiy Dubovoy" <dubovoy01@gmail.com>*
**Subject:**       Fwd: *proprietary trading business!*

Dear Sir:
I am Tim, my SKYPE ID is cndt168, I talk with Viktor about the proprietary trading business few days ago.
We are prop traders which trade the stock of NYSE, NASDAQ and AMEX. Each of us do large volume perday. In 2012, my trader group make over 3 billions shares volume in NSDAQ and NYSE.At the same time, my three friend's trader group make over 3 billions shares volume in NASDAQ and NYSE also.
Each of us make stable profit through our special daytrading strategy.(you can see it in the pictrue "traderA reports.JPG" and "traderB reports.JPG") We would not cause sudden losses to your capital, you know we have dozens traders, and each of them do hundreds of traders perday, so the risk will be diversification, we never loss money in the twelve months of 2012.One of our trading strategy show in the video in the attachment. In the
example, trader place two 1000shares short orders at $50.81 and $50.82, then he place many buy orders at $50.79 and $50.80,to creates a pressure to cause buying activity, he get 1564shares short position in this example, then he cancel the buy orders in $50.81 and $50.82, place a 1564shares buy order at $50.78,and place many short orders at $$50.80 and $50.79 to creates a pressure to cause short activity.
I think the clearing firm provide prime broker server.
You can invest the capital to clearing firm, we do not use the capital, clearing firm manage your capital, and they provide buying power, we open account from your company.Our single trader's risk will be controlled by serveral measures:1)The trading



GOVERNMENT
EXHIBIT
**274(T)**
15 CR 381 (S-1) (RJD)

platform(sterlingtrader pro)can control the dailyloss of a trader forcedly. 2)We keep back the deposit of traders, if the trader's dailyloss is $1,500, we will keep back $4,500 deposit from him. 3)Trader do not trade the stock which daily volume is too low, we trade the stock which daily volume above 1m. 4)Trader don't take positions overnight, we do all intraday trading.
Considering our big volume, you can find a clearing firm which provide lower commission fee to deal with, if they charge you $0.10/1000shares, you can charge us $0.20/1000shares.And you take profit split from us.The commission fee is a stable income.
In China and Russia there are so many prop traders. I can introduce more and more prop trading group to your company if you can permit me the exclusive agency in China.There is a prop trading company in China make about 1.3 billions volume per month, they have so many traders but each of them do normal strategy like rebate trading.
Why we look for a good broker replace current broker.There are so many reasons.First,whether Chinese prop traders or Russian prop traders, they open account from the broker from Canada(Maybe some is Russian broker), Which sell trader's order flow to HFT company, so much trader's order flow can be used to design a HFT algo to trade against traders.Secondery, so many broker are not "real broker", it maybe a agent of a broker, or a secondery agents, ever a filiale of secondery agents.So there are so many people can monitor our trading activity,they may trade against us or follow us to make profit.Thirdly, some broker limited our open orders, they do not support our trading strategy.
We are sincerely looking forward to cooperatering with you.
Best Wishes!

| Date | | Orders | Fills | Qty | Gross | All Trades Fees | Net | Adj Fees | Unrealized Δ | Total Δ | Tra |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/04/12 | Eq | 1,890 | 3,873 | 529,304 | 3,000.41 | 555.72 | 2,444.69 | | | 2,444.69 | |
| 09/05/12 | Eq | 1,800 | 3,641 | 485,072 | 1,642.38 | 562.74 | 1,079.64 | | | 1,079.64 | |
| 09/06/12 | Eq | 1,359 | 2,473 | 325,404 | 3,050.70 | 451.68 | 2,599.02 | | | 2,599.02 | |
| 09/07/12 | Eq | 1,492 | 3,138 | 417,562 | 3,043.85 | 463.79 | 2,580.06 | | | 2,580.06 | |
| 09/10/12 | Eq | 963 | 2,004 | 289,466 | 505.39 | 334.70 | 170.69 | | | 170.69 | |
| 09/14/12 | Eq | 1,282 | 2,311 | 307,034 | 1,541.26 | 345.51 | 1,195.75 | | | 1,195.75 | |
| 09/17/12 | Eq | 1,487 | 2,845 | 375,230 | 3,027.54 | 433.03 | 2,594.51 | | | 2,594.51 | |
| 09/18/12 | Eq | 1,670 | 3,064 | 415,950 | 2,713.06 | 572.32 | 2,140.74 | | | 2,140.74 | |
| 09/19/12 | Eq | 1,813 | 3,533 | 464,946 | 3,670.28 | 545.29 | 3,124.99 | | | 3,124.99 | |
| 09/20/12 | Eq | 1,214 | 2,306 | 305,886 | 2,014.91 | 528.76 | 1,486.15 | | | 1,486.15 | |
| 09/21/12 | Eq | 1,622 | 3,107 | 434,286 | 459.89 | 819.86 | (359.97) | | | (359.97) | |
| 09/24/12 | Eq | 1,367 | 2,652 | 359,100 | 1,702.78 | 536.51 | 1,166.26 | | | 1,166.26 | |
| 09/25/12 | Eq | 1,782 | 3,307 | 446,084 | 249.20 | 571.51 | (322.31) | | | (322.31) | |
| 09/26/12 | Eq | 1,367 | 3,046 | 401,938 | 3,522.28 | 403.20 | 3,119.07 | | | 3,119.07 | |
| 09/27/12 | Eq | 1,840 | 3,267 | 469,812 | (637.35) | 872.95 | (1,510.29) | | | (1,510.29) | |
| 09/28/12 | Eq | 694 | 1,471 | 181,710 | 1,018.25 | 304.73 | 713.51 | | | 713.51 | |
| 09/30/12 | Eq | | | | | | | (410.48) | | (410.48) | |
| **Equities** | | 23,642 | 46,038 | 6,208,784 | 30,524.82 | 8,302.30 | 22,222.52 | (410.48) | | 21,812.04 | |

