# FORM U5
# UNIFORM TERMINATION NOTICE FOR SECURITIES INDUSTRY REGISTRATION

U5 - FULL 11/06/2009                                   Rev. Form U5 (05/2009)

**Individual Name:** KORCHEVSKY (CFA), VITALY VIKTOROVICH (4118574)

**Firm Name:** INVESTMENT COUNSELORS OF MARYLAND (116379)

### NOTICE TO THE INDIVIDUAL WHO IS THE SUBJECT OF THIS FILING

*Even if you are no longer registered you continue to be subject to the jurisdiction of regulators for at least two years after your registration is terminated and may have to provide information about your activities while associated with this firm. Therefore, you must forward any residential address changes for two years following your termination date or last Form U5 amendment to: CRD Address Changes, P.O. Box 9495, Gaithersburg, MD 20898-9495.*

## 1. GENERAL INFORMATION

| First Name: | Middle Name: | | Last Name: | Suffix: |
|---|---|---|---|---|
| VITALY | VIKTOROVICH | | KORCHEVSKY | CFA |
| **Firm CRD #:** | **Firm Name:** | | **Firm NFA #:** | |
| 116379 | INVESTMENT COUNSELORS OF MARYLAND | | | |
| **Individual CRD #:** | **Individual SSN:** | | **Individual NFA #:** | **Firm Billing Code:** |
| 4118574 | xxx-xx-xxxx | | | 160569 |

**Office of Employment Address**

| CRD Branch # | NYSE Branch Code # | Firm Billing Code | Address | Private Residence | Type of Office | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| | | 160569 | 803 CATHEDRAL STREET<br><br>BALTIMORE, MD 21201 | N | Located At | 10/04/2005 | 10/06/2008 |

## 2. CURRENT RESIDENTIAL ADDRESS

### NOTICE TO THE FIRM

*This is the last reported residential address. If this is not current, please enter the current residential address.*

| From | To | Street | City | State | Country | Postal Code |
|---|---|---|---|---|---|---|
| 05/2002 | PRESENT | 1709 SLITTING MILL ROAD | GLEN MILLS | PA | USA | 19432 |

## 3. FULL TERMINATION

**Is this a FULL TERMINATION?**  ⦿ Yes  ○ No
Note: A "Yes" response will terminate ALL registrations with all *SROs* and all *jurisdictions*.

**Reason for Termination:** Discharged

GOVERNMENT EXHIBIT
601
15 CR 381 (S-1) (RJD)

**Termination Explanation:**
If the Reason for Termination entered above is Permitted to Resign, Discharged or Other, provide an explanation below:

POSITION ELIMINATED.

## 4. DATE OF TERMINATION

**Date Terminated (MM/DD/YYYY):** 10/06/2008
A complete date of termination is required for *full termination*. This date represents the date the *firm* terminated the individual's association with the *firm* in a capacity for which registration is required.

For *partial termination*, the date of termination is only applicable to post-dated termination requests during the renewal period.

Notes: For *full termination*, this date is used by *jurisdictions/SROs* to determine whether an individual is required to requalify by examination or obtain an appropriate waiver upon reassociating with another *firm*.

The *SRO/jurisdiction* determines the effective date of termination of registration.

## 6. AFFILIATED FIRM TERMINATION

No Information Filed

## 7. DISCLOSURE QUESTIONS

IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IN SECTION 7 IS 'YES', COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S). IF THE INFORMATION IN SECTION 7 HAS ALREADY BEEN REPORTED ON FORM U4 OR FORM U5, DO NOT RESUBMIT DRPs FOR THESE ITEMS. REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U5 INSTRUCTIONS FOR EXPLANATION OF ITALICIZED WORDS.

**Disclosure Certification Checkbox (optional):** ☐

By selecting the Disclosure Certification Checkbox, the firm certifies that (1) there is no additional information to be reported at this time; (2) details relating to Questions 7A, 7C, 7D and 7E have been previously reported on behalf of the individual via Form U4 and/or amendments to Form U4 (if applicable); and (3) updated information will be provided, if needed, as it becomes available to the firm. Note: Use of "Disclosure Certification Checkbox" is optional.

### Investigation Disclosure

| | YES | NO |
|---|---|---|
| **7A.** Currently is, or at termination was, the individual the subject of an *investigation* or *proceeding* by a domestic or foreign governmental body or *self-regulatory organization* with jurisdiction over *investment-related* businesses? (Note: Provide details of an *investigation* on an Investigation Disclosure Reporting Page and details regarding a *proceeding* on a Regulatory Action Disclosure Reporting Page.) | ○ | ● |

### Internal Review Disclosure

| | YES | NO |
|---|---|---|
| **7B.** Currently is, or at termination was, the individual under internal review for fraud or wrongful taking of property, or violating *investment-related* statutes, regulations, rules or industry standards of conduct? | ○ | ● |

