

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RMT/JN/DG
F. # 2012R00103

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 24, 2018

<u>By ECF, Email and FedEx</u>

Steven Brill, Esq.
Sullivan Brill
115 Broadway, 17th Floor
New York, New York 10006

Mildred M. Whalen
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

Re: <u>United States v. Vitaly Korchevsky et. al.</u>
<u>Criminal Docket No. 15-381 (RJD)</u>

Dear Counsel:

      Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and Rule 702 of the Federal Rules of Evidence, the government hereby notifies you that, at the trial in the above-referenced matter, the government plans to call the below listed witness as a linguist expert. The government reserves the right to substitute this expert with other expert witnesses, and will timely advise the defense of any changes in witnesses.

      The government previously disclosed that it planned to call Sergey Kalman as an expert witness. The government is now disclosing that it will replace Mr. Kalman's testimony as a certified Russian translator with that of Yana Agoureev. The government will also replace the testimony of Mr. Kalman as a certified Ukrainian translator with that of Valentina Bren-Buzil.

      Ms. Agoureev is a language specialist in Russian-English language services. The government expects to introduce at trial Russian-language documents as well as other exhibits. Ms. Agoureev is expected to testify that she translated and/or verified the accuracy of translations of certain documents and other exhibits. She will testify that the finalized transcripts she translated and/or verified are true and accurate English translations of the original documents and other exhibits. Ms. Agoureev's curriculum vitae is attached hereto.

      Similarly, Ms. Bren-Buzil is a language specialist in Russian-English and Ukranian-English language services. The government expects to introduce at trial Ukranian-language documents. Ms. Bren-Buzil is expected to testify that she translated and/or verified the accuracy of translations of certain documents. She will testify that the finalized transcripts she

translated and/or verified are true and accurate English translations of the original documents. Ms. Bren-Buzil's curriculum vitae is attached hereto.

As stated above, the government reserves the right to call substitute expert witnesses, as well as to call additional expert witnesses, and will provide advance notice of any intent to do so.

                                                     Very truly yours,

                                                     RICHARD P. DONOGHUE
                                                     United States Attorney

By:     /s/
                         Richard M. Tucker
                         Julia Nestor
                         David Gopstein
                         Assistant U.S. Attorneys
                         (718) 254-6107/6297/6153

Enclosures

cc:     Clerk of the Court (RJD) (by ECF (w/o enclosures))