

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

June 8, 2018

**VIA ECF & Email**
U.S. Attorney's Office for the EDNY
Richard Tucker, AUSA
271 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Vitaly Korchevsky
      15 Cr. 381 (RJD)

Dear Mr. Tucker:

  Pursuant to Fed Crim. Rule 16(b)(1)(c), Mr. Korchevsky is exchanging various slides (as well as trial exhibits) generated by Michael Mayer, defendant's securities expert. This exchange supplements our previous disclosures pursuant to this Rule. Further, Mr. Korchevsky reserves the right to modify or update these slides. The slides will be provided to you via email.

  Thank you for your attention to this matter.

            Very truly yours,

            SULLIVAN & BRILL, LLP

            _____
            By: Steven Brill