BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE                                    COURTROOM 10A S

CRIMINAL CAUSE FOR STATUS CONFERENCE

DATE: **June 11, 2018**
TIME IN COURT: *8:45am to 9:30am*

DOCKET NUMBER:   CR 15-381(S-1)-01 & 02 (RJD)

U.S.A. -v- **VITALY KORCHEVSKY** (*on bond*)
COUNSEL:  Steven Brill, James Healy, Rachel Brill, Youngjin Choi  (*Retained*)
U.S.A. -v- **VLADISLAV KHALUPSKY** (*on bond*)
COUNSEL:  Mildred Whalen, LaKeytria Felder   (LAS)

AUSA:  Richard Tucker, Julia Nestor, David Gopstein
RUSSIAN INTERPRETERS: Nelly Alishaev and Sergey Shestakov (*as standby for deft Khalupsky*)

COURTREPORTER:   *Stacy Mace*

X   **CASE CALLED FOR CONFERENCE.**
    **DISCUSSION HELD.**
    **JURY SELECTION WILL BEGIN FOLLOWING CONFERENCE.**