

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

June 17, 2018

<u>Via ECF</u>
Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Vitaly Korchevsky</u>
                15 Cr. 381 (RJD)

Dear Judge Dearie:

      We have received the government's June 16, 2018, late-night disclosure and are in the process of reviewing it. We have also received co-defendant's Motion to Strike and Preclude Witness Testimony, which requests: (1) that Igor Dubovoy's testimony be stricken in its entirety; (2) that Arkadiy Dubovoy be precluded from testifying at trial; (3) that Court acknowledge the government's failure to provide a full financial accounting for Arkadiy Dubovoy; (4) that the Court require the government to provide an explanation for the late disclosure of Katherine Pierce's grand jury testimony, and also allow the defense sufficient time to review the additional 3500 material; and (5) that additional discovery be produced as outlined in the Motion.

      We join co-defendant's Motion in all respects. Additionally, we reserve the right to make additional substantive and discovery requests as warranted by these recent and disturbing developments.

                                        Respectfully submitted,

                                        Sullivan & Brill, LLP
                                        Attorneys for Mr. Korchevsky

                                        _____
                                        By: Steven Brill
                                            James Healy
                                            Rachel Brill