BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE                                COURTROOM 10A S

CRIMINAL CAUSE FOR JURY TRIAL

DATE: **June 19, 2018**
TIME IN COURT: **9:30am to 5:10pm**

DOCKET NUMBER:   CR 15-381(S-1)-01 & 02 (RJD)

U.S.A. -v-   **VITALY KORCHEVSKY** (*on bond*)
COUNSEL:   Steven Brill, James Healy, Rachel Brill, Youngjin Choi   (*Retained*)
U.S.A. -v-   **VLADISLAV KHALUPSKY** (*on bond*)
COUNSEL:   Mildred Whalen, LaKeytria Felder   (LAS)

AUSA:   Richard Tucker, Julia Nestor, David Gopstein
RUSSIAN INTERPRETERS: Nelly Alishaev and Sergey Shestakov (*as standby for deft Khalupsky*)

COURTREPORTER:   *Rivka Teich*

X   CASE CALLED FOR CONTINUATION OF JURY TRIAL.
FOLLOWING GOVERNMENT *WITNESSES* SWORN, EXAMINED & CROSSED:
*DAVE HAAPAOJA* EXAMINED BY AUSA NESTOR, CROSSED BY JAMES HEALY AND LAKEYTRIA FELDER;
*ROBERT SOARES* EXAMINED BY AUSA TUCKER, CROSSED BY JAMES HEALY AND LAKEYTRIA FELDER;
*MARTY FEIL* EXAMINED BY AUSA TUCKER, NO CROSS.
*AGENT KELLY CUNNINGHAM* EXAMINED BY AUSA GOPSTEIN, CROSSED BY STEVEN BRILL;
*THOMAS CAROCCI* EXAMINED BY AUSA GOPSTEIN, CROSSED BY STEVEN BRILL AND MILDRED WHALEN;
*ARKADIY DUBOVOY* (RUSSIAN INTERPRETERS ANDREW HARKUSCHA & GALINA ANDRACCHIO SWORN AND INTERPRETS FOR WITNESS) EXAMINED BY AUSA NESTOR.
TRIAL WILL CONTINUE ON 6/20/18 AT 9:30AM.