U.S.A. -v- KORCHEVSKY & KHALUPSKY
CR 15-381(S-1)-01 & 02 (RJD)

## COURT EXHIBIT LIST

| **EXHIBIT NUMBER** | **DESCRIPTION** | **DATE** |
|---|---|---|
| 1 | Jury Charge | 7/5/2018 |
| 2 | Jury Note | 7/5/2018 |
| 3 | Jury Note | 7/5/2018 |
| 4 | Jury Note | 7/5/2018 |
| 5 | Jury Note | 7/5/2018 |
| 6 | Court Note to Jury Re: exhibit # 6001 | 7/5/2018 |
| 7 | Jury Note | 7/5/2018 |
| 7a | Court Note to Jury-clarification of exhibits requested | 7/5/2018 |
| 7b | Court Note to Jury-re: SNT Capital | 7/5/2018 |
| 8 | Jury Note | 7/5/2018 |
| 9 | Jury Note | 7/5/2018 |
| 10 | Jury Note | 7/6/2018 |
| 11 | Jury Note | 7/6/2018 |
| 12 | Jury Note | 7/6/2018 |
| 13 | Jury Note | 7/6/2018 |
| 14 | Jury Note | 7/6/2018 |
| 15 | Jury Note | 7/6/2018 |
| 16 | Jury Note | 7/6/2018 |
| 17 | Corrected Verdict Sheet | 7/6/2018 |

\*\*\*Exhibits  2, 3, 5, 6,  7, 7a, 7b,  8,  9, 10, 11, 12, 13, 14, 15, 16  attached to Exhibit List.

\*\*\*Exhibits   1 and 17  docketed separately.

To & From Khalupsky & Dolphin
- EMAILS
- TEXTS
- Phone Correspondence

CARESE & Khalupsky Bank records in every country

Translation of "pasaney" with connotation "rebiatami" and inference

Agreement signed by Dubovoy for Khalupksy to trade

11:43 @ 7/5/18

#Healey

Exhibits
222         701-704
223         6008
247         KHAL CVP, V, HH, EEE, EE
244         805
229         303
323         8003 series
364 series  8010
8004        253
8005        226
314         KHAL VB, E, LL, NN, B
505

**COURT EXHIBIT**

3

Any and ALL
- Texts
- Phone calls
- Emails
- Bank records

To and/or From Korchevsky on or in any devices found in his residence, or offices possession pastor at time of arrest.

Healy
7/5/18
12:25p

Exhibits 6001 - 6004

COURT EXHIBIT
4

Kurchevsky - Stargate - dubavoy correspondence

A Healy
14:09
7/5/18

COURT EXHIBIT
5

Summary of Exhibits    yes

AHealy
7/5/18
14:38

**COURT EXHIBIT**

6

Ladies & Gentlemen,

Here is Exhibit 6001. If you have any difficulty, please report to me and we will address the problem.

Judge Dearie

COURT EXHIBIT

7

Exhibits 1016-1023     281

705-706     282

Any and all Account statements showing deposits/withdrawls/transfers in SNT Capital account fund owned by Korchevsky and Dubovoy

COURT EXHIBIT

7a

Ladies & Gentlemen,

Are you requesting 1016-1 thru 1016-23, or 1016-1 thru and including 1023-4. Might I suggest you clarify perhaps by using the descriptions in column 2.

Thank you.

Judge Dearie

Heeley
7/5/18
16:10

**COURT EXHIBIT 7**

Exhibits 1016-1023    281
         705-706      282

Any and all account statements showing deposits/withdrawls/transfers in SNT Capital account fund owned by Korchevsky and Dubavoy

**COURT EXHIBIT 7b**

Ladies & Gentleman,

SNT Capital was never funded. There are no documents relating to deposits, withdrawals or transfers.

Judge Dearie

AKeeley
7/5/18
16:10

COURT EXHIBIT

8

Exhibits  802-1
         802-2
         803-1

On Verdict sheet, last page the
Count Five wording on letter a)
for defendant charges do not
match

AHealy
7/5/18
16:49

**COURT EXHIBIT**

9

Exhibits 1016-1 thru and including 1023-4.

*[signature]*
7/5/18
(17:00)

**COURT EXHIBIT 10**

7/6/18 9:23 JHealy

Testimony of Wesley Alexander

Testimony of Igor Dubavoy

**COURT EXHIBIT**

11

7/6/18  947
Healy

Exhibit 415 B-1 T
8002-1   8002-2
707-A
707-B

Supplies
Post Its
Paper Clips

**COURT EXHIBIT 12**

7/6/18  1144
J Healey

We are requesting lunch be served by 12:30 or sooner

**COURT EXHIBIT**
13

7/6/18  1223
Healy

Exhibits 243 T thru 250 T
828 T
242 T

**COURT EXHIBIT**

_14_

7/6/18 1232
JHealy

Exhibits
1001-1
1004-1
1017-1

**COURT EXHIBIT**
15

7/6/18 13:47
Healy

Judge Dearie,

The jury would like more clarification and further detail on what is required to meet Count five. With examples and in layman's terms.

We also request Exhibits

270

279

**COURT EXHIBIT 16**

7/6/18 15:45
Healy

We the jury have reached a verdict.