GOVERNMENT EXHIBIT
274-a1
15 CR 381 (S-1) (RJD)

| Date | | | | | All Trade Fees | | Adj Fees | | Total Δ | Tra |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/04/12 | Eq | 2,651 | 5,424 | 954,508 | 3,084.24 | 1,962.92 | 1,121.31 | | 1,121.31 | |
| 09/05/12 | Eq | 2,130 | 4,434 | 785,200 | 3,458.52 | 1,357.39 | 2,101.13 | | 2,101.13 | |
| 09/06/12 | Eq | 1,406 | 3,028 | 548,874 | 3,728.71 | 878.66 | 2,850.05 | | 2,850.05 | |
| 09/07/12 | Eq | 1,504 | 3,042 | 562,834 | 4,919.02 | 745.01 | 4,174.01 | | 4,174.01 | |
| 09/10/12 | Eq | 3,242 | 7,407 | 1,430,106 | 4,694.23 | 1,791.21 | 2,903.02 | | 2,903.02 | |
| 09/11/12 | Eq | 2,222 | 4,896 | 785,190 | 4,296.05 | 1,374.70 | 2,921.35 | | 2,921.35 | |
| 09/12/12 | Eq | 2,589 | 5,385 | 896,896 | 7,809.94 | 1,297.54 | 6,512.40 | | 6,512.40 | |
| 09/13/12 | Eq | 2,802 | 5,626 | 960,372 | 3,551.38 | 1,647.22 | 1,904.16 | | 1,904.16 | |
| 09/14/12 | Eq | 3,069 | 6,734 | 1,191,282 | 8,873.71 | 1,672.69 | 7,201.01 | | 7,201.01 | |
| 09/17/12 | Eq | 3,790 | 7,954 | 1,460,358 | 3,192.26 | 2,483.73 | 708.53 | | 708.53 | |
| 09/18/12 | Eq | 4,163 | 8,347 | 1,439,538 | 6,199.50 | 2,347.02 | 3,852.48 | | 3,852.48 | |
| 09/19/12 | Eq | 4,962 | 9,995 | 1,630,608 | 3,678.44 | 2,840.35 | 838.08 | | 838.08 | |
| 09/20/12 | Eq | 277 | 785 | 153,672 | (10,300.87) | 226.49 | (10,527.36) | | (10,527.36) | |
| 09/21/12 | Eq | 2,661 | 5,289 | 902,632 | 3,214.34 | 1,876.23 | 1,338.11 | | 1,338.11 | |
| 09/25/12 | Eq | 1,869 | 3,431 | 588,710 | 251.69 | 1,123.99 | (872.30) | | (872.30) | |
| 09/27/12 | Eq | 4,211 | 8,757 | 1,638,502 | 1,146.17 | 3,428.16 | (2,281.99) | | (2,281.99) | |
| 09/28/12 | Eq | 2,692 | 5,030 | 864,474 | (1,110.28) | 1,845.96 | (2,956.24) | | (2,956.24) | |
| 09/30/12 | Eq | | | | | | | (410.48) | (410.48) | |
| **Equities** | | **46,240** | **95,564** | **16,793,756** | **50,687.04** | **28,899.27** | **21,787.77** | **(410.48)** | **21,377.29** | |

GOVERNMENT EXHIBIT
**274-a2**
15 CR 381 (S-1) (RJD)