## Criminal Disclosure

|     |     | YES | NO |
| --- | --- | --- | --- |
| **7C.** | While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual: | | |
| 1. | convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to any *felony*? | ○ | ● |
| 2. | *charged* with any *felony*? | ○ | ● |
| 3. | convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving*: investments or an *investment-related* business, or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses? | ○ | ● |
| 4. | *charged* with a *misdemeanor* specified in 7(C)(3)? | ○ | ● |

## Regulatory Action Disclosure

|     |     | YES | NO |
| --- | --- | --- | --- |
| **7D.** | While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual *involved* in any *disciplinary action* by a domestic or foreign governmental body or *self-regulatory organization* (other than those designated as a "*minor rule violation*" under a plan approved by the U.S. Securities and Exchange Commission) with jurisdiction over the *investment-related* businesses? | ○ | ● |

## Customer Complaint/Arbitration/Civil Litigation Disclosure

|     |     |     | YES | NO |
| --- | --- | --- | --- | --- |
| **7E.** | 1. | In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual <u>named</u> as a respondent/defendant in an *investment-related*, consumer-initiated arbitration or civil litigation which alleged that the individual was *involved* in one or more *sales practice violations* and which: | | |
| | | **(a)** is still pending, or; | ○ | ● |
| | | **(b)** resulted in an arbitration award or civil judgment against the individual, regardless of amount, or; | ○ | ● |
| | | **(c)** was settled, prior to 05/18/2009, for an amount of $10,000 or more, or; | ○ | ● |
| | | **(d)** was settled, on or after 05/18/2009, for an amount of $15,000 or more? | ○ | ● |
| | 2. | In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated (written or oral) complaint, which alleged that the individual was *involved* in one or more *sales practice violations*, and which | | |
| | | **(a)** was settled, prior to 05/18/2009, for an amount of $10,000 or more, or; | ○ | ● |
| | | **(b)** was settled, on or after 05/18/2009, for an amount of $15,000 or more? | ○ | ● |
| | 3. | In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, written complaint, not otherwise reported under questions 7(E)(2) above, which: | | |
| | | **(a)** would be reportable under question 14I(3)(a) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*; or | ○ | ● |
| | | **(b)** would be reportable under question 14I(3)(b) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*. | ○ | ● |

**Answer questions (4) and (5) below only for arbitration claims or civil litigation**

**filed on or after 05/18/2009**

4. In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, arbitration claim or civil litigation which alleged that the individual was *involved* in one or more *sales practice violations*, and which:
   (a) was settled for an amount of $15,000 or more, or;
   (b) resulted in an arbitration award of civil judgment against any named respondent(s)/defendant(s), regardless of amount?

5. In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, arbitration claim or civil litigation not otherwise reported under question 7E(4) above, which:
   (a) would be reportable under question 14I(5)(a) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*; or
   (b) would be reportable under question 14I(5)(b) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*.

### Termination Disclosure

**YES NO**

7F. Did the individual voluntarily *resign* from your *firm*, or was the individual discharged or permitted to *resign* from your *firm*, after allegations were made that accused the individual of:
   1. violating *investment-related* statutes, regulations, rules or industry standards of conduct?
   2. fraud or the wrongful taking of property?
   3. failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct?

### 8. SIGNATURE

Please Read Carefully

All signatures required on this Form U5 filing must be made in this section.

A "Signature" includes a manual signature or an electronically transmitted equivalent. For purposes of an electronic form filing, a signature is effected by typing a name in the designated signature field. By typing a name in this field, the signatory acknowledges and represents that the entry constitutes in every way, use, or aspect, his or her legally binding signature.

8A. FIRM ACKNOWLEDGMENT
This section must be completed on all U5 form filings submitted by the *firm*.

8B. INDIVIDUAL ACKNOWLEDGMENT AND CONSENT
This section must be completed on amendment U5 form filings where the individual is submitting changes to Part II of the INTERNAL REVIEW DRP or changes to Section 2 (CURRENT RESIDENTIAL ADDRESS).

### 8A. FIRM ACKNOWLEDGMENT

I VERIFY THE ACCURACY AND COMPLETENESS OF THE INFORMATION CONTAINED IN AND WITH THIS FORM.

**Person to contact for further information**  **Telephone # of person to contact**
LINDA L. ROSATELLI                            410-539-3838

**Signature of** *Appropriate Signatory*  
LINDA L. ROSATELLI  
**Signature** _____

**Date (MM/DD/YYYY)**  
11/06/2009

## CRIMINAL DRP

No Information Filed

## CUSTOMER COMPLAINT/ARBITRATION/CIVIL LITIGATION DRP

No Information Filed

## INTERNAL REVIEW DRP

No Information Filed

## INVESTIGATION DRP

No Information Filed

## REGULATORY ACTION DRP

No Information Filed

## TERMINATION DRP

No Information Filed

## Vitaly V Korchevsky, Vice President

Portfolio Manager, Equity

44033

| | | | |
|---|---|---|---|
| **Location:** | West Conshohocken, PA | **Hire Date:** | 01/03/2000 |
| **Demographics:** | Male, White-Not HispLat, 52 yrs old | **Rehire Date:** | 01/03/2000 |
| **Citizenship:** | United States of America | **Term Date:** | 09/21/2001 |
| **Status:** | Terminated | **Current CC:** | 4051 |
| **Length of Service:** | 1.7 yrs | **Current CC Dsc:** | Mas-Equity Port Mgmt |

### Job History

| Start Date | Level | Business Title | Division | Department |
|---|---|---|---|---|
| Jan 03, 2000 | VP | West Conshohocken Portfolio Manager, Equity | Active Fundamental Equity | US Equity Other |

### Previous Employment

| Start Date | End Date | Employer | Title |
|---|---|---|---|
| May 01, 1998 | Dec 01, 1999 | Gardner Lewis Asset Mngt. | Portfolio Manager |
| Oct 01, 1995 | May 01, 1998 | Crestor Asset Mngt. | Mutual Fund Mgr. |
| Jan 02, 1993 | Dec 31, 1995 | Regent University | Finance Department |
| Jan 01, 1993 | May 01, 1995 | CBN | Translator |
| Feb 01, 1988 | Sep 01, 1989 | Yasney Furniture Company | CEO |

### Education

| Date | Educational Institution | Degree | Major |
|---|---|---|---|
| 1995 | Regent University | Master of Business Admin | Finance |
| 1989 | Kharkov St Conservatory | Attended 1 To 2 Yrs Of College | Engineering |
| 1983 | Sukhumi Music College | Bachelor of Science | Music |

### Compensation History

| Year | Base | ABC | TRWD | YOY% |
|---|---|---|---|---|
| 2001 | 135,000 USD | 0 --- | --- | n/a |
| 2000 | 130,000 USD | 404,000 USD | 534,000 USD | 0.0% |

### Future Employer

| Start Date | Term Reason | Future Employer | Future Position |
|---|---|---|---|
| | Vol-Better Opportunity | Not Applicable | |

**GOVERNMENT EXHIBIT**
**602**
15 CR 381 (S-1) (RJD)

**2000 Firmwide Performance Evaluations**

9/15/2006 11:50:05 PM

*III - 1*

| | | | |
|---|---|---|---|
| **Evaluatee :** | Korchevsky, Vitaly V. | **Evaluation Director :** | Schlarbaum, Gary G. |
| **Title :** | Vice President | **Signature:** | |
| **Div/Dept :** | Global Investor Group \ U.S. Equity | **Date:** | |

**Review of 2000 Firmwide Performance E Performance**

### I. 2000 Performance Summary: Results Acheived

**Summarize the evaluatee's overall performance in 2000 relative to business unit goals, individual performance objectives, and professional development goals.**

Vitaly has had a difficult nine months with us. His investment performance has been very disappointing. The American Value Portfolio performance has been subpar with respect to both the benchmark and the competition. His style has not been a particularly good fit given the objectives of the portfolio. It has been a very difficult year for investing in companies with good growth stories with high valuations. He has worked hard and he does know his companies well. It is just that this has not been enough in the current environment.

### II. Performance Themes and Related Development: STRENGTHS

| Primary Strengths | Action To Be Taken In 2001 To Leverage Strengths |
|---|---|
| Work ethic. | Focus effort on companies that you know the best. Leverage the insights that you gain by analyzing companies. |
| Analytical skills. | Focus on areas of expertise. Continue to pursue knowledge of technology companies. |

### II. Performance Themes and Related Development: DEVELOPMENT AREAS

| Primary Development Areas | Action To Be Taken In 2001 To Improve or Grow in Development Areas |
|---|---|
| Portfolio Management. | Work with WBG and GGS to develop overall portfolio management skills. Work to develop a macro framework within which to assess meaning of company fundamentals. |
| Risk management. | Work on knowing when to be aggressive and when to be cautious. Stay within established portfolio management processes. |
| Communication. | Continue to work on communicating best ideas to other portfolio managers. |

### III. 2001 Professional Development Plan: NEXT STEPS

| Goals | Next Steps |
|---|---|
| Investment performance: We must greatly improve the stock selection results in the technology sector of all of our portfolios. | Work with Bill and Chuck to most effectively attack the problem of beating the benchmark in all of our portfolios. Learn how to play against the benchmark by understanding the different segments within each sector and knowing which securities will work the best within that segment. |
| Client service. | Begin to articulate the strategy within the tech sector. Develop materials that would effectively communicate the strategy to clients. |

### III. 2001 Professional Development Plan: CAREER DEVELOPMENT

**Comment on this evaluatee's longer term career goals. Identify ways the evaluatee can prepare to achieve career goals and how you and others in the Company can support him/her.**

Career goals are appropriate.

Confidential Treatment Requested by Morgan Stanley

MS - V.Korchevsky 000008