2976

1               UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK
2
- - - - - - - - - - - - - - X
3   UNITED STATES OF AMERICA,      : 15-CR-00381 (RJD)
                                   :
4                                  :
                                   :
5        -against-                 :
                                   : United States Courthouse
6                                  : Brooklyn, New York
                                   :
7                                  :
    VITALY KORCHEVSKY and          :
8   VLADISLAV KHALUPSKY,           :
                                   : Tuesday, July 3, 2018
9            Defendants.           : 8:40 a.m.
- - - - - - - - - - - - - - X
10

11

12          TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
        BEFORE THE HONORABLE RAYMOND J. DEARIE AND JURY
            UNITED STATES SENIOR DISTRICT JUDGE
13

14
              A P P E A R A N C E S:
15
    For the Government:   RICHARD P. DONOGHUE, ESQ.
16                        United States Attorney
                          Eastern District of New York
17                        271 Cadman Plaza East
                          Brooklyn, New York 11201
18                        BY:  JULIA NESTOR, ESQ.
                               RICHARD M. TUCKER, ESQ.
19                             DAVID N. GOPSTEIN, ESQ.
                               Assistant United States Attorneys
20

21   For the Defendant      SULLIVAN & BRILL, LLP
     Vitaly Korchevsky      115 Broadway
22                          17th Floor
                            New York, New York 10006
23                          BY:  STEVEN G. BRILL, ESQ.
                                 JAMES LEE HEALY, ESQ.
24                               YOUNGJIN CHOI, ESQ.

25                               AND

Proceedings                               2977

1              A P P E A R A N C E S:   (Continued)

2

   For the Defendant          RACHEL BRILL, ESQ.
3  Vitaly Korchevsky          Mercantil Plaza Building
                              263 Domenech Avenue
4                             San Juan, Puerto Rico 00918
                              BY:  RACHEL BRILL, ESQ.

5

6  For the Defendant          FEDERAL DEFENDERS OF NEW YORK, INC.
   Vladislav Khalupsky        One Pierrepont Plaza
7                             16th Floor
                              Brooklyn, New York 11201
8                             BY:  MILDRED M. WHALEN, ESQ.
                                   LaKEYTRIA W. FELDER, ESQ.

9

10          Court Reporter:       DAVID R. ROY, RPR
                                  225 Cadman Plaza East
11                                Brooklyn, New York 11201
                                  drroyofcr@gmail.com

12
   Proceedings recorded by Stenographic machine shorthand,
13 transcript produced by Computer-Assisted Transcription.

14

15              P R O C E E D I N G S

16                     --ooOoo--

17          (In open court; outside the presence of the jury.)

18          THE COURT:  Good morning, everyone.  Have a seat.

19          Okay.  I owe you some rulings.  If my count is

20 correct, I believe three, in particular.  I'm not going to

21 charge on multiple conspiracies.  I am going to charge

22 on conscience avoidance.  I re-read *Ferguson* again.  I have

23 known that case for a lot of reasons.  Of course, *Ferguson*

24 did approve of the conscious avoidance charge, and I am

25 quite confident it is not only appropriate here.  The

1   Government is not required to choose the theory of the case,

2   and I'm sure the emphasis of their concluding remarks will

3   be directed at the issue of knowledge in the old-fashioned

4   way, that I have -- or given what I understand to be the

5   inappropriate instruction.

6           The only one remaining issue is this question of

7   the introduction, which I thought a lot about because,

8   frankly, I have not had this come up in the past.  I have

9   had in many cases involved introductions, but none quite

10  like this, I think we can all probably agree.  I am going to

11  keep it out.  You know, whether it is in the nature of

12  surplusage, it certainly goes well beyond providing context

13  and background for this jury.  Much of it has been the

14  subject of considerable testimony.  There are modest

15  portions of it that do not strike a familiar chord in my

16  recollection, as we discussed yesterday.  But more

17  fundamentally, whether it's surplusage or not, and in some

18  respects, it certainly is.  The question to me is more

19  fundamental.  The intro as cast is adversarial and

20  argumentative, which is not surprising.  It is, after all,

21  part of the indictment.

22          I am not particularly confident that my repeated

23  admonitions to the jury that this material -- and I would

24  often repeat them were I to read the introduction, that the

25  material is mere accusation.  It's really a mere question of

Proceedings                          2979

1   fairness.  It's tantamount to exaggeration, but I think it

2   has some relevance to it.  It is tantamount to sending the

3   Assistant United States District Attorney into the jury room

4   with the jury.  That is an exaggeration.  But I just think

5   it's so detailed and so argumentative and so unnecessary,

6   that a more prudent and fair course of action is to just

7   take it out of the case, and that is what I have decided to

8   do.

9          I don't back off my initial ruling, by the way,

10  about the *in limine*, the *in limine* motion to strike certain

11  terms.  Those terms have been used repeatedly by all

12  witnesses -- by many witnesses throughout the course of the

13  trial; and indeed, they have become part of our common

14  21st Century vocabulary.  Those terms do not bother me at

15  all.  But overall, that document left in the hands of the

16  jury to read, because we all agreed I would not read it

17  here, potentially has an impact that goes beyond any

18  legitimate use of an introduction, a legitimate use or need

19  for an introduction.

20          Yes, sir?

21          MR. TUCKER:  Your Honor, just for my

22  clarification.  Obviously, we haven't seen the defense

23  theory of the case yet.  Of course, they weren't required to

24  provide one before they presented to the jury.  Is the Court

25  so inclined to leave that in?  Because one might argue that

Proceedings                              2980

1   that's tantamount in sending a defense lawyer back into the

2   jury room with the jury?

3           THE COURT:  Well, it's a lengthy charge.  I think

4   right now, and I am still tinkering with it, it is about 60

5   pages long.  A lot of it is -- if you go to borrow my rather

6   weak analogous, a lot might says it is sending the

7   prosecutor back with the jury.  They are entitled, as a

8   matter of right under the Second Circuit law, to have the

9   jury instructed on the theory of their defense.  Now, what

10  that instruction is going to sound like is yet to be

11  determined because I have not gotten anything from them.

12  But we will see.  But I understand your concern, and I think

13  in fairness, there is a balance here.  The proper balance is

14  struck in favor of keeping the introduction out.

15          All right.  We have 15 minutes, so I suggest

16  you -- yes, sir?  You are going to fight me on Mr. Arkadiy

17  Dubovoy's comment?

18          MR. GOPSTEIN:  No, definitely not, Your Honor.

19          I think that all the other issues that we

20  discussed yesterday can appropriately be addressed after

21  summations.  I just wanted to raise one small one to the

22  extent it comes up and it is with regard to venue again.  I

23  just think there's a missing part of the charge with regard

24  to substantive securities fraud, and that is namely in the

25  current charge, which is on Page 52 of yesterday's draft, at

Proceedings                           2981

1   the top it stated that venue is proper if you find that the

2   defendant intentionally and knowingly caused a transaction

3   constituting securities fraud to occur in the

4   Eastern District of New York.  I know Your Honor removed the

5   "at least in part," which was from, I think, the Shkreli

6   trial, and I think the basis of that is if you make a phone

7   call, for example, that can be venue.  But the part that's

8   missing is the second option, which is, if it is foreseeable

9   that such an act or transaction would occur in the

10  Eastern District of New York --

11            THE COURT:  I think we put that language in.

12            MR. GOPSTEIN:  It's been added?

13            THE COURT:  Yes.

14            MR. GOPSTEIN:  Okay.  I just wanted to -- thank

15  you.

16            THE COURT:  I will get -- again, it is not

17  terribly substantive as to language, but I will get this new

18  version to you as quickly as I possibly can sometime later

19  today.

20            MR. GOPSTEIN:  Thank you, Your Honor.

21            THE COURT:  Okay, then, take a breathe and we will

22  start promptly at 9 o'clock.

23            MR. TUCKER:  Thank you, Your Honor.

24            THE COURT:  I'm sorry?  Did somebody have

25  something else?

```
                    Proceedings                    2982
```

1          MR. TUCKER:  We said thank you, Your Honor.

2          THE COURT:  Yes, sir.

3          (Pause in proceedings.)

4          THE COURT:  Okay.  We are ready to go.

5          Generally, I like to take a break somewhere in the

6     90-minutes, no more than two hours.

7          MS. NESTOR:  Sure, Your Honor.

8          THE COURT:  You can make that call yourself, so

9     you can find a logical point.

10          MS. NESTOR:  Sounds good.

11          THE COURT:  Or if necessary if the judge is

12     sitting here in agony, he will make it for you.

13          MS. NESTOR:  That's fine, Your Honor.  If I do

14     forget, please do make it for me.

15          THE COURT:  Rest assured.

16          Do you want these lights dimmed?

17          MS. NESTOR:  I do not.

18          THE COURT:  Okay.

19          MS. NESTOR:  For fear of falling asleep.

20          I will have the jurors take out their screens

21     Your Honor.

22          THE COURT:  That's fine and try to remember or

23     reporter.

24          MS. NESTOR:  I will, Your Honor.  And I'm sure if

25     I go too fast, everyone will let me know.

Proceedings                                           2983

1          THE COURT:  Well, we will.

2          MS. NESTOR:  And that's okay.

3          (Pause in proceedings.)

4          THE COURTROOM DEPUTY:  All rise.

5          (Jury enters the courtroom.)

6          (Jury present.)

7          THE COURT:  Good morning everyone, and please be

8    seated.

9          THE JURY:  Good morning.

10         THE COURT:  We start out on a very positive note

11   when I see a Mets Jersey walk into the courtroom.  Then I

12   see the name on the back of it, and I don't know what to

13   make of that.

14         We are about to begin our next phrase, the

15   concluding arguments or summations of counsel, as I have

16   told you.  Now, what I have told you also in the past is

17   what you are about to hear is not evidence.  Right?  You

18   heard the evidence from this witness chair.  You see the

19   evidence in terms of the dockets and exhibits that have come

20   into evidence.  But what you are going to hear is not

21   evidence, please bear that in mind.  It is argument.  That

22   will be obvious to you.

23         You should also understand that the attorneys will

24   do their best to recall accurately the testimony that we

25   have heard.  All right?  That is their obligation to the

Proceedings                                    2984

1   Court.  But more fundamentally, that is their obligation to

2   you, but we are all human and our recollections can differ,

3   particularly after you have heard a lot of information in a

4   short period of time.  So if your recollection differs from

5   that expressed by an attorney in making his or her

6   concluding remarks to you, bear in mind, it is your

7   recollection that will govern during the course of your

8   deliberations.  And of course, we have ways of refreshing

9   you recollection for the use of the transcript of the

10  proceedings should it become necessary during your

11  deliberations.  By telling you this, I do not mean to

12  suggest that anybody is going to try to pull the wool over

13  your eyes or fool you or misstate the evidence.  But we are

14  all human.  All right?

15          Ordinarily, I do not allow the lawyers to make

16  reference to the legal instructions that I am going to give

17  you later this week.  That is my department.  I do, however,

18  permit the lawyers to make passing reference to some of the

19  more fundamental concepts that we employ, some of which you

20  have heard about, in an effort to facilitate their

21  arguments.  So if you hear anything that sounds like law,

22  bear in mind that by your oath, you have agreed to follow

23  the law as I state it, bear in mind.

24          Okay.  One other little thought that just ran

25  through my mind, and I probably have forgotten it.  All

1   right.  I think that is probably it.  I will remember it as

2   soon as I sit down.

3            This is not a test of strength.  We need your

4   assistance.  This is an important part of the trial.  I do

5   not mean to understate it.  These summations will help you

6   focus your attention, perhaps assist you in considering the

7   evidence, all right?  But bear in mind, they are not

8   evidence.

9            Also now that we are no longer in the evidentiary

10  phase of the case, the evidence is closed, I do not

11  ordinarily take objections, so you are not going to hear

12  attorneys bouncing up with objections.  Not that they

13  bounced up very much during the course of the trial,

14  fortunately.  But needless to say, and I only say this

15  because of a question that I once got from a juror after the

16  case was over:  The fact that the attorneys do not object

17  does not mean that they agree with what is being said.

18  Okay?  That will be readily apparent to you once we get

19  under way.  All right?

20            And with that, I invite your very close attention.

21            Ms. Nestor?

22            MS. NESTOR:  Your Honor, may I ask the jurors to

23  take out their screens as they follow along?

24            THE COURT:  Yes.

25            MS. NESTOR:  Thank you.

Summations of Ms. Nestor                    2986

1              Good morning, everyone.

2              THE JURY:  Good morning.

3              MS. NESTOR:  Mr. Gopstein stood up here at the

4     beginning this trial a few weeks ago and he told you you

5     were going to learn about an international network of

6     computer hackers and corrupt stock traders.  He told you

7     this network consisted of hackers who stole valuable

8     information and a couple of stock traders -- corrupt stock

9     traders who used this stolen information to cheat the public

10    by trading on that information and made million of dollars

11    doing it.

12             You have now come to the end of the trial and you

13    know exactly who the corrupt stock traders are.  They have

14    been sitting in front of you this entire time.  We have

15    proven to you beyond a reasonable doubt that they are the

16    Defendants Vitaly Korchevsky and Vladislav Khalupsky.

17             Now, I want to take a moment to step back.  Is

18    there a lot of sophisticated methods that were used in this

19    tasks of the newswire and to trade on the stolen

20    information, but in the end, this case has actually been

21    quite straightforward.  It happened in the Ukraine, stole

22    thousands to press releases issued by hundreds of companies

23    before they went public.  The defendants and those they were

24    working with, including Arkadiy and Igor Dubovoy, paid for

25    those press releases so the defendants could trade on them

1   ahead of the market and make lots of money.  The defendants

2   stole and they cheated.  It is that simple.

3            Each witness presented you with a piece of the

4   puzzle during this trial.  My job is to put it altogether

5   for you.  I'm going to highlight a few pieces of evidence.

6   I'm not going to highlight every piece, but we will go

7   through a good chunk of the evidence.  I'm going to use a

8   PowerPoint with you today.  Now, the PowerPoint is not

9   evidence, as the judge instructed you, but it will refer to

10  evidence and exhibit numbers in it.  If you want to take

11  notes, you can take notes, but you are not going to have

12  that PowerPoint back in the deliberation room with you.

13           Both Defendants are charged with co-conspiracy

14  here, but really, it was just one single criminal conspiracy

15  in operation with a bunch of different goals.  The single

16  more important goal was to make money.  Now, these

17  defendants, they didn't do it all on their own.  That's the

18  whole point of what a conspiracy is, everyone has a job to

19  do.  You know after sitting through this trial that there

20  are different players for criminal conspiracy.  First there

21  were the hackers.  You learned about them.  They were from

22  the Ukraine.  They stole press releases from three newswires

23  before they went public.  The press releases have limited

24  value without someone to trade on them and money to trade

25  with.  So the hackers, they needed money men.  They found

1   Arkadiy Dubovoy and Pavel Dubovoy, Arkadiy's brother.  But

2   Arkadiy and Igor didn't know what to do with the

3   information.  They needed traders that knew how to trade

4   based on stolen press releases.  That's where the defendants

5   came in.

6           For their conduct both Defendants are charged with

7   five crimes.  They're listed in this slide.  I'm going to

8   get into the charges at the end of my summation.  As the

9   judge said his charge controls, but I am going to walk

10  through the evidence with you and show you how to affix it

11  to law.  But as to 4 what you need to understand is that

12  wire fraud and securities fraud charges require

13  the Government to prove that there was a scheme to deceive,

14  and that the defendants knew and intended to participate in

15  this criminal scheme.  The scheme to deceive here were the

16  hackers used the stolen passwords to trick the newswire's

17  computers to let the hackers inside.  Once they had access,

18  the hackers took thousands of press releases before those

19  press leases were distributed to the general public.  Put

20  simply, the hackers deceptively pretended to be the

21  newswire's companies' employees and customers so they could

22  get past the computer security and take valuable, nonpublic

23  information to pre-distributed press releases.

24          Now, some of the reasons you know the defendants

25  intended to participate in a criminal scheme is through

1    communications that you saw between the defendants and their

2    co-conspirators during this trial, including text messages

3    and e-mails, the trading activity that you saw, the profit

4    that each Defendant made from the scheme, Khalupsky's

5    statement that he knew the hackers, all of the electronic

6    evidence from Korchevsky -- that was received from

7    Korchevsky, and the photos of the Oracle press release that

8    were found on these emails.  You also heard the Oracle

9    pre-distribution press releases.  You also heard from the

10   cooperators in this case, and they told you what happened.

11   But we don't ask you to rely on their recollection or their

12   credibility alone.  You ask you to value their testimony in

13   light of all the evidence received during this trial.

14          You know this scheme began when Pavel came to

15   Arkadiy Dubovoy -- Pavel Dubovoy came to Igor and Arkadiy

16   Dubovoy and told them that he had a way for them to trade on

17   the stock market.  Arkadiy asked his business partner,

18   Garkusha, to take a look at the information that Pavel

19   provided, and Garkusha received instruction to access the

20   server that housed the information.  While Garkusha

21   understood that the server houses press releases, he didn't

22   really have the skill that he needed to use the

23   press releases to make a profit, so Arkadiy went to someone

24   who could, the Defendant Vitaly Korchevsky.

25          In 2010 Korchevsky, Arkadiy Dubovoy, and Garkusha

1   met twice to discuss the stolen press releases.  The first

2   meeting was at the airport at Atlanta, Georgia.  Arkadiy and

3   Garkusha described the scheme to Korchevsky generally and

4   showed him some of the press release that Garkusha printed

5   out from the server.  Korchevsky initially said this is old

6   and it was worthless.  Arkadiy explained to Korchevsky that

7   this information could be obtained before the rest of the

8   market got it.

9          The second meeting to discuss this scheme was at

10  APD, Arkadiy and Garkusha's construction company.  Either at

11  this meeting or shortly thereafter, Korchevsky got codes to

12  access the press releases on a server.  And a little later

13  told Arkadiy that the codes worked and could be used to

14  actually trade.  That's when Arkadiy Dubovoy opened a

15  brokerage account for Korchevsky to trade.  That's how it

16  all started with Korchevsky.

17         Now, Vladislav Khalupsky joined shortly

18  thereafter.  Pavel Dubovoy introduced Arkadiy Dubovoy to

19  Khalupsky in 2011.  Arkadiy wanted to have another trader

20  other than on Korchevsky trading on this stolen information.

21  Arkadiy and Pavel met with Khalupsky at Dolphin Trading,

22  Khalupsky's trading business in Odessa, Ukraine.  Similar to

23  Korchevsky, Arkadiy and Pavel told Khalupsky they had a

24  program that they could get stolen press releases before

25  they became public.  Khalupsky agreed to trade in Arkadiy's

1   brokerage account on the stolen press releases.  Pavel

2   provided Khalupsky with a code to access the servers.  So

3   both Korchevsky and Khalupsky started trading.  The Dubovoys

4   provided them with a number of brokerage accounts to trade

5   in, and each received a percentage of the profits for their

6   role.

7           Igor Dubovoy, Arkadiy Dubovoy's son, would help

8   his father by checking the brokerage account and making sure

9   Khalupsky and Korchevsky were trading and seeing what they

10  were doing.  He would also wire money on his father's

11  behalf, including to pay Korchevsky and to pay Khalupsky and

12  to pay the hacker.  Igor also purchase electronics for

13  Korchevsky at Korchevsky's request and Mr. Korchevsky used

14  them to trade.

15          You learned that at times, the passwords to the

16  server would change and both Korchevsky and Khalupsky would

17  get new passwords.  Pavel would provide Igor passwords to

18  send along to Korchevsky.  And you learned that the hackers

19  are also being paid a percentage of the profits by

20  Arkadiy Dubovoy.  Instead of paying the hackers directly,

21  Arkadiy and Igor would wire the money to Pavel in the

22  Ukraine to pay the hackers.  You learned that Pavel

23  Dubovoy -- that a man named Roma in the Ukraine, was in

24  charge of the hackers.  Roma served as an intermediary

25  between the hackers and the Dubovoys.

Summations of Ms. Nestor                    2992

1          You learned that Korchevsky wasn't just trading

2    for the Dubovoys.  He was also trading for himself in his

3    own brokerage account.  He didn't really tell the Dubovoys

4    that he was doing that either.  You learned that the trading

5    was very successful.  There were times that everyone lost

6    access to press releases, but then they would get them back.

7    Over time, Arkadiy Dubovoy made some legitimate business

8    dealings with both Korchevsky and Khalupsky.  Arkadiy and

9    Korchevsky started working at opening a hedge fund in the

10   Cayman Islands, as well as other businesses in the Ukraine.

11   Arkadiy also invested $200,000 in Dolphin Trading,

12   Khalupsky's trading business.  But he soon asked for the

13   money back because on upon further look, he didn't like the

14   way that the financials looked.

15          Things were going well until the hackers

16   discovered that Arkadiy Dubovoy wasn't sharing all the

17   profits with them.  At that point, they cut everyone off

18   from the press releases.  Arkadiy Dubovoy tried to negotiate

19   to get the press releases back.  Over much of 2014 they

20   didn't have access.

21          You learned that at this point, Khalupsky offered

22   Arkadiy another way to access the press releases, the

23   information.  And for a period of time, Arkadiy gave

24   Khalupsky money to trade in other accounts based on the

25   stolen press releases.

Summations of Ms. Nestor                2993

1          In January of 2015, Arkadiy Dubovoy travelled to

2    Ukraine and met with Roma, Roma and his boss.  The last name

3    is Valeri.  Now, there are two Valeris here.  Valeri

4    Pychnenko, and there's a Valeri in the Ukraine.  We'll call

5    him Odessa Valeri.  The meeting didn't really go well, but

6    Roma convinced Arkadiy to use the stolen information once

7    again for just one day in January of 2015.  We'll go into

8    more details on this.

9          When that didn't work out, Arkadiy's friend,

10   Valeri Pychnenko, offered to provide Arkadiy Dubovoy with

11   the stolen press releases.  Pychnenko was involved in the

12   first part of the scheme as well, providing money to both

13   Korchevsky and Khalupsky for trading in their account.

14   Pychnenko was still getting the press releases from the same

15   hackers, but he didn't tell -- he didn't tell the hackers

16   that he was working with Arkadiy Dubovoy because Arkadiy

17   owed them money and wouldn't want to work with Arkadiy.  So

18   the scheme changed.  They were no longer accessing the

19   server in order to get the press releases.  They were

20   getting it through email.  Pychnenko set up an e-mail, and

21   Igor Dubovoy was now involved in providing the

22   press releases to Korchevsky in 2015.

23          You know that this is the point that Garkusha

24   started trading on the stolen information as well.  He

25   passed up the first time, but in 2015, he started trading.

1   The scheme was becoming less profitable for the Dubovoys in

2   2015 because they had to pay both Korchevsky to do the

3   trading and the hackers to get the stolen press releases,

4   but it was still quite profitable for Korchevsky.  The

5   scheme ended with the Dubovoys and the defendants' arrest.

6   So that is what happened here.  That's the overview.

7           How do you know that these defendants really had

8   access to these stolen press releases, and how do you know

9   that they fully understood that they were receiving and

10  profiting enormously based on stolen information?  There's

11  overwhelming evidence of this.  Let's talk about it.

12          So first I want to take you through how you know

13  that Korchevsky and Khalupsky were actually accessing the

14  stolen press releases.  You know both Defendants were

15  accessing stolen press releases for a number of reasons.

16  You saw emails where both Defendants were receiving log-in

17  credentials to access these stolen press releases.  Both

18  Defendants' trading patterns are powerful evidence that they

19  traded on stolen press releases as well.  And Arkadiy

20  Dubovoy and Igor Dubovoy told you that when Korchevsky and

21  Khalupsky had access to press releases, and you know that

22  Khalupsky actually sent stolen press releases to himself.

23          First, you saw this e-mail from Garkusha.  He

24  received it from -- I'm sorry.  This email from Pavel who

25  sent it to Garkusha.  He received it on November 26th of

Summations of Ms. Nestor                    2995

1   2010, attaching instructions on how to accurately

2   retrieve -- how to get stolen press releases.  The emails

3   had log-in information at the top with an IP address,

4   actually the http, the 83.133 number.

5           You learned that the site that Garkusha received

6   access to was being operated by Ukrainian hackers.  A hacker

7   will use the e-mail address warninggp, who you learned as

8   Ivan Turchinov, sent around video instructions on how to use

9   the site just one month before Garkusha got access.  This

10  e-mail, Exhibit 206-T, Government's Exhibit 206-T, from

11  warninggp.  You saw part of that video right here in court.

12  You know from sitting here at trial that warninggp was a

13  hacker, that one of the computers received in the Ukraine by

14  the Secret Service contained forensic evidence of the

15  newswires in this case -- or forensic evidence of the

16  newswires being hacked produced by Ivan Turchinov with the

17  email address warninggp.  The warninggp e-mail was all over

18  the computer.  That computer was called 6B War during this

19  trial.

20          Now, the way you know that the server access, the

21  access instructions that Garkusha received is the same

22  video -- or the same video that you saw here is actually

23  based on that IP.  It's the exact same IP in Garkusha's

24  instructions.  And at the bottom of this video, if you look

25  at the very bottom, the IP is exactly the same.  You also

Summations of Ms. Nestor                    2996

1   know for other reasons, because if you compare the actually

2   instructions to the video, they're almost identical.

3          Remember the tutorial video that warninggp

4   centered around has a number of stages to it.  But these are

5   the final instructions that had actual stolen press releases

6   on the server.  The video instructed that after the user

7   chooses the file, he -- the admin panel, the admin panel

8   will download and zip the file.  That's important.  The

9   admin panel will download and zip the file.  And the video

10  actually shows you how the system would unzip a number of

11  press releases to export.  That's in this file,

12  Government's Exhibit 206-1-1T.

13         When else did you see that press releases were

14  being sent in a zipped file like this?

15  Government's Exhibit 323-A-1.  On that hacked press release

16  that I talked about earlier that Khalupsky sent to himself

17  on December 18th, 2013, he was accessed to get on a computer

18  from a zip file.  You can look at the bottom on the screen,

19  there's a zip file open, and that press release coming out

20  of a zip file.  You know that Khalupsky was acting on stolen

21  press releases because the zip files contained stolen press

22  releases.  This is a photograph that Khalupsky sent to

23  himself from one of his e-mail accounts to another one of

24  his e-mail accounts.

25         Now, the hacker's tutorial video showed you that

1    the server Garkusha, and later that both defendants were

2    accessing, had stolen press releases, including earnings.

3    This is a list, a snapshot from that video, and that's a

4    list of stuff that was on the actual server.  And there are

5    a number of earnings releases on them.

6            The snapshot of the video here shows you that you

7    can click on the 2010 press release at the top at 207, and

8    there are a number down below.  Now, this site houses

9    different types of press releases, including earnings

10   releases.  So the hackers can't just grab earnings releases

11   when they're hacking these files.  It grabs everything at

12   once, and then they have to sort through it and they put it

13   on the site.  And that makes sense.  It's set up so it acts

14   with the site -- or the server, like the defendants, to

15   decide which stolen press releases will make the most money.

16           Now, the instructions Garkusha received from the

17   server also advised that a VPN, or another method be used to

18   mask the user IP and other information, and you learned that

19   during this scheme, Korchevsky tried to do just that, and

20   I'm going to walk you through that in a little while.

21           Now, you saw the e-mail from Pavel Dubovoy to

22   Arkadiy Dubovoy on February 14, 2011.  It contained the

23   codes used to access the stolen press releases early on.  As

24   you can see in the chain, Pavel got these press releases

25   from someone with the email address of positive1@meta.ua.

1   There's 1gp, and now there's positive1@meta.ua.  We'll call

2   them positive1.

3           Now Government's Exhibit 213-T shows you that

4   positive1 got the log-in credentials from warninggp.  We now

5   have warninggp to positive1 to Pavel.  Yet, warninggp is

6   Ukrainian hackers.  On the same day, positive1 forwarded

7   these credentials to Pavel Dubovoy.

8           In Government's Exhibit 225-T you learned from

9   this e-mail, which is in evidence, as I said

10  Government's Exhibit 225-T positive1 is Roma Zayats.  It's

11  at the bottom of this e-mail, romanzanov.  And you know who

12  Roma is.  I told you at the beginning you know who he is by

13  sitting in this trial.  That's the Roma Arkadiy Dubovoy met

14  with in the Ukraine.  He's the Roma who is the intermediary

15  between the hacker and the Dubovoys and the traders.  This

16  e-mail shows you, not only that positive1 is Roma, but not

17  -- but also Khalupsky is in direct e-mail communication with

18  him and Pavel Dubovoy.  The email from Khalupsky at the

19  bottom on October 18th, 2011 -- I'm sorry, the e-mail to

20  Khalupsky at the bottom, and then it's forwarded again to

21  Khalupsky from Pavel Dubovoy at the top.  And you saw log-in

22  information that positive1 or Roma sent Pavel Dubovoy on

23  August 24, 2011.  This is Government Exhibit 366-T.  On the

24  left-hand side of the screen is a temporary password,

25  T133T133, and a bunch of exclamation points.  You saw Pavel

1   Dubovoy send almost an identical password to Korchevsky just

2   one month before.  That's on the right, right side of the

3   screen.  And that's Government's Exhibit 219-T.  Even the

4   user names here are the same.  And years later you saw that

5   they were still using very similar passwords.  Look at

6   Government's Exhibit 301.  On April 29, 2013, Igor sent

7   log-in and password information to Korchevsky using another

8   iteration of the same password.  Exclamation point,

9   exclamation, exclamation 331T331T.

10            In 2012 you saw Pavel Dubovoy send a very

11  similarly text password to Khalupsky.  In this e-mail, Pavel

12  told Khalupsky that something was acting up with the

13  dot net.  And the clear inference from this e-mail on the

14  left-had side in Government's Exhibit 253-T is that you

15  should use stargate11 to email the temporary password.  You

16  know what that is?  Pavel is telling Khalupsky that other

17  form of access is not working and he needs to access his

18  email account in order to retrieve these stolen press

19  release.

20            (Continued on next page.)

21

22

23

24

25

Summations of Ms. Nestor                    3000

1        MS. NESTOR:  Pavel then provides Khalupsky a

2   temporary password that is almost identical to the one he

3   provided Korchevsky in 2011.  And you know why that is, the

4   hackers have a system, they have a system for their passwords.

5   They use similar passwords over and over again with slight

6   changes or slight modifications.

7            And that Stargate email that I just showed you that

8   Khalupsky received, you've seen that Stargate11 email that

9   Pavel forwarded to Khalupsky before.  You saw it on the iPad

10  that Arkadiy Dubovoy purchased for Korchevsky for his illegal

11  trading.  You learned that an iPad was seized from Korchevsky

12  on the day of his arrest on August 11th, 2015.  This is a

13  photograph of it, it's in evidence as Government Exhibit 487P.

14           On July 30th, 2012 there were four emails from

15  Stargate11 to Stargate11 found on this iPad, each with an

16  attachment.  The FBI agent who testified said she tried to

17  open the attachments, but she couldn't.  Now, she wasn't able

18  to see press releases attached because she wasn't able to open

19  the attachments, but you guys know what was happening that

20  day.  Korchevsky made more than five trades on July 30th,

21  2012.  All the purchases were in the window, meaning that they

22  were made after the press release was uploaded to the newswire

23  but before it went public, and some of the trades were just a

24  few minutes after the timestamps on this Stargate11 email.

25  Those trades are in evidence as Government Exhibit 8002.  And

Summations of Ms. Nestor                    3001

1    you know what was happening here.  Korchevsky was receiving

2    stolen press releases with the Stargate email just like

3    Khalupsky was.  They are getting the same password, the same

4    emails.  You know the hackers used email to disseminate press

5    releases when the server wasn't working, that's what this

6    tells you.

7              Now, speaking of this iPad that was seized from

8    Korchevsky, Arkadiy Dubovoy testified that Sergey Lachenko

9    (phonetic), somebody who worked for him at APD, bought this

10   iPad and bought this iPad for Korchevsky.  Because Korchevsky

11   at the very beginning of the scheme asked Arkadiy Dubovoy for

12   an iPad, he asked him for a computer and he asked him for a

13   phone.  Now, why was he asking for all these things?

14   Korchevsky understands that this illegal and he doesn't want

15   to use his own computers, he doesn't want to use his own phone

16   and he doesn't want to use his own iPad either.  Remember, the

17   Apple custodian came in here and he showed you the Apple

18   records for the iPad.  He told you Sergey Lachenko did buy the

19   iPad and that iPad, again, was found at Korchevsky's house on

20   the day of his arrest.  There is no doubt that Korchevsky was

21   using the iPad that was found in his house the day of his

22   arrest, but you if need to know more we can go more.

23             You know that the user of this iPad was actually

24   using this iPad at the Hotel D Alleres, at the top it's

25   highlighted, on January 26th, 2012.  The iPad logged into the

Summations of Ms. Nestor                3002

1   wireless network at that hotel.  Now, this is before the

2   Stargate emails were sent.  The Stargate emails are

3   highlighted in yellow, toward the bottom and middle of the

4   page.  Learned from FBI Agent Racz that Hotel D Alleres is in

5   Geneva, Switzerland.  You saw from travel records in evidence

6   as Government Exhibit 506 that Korchevsky traveled to Europe,

7   he didn't -- he traveled to London, he didn't stay in London,

8   he came back from Geneva during this time.  He left on

9   January 22nd, 2012 and returned on January 28th, 2012.  You

10  know who wasn't abroad during that time?  Igor Dubovoy.  He

11  was in the United States.  That's what the travel records say.

12  You saw that his travel records are in Government Exhibit 502.

13          So I submit to you there's no doubt this is

14  Korchevsky using this particular iPad.  There's an entry after

15  the Stargate emails also on August 15th, 2012, that's directly

16  after the four emails.  That entry is for a wireless network

17  connection called UKR Telecom.  SA Racz told that the UKR

18  Telecom is a Ukrainian telephone company.  Igor wasn't in the

19  Ukraine at the time of the access either, he was back in the

20  United States, according to travel records, but Korchevsky,

21  who out of JFK and into the Ukraine just two days before the

22  August 13th, 2012 -- just two days before on August 13, 2012

23  and travel records don't show him returning to JFK until

24  August 31st, 2012.  So he is in the Ukraine at the time that

25  this access to the UKR Telecom is made, so you know Korchevsky

Summations of Ms. Nestor                    3003

1   is using this iPad and you know he's accessing Stargate, the

2   email that we sent to Khalupsky and to Korchevsky and the

3   email which relates to hackers.

4          If you needed more, this iPad also has a bunch of

5   cookies on it, Government Exhibit 423.  And those cookies are

6   all Finance Yahoo cookies, they are not construction company

7   cookies, which what Igor Dubovoy did, they are all finance

8   sites.

9          Now, as I said, you also know that the trading

10  activity in this case is evidence of the fact that defendants

11  had access to the press releases.  I'll explain shortly when

12  we talk about the law, you don't need to actually find that

13  any single trade happened based on stolen press releases to

14  convict the defendants of the wire fraud conspiracy and the

15  securities fraud conspiracy.  You do need to find it to

16  convict them of the two substantive counts of securities

17  fraud.  But you do know that both defendants did trade on

18  stolen information.  You have that information.

19          I want to talk about Mr. Korchevsky first.  Now,

20  Mr. Korchevsky was conducting illegal trades in his own

21  accounts.  Dr. Canjels, the expert that was just here

22  yesterday and testified before, told you that his analysis

23  covered a number of Korchevsky's brokerage accounts.  And you

24  can see those, the slides are in evidence and in evidence as

25  Government Exhibit 8003.  The accounts are spread out over a

Summations of Ms. Nestor                3004

1   number of brokerage firms including E*Trade, Fidelity,

2   Jefferies and TDA.  Remember, Korchevsky also had NTS Capital,

3   the trading business he started conveniently in 2011 when he

4   got the stolen press releases.  As you know, until 2015 when

5   Igor started trading in the Dubovoy accounts, Korchevsky

6   wasn't just trading his own accounts, he was also trading in

7   the Dubovoys' accounts.  You know that because Igor and

8   Arkadiy Dubovoy told you that, but their testimony is not all

9   you have.  It was supported by IP data.  And you've also seen

10  emails to that effect.

11        Now Special Agent Preis from the FBI testified about

12  the brokerage account IP data.  He told you that he saw

13  Korchevsky accessing the Dubovoy brokerage accounts using the

14  same IPs that he used to access his own brokerage accounts

15  nearly 10,000 times between January 28th, 2011 and

16  February 17th, 2015.  So you know Korchevsky was accessing the

17  Dubovoys' accounts 10,000 times.

18        Now looking at Korchevsky's trading from 2011 to

19  2015, Dr. Canjels had a number of different conclusions about

20  the trading in Korchevsky's brokerage accounts.  Korchevsky's

21  trading activity changed dramatically in 2011 from earlier

22  periods to very short-term trading on earnings news.  He

23  changed his pattern to do very short-term trading on earnings

24  news.  He consistently made in-the-window trades on earnings

25  announcements.  And Dr. Canjels found there was statistical

1    correlation between Korchevsky's trading activity and the

2    upload time of the press release.

3            Dr. Canjels testified there was a virtual certainty

4    that this pattern was not random, and you know this pattern is

5    not random because of all the other evidence you saw in this

6    case.  You also know that there is no one particular time that

7    press releases are uploaded to the newswires.  Upload times

8    vary, and upload times are not public.

9            Now Dr. Canjels also concluded that Korchevsky's

10   trading was very similar in nature to the Dubovoys' trading

11   during this period of time.  Korchevsky's trading shifted

12   during certain periods as well.  Shifted from one newswire to

13   another newswire to another newswire.

14           Dr. Canjels told you that when he looked at trades

15   of three days or less, meaning short-term trades in

16   Korchevsky's brokerage accounts during the period of 2011 to

17   May 2015, in the middle of 2015, he looked at equities listed

18   on the exchanges, he saw that when Korchevsky was trading

19   around earnings and guidance news, 90 percent of the time his

20   first order began after the press release was uploaded to the

21   newswire, but before it was publicly disseminated.  And the

22   vast majority of Korchevsky's profits during this period of

23   time came from these trades.

24           Now, Dr. Canjels saw that Korchevsky's return on

25   investment was 1600 percent from January 2011 to May 2015, the

1   period when he had the stolen press releases.  If you compare

2   that amount of money in Korchevsky's account at the beginning

3   it was only a little under a million.  At the end, in May

4   2015, it had a net profit of $15 million.  In the span of just

5   four and a half years.  Dr. Canjels explained that this rate

6   of return is like double your money in that amount of time.

7   And as I said at the beginning, Dr. Canjels testified that

8   Korchevsky's trading changed from 2009 and 2010 to 2011.  You

9   saw the slide, it's Government Exhibit 8003.

10          While he had previously made some short-term trades

11   on earnings news in 2009 and 2010, as you can see here, these

12   constitute a very small proportion of his round-trip positions

13   within those years.  Remember a round-trip position is simply

14   opening a position and closing a position in the same year.

15   Short-term means it's three days or less.

16          Now in 2009, his short-term trades made up only

17   about 15 percent of Korchevsky's trading, and in 2010 only 20

18   percent.  In 2011, when Korchevsky had the inside information,

19   it was over 60 percent.  In 2012 and 2013, it was 70 percent

20   of his trades.

21          You heard testimony during this trial that the

22   hackers cut the Dubovoys off, right.  Korchevsky and Khalupsky

23   and the Dubovoys were cut off in 2014.  You see that 2014,

24   Korchevsky's trading dramatically decreases, just generally

25   decreases.  Then in 2015, when you know that he has access to

1    the press releases again, he has 174 total trades, round-trip

2    trades, 124 of these are three days or less around earnings

3    events in just half a year.  From 2015, Korchevsky's short

4    positions once again rises 70 percent of his trading activity.

5    And the amount he invests and profits during the years he has

6    the stolen press release are very telling when you look at it

7    against 2014 when he doesn't have access to the press releases

8    because the hackers have cut him off.

9              In 2011, 2012 and 2013, he invests millions of

10   dollars in short trading -- short-term trading on earnings

11   releases, and he makes millions as well.  In 2014, when he

12   loses access to the press releases, he invests only slightly

13   over $500,000 and makes only about 55,000.

14             And remember, you saw this graph during Dr. Canjels'

15   testimony.  He explained that this graph showed you which

16   newswires had issued a press release for the particular trades

17   that Korchevsky made between January 2011 and May 2015.

18   Dr. Canjels testified that the pattern you saw was surprising

19   because it showed that during specific periods of time

20   Korchevsky was investing by newswire.  He was actually

21   investing by PR Newswire, Marketwired or Business Wire.

22             Dr. Canjels explained that if someone is trading on

23   earnings releases, he would expect to see these colors all

24   mixed up because you wouldn't expect an earnings trader to

25   trade on press releases on any one newswire.  That wouldn't

1   make any sense.  You guys can use your common sense, that's

2   why you're picked as jurors.  It simply doesn't make any

3   sense.

4            Representatives of the newswires actually spoke to

5   you and they said that they are all competitors, they all go

6   after the same clients.  So it makes no sense for somebody to

7   trade only in one particular newswire during certain points in

8   time.  It makes no sense unless you're using stolen

9   information from that particular newswire at that particular

10  time.

11           Look at the first five months in 2015, working your

12  way backwards start with the green on the right side of this

13  chart, each bar represents a month of trading.  Korchevsky

14  trades almost exclusively on press releases issued by Business

15  Wire during that period of time.  And you know why, you see

16  only Business Wire press releases in the Rupion and Loscal

17  email accounts.  Those are the accounts -- and I'll remind you

18  about those again, those are the accounts that Igor Dubovoy

19  and Pychnenko make up at the very end in 2015 that they used

20  to trade.  All you see in there is Business Wire, all he's

21  trading on is Business Wire.

22           Now if you move left from the Business Wire green

23  bars, you'll see Marketwire appears.  Again, you see a lot of

24  red bars not a lot of anything else.  That's in 2013.  In

25  2012, if you look at 2011, the middle of 2011 to March 2012,

1   those are the blue bars, Korchevsky is trading almost

2   exclusively on press releases issued by PR Newswire, that's

3   the blue.  Look what happens in March 2012, that's the third

4   blue bar in 2012, very little.  You can hardly see it.

5   Trading stops in PR Newswire completely and you know why that

6   is, because you heard about it during this trial.  There was a

7   chat on one of those computers that was seized in the Ukraine,

8   the warninggp computer, we called it 6B and war, but it was

9   the computer warninggp, the hacker you've come to know.  That

10  chat indicates that PR Newswire blocked the hackers in

11  March 2012.  It's in evidence as Government Exhibit 406T.  And

12  March 2012 happens to be the exact same time that PR Newswire

13  retained its forensic expert.  He actually came and testified

14  here.  And that's when PR Newswire discovered they were

15  hacked.  So you know why Korchevsky stops trading in PR

16  Newswire in March of 2012, the hackers lost access and they

17  were no longer able to get PR Newswire press releases.

18          Ladies and gentlemen, we also need to talk about

19  Khalupsky's trading.  Because you may not have caught it as

20  Dr. Canjels was testifying about various accounts, but he did

21  an analysis of Khalupsky's trading as well, he did an analysis

22  of his trading in the Dubovoys' accounts.  Khalupsky was in

23  the Ukraine, but he was trading in the Dubovoy accounts here.

24          We represented -- we presented you with information

25  that shows you that Khalupsky was trading in the Dubovoys'

1   accounts through IP information and emails.  So just like

2   Korchevsky, Special Agent Preis testified that he was able to

3   determine the two particular IPs that accessed Khalupsky's

4   emails were also accessing the Dubovoys' brokerage accounts on

5   more than 1,200 occasions from July 2011 to March 2014.  One

6   of those IPs comes back to Dolphin, Khalupsky's trading

7   company in Odessa, Ukraine.

8           Dr. Canjels looked at two of the Dubovoys' accounts

9   that Khalupsky was accessing.  You heard it as the TDA7954

10  account and the Merrill Lynch 9078 account.  The IP data

11  showed that the TDA7954 account was accessed September 26th,

12  2011 through August 7th, 2012; and the Merrill Lynch account

13  was accessed from February 14th, 2013 to March 17th, 2014.

14  Dr. Canjels did an analysis of these accounts during the time

15  period that IP showed Khalupsky actually accessing the

16  accounts.  And Dr. Canjels' analysis actually gives you a

17  window on Khalupsky's illegal trading.

18          By the way, other than IPs, you also saw emails,

19  other evidence that Khalupsky was actually trading in the

20  Merrill Lynch account, the 9078 account and these emails were

21  in -- one email was sent in February 2013 and it seems to be

22  sent from Khalupsky and somebody employed by Khalupsky.  And

23  those emails continue until October of 2013.  You can see that

24  on the right-hand side.  The left-hand side are the ones that

25  are sent in February 2013, on the right-hand side is the

1  October 2013 email that Igor Dubovoy actually responds to.

2  And he's actually providing access to the account here.  He's

3  answering questions and providing additional access to the

4  account.

5          Let's look at the accounts that Dr. Canjels looked

6  at.  Let's start with the TDA that Khalupsky was trading in.

7  What do you see?  First, you see that this account is funded

8  right around the time we see that Khalupsky starts accessing

9  this account, September 26th, 2011.  In fact, a deposit of

10  nearly a million dollars was made to the account on that day.

11  In the span of less than six months, Khalupsky and his traders

12  made almost 2.7 million net profits in this account.

13  Dr. Canjels determined that the return on investment in this

14  account was over 124 percent.

15          Just as a point of comparison for you, the FINRA

16  expert that was called by the government, Mr. Carocci, he

17  testified that the rate of return in 2011 on the S&P 500 was

18  about 2.1 percent.  That's $2.11 on a hundred.  And the S&P

19  500 is a publicly traded -- a public way to invest.  That's a

20  rate of return where you don't have stolen press releases.

21          The trading in the TDA account was similar to the

22  Korchevsky account in that it was mainly on earnings and

23  guidance news and the earnings and guidance trading in the

24  account almost exclusively happened in the window between

25  press release uploads to the respective newswire and before

Summations of Ms. Nestor                           3012

1   distribution to the public.  And Dr. Canjels testified that

2   there was a similar statistical significance or a correlation

3   between the upload time that the press releases are uploaded

4   to the newswire and the actually trades.  So the trades are

5   made in correlation to the upload time to the newswire of the

6   press release.

7          So what does that mean to you?  It means that just

8   like Korchevsky, Khalupsky and his traders were also using

9   stolen press releases to trade, and that's why you see such a

10  strong correlation between upload time and the first order

11  time being placed in the account.

12         Just like Korchevsky's accounts, here too, you see

13  that the accounts traded almost exclusively in the span of PR

14  Newswire press releases for almost six months, between

15  September 2011 to February 2012.  Because again, as you know,

16  in March 2012 PR Newswire kicks the hackers out.

17         With respect to the Merrill Lynch account, you saw

18  very similar activity.  Dr. Canjels testified that the last

19  trade in this account happened on March 2014 right when the IP

20  access for Khalupsky stopped.  That also coincides with the

21  lost access to the stolen press releases which you know

22  happened at some point in the 2014.  This account has a

23  61 percent return on investment with a net profit of just over

24  617,000.  As with the TDA account, the vast majority of the

25  trading in this account were on securities on exchanges or

Summations of Ms. Nestor                    3013

1    trades of three days or less, short-term trading.  The three

2    longer trades that were actually made in this account lost

3    money.  All the short-term trades based on earnings and

4    guidance news were made after the press release was uploaded

5    to the newswire and before it was disseminated to the public.

6    And Dr. Canjels testified that there was a similar statistical

7    significant correlation between the upload time and the trade

8    time in the account.

9         And just like the TDA account, Korchevsky's

10   accounts, here too, you saw that there was trading almost

11   exclusively based on Marketwire press releases around

12   March 2013 to after October 2013.  Trading wasn't happening

13   every week, but when it happened it was almost always around a

14   Marketwire press release.

15        Now, the evidence we just went through establishes

16   that both defendants had access to the press releases because

17   they received log-in credentials to access the stolen press

18   releases.  You also saw that both defendants' trading was

19   consistent with access to the stolen press releases because

20   the cooperators told you they had access to the stolen press

21   releases and the evidence just not corroborated what they

22   said, it confirmed what they said.  And Khalupsky sent himself

23   the pre-distribution Oracle press release.  Those are the big

24   takeaways of what we just saw.

25        Now we need to talk about how both defendants knew

Summations of Ms. Nestor                3014

1   that they were trading on press releases stolen from the

2   newswires.  We established access, now we have to talk about

3   how they knew.  Let me be clear, all the evidence we just

4   discussed is proof of what the defendants knew, but there is

5   more.

6            Let's talk about how Korchevsky knew the nature of

7   the scheme to defraud here and how he knew that -- or he

8   knowingly and willfully participated in that scheme.  Those

9   words will become important to you.

10           You know that Korchevsky knew he was trading on

11  press releases stolen from the newswires by the hackers for a

12  number of reasons, but some of those reasons are that he used

13  prepaid phones devoted exclusively to communicating with the

14  others involved in the scheme and hotspots to mask his IP.  He

15  threw away computers that were used for illegal trading and

16  deleted emails and text messages.  He used code to communicate

17  with his co-conspirators, and he had access to a Russian-based

18  email account that had stolen press releases on it.  And the

19  cooperators told you, but the documents, the phones, the

20  $15 million in illegal profits make clear, Korchevsky knew

21  exactly what he was doing from day one.

22           Now you learned at the beginning of the scheme

23  Korchevsky asked Arkadiy Dubovoy for a computer and I told you

24  later he asked for an iPad and phones and Igor Dubovoy told

25  you that Korchevsky would ask for these all the time.  He

1  would ask for computers and phones and Igor would buy them.

2  You saw evidence of that during this trial.  You saw a photo

3  of Mr. Korchevsky's house and the safe in the closet of his

4  master bedroom.  You know that inside that safe there were

5  three cell phones.  Those cell phones are in evidence,

6  Government's Exhibit 485, 489-1 and 489-2.  That wasn't it.

7  You heard from Special Agent Taylor from the FBI, who was

8  there on the day of the Korchevsky's arrest, he carried out

9  the search and he found another phone in Korchevsky's bedroom,

10  that's in evidence Government Exhibit 484.  It's the 9518

11  phone.  Let's talk about that phone.

12          This is a photograph of that phone, it's Government

13  Exhibit 484.  It's the 9518 phone.  The photo of the phone

14  seized from Korchevsky's bedroom.  Now, the back cover is

15  taken off in this photo to show you the note that was found

16  inside the cover on the battery of the phone.  The note has a

17  phone number and a pin written on it.  Igor Dubovoy testified

18  he purchased this specific phone for Korchevsky.  He knew that

19  because he created the fake address and gave the phone a

20  contact similar to his uncle Pavel Dubovoy, Paul Dub.  It says

21  it right there on the phone on the note.  He explained to you

22  why he made up this name and address.  He knew the phone was

23  going to be used for the illegal scheme and he didn't want to

24  provide any legitimate information.  This is a 678 area code,

25  ladies and gentlemen.  That's an Atlanta area code.  That's

Summations of Ms. Nestor                    3016

1    where the Dubovoys lived, not Korchevsky.

2            You saw that almost all of the text messages on this

3    phone were deleted, 212 of 213 were deleted.  You also saw who

4    Korchevsky was talking to on the phone.  It was exclusively

5    used to speak to Igor, Arkadiy, and Pavel Dubovoy.  There's

6    the contact information.  That shows you that messages were

7    deleted, and this shows you who's in the phone.

8            Remember, you know from records introduced here at

9    trial that 6088 number, that's a number for Arkadiy Dubovoy.

10   And the number right below that, the 2359 number, that's the

11   number for Pavel Dubovoy, and then there are two numbers for

12   Igor Dubovoy on this phone, AA Igor and AA Igor 2.

13           Igor Dubovoy recalled installing the server access

14   program on the computers he would buy for Korchevsky so that

15   Korchevsky could access the server remotely.  Now, this is

16   before Igor Dubovoy knew exactly what was going on.  He would

17   get the server access from Pavel Dubovoy, who was providing

18   the access to the hackers.

19           Now later in the scheme in 2015, Igor actually

20   personally delivered a Dell Latitude laptop to Korchevsky.  He

21   flew to Philadelphia, and you see that record here.  And there

22   are text messages that are in evidence and Igor Korchevsky

23   exchanged -- Igor gave the laptop to Korchevsky, it's a Dell

24   Latitude and there was a Dell Latitude laptop recovered from

25   Korchevsky's house on the day of his arrest.

Summations of Ms. Nestor                    3017

1          Now you learned what Korchevsky did with the

2     computer screens, I think I already mentioned this.  He would

3     break them apart and throw them in the trash when he was in

4     the Ukraine.  And that explains why Igor Dubovoy had to get

5     Korchevsky computers so many times.  And this is Government

6     Exhibit 357.  It confirms the travel by Igor Dubovoy.

7          By the way, you saw text messages between Korchevsky

8     and Igor Dubovoy on April 14th, 2014, where Korchevsky is

9     asking for a computer and hotspots.  Igor confirms that he's

10    sending Korchevsky the computer to which Korchevsky responds,

11    more important hotspot, and there go the exclamation points,

12    you'll see those a lot, those and question marks.

13         You know what a hotspot is.  It certainly is used to

14    access the Internet when you travel, but it also has the added

15    benefit of masking your computer's identification with an IP

16    tied only to the hotspot, which Korchevsky would keep

17    replacing and Igor would keep buying.

18         You also saw evidence of payments to Korchevsky

19    during the course of this scheme.  Government's Exhibit 2003-6

20    is just one example.  Igor Dubovoy testified about this check,

21    it was for $70,000 to Korchevsky.  He told you this was for

22    Korchevsky's 12 percent profit generated from illegal trading,

23    which you know is how much Khalupsky was being paid as well.

24    It also happens to be -- withdrawn.

25         But what makes -- but make no mistake here,

Summations of Ms. Nestor                    3018

1   Korchevsky wasn't just getting paid to trade in the Dubovoy

2   accounts and he wasn't just trading in his own accounts

3   either.  He knew from day one who the information he was

4   getting -- who his trading came from.  And he understood that

5   in order to keep making millions of dollars he needed the

6   hackers.  You saw Government Exhibit 353 that Korchevsky

7   knew -- in this exhibit you know that Korchevsky knew about

8   the negotiations with the hackers.  There's a reference to

9   Roman, that's Roma.  And Mos or it says Mos, that's Pychnenko.

10  Igor Dubovoy testified about that.

11          Now, this is in 2014 when the hackers had cut the

12  Dubovoys and Pychnenko -- and Korchevsky and Khalupsky off.

13  Here, Korchevsky is being told what it would cost for the

14  Dubovoys to keep getting the press releases.  Korchevsky's

15  response should come as no surprise.  He encouraged the

16  Dubovoys to pay the hackers so he could keep trading on

17  illegal information.  As this email indicates and Igor

18  testified, the reference to 100K per week agreed was a

19  reference to the tentative agreement with Roma for access to

20  the stolen press releases.  And the reference to M-O-S, Mos

21  was a reference to Pychnenko.  Pychnenko was going to charge

22  70 percent and they wanted a $300,000 down payment.  Igor

23  Dubovoy testified that he and his father were skeptical about

24  this deal because they were not making that much money and

25  this was really expensive.  They had a conversation with

Summations of Ms. Nestor                    3019

1   Korchevsky, but he thought the terms were reasonable.  And you

2   know why that is also, Korchevsky is not paying for the stolen

3   information, so it really doesn't concern him very much.

4   Arkadiy Dubovoy is paying the hackers and he has no idea that

5   Korchevsky is making millions of dollars in his own accounts.

6           You saw more evidence that Korchevsky new about

7   Arkadiy Dubovoy's negotiations with the hackers.  In January

8   2015, Arkadiy traveled to the Ukraine to negotiate getting

9   access to the press releases with Roma and his boss, Valeri.

10  We talked about this meeting, but just to remind you.  The

11  negotiations fell apart rather quickly.  Remember, at this

12  point in 2015 Arkadiy Dubovoy -- the hackers realize that the

13  Dubovoys haven't been paying them all their money, they

14  haven't been paying from each account that they have.  And

15  Valeri confronts Arkadiy Dubovoy about that and Arkadiy

16  Dubovoy refuses to pay.  But Roma is a connection and Roma

17  asked him to take this access for one day, it would be $50,000

18  for one day.  And you see text messages and phone calls

19  corroborating what Arkadiy Dubovoy told you during his

20  testimony.  You see from call logs, which are in evidence as

21  Government Exhibit 403-a, that Korchevsky was the one that was

22  accessing the information on the one day they got access

23  through Roma in 2015.  That day is full of calls and text

24  messages with Roma and Korchevsky back to back.

25          If you look at the next slide also 403-a, at the end

Summations of Ms. Nestor                    3020

1    of the day on January 27th, 2015, Arkadiy Dubovoy told Roma he

2    wasn't happy with how it went.  That's the text at the very

3    bottom of the slide.  Arkadiy to Roma.  And that's around when

4    the second phase began where Arkadiy and Igor Dubovoy started

5    receiving the information from Pychnenko instead of Roma.

6                (Continued on the next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MS. NESTOR:  Now as I already told you, things

2    worked a little differently during this time in 2015.  There

3    was no -- there was no more server, right?  Arkadiy Dubovoy

4    had a disagreement with the hackers and with Valeri, their

5    boss, so he didn't want -- Valeri didn't want to buy Arkadiy

6    Dubovoy's stolen press releases.

7          Pychnenko interjected with the intermediary, but

8    obviously Pychnenko can't tell Valeri that he is giving

9    Arkadiy Dubovoy press releases.  He can't give Arkadiy Dubovoy

10   access to a server.  The hackers know IP.  The hackers can

11   track it.  I think you saw that here actually.  He was

12   actually asked if Arkadiy Dubovoy was hacked.  You saw that in

13   your IP data.  That's how he found out that Arkadiy Dubovoy's

14   been giving the hackers all their money.

15         And during this part of the scheme, Igor Dubovoy

16   becomes more involved.  He testified to that.  Pychnenko gets

17   a Ukrainian-based email account.  It's called Rupion.  And he

18   gives Igor Dubovoy access to it.  It gives him access to

19   stolen press releases.  There are no more servers, he has

20   access to this email account and it all gets deposited in this

21   account.

22         Igor then provides the stolen press release to

23   Korchevsky, using a number of email accounts, including a

24   Russian-based email account called vmarken, and another

25   web-based account called Loscal based -- Loscal starts at end

1  of March of 2015.

2          Korchevsky then reviews the press releases and

3  either called or texted Igor instructions on how to trade.

4  Igor simplifies Korchevsky instructions, and at this point

5  Garkusha's trading and Momotok.  You heard about briefly also

6  trading.  And he provides this to his partners, he provides

7  direction to them of how to trade.

8          During this period of time, 2015, Khalupsky was not

9  trading, as far as we know.

10         So with respect to the vmarken email account,

11 remember this is the one that Igor sets up for Korchevsky.  On

12 January 27th, 2015, the one day that they got access to the

13 press releases from Roma, went back to January 27th, 2015,

14 before they're finally done with Roma, Igor sent Arkadiy

15 Dubovoy the vmarken email address and in this a call to text

16 about asking stolen press releases.

17         These records show you that Igor send the vmarken

18 email address while Arkadiy Dubovoy is on the phone with

19 Korchevsky.  You can actually see this.  Vmarken 5:24 and

20 Korchevsky 5:24.  One minute and 50 second call, right above

21 it.  That's how Korchevsky learned about the vmarken account.

22 Arkadiy provided it.

23         Now remember, Igor Dubovoy told you when he set up

24 the vmarken account, it was for the purposes of this.  He made

25 up a fake name in the account, and that's in Government

1    Exhibit 3057(T), pictured here on the slide.  And you see that

2    there's a forward -- well, there's an email from Varta Marken,

3    vmarken to vmarken, and it's forwarded to the Rupion account.

4             Again, the Rupion account is the one that Pychenenko

5    set up for purposes of the team in 2015.  Igor accesses the

6    press release in that account.

7             You saw a number of emails in the vmarken account.

8    It lists the tickers being sent from vmarken to vmarken.  And

9    then forwarded to the Rupion email account.  Here's just one

10   example of those emails.

11            The point here is that Igor Dubovoy told you

12   Korchevsky had access to the vmarken account and he was

13   writing these lists, which included upcoming press releases

14   that Korchevsky knew were going to be issued.

15            As you heard during this case on numerous occasions,

16   everyone knew when press releases were going to be issued.

17   What they didn't know is what those press releases were going

18   to say.

19            You know why Korchevsky is sending these emails from

20   vmarken to vmarken because you know that Pychenenko sometimes

21   asked what Korchevsky was interested in.  So he could, you

22   know, he could trade.  That's why Pychenenko sends Igor these

23   lists.  Pychenenko forwards it along to the Rupion email

24   account, which you know again Pychenenko set up, Pychenenko

25   and Igor.  Korchevsky doesn't have access to the email

1    account.  He sends the list to Pychenenko.  He's accessing the

2    press releases directly from the hackers at that time.

3           And by the way, this isn't the first time you see

4    this.  You also saw text messages from Arkadiy and Pavel

5    showing that Pavel asked similars questions when he was still

6    involved in 2014.  There are chats between Pavel and Arkadiy

7    in 2014 where Arkadiy asks Pavel if he forgot the server

8    recording, and Pavel asked Arkadiy, Vitaly, referring to

9    Pychenenko, has something very important he's interested in

10   that he wants to see.  This is Government Exhibit 403-1.

11          You know what server this chat is about.  It's about

12   the server that the hackers were providing access to.  And

13   Arkadiy's trying to regain access to the server in 2014.  He

14   testified he was in negotiations.  You saw emails that he was

15   actually in negotiations with the hackers in 2014.  I submit

16   to you the very important information Pavel is asking

17   Korchevsky is for the tickers Korchevsky's interested in.

18          You also saw a similar email from Korchevsky to

19   Dubovoy in June of 2015 where he sends a list of tickers.

20          And you've seen that before.  And Korchevsky here is

21   indicating that the press releases will be uploaded before or

22   after market close, right, because, as I said, you know when

23   press releases will be uploaded, you just don't know what

24   they're going to say.

25          Again, he's sending a message to Pychenenko -- I'm

1  sorry, Vitaly Korchevsky is sending it to Igor Dubovoy, and

2  that is this list of tickers.  And the point would be for Igor

3  to send it to Pychenenko, and Pychenenko can find that

4  information.  This is 2015.  And at this point, they are just

5  (inaudible) email accounts after the press release.

6  Pychenenko's forwarding it to Igor, Igor's forwarding it to

7  Pychenenko.

8           And, ladies and gentlemen, one of the first things

9  you saw during this trial was evidence of the login

10 information for Loscal email account being sent to Korchevsky

11 by Igor Dubovoy.  It might have not meant anything to you at

12 that time.

13          Special Agent Alan Davis of the Secret Service

14 testified that the Loscal email address and password were sent

15 via text message from Igor Dubovoy's 771 phone to Korchevsky's

16 917 phone on March 31, 2015.

17          When Special Agent Pierce, the first witness that

18 testified from the Secret Service, you learned that she was

19 able to use this password to access the Loscal account.  The

20 password didn't change from March 31st, 2015 until the day

21 that Korchevsky and the Dubovoys were arrested on August 11th,

22 2015.  This text message shows you that Korchevsky had access

23 to the Loscal email account where Igor Dubovoy sent

24 pre-distribution press releases.  It also corroborates what

25 you were told you about the Loscal account.

1          You also saw Igor Dubovoy's phone.  It was seized

2     from him on the day of his arrest.  It's Government

3     Exhibit 481.  It's on the left side of the screen here.

4          It is the same Loscal login information on the

5     inside of the phone.  This is the piece of paper found on the

6     inside of phone behind the battery cover.  That's the pin

7     1596.

8          Remember the phone I showed you for Korchevsky that

9     was found at his house on the day of his arrest.  It's in the

10    picture to the right 484-P.  That phone had the same pin,

11    1596.

12         Now 1596 was written on both pieces of paper inside

13    both phones.  And you learned what 1596 was.  It was a pin for

14    a calling card.  This wasn't just a regular phone that you

15    would have if you were paying AT&T monthly, this was a phone

16    you would actually use a calling card for.

17         And Igor Dubovoy told you this.  He used his phone,

18    Government Exhibit 481, to log into the Loscal account to

19    provide Korchevsky with press release and to chat.

20         The Secret Service actually looked at the Loscal

21    account and found nothing in the in box.  The folders in the

22    account looked like this.

23         There was only one email in the sent folder which

24    appeared to be an email forwarding the D press release

25    originally sent from the Rupion email account.  The email was

1   forwarded to another email account RIGA12 RIGA12.  And Igor

2   Dubovoy told you that he thought he forwarded that email

3   because he believed he forwarded it to (inaudible).

4   Everything else was deleted.

5          Special Agent Pierce testified while she saw emails

6   being sent from the Rupion email account to Loscal, there was

7   nothing in the Loscal email account, other than this one email

8   sent to RIGA12 RIGA12.  They were all deleted.

9          Now the Rupion email account has several hundred

10  emails in it.  The Rupion.ru email had several hundred emails

11  in it.  They start on February 9th, 2015.  The Rupion account

12  also had some emails from vmarken, which I've already

13  discussed with you.  The other email that the Korchevsky

14  received and forwarded to this account.

15         Now, that's telling because remember, we just talked

16  about how there were 10,000 overlapping IP hits between

17  Korchevsky's brokerage accounts and the Dubovoy brokerage

18  accounts.  The IP gets stumped on February 7th, 2015.  Just

19  two days before the emails start coming this the account.  And

20  you know what happened, because Igor Dubovoy testified, that

21  once they started using this system, Korchevsky was no longer

22  trading in the Dubovoy account.  Igor would do the trades.

23  And that's exactly when the email start arriving in the

24  account, right when they began.

25         You know why we no longer see Korchevsky acting in

1    these accounts, right?  Rupion is set up and is trading

2    through Rupion and is trading only in those accounts sending

3    text messages and making calls to Igor giving him direction of

4    how to trade.  You've seen those text messages, and you will

5    see them again in a moment.

6            Now, in the sent folder of the Rupion email account,

7    the secret service found emails forwarded to the Loscal

8    account, as I said.  Agent Pierce testified that the emails

9    all contained press release attachments, many of which appear

10   to be in draft form.  The email to Rupion to Loscal accounts

11   start on March 31, 2015, exactly when Igor Dubovoy sent the

12   text message with the Loscal sticker and password to

13   Korchevsky.

14           In fact, the first email attaching the press release

15   from the Rupion account to the Loscal account was on

16   March 31st, 2015.  There's that sticker.  And here's the first

17   entry right above it to the Loscal account.

18           So the first email attaching the press release from

19   the Rupion account to the Loscal account was on March 31,

20   2015, at 1:48.  You see at the very top that entry.  That was

21   just moments before Igor sent the message to Korchevsky with

22   the Loscal login at 1:52 p.m.

23           Now, Investigator Bolinder testified towards the end

24   of trial here.  He reviewed the Rupion and Loscal accounts.

25   He made a chart of the trades that correlated to the

Summation - Mr. Nestor                    3029

1    pre-distribution press releases that were found in the Rupion

2    account.  That chart is in evidence as Government Exhibit 703.

3            He also matched those trades up to text messages

4    between Korchevsky and Igor Dubovoy.  He made a chart of that

5    information as well.  And that's in Government Exhibit 704.

6    So 703 and 704 are the two charts that chart out the Rupion

7    and Loscal trading.

8            The takeaway from Investigator Bolinder's work is

9    very important.  Because if you look at the period of time

10   where we see press release and Rupion email account and the

11   forwards to Loscal, you can see that Korchevsky's trading

12   almost exclusively on stolen press releases.

13           Investigator Bolinder testified that he found 145

14   unique press releases all from business wires in the Rupion

15   email account between February 19th and May 28th, 2015.  135

16   of those were pre-distribution press releases, meaning they

17   had not been distribute to the public when they appeared in

18   the Rupion email account or were forwarded to Loscal.

19   Korchevsky did not trade on the ten press releases in the

20   email account that were already public.

21           Korchevsky traded on 97 of 135 press releases.  He

22   had a total of 104 trades.  The total of that period of time

23   he did 104 trades in securities listed on that sheets.

24   Ninety-seven of the trades correspond to press release found

25   in a Rupion email account.  That is 93 percent of his trades

1    for that period of time.

2          Mr. Carocci from FINRA testified, and he told you

3    there are more than 6,000 companies that trade on the New York

4    Stock Exchange and the NASDAQ.  Those companies issued

5    earnings announcements.  Korchevsky traded on 104 securities

6    listed on exchanges during the Rupion period.  And more than

7    90 percent of those trades were on tickers from press releases

8    that were found in the Rupion email account.  All three

9    distributions, hacked stolen press releases.

10         Ladies and gentlemen, that is damming evidence that

11   Korchevsky was trading on stolen press releases.  You should

12   look at them on Exhibit 703 and 704 in your deliberations.

13         And the text messages you saw between Igor Dubovoy

14   and Korchevsky during this 2015 period are also extremely

15   powerful evidence of Korchevsky's involvement in this scheme.

16         Investigator Bolinder matched those text messages up

17   to the trades that happened in the Rupion and Loscal accounts.

18   And Igor Dubovoy interpreted the text messages for you.  And I

19   say interpreted with a purpose.  Because these need

20   interpretation.  You saw texts like the one at the top of the

21   slide from April 27th, 2015.  They didn't mean much if you

22   didn't know the code.  You learned to use the code so that no

23   one can figure out what you're talking about, because they're

24   talking about illegal trading.

25         Korchevsky would send just the first letter of a

1  ticker, as you see here.  I'm sorry, as you see here, he'll

2  send the number, six; one, two, three, four, five, six.  That

3  means the number of the press release that came in that day,

4  which one was emailed in sequential order.  And those are the

5  emailed to the Loscal account.

6         And the two things collectively discuss whether any

7  press releases that were coming in on a particular day, the

8  bottom portion of this five of text messages from April 20th,

9  2015, it shows you that.  It is evidence that these two aren't

10 talking about the weather, they're talking about press

11 release, right?  He says, very suspicious, today it's raining

12 here.  I think you know that he's not very suspicion that,

13 it's raining in Pennsylvania but not raining in Atlanta.

14        You remember that Igor Dubovoy you that it's strange

15 that he hadn't received any press release since a lot of

16 companies are coming out with earnings, because as you know,

17 they know when earnings are coming out, they're not getting

18 press releases.  Korchevsky is getting the press releases.

19 This is Government Exhibit 707B.

20        Investigator Bolinder testified that his review of

21 trading data indicated that Korchevsky generally made the

22 largest profits during the period of time.  And he invested

23 more money than the Dubovoys.  All told, the completed trades

24 between February 19, 2015 and May 28th, 2015, Korchevsky made

25 1.385 million, and the Dubovoys profited slightly more than

1    247,000.  Khalupsky made close to 13,000.

2            And that should make sense to you, ladies and

3    gentlemen, because both Igor and Arkadiy Dubovoy told you the

4    illegal trading wasn't profitable in 2015.  Arkadiy actually

5    said it was more problem than earnings.

6            Korchevsky wanted to keep going, and that's when he

7    gave Arkadiy Dubovoy $500,000.  Igor Dubovoy called it

8    skin-in-the-game money.  The idea was, you can't keep paying

9    for these hackers, where's your money?  And so Korchevsky

10   borrows $500,000.  And you saw that wire during this trial.

11           And the text messages between Igor Dubovoy and

12   Korchevsky towards the end of this were so significant.  It

13   shows knowledge regarding this email.  These are text

14   messages -- again, in June and July 2015, look at the number

15   of question marks over and over and over again in June.

16   Korchevsky's frantic in these conversations.  He's desperate

17   to get the stolen press releases.  Because you saw from the

18   2014 period he need them if he wants to trade.  He's become

19   addicted to them.  Igor keeps saying say no or don't know yet.

20           On June 9th, 2015, Korchevsky traded -- texted Igor

21   end of the music, question mark?  What does AR say?  You know

22   what he's talking about.  Are we getting any more press

23   releases?  What does Arkadiy Dubovoy say?  AR.

24           And the last message between and Korchevsky is on

25   July 16, 2015, Exhibit 707B.  Igor tells him he can't write

1    today -- I'm sorry, we're at the high mark today, and he'll be

2    in touch on Monday.  And you saw what happened next.  This is

3    July 16th, 2015.

4            On June 21st, 2015, just a few days after the last

5    text message between Igor and Korchevsky, Korchevsky and

6    Arkadiy Dubovoy start texting.  You see the same and question

7    marks from Korchevsky.  And the same instructions from Arkadiy

8    Dubovoy.  We're now waiting.  Or it won't happen.

9            These text messages are damming evidence that

10   Korchevsky's trading on stolen press releases, because he

11   shows he was desperate for them.

12           So you know that Korchevsky knew exactly what the

13   scheme was about.  He knew the hackers were stealing press

14   releases.  And he knew he was trading on stolen press

15   releases.  He chose to be a part of the scheme and he made

16   millions as a result.

17           You know this for a period, but I just want to

18   remind you, because it's a lot of evidence.  Korchevsky used a

19   prepaid phone, like the 9518 phone, with the Atlanta area code

20   and we saw.  And Igor purchased those phones for him.  That

21   phone was exclusive to communicate with Igor, Arkadiy and

22   Pavel.

23           If there were computers that were used for the

24   illegal trading and he deleted emails and text messages.  He

25   used code to communicate with his coconspirators.  You saw

1   that from the Rupion and Loscal period.  And he had access to

2   the Rupion email account -- I'm sorry, he had access to Loscal

3   and Rupion email accounts during this period of time.  You saw

4   that little sheet of paper with Loscal credentials being sent

5   to him exactly when Loscal was up and running.  And that's

6   just some of the evidence of Korchevsky's knowledge.

7          Now, before I talk to you about the Khalupsky email,

8   I just want to remind you about a few similarities between

9   Korchevsky and Khalupsky.

10          You learned that Korchevsky -- you learned that just

11  like Korchevsky, Khalupsky had a long history of tickers.  And

12  he had passed a number of exams.  He was registered with FINRA

13  at one point.  You learned that Korchevsky was, too.

14          Like Korchevsky, Khalupsky made about 10 to

15  12 percent of the profits in the illegal trading.  And you

16  already saw that like Korchevsky, Khalupsky received

17  credentials asking for stolen press releases.  Like

18  Korchevsky, Khalupsky received access to email accounts that

19  have stolen information such as Stargate11, which you saw a

20  short while ago.  And like Korchevsky, Khalupsky communicated

21  directly with Pavel Dubovoy, who worked directly with Roma and

22  the hackers.  And that as we will cover in a few minutes, like

23  Korchevsky, Khalupsky made a lot of money in this scheme.

24          So, ladies and gentlemen, what else do you see

25  during this trial that establishes beyond a reasonable that

Summation - Mr. Nestor                    3035

1    Khalupsky knew the nature of the scheme to trade on stolen

2    press releases and agreed to participate in that scheme.

3            Again, just to give you a few highlights upfront.

4    Khalupsky had the pre-distribution Oracle press release in his

5    email account.  That is damming evidence of his knowledge

6    regarding the hacking you've seen in this case.

7            Khalupsky told law enforcement that he knew the

8    hackers.  Khalupsky worked to disguise the payments he

9    received for this scheme by having the Dubovoy send the

10   payments to the shell companies.  They were sent to Dolphin

11   Trading.  Khalupsky sent and received numerous emails

12   confirming his participation in the scheme.

13           First and foremost, you know that after Khalupsky

14   was arrested, he told the FBI, while waiting to be arraigned

15   right here in the Eastern District of New York that he knew

16   the hackers involved in the case and that they were still

17   active.  He said they were stealing press releases and trading

18   from them.  That's an important link that provides additional

19   context to the emails sent between Pludovsky and Positive 1

20   for Roma.

21           You also learned that after Khalupsky had been

22   trading in Arkadiy Dubovoy's brokerage account for sometime in

23   the illegal information, Arkadiy asked if he can draw up an

24   agreement that Arkadiy signed.  That's in evidence at

25   Government Exhibit 805.

1        Arkadiy wanted this agreement because Khalupsky was

2   purchasing stock from the Ukraine and the brokerage firm

3   started blocking the account.  And he wanted to have a letter

4   ready to go so he could show the document to the bank.

5        He testified that he kept this agreement in his

6   office at all times in case he needed it.  This agreement

7   makes clear that Arkadiy Dubovoy was giving Khalupsky

8   permission, Khalupsky permission, to trade in his brokerage

9   accounts.  Khalupsky likely forwarded the attached to

10  (inaudible).

11       Now we can't be sure this letter was dated

12  August 2012 or changed to an 8/2012, but Arkadiy Dubovoy

13  testified that the agreement was signed by Khalupsky and it

14  was actually signed -- Khalupsky prepared it and Arkadiy

15  Dubovoy signed it after Khalupsky started trading.  So that

16  confirms some time frame for you because you know he started

17  trading in 2011.

18       The agreement language is similar to the trading

19  authorization we've seen from some of the brokerage accounts.

20  It appears Khalupsky used canned language from some of the

21  brokerage trading authorization.  And that makes sense.

22  Khalupsky is a trader with a company called Dolphin Trading,

23  right, which he used a form that he's used in the past to

24  draft up this agreement.

25       But it is significant that Khalupsky knew after this

1   agreement was signed, this agreement was signed sometime in

2   2011.  In 2012, as you'll see in a minute, he didn't have

3   trading authorization in Arkadiy Dubovoy's accounts.  So this,

4   I submit to you, was the purpose of this document.  The

5   purpose of this document, as Arkadiy Dubovoy says, it was in

6   case the brokerages come knocking and they need some form of

7   proof that somebody from the Ukraine is trading in Arkadiy

8   Dubovoy's accounts.  So they don't close down the accounts.

9           There's only one person on the other end of this

10  agreement, and it's the defendant Vladislav Khalupsky.  He was

11  the person Arkadiy Dubovoy trusted.  He was the one Arkadiy

12  Dubovoy was dealing with.  And he was the one that knew about

13  the stolen information, Loscal Khalupsky.

14          Now you know that Khalupsky was aware that he didn't

15  have trading authorization in Arkadiy Dubovoy's account after

16  the side agreement, right?  Now, this, you've all seen this

17  before, this is Government Exhibit 246(T) and 256(T).

18          Now, you know that these are questions many of us

19  get.  We have to fill out questions when we forget our

20  passwords.  They're ways to access accounts.

21          Sometime the password is not enough and you can

22  extra security because you're accessing a US-based account

23  from the Ukraine, for instance.

24          Now you know that Khalupsky didn't trade in the same

25  account as Korchevsky.  We learned that during this trial.

1   Arkadiy Dubovoy opened up separate accounts for Khalupsky to

2   trade in.  These two emails show that in February 2012 and

3   May 2012, Pavel forwarded account access information for

4   Arkadiy Dubovoy to Khalupsky.

5             And it makes sense that Pavel is sending the

6   information because Arkadiy only knows Khalupsky through Pavel

7   and he became close to Pavel.  Pavel is in the Ukraine,

8   Khalupsky is in the Ukraine.

9             And you know who else received this login

10  information for Arkadiy Dubovoy's accounts?  Very similar

11  questions, very similar answers.  Positive 1.  Roma.  The

12  intermediary between the hackers and the Dubovoys.

13            And you know why Roma is getting these account

14  information from Pavel, he's providing the hackers with the

15  access to Dubovoy's accounts, right?  But they're charging

16  Arkadiy Dubovoy a percentage of what he was making.

17            You also saw, more than once, that Igor Dubovoy

18  needed to change the settings of one the brokerage accounts

19  that Khalupsky was trading in so that Khalupsky could trade a

20  specific time in a specific manner.  Remember, Khalupsky was

21  in the Ukraine to do trading at off hours in the US market.

22  In this email, Khalupsky's asking that the Dubovoys allow him

23  and his traders to trade in the Merrill Lynch 9078 account,

24  the one with that IP access for and extended hours.

25            And I just want to highlight to two other emails

1  you've seen during this trial.  First, this is Government

2  Exhibit 222(T).  This email is from bilbrown599@gmail.com.  It

3  was sent on October 12th, 2011.  You saw gmail records in

4  Government Exhibit 852 showing this account was created just a

5  few days before this email was sent using an IP that was comes

6  back Khalupsky's company, Dolphin Trading.

7            In this email, Bill Brown complains to Pavel that

8  seven companies reported press releases after market closed,

9  and another five after market opened, and they didn't get the

10  information about those companies.  Bill Brown tells

11  Khalupsky -- I'm sorry, Bill Brown tells Pavel at the bottom

12  of this email that Vladislav, who you know is Khalupsky, wants

13  to provide Pavel with a list of reporting schedule of

14  companies before the end of the week in the case of

15  (inaudible).

16            And Bill Brown attached a list of companies and

17  tickers to this email, along with revenues sticker for next

18  week.  He's attaching a list of what he is expecting to come

19  in case that would help the hackers actually get the

20  information.

21            It's clear from this email that Khalupsky's upset.

22  They missed getting a bunch of press releases prior to them

23  going public.  That's what they mean we didn't get the

24  information.

25            (Continued on next page.)

1          (In open court.)

2          MS. NESTOR:  You saw that Pavel Dubovoy sent the

3    text of the same Bill Brown e-mail along with the attachments

4    to Positive 1, again, that's Roma, the intermediary between

5    the hackers and the Dubovoys.  And it's clear why he's doing

6    that, Pavel needs to go through the Roma, the intermediary, to

7    send information from Khalupsky to the hackers.  This is yet

8    another direct link between Khalupsky and the hackers just

9    like the passwords that we saw going from Positive 1 to Pavel

10   to Khalupsky.  This e-mail is in the reverse.  It's sent from

11   Khalupsky to Pavel from Khalupsky's people to Pavel and it

12   goes to Roma.  These are Government Exhibits 223-T and 222-T.

13          So as I said, just like the Korchevsky, Khalupsky

14   received a percentage of the profits from his illegal trading.

15   But for the most part it ranged from 10 to 12 percent.  You

16   learned that Igor Dubovoy would wire money to Khalupsky at

17   Arkadiy Dubovoy's direction to pay him for the illegal

18   trading.

19          One of the companies he wired money to was

20   Carese Trade & Invest which was Khalupsky's company, or least

21   that's where he was getting payments.  You saw a lot of those

22   wire transfers during this trial.  This is just one example

23   where Khalupsky asked for 70K, 70,000.  You saw that you

24   Carese was located in the British Virgin Islands and had its

25   bank account in Cypress.  You should ask yourselves, why isn't

1   Khalupsky using Dolphin Trading bank account to receive these

2   payments?  Why is he having these payments sent to another

3   entity located in the British Virgin Islands.  I think you

4   know, this is payment for illegal work and he doesn't want

5   those payments going to Dolphin.

6        And you saw Khalupsky directing payments to other

7   companies as well such as Rally, Ltd. located in Belize City,

8   Belize using a bank in St. Vicent and the Grenadines.  This is

9   a request from Khalupsky to Arkadiy Dubovoy.  Dubovoy01 is

10  Arkadiy Dubovoy, Dubovoy1 is Igor Dubovoy, and this is

11  Government Exhibit 310.

12       You learned that Khalupsky would send Arkadiy

13  Dubovoy regular requests for payment and you saw a number of

14  those requests during this trial.  And sometimes the requests

15  were sent for someone else to Khalupsky and then forwarded

16  along.

17       And you also learned that Khalupsky was trading more

18  than one account because his payment request indicated he was

19  making a certain amount of money in the large account and a

20  certain amount of money in the smaller account.  Those

21  requests indicated he was getting 10 to 12 percent of the cost

22  on the profits from the trading just like Korchevsky.  That's

23  241-T and 257-T.

24       And you saw more than just wire transfer payments to

25  Khalupsky for his illegal trading.  You also saw accounting

1    records between Pavel and Arkadiy Dubovoy.  This e-mail show a

2    160,000 payment for -- a record of 160,000 payment being made

3    to Carese.  And you know that's telling because the Carese

4    payment is right next to the Trudeau Solutions, LLP.  You may

5    not remember now Trudeau Solution, LLP is an entity that the

6    hackers were paid out of.

7            Government Exhibit 229, which is in evidence, shows

8    you the hackers Warning GP is referencing this same account,

9    Trudeau Solutions, LLP.  And "the guys" you were told refers

10   to *petsani* which is the hackers.  So that's in Government's

11   Exhibit 244-T.  And Government's Exhibit 229 shows you

12   Warning GP and the Trudeau Solutions, LLP company.

13           And Arkadiy Dubovoy wrote down times he paid

14   Khalupsky and the hackers in the accounts he prepared for

15   himself.  Now, this document has a number of pages it to and

16   there were numerous payments to Khalupsky in it as well as

17   payments to the hackers.  And there's even a payment to

18   Korchevsky for $180,000 from these notes.  Arkadiy Dubovoy

19   told you these notes what these notes were.  These were an

20   accounting to the defendants of the expenses during the

21   timeframe of this conspiracy.  It wasn't for the entire

22   timeframe, it was some portion of it.  He's paying the

23   hackers, Khalupsky and Korchevsky, for their work in

24   furthering this scheme.

25           What's important about these notes is at the time he

1  wrote these notes, he had no idea he was going to be arrested

2  for this crime.  This is corroboration or confirmation for

3  Arkadiy Dubovoy.  He didn't know his notes were going to be on

4  display in court.

5          You heard from a forensic accountant, Mr. Levanti.

6  He testified about all the payments that went to

7  Mr. Khalupsky.  There was about this $700,000 worth of

8  payments one was to SK Intertrading another company other than

9  Carese.

10          Now, this is from February 2012 to June 2013.  We do

11  know that Arkadiy Dubovoy and Khalupsky had a legitimate

12  business agreement for $200,000 for the company, right?  He

13  had offered $200,000, he paid him the $200,000, the deal fell

14  apart.

15          Now, I want to talk to you about Khalupsky's setting

16  up the Oracle press release.  This is Government Exhibit 323,

17  the e-mail itself and 323-A1.

18          THE COURT:  Would this be an appropriate time?

19          MS. NESTOR:  Yes, Your Honor.

20          THE COURT:  All right.  I thought so.

21          We'll take a short break, folks.  Don't discuss the

22  case.

23          Ten-minute break.

24          (Jury exits courtroom at 10:44 a.m.)

25          THE COURT:  Where are we, Ms. Nestor, in your

1   presentation?

2          MS. NESTOR:  I'm doing well.  I think another -- I

3   have a hard time predicting these things -- but less than an

4   hour.

5          THE COURT:  Less than an hour?

6          MS. NESTOR:  Yes.

7          THE COURT:  I'm trying to figure the jury's lunch.

8   All right.  10 minutes, folks.

9          (A recess in the proceedings was taken.)

10          THE COURT:  We'll take our lunch after Ms. Nestor

11   finishes.  45 minutes.

12          MS. NESTOR:  Your Honor, I know you had indicated

13   that you do not want the law discussed in summations.  I was

14   going to briefly discuss the charges and apply facts to them

15   at the end of my summation.

16          THE COURT:  That's no problem.

17          MS. NESTOR:  Okay.

18          THE COURT:  The use of the word "facsimile" is in

19   the charge.  We didn't have any evidence of facsimiles, did

20   we?

21          MR. TUCKER:  We did not, your Honor.

22          THE COURT:  We did have evidence of text messages?

23          MR. TUCKER:  We did, your Honor.

24          THE COURT:  All right.

25          COURTROOM DEPUTY:  All rise.

*Summation - Ms. Nestor*                                    **3045**

1          (Jury enters courtroom at 11:00 a.m.)

2          THE COURT:  Okay, everyone.  Please be seated.

3   Ms. Nestor when you're ready.

4          MS. NESTOR:  Thank you, your Honor.

5          When we left off, we were talking about evidence of

6   Khalupsky's knowledge of this scheme.

7          And I want to point you to this stolen Oracle press

8   release.  Government Exhibit 323 is the e-mail where

9   vladislavkhalupsky@gmail.com sends this attached press release

10  323-A1 vladislavkhalupsky@yahoo.com, an e-mail sent on

11  December 1, 2013.

12         Now, there are a number of these e-mails, seven

13  total, that are sent right around the same time.  They're all

14  different portions of the same Oracle press release from that

15  day.  You know this is a pre-distribution meeting prior to it

16  becoming a public press release.  At 1:22 p.m. is the first

17  one that's sent.  At 1:55 p.m. on December 18, 2013, is the

18  last one that's sent.  Seven total.  The timestamps are at the

19  top where the e-mails are.  It says 1:52 p.m. on this one it's

20  sent, right in the middle.

21         You also know the e-mails were sent from a device

22  using the same Odessa, Ukraine IP associated with Dolphin that

23  we've seen a number of times during this trial.

24         So, again, Khalupsky sends an e-mail

25  from -- e-mails -- from himself to himself with draft Oracle

1    press releases.  Snapshots of different portions of the draft

2    Oracle press release and that's pictured right here.  Here are

3    two of the other photos of the Oracle press release.  These

4    are just two more examples, there are others that you can ask

5    for.  This is Government Exhibits 323, 323-A1, and the entire

6    series of 364.  So seven e-mails total that he sends to

7    himself.

8           You know the photos of the press release you saw in

9    Khalupsky's e-mail was pre-distribution for a number of

10   reasons.  First, because of the timing when it was sent.  The

11   final Oracle press releases issued to the public at 4:04 p.m.

12   on December 18th.  That was after Khalupsky sent the

13   photographs of portions of the pre-distribution press releases

14   to himself.  The final press release in evidence is

15   Government's Exhibit 802-1.

16          Second.  You learned this was a Market Wire press

17   release, and the Market Wire representative who testified told

18   you that the Oracle press release that Khalupsky sent to

19   himself looked like it was pre-distribution because it looked

20   like it was draft form.  You looked at, actually, one of the

21   photographs of the press release and saw special characters in

22   it that's how he felt -- it looked like it was in draft form.

23          This is really damning evidence that Khalupsky had

24   access to press releases prior to them being out in the

25   public.  This is damning evidence that he had knowledge of

1    this scheme.

2          So you know that Khalupsky was a knowing participant

3    in the scheme because, again, you've seen him in possession of

4    pre-distribution press releases when he was arrested.  He

5    tells law enforcement that he knows the hackers using a shell

6    company such as Carese to disguise payments and all the

7    e-mails that you've seen for Khalupsky's clearly involved in

8    the trading scheme.  He's clearly connected to these hackers

9    by e-mail, not just by his words.

10         And, of course, you know he's know he's involved in

11   the scheme because the cooperators also told you that, and

12   what they told you is confirmed through e-mail and it's

13   confirmed through the documents you've seen during this trial.

14   Confirmed through these seven draft Oracle press releases that

15   he sends to himself.

16         All right.  So now the last thing we have to do is

17   tie all this evidence together for you.  I'm not going to

18   repeat everything that I've already said, but I'm going to go

19   through and I'm going to explain to you how all this evidence

20   falls into the legal scheme which you're going to have to

21   consider when you go back into the deliberation room.

22         As the judge instructed, he is the person that is

23   going to instruct you on the law.  Everything I say is

24   argument, and to the extent it's trying, again, to fit the

25   puzzle together for you.

1    Now, as I said at the beginning, the defendants here

2  are charged with four conspiracies.  I will explain the object

3  of those conspiracies in a moment, but first, I'm going to

4  explain to you what a conspiracy actually is.

5    A conspiracy is simply an agreement between two or

6  more people to violate the law.  The first element of a

7  conspiracy is the defendants have to actually come to a mutual

8  understanding.

9    So, for instance, a conspiracy existed to violate

10  the wire fraud statute.  They had to come to a mutual

11  understanding that wire fraud existed, that there was a crime

12  of wire fraud.  And that's what the object of the conspiracy

13  is, that's the object of the agreement -- to commit wire

14  fraud.  I will get into all of the objects in a moment.

15  Defendants have to actually willfully and knowingly join that

16  conspiracy.

17    For securities fraud there's one additional element

18  that you have to find for a conspiracy charge, and that's if

19  the defendants and one of their co-conspirators had to

20  actually act in furtherance.  It had to do with one of the

21  objects charged in the indictment in furtherance of the

22  conspiracy and we'll get into that in a moment.

23    The indictment in this case, as I said, it has three

24  different conspiracies, but it's really four different charges

25  to the conspiracy.

1          There's wire fraud, that's Count One.

2          Securities fraud and computer intrusion, that's

3    Count Two.  Securities fraud or computer intrusion.

4          And there's money laundering, that's Count Five.

5          There are also two substantive securities fraud

6    counts which I'll get to in a moment.

7          Let's talk about wire fraud briefly first.

8          To find the defendants guilty of wire fraud

9    conspiracy, not substantive wire fraud but wire fraud

10   conspiracy, you need to find that they agreed to make money or

11   take money or property by false or fraudulent pretenses.  In

12   other words, they had to use deceit in order to take money or

13   property.  Here, the victims of this crime are the three news

14   wires and the companies press releases are stolen.

15          (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

1        MS. NESTOR:  Also remember conspiracy is just an

2   agreement to commit a crime.  There is no requirement that a

3   conspiracy actually succeed.  It is enough there is an

4   agreement to commit the crime, you don't have to find the

5   conspiracy succeeded in wire fraud.  It's clear from the

6   evidence here the defendants and the co-conspirators did in

7   fact succeed in committing wire fraud.

8        You heard evidence of a scheme to defraud.  You

9   heard during this trial that PR Newswire, Marketwired and

10  Business Wire were hacked.  You also know that the hackers

11  stole press releases, meaning they stole the property of the

12  news wires and the companies that provided the news wires to

13  the press releases.

14       As I said at the beginning, the scheme to deceive

15  here was that the hackers used stolen usernames and passwords

16  to trick the news wire computers to let the hackers inside.

17  Once the hackers had access, the hackers took thousands of

18  press releases before those releases were released to the

19  general public.

20       Special Agent Shahrani told that you when he

21  searched the computers seized in the Ukraine, 4A and 6B.  He

22  said that one of them had the one GP e-mail on it, you saw

23  chats from those computers, right.  That showed you that for a

24  short while there was hacking on, there was evidence of

25  hacking on both of those computers.  Now those computers don't

1  take you past 2012, but they take you up to 2012 and show you

2  those individuals were hacking all three news wires.

3          One of those computers, 4A, was devoted, had folders

4  devoted to Business Wire, Marketwired and PR Newswire.  Those

5  folders contain administrative credentials, employee user

6  passwords for all three news wires.  6B also contained stolen

7  press releases.

8          PR Newswire and Marketwired hired forensic examiners

9  to investigate those.  You learned that PR Newswire

10  investigators saw credentials had been stolen from PR Newswire

11  employees and sent to the Ukraine.  The hackers tried to cover

12  their trail by deleting logs of their activity, but sometimes

13  the logs failed to delete and investigators found records of

14  press releases that the hackers had stolen, still records in

15  the temporary files.

16          You also learned that PR Newswire detected some

17  spearfishing used as part of the hacks.  And a Marketwired

18  forensic examiner testified that a forensic review of

19  Marketwired server logs showed the hackers used stolen login

20  credentials as well.

21          Business Wire determined a number of periods in

22  2014/2015 where their system was targeted with malicious cyber

23  activity, and they determined user credentials was used by the

24  hackers.  Business Wire told you the attacker was coming from

25  eastern Europe.  But even Business Wire, who hired a

1  specialized firm to look into the hacking, didn't know the

2  press releases were stolen from their system until the

3  Government provided them the draft press releases they

4  provided them with the press releases that was in the Rupion

5  account.

6          Based on the testimony during this trial you know

7  that the hackers regularly targeted the news wires.  You know

8  it from the computers that were seized and the news wires

9  themselves, they were able to gain access at many different

10  points.

11          The PR Newswire examiner determined evidence of

12  compromise from April of 2010 up to March 2012 when he was

13  actually brought on and he saw hackers accessing the PR

14  Newswire system, as well as 2013 when he was brought back on.

15  He saw the spearfishing e-mails.  He saw the hackers were

16  trying to elevate their staff.

17          The Marketwired forensic examiner hired by

18  Marketwired looked into the intrusion as well and found

19  malicious activity on Marketwired systems from February 2010

20  on and off until about July 2014 or sometime in 2014, when he

21  arrived.

22          Again, Business Wire determined that there were a

23  number of periods in 2014 and 2015 where their systems had

24  been the target of malicious cyber activity.  You saw there

25  were actually press releases in the Rupion account, Business

1    Wire press releases.

2          The next thing you have to find in conspiracy to

3    commit wire fraud, is that defendants entered into a

4    conspiracy with the intent and knowledge of objects of the

5    conspiracy.  How do you know the defendants had the

6    understanding of the wire fraud scheme here when they agreed

7    to be part of this conspiracy?  Both defendants knew that this

8    scheme had to be covert so they could maintain the press

9    releases, right.  They needed access to press releases.  The

10   hackers had to be covert in what they do.

11         Now I want to be clear, the defendants did not have

12   to know the precise methods of how the hackers deceived the

13   news wires, they just had to know the deception was going to

14   be used to carry out the fraudulent scheme.  That's evident

15   from the evidence you have seen during this trial.  In fact,

16   this entire scheme is about deception not just hacks of the

17   news wires.

18         Both defendants and their co-conspirators used

19   deception during the scheme.  Korchevsky used prepaid phones,

20   deletes e-mails, destroys computers in order to commit his

21   crimes.  Both Korchevsky and Khalupsky accessed the stolen

22   press releases via a server masking their IPs.  Khalupsky

23   deletes e-mails as part of this scheme in order to conceal the

24   fact that he's in possession of stolen press releases, right,

25   that's the Oracle press releases.

Summations of Ms. Nestor                    3054

1          You also know that Korchevsky knowingly and

2    intentionally agreed to participate in the scheme for a number

3    of reasons.  We talked about a bunch of these already, these

4    are just some examples so you can tie it to the law.

5          You saw e-mails in this case that show you that

6    Korchevsky received stolen credentials sent from the hackers

7    to access stolen press releases.  You actually saw the server

8    that Korchevsky was accessing to get the stolen press

9    releases.  And you also saw that Korchevsky was kept in the

10   loop about how the negotiations of hackers were going.

11         You know that a number of electronic devices were

12   seized from Korchevsky at the time of his arrest.  You see

13   those devices also include evidence of him accessing the

14   stolen press releases.  You saw the iPads of Korchevsky with

15   the Stargate11 e-mail on it.  The 9518 phone, the phone with

16   the note on it, seized from Korchevsky at the time of his

17   arrest in his bedroom.  The phone was used solely to

18   communicate with co-conspirators.  The phone had all but one

19   text message that was deleted when it was recovered.

20         Now, you saw text messages of Korchevsky, you saw a

21   lot of those.  You saw text messages between Korchevsky

22   between and Igor Dubovoy, and some with Arkadiy Dubovoy.  Igor

23   and Korchevsky used codes to talk to each other.  And you know

24   why, so law enforcement wouldn't understand it.  Arkadiy

25   testified that he and Korchevsky would not speak in detail on

Summations of Ms. Nestor                3055

1   the phone at all, that was because he knew it was illegal and

2   so did Korchevsky.

3            Cooperator testimony that Korchevsky 100 percent

4   knew he was involved in this scheme to defraud is important.

5   It's part of this case.  There is a meeting at the airport.

6   Garkusha described Korchevsky reviewing the press releases,

7   licking his finger, going one by one, reviewing the press

8   releases.  And Garkusha recalled Arkadiy actually explained

9   during that time that this was, what the scheme was, it was

10  actually breaking in and stealing press releases.

11           Arkadiy told you that he and Korchevsky actually

12  discussed the stolen press releases and the hackers during the

13  scheme.  Igor remembered Korchevsky coaching him and his

14  father what to do if they were approached by the authorities.

15  Korchevsky said, deny knowing anything, according to Igor

16  Dubovoy.

17           Now that's all evidence of knowledge.  That's all

18  evidence of knowledge and that's all evidence of being a

19  participant in the conspiracy to commit wire fraud.  How do

20  you know of that Khalupsky knowingly participated in this

21  conspiracy as well?

22           Talking about wire fraud.  You know Khalupsky was

23  communicating directly with Positive 1, Roma, we discussed

24  that, who had direct communications with the hackers in the

25  scheme.  Similar to Korchevsky, Khalupsky was accessing that

1  Stargate e-mail account, he had those credentials.  You saw

2  that Khalupsky took several photos of the Oracle press

3  release, pre-distribution press release.  What's more, he was

4  opening the oracle press release in the zip file, the same way

5  the press releases were extricated from the server, you saw

6  the video of.

7         You know that law enforcement agents when they

8  first, when he was first arrested and presented in court, that

9  he told law enforcement agents that he knew the hackers.  They

10  were still stealing press releases.

11         You didn't see the evidence against Khalupsky in a

12  vacuum, you heard what Arkadiy and Igor Dubovoy had to say at

13  trial.  Arkadiy Dubovoy also said the entire reason Pavel

14  introduced him to Khalupsky to have someone other than

15  Korchevsky trade on stolen press releases.  That was the

16  premise for Arkadiy's relationship with Khalupsky.

17         Arkadiy told he paid Khalupsky to have him and his

18  traders at Dolphin trade on the stolen information.  Igor

19  Dubovoy had a similar understanding.

20         There is also a requirement for conspiracy to commit

21  wire fraud that the objects, the wire fraud, that the

22  defendants intent to use interstate wires.  You don't actually

23  have to find that interstate wires were found.  It's a

24  conspiracy, the Judge will instruct you.

25         We showed you there are e-mails being sent around.

Summations of Ms. Nestor                    3057

1   There are payments being sent around by wire.  You know there

2   are wires being used in furtherance of the conspiracy here.

3            The last thing you have to find is venue.  You're

4   going to hear me say venue a number of times.  Let's talk

5   about it now and then hopefully it will apply to most of the

6   others.  Venue is not proof beyond a reasonable doubt.  Venue

7   is just more likely than not.  You have to find more likely

8   than not that the agreement was formed or that an overt act in

9   furtherance of the conspiracy was committed in the Eastern

10  District of New York.  So venue is just where there is an

11  overt act committed in furtherance of the conspiracy.

12            Korchevsky transferred $2.

13            (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

Summations of Ms. Nestor                           3058

1           MS. NESTOR:  And given the thousands of trades

2    that we conducted in this cases, it was certainly

3    foreseeable the two defendants were professional traders,

4    that they would use the DTCC, a common clearing firm.

5           The last charge is money laundering, conspiracy to

6    comit money laundering.  There are two different types of

7    money laundering.  One's called promotional money laundering

8    and the other is called concealment.  The idea here is that

9    the defendants have to be found to have agreed to transport

10   money, whether by wire or otherwise, outside of the

11   United States, and that they did this intending that the

12   money be used to promote illegal activity or to conceal the

13   nature of the illegal activity.  You can find one or the

14   other.  Okay?  And you know that happened.  You saw multiple

15   references in payment to hackers during this case in emails.

16   And you also have wire transfers at that Trudeau Solutions,

17   we talked about that.  That's the company that the hackers

18   used.  You saw references to that in e-mails, and you see it

19   right here.  And I think everyone can agree that without

20   payment to hackers, there would be no securities fraud or

21   wire fraud, right?  And wire fraud and securities fraud you

22   have to find that the money laundering is done in

23   furtherance of the wire fraud and securities fraud.

24           Now, as to the concealment part, you know that

25   payments are concealed because Khalupsky doesn't get paid at

1    Dolphin, he gets paid at Carese, right?

2              And also lastly, you also need to find venue for

3    this count and venue's sustained for this count and the

4    other one that we've been talking about.

5              Ladies and gentlemen, I have now gone through the

6    evidence with you, and I submit that the Government has

7    established beyond a reasonable doubt that these defendants

8    stole and they cheated.  They're part of a criminal

9    conspiracy to deceive the newswires, and the company's

10   press releases were stolen.  The deception permeates this

11   scheme and the defendants are part of it all.  They were

12   trading on stolen press releases and made millions of

13   dollars.  They saw an opportunity to make easy money and

14   they took it.  Their deception lasted years and they

15   perfected their method as they went along.

16             The evidence presented to you proves beyond a

17   reasonable doubt that the defendants are guilty of the

18   crimes that they've been charged with.  Now, we want to

19   thank you for your time here, because you paid attention.

20   You paid attention to this case, and we really appreciate

21   it.

22             After both Defendants finish their summation, we

23   will have an opportunity to speak to you again.  At that

24   time, we'll ask you to return the same verdict that is

25   supported by the evidence and by your common sense,

Proceedings                              3060

1    defendants are guilty on all counts.

2           Thank you.

3           THE COURT:  All right.  I think it is a logical

4    point, although a little early, but we have lunch coming.

5    It is a logical point to break before we hear from Defense.

6    So we will do that.  And, again, I am urging you to do not

7    have any discussion among yourselves about the case or

8    anything that you have heard.  And we will resume in 45

9    minutes at 12:20.

10          Enjoy your lunch.

11          THE COURTROOM DEPUTY:  All rise.

12          (Jury exits the courtroom.)

13          (The following matters occurred outside the

14   presence of the jury.)

15          (Lunch recess taken.)

16          (Continued on the next page.)

17

18

19

20

21

22

23

24

25

Proceedings                          3061

1              A F T E R N O O N   P O R T I O N

2                         --o000o--

3              (In open court; jury not present.)

4              THE COURT:  Okay.

5              (Short pause.)

6              THE COURTROOM DEPUTY:  All rise.

7              (Jury enters.)

8              THE COURT:  All right.  Please be seated,

9    everyone.

10             Mr. Brill?

11             MR. BRILL:  Thank you, Your Honor.

12             Good afternoon.

13             The prosecutor just stood up here for almost three

14   hours and not one mention of their star witnesses'

15   testimony, Arkadiy Dubovoy and Igor Dubovoy.  Not one

16   mention of what you all observed in this courtroom.  The

17   lies, the deceit, the deception.  Ignored.  Not mentioned.

18   Why?  Why?  They know, ladies and gentlemen, that it's Igor

19   and Arkadiy who hold their case together; they are the glue

20   to their case.  I mean, it's Arkadiy, ladies and gentlemen,

21   who tells you about this meeting, this so-called meeting in

22   the Atlanta airport with Vitaly Korchevsky and Garkusha.

23   And it's Igor who tells you all about these devices and

24   texts and e-mails, websites.  They are the ones that

25   describe this scheme for you, so if they are unreliable, if

Proceedings                                          3062

1   they are dishonest, then their case falls.  Without them,

2   there's no way for the government to prove their case beyond

3   a reasonable doubt, ignored, and that's because the

4   prosecutors know how unreliable they are.  And that's

5   because the prosecutors know how dishonest they are.  The

6   prosecutors did not mention the testimony that you heard,

7   but later in my summation, you bet that I will.

8            So, almost four weeks now, ladies and gentlemen, I

9   stood right here and gave you my opening statement, and I

10  told you that you are about to sit through a trial where the

11  government would present to you giant binders which contain

12  tens of thousands of pages; thousands of documents; more

13  than 30 witnesses; hundreds, thousands of exhibits;

14  spreadsheets, charts; diagrams; devices; e-mails.  I told

15  you that's what you will see.  And just like I said way back

16  when we started, out of all of that, here's what you won't

17  see:  You'll never see in any of those things a single

18  stolen press release that was possessed by Vitaly

19  Korchevsky.  And that statement came true, ladies and

20  gentlemen.  Not one.  Four years of that alleged conspiracy

21  from 2011 to 2015, and there's not one stolen press release

22  in Vitaly Korchevsky's possession for them to show you.  A

23  thousand trades were done, supposedly, on these stolen press

24  releases.  Not one.  I'm sure the best agents in the

25  business, the Secret Service, the FBI, unable to provide to

Proceedings                                          3063

1   you an actual press release that was possessed by Vitaly

2   Korchevsky.  Out of all the people that testified before

3   you, not one came to tell you that they saw Vitaly

4   Korchevsky in possession of a stolen press release.  And I

5   told you more, ladies and gentlemen, when we spoke or when I

6   spoke four weeks ago.  I told you that you wouldn't see

7   evidence that shows that Vitaly actually accessed an actual

8   press release or that there were any press releases, stolen

9   press releases, on any of his devices.  And you saw a couple

10  of links, you saw e-mail addresses, you saw passwords, and,

11  yes, some made their way to Vitaly Korchevsky, but the

12  government has never shown you evidence that Vitaly

13  Korchevsky ever accessed these things in order to possess

14  the stolen press release.  No evidence, ladies and

15  gentlemen, of any stolen press release accessed by Vitaly

16  Korchevsky on any of his computers, his phones, on his iPads

17  or any of his other devices that were shown to you.  And

18  this is the stolen press release, ladies and gentlemen.

19  This is the thrust of the government's case, the heart of

20  the case, the basis of this entire supposed conspiracy, the

21  entire crime, the accusation that Mr. Korchevsky possessed

22  and accessed stolen press releases and traded on them

23  knowingly, but they have given you no evidence of it except

24  the word of men who lie and men who cheat, like the

25  Dubovoys.

Proceedings                                      3064

1          On top of that, ladies and gentlemen, I told you

2     that out of all the texts, out of all the e-mails and the

3     communications that were presented in this case, you will

4     not see any evidence that Vitaly Korchevsky communicated

5     with any of the hackers, visited with any of the hackers,

6     met with any of the hackers, negotiated with any of the

7     hackers, or ever paid or transferred any money to a hacker,

8     and that turned out to be true as well.

9          We saw loads of devices, we saw lots of evidence

10    of hacks, but we saw no connection between Vitaly Korchevsky

11    directly with the hacks.  We saw e-mails from hackers like

12    Warning GP and Positive 1 and we heard about Alex and Ivan,

13    but you saw no connection between those individuals and

14    Vitaly Korchevsky.  We saw access, evidence of access, by

15    these hackers to the Dubovoys brokerage accounts and bank

16    accounts.  They never accessed Vitaly Korchevsky's accounts,

17    and you saw all of them.  We saw IP address after IP address

18    presented to you, charts, spreadsheets, but no connection

19    between Vitaly Korchevsky and the hackers.  There is just no

20    evidence, ladies and gentlemen, that Vitaly Korchevsky had

21    anything to do with these guys.  And like the press

22    releases, the hackers are the thrust of the case, yet

23    there's no evidence that connects them.

24          I also told you something else when I spoke to

25    you.  I told you that this case would be about two kinds of

Proceedings                                          3065

1    men, the kind of men like Arkadiy and Igor Dubovoy who lie

2    when they can, who cheat when they can, who steal when they

3    can, who are arrogant and selfish and who care little for

4    anyone else unless it gets them ahead, the kind of men

5    always looking for a scam, always looking for a deal, always

6    looking for a way out, compared to another kind of man, like

7    Vitaly Korchevsky, who, as you heard from the evidence, is a

8    principle man, a religious man, a man who has an effect on

9    his community and his church, a man who is worthy enough for

10   others to take time out of their daily life to travel and

11   come here to tell you what they think of him from as far as

12   the West Coast to do that with nothing to gain but their

13   interest to share with you their opinion and what they know

14   to be Vitaly's reputation, which is as a helper and a giver,

15   one who buys homes for them and sponsors them to come into

16   this company, one who is honest, one who's accountable, one

17   who offers good will, one who's truthful, one who's

18   trustworthy.  Completely the opposite from the government's

19   star witnesses.  And it should be clear that as a result of

20   Vitaly Korchevsky's good nature, of his willingness to help,

21   of his agreement to share his financial skills and expertise

22   with the Dubovoys, like he did in 2000 and like he did again

23   in the year 2011 with Arkadiy, he is the one that ends up

24   kept in the dark, he is the one that ends up cheated and

25   manipulated, used by the Dubovoys for their selfish gain.

Proceedings                                3066

1    He is the one who gets used.  He is the one who gets the raw

2    deal.  And despite that, despite that fact, the little

3    evidence that they have against him, he's the one that sits

4    before you being prosecuted by the word of liars and

5    cheaters with his future in the bowels facing serious

6    consequences from being accused of serious crimes, really

7    serious, while the hackers are on the loose still hacking,

8    while Pavel is free somewhere in Russia.  While Arkadiy gets

9    a deal, while Igor gets a deal, while Garkusha gets a deal,

10   he sits here.

11           Like I said from the beginning, ladies and

12   gentlemen, this is where Mr. Korchevsky's American dream

13   became an utter nightmare, and it's my opportunity now, for

14   the little time we have left, to ask you to end that

15   nightmare, and the way to end it is to find Vitaly

16   Korchevsky not guilty, which is what the evidence that was

17   presented and the lack of evidence that was presented calls

18   for.

19           Before I review the evidence with you, I want to

20   bring up something that I urge you to think about throughout

21   the summations and certainly throughout your deliberations,

22   and it's what I would submit to be maybe the most important

23   aspect of any criminal trial, certainly this one as well,

24   and it's not me, it's not defense lawyers, it's not the

25   government lawyers, it may not even be the defendant, but

Proceedings                                        3067

1   what it is is the idea that the government has the burden of

2   proof in this case and in any case, not Vitaly Korchevsky.

3   And to meet that burden, as you will hear from the Court,

4   they must prove each and every element of each and every

5   crime beyond a reasonable doubt, and that will be an

6   incredible jury instruction for you to focus on, to rely on,

7   to base your verdict on.  And the reason why it is so

8   important is because I know this is not an easy case.  I

9   understand what was presented.  I understand how certain

10  things appear.  I recognize that as human beings, some may

11  be concerned, some may question, some may have -- some may

12  pause and feel that something's not right.  Some actually

13  may feel in their gut that Vitaly Korchevsky is guilty, or

14  they have a hunch or maybe they think he did it, but all

15  those things, all those feelings is not good enough.  That's

16  not enough for beyond a reasonable doubt, and that's not how

17  you'll hear Judge Dearie define.  And I urge you that as you

18  review the evidence and think about it all when you

19  deliberate, that you view the evidence with that burden in

20  mind, and if you do, the only conclusion that you will come

21  to is that Vitaly Korchevsky is not guilty.

22          You know, our system -- trial is not about the

23  quantity of evidence, it's not about who can put on the most

24  witnesses or present the most pieces of evidence or the most

25  spreadsheets or the most slides, the best technology, the

Proceedings                                              3068

1    biggest binders, it's not who can talk the longest in the

2    summation.  It's only about one thing:  Did the government

3    prove their case against Vitaly Korchevsky beyond a

4    reasonable doubt?  Because there's been plenty of quantity,

5    ladies and gentlemen; witnesses, brokerage accounts, bank

6    accounts, spreadsheets, photographs, e-mails, phone

7    extracts, IP data, P data and charts.  But with all of that,

8    they still don't have forensic connection that Vitaly

9    Korchevsky accessed press release.  They still don't have

10   evidence that Vitaly Korchevsky knowingly traded on stolen

11   information, and with all of that, they're still relying,

12   although they won't say it during summation, on those who

13   lie and cheat.

14           So there's a couple of aspects of this case that

15   we do not dispute.  One of them is that there was a hack.

16   Certainly, no dispute.  Servers were compromised during

17   certain parts of the year between 2011 and 2015, and those

18   who did some of that hacking were based in some apartment in

19   the Ukraine -- Alex and Ivan -- and you saw their computers,

20   Warning GP.  There's no doubt whether those hacks occurred,

21   and we never disputed it, but that's not what this case is

22   about.  What we were trying to demonstrate with our

23   questions about the hack, ladies and gentlemen, was the lack

24   of evidence, the lack of connection between the hacked

25   material in the hands Vitaly Korchevsky and the lack of

1    connection between the hackers themselves and Vitaly

2    Korchevsky and any of his devices.  This is where you should

3    focus.  This is where you will find reasonable doubt.

4              And here's another thing that's clear, ladies and

5    gentlemen, that this scheme was hatched and masterminded and

6    kept alive by the Dubovoy family, and they kept it all in

7    the family.  It was Pavel who first met the hackers in the

8    Ukraine, and then he contacted Arkadiy and brought him into

9    this scheme.  And then it was Arkadiy, the father, who had

10   no trouble bringing his son into this criminal scheme.  It

11   was the Dubovoys who communicated with the hackers.  It was

12   the Dubovoys who answered to the hackers.  It was the

13   Dubovoys who negotiated with the hackers.  It was the

14   Dubovoys whose accounts were monitored by the hackers, who

15   paid the hackers, who were accountable to the hackers.  And

16   then, ladies and gentlemen, it was the Dubovoys who accessed

17   the press release, who got the press releases and shared

18   that information with Momotok and Garkusha.  And later it

19   was Igor who set up the Rupion account, not Vitaly

20   Korchevsky.  It was Igor who set up the V Marken account,

21   not Vitaly Korchevsky.  It was Igor that set up the Loscal

22   account, not Vitaly Korchevsky.  It was Igor who received

23   the press releases and then forwarded the press releases to

24   Pavel and Pychnenko and S. Fincks, all the names you heard.

25   He's the one who collected the money, who wired the money,

1    who ran the scheme, and it was the Dubovoys who controlled

2    the information that came from the hackers, and all of that

3    stuff was kept from Vitaly Korchevsky, and that's because

4    given who Vitaly Korchevsky was, and you heard a lot of

5    evidence about that, they had to keep him in the dark.

6           If you were in the Dubovoys' inner circle, ladies

7    and gentlemen, like Pavel and Pychnenko, Arkadiy's driver,

8    Garkusha, you benefitted.  But when you're not, like Vitaly

9    Korchevsky, you get used for your knowledge, for your

10   skills, for your generosity, and you get kept in the dark

11   and you wind up here.

12          So the question, ladies and gentlemen, is not did

13   the hacks happen.  They did.  The question is not were the

14   Dubovoys responsible for this entire scheme, they obviously

15   were.  The question is, within that Dubovoy web, whether

16   there was any evidence that Vitaly Korchevsky had any

17   knowledge of these hacks or had knowledge of what the

18   Dubovoys were doing with these stolen press releases, and

19   that answer, based on this evidence, is no.  Ask yourselves,

20   ladies and gentlemen, ask yourselves this question as you

21   think about the evidence and deliberate.  Ask yourselves

22   what you would expect to see, what you would want to see if

23   Vitaly did have the knowledge of the stolen press release

24   and did knowingly join a fraudulent trading scheme like

25   this.  You would want to see some connection with the

Proceedings                                          3071

1   hackers, right?  You would want to see some evidence that he

2   actually accessed a press release.  You would want to see

3   some evidence of money for the hacking between Vitaly

4   Korchevsky and the hackers, evidence of just one e-mail

5   between the hackers and Vitaly Korchevsky.  After all, it

6   was Vitaly Korchevsky that was doing the trading and making

7   these hackers money, supposedly.  You would want to see some

8   evidence that Vitaly Korchevsky was actually in possession

9   of just one stolen press release.  That's what I would

10  submit you would want to see if you believed Vitaly

11  Korchevsky was involved in such a fraudulent scheme, but

12  you've seen none, because there has been none.

13          You know, the government speaks about money

14  connections and they throw around bank statements and checks

15  and talk about even money laundering charge, and they do it

16  because it sounds sensational.  When someone would hear

17  money, it would sound as if there was something sinful going

18  on, but let's talk about the money, ladies and gentlemen.

19  Let's look deeper into the money and let's not take the

20  government's word for it as they place it upon you and want

21  you just to assume that based on certain transactions, or

22  lack of transactions, that that means that Vitaly Korchevsky

23  was involved knowingly.

24          Now, the government entered all of Vitaly

25  Korchevsky's bank accounts, all of his brokerage accounts,

Proceedings                          3072

1   all of his wires, all of his deposits and withdrawals; and

2   after all of those documents had been entered, there's been

3   no money connection between Vitaly Korchevsky and the

4   hackers, no evidence that he paid them, no wires, no

5   transfers, no chain that the money went from Arkadiy Dubovoy

6   to the hackers.  The money, ladies and gentlemen, went from

7   Arkadiy and Igor to Pavel to the hackers.  Vitaly Korchevsky

8   had nothing to do with it.

9           When thinking about the money, ladies and

10  gentlemen, remember that it's the Dubovoys that hatched this

11  scheme; it was the Dubovoys that masterminded it; it was the

12  Dubovoys that manipulated others, like Vitaly, to help, so

13  they controlled the money.  And what's more is that there's

14  really no money connection between Vitaly Korchevsky and the

15  Dubovoys, which is supposedly something that should be part

16  of this trading scheme.  You heard a discussion about the

17  agreement that Vitaly Korchevsky would get 12 percent of

18  what he made for the Dubovoys in trading.  Where is it?

19  Where is the 12 percent of the four years of the millions of

20  dollars that were traded?  Yes, you did see a check for

21  $70,000.  That's true.  But shouldn't it be $700,000, couple

22  of million dollars after so many millions were made from

23  this trading and Vitaly Korchevsky is making 12 percent of

24  that?  Shouldn't you see that?  If the government is going

25  to allege that that was the agreement between Vitaly and the

Proceedings                          3073

1   Dubovoys, don't you want to see proof that indeed Vitaly

2   Korchevsky made 12 percent like they agreed to?  I mean, you

3   have been given a check for $70,000, and then you saw a

4   ledger that Arkadiy says that he drafted but could hardly

5   explain, could hardly remember, didn't know what the

6   breakdown was, and had a hard time putting it in context.

7           So what kind of scheme, at least as far as Vitaly

8   is concerned, is this?  Of course there should be a money

9   connection between Vitaly and the Dubovoys, that's what the

10  government's theory is, but you really have not seen it.

11  You know, what you did hear is a forensic accountant come in

12  and very willingly talk about Vitaly Korchevsky and his

13  income and his tax returns.  You know for sure that if there

14  was money that was transferred between Vitaly Korchevsky and

15  the Dubovoys as a result of this scheme, that forensic

16  company accountant would have been the first one to tell us.

17  That would have been the first question out of the

18  prosecutor's mouth.  But nothing.  What is important is that

19  any money that was exchanged between Vitaly Korchevsky and

20  the Dubovoys or transferred between Vitaly Korchevsky's

21  accounts was not concealed, it wasn't disguised, you didn't

22  hear any backroom transfers or cash in a brown bag or

23  payments made in some alley or in some secretive way.  I

24  mean, have you seen evidence, any evidence, that there was

25  any attempt to hide any money that Vitaly Korchevsky

Proceedings                                      3074

1    transferred, withdrew, deposited, wired?  The government was

2    very quick to bring in a JPMorgan employee to tell us about

3    a couple of wires that went from E*TRADE to NTS Capital.

4    E*TRADE being Vitaly's stock brokerage account, and NTS

5    Capital being his fund.  And you heard big numbers; a

6    million dollar transfer, there was a $5 million transfer.

7    That exists.  But if you look deeper, it was all there out

8    in the open.  In fact, NTS Capital Fund is based at 1709

9    Slitting Mill Road.  That's Vitaly Korchevsky's home.  Some

10   criminal trying to transfer criminal money, criminal

11   proceeds to his home address for a JPMorgan to see and for

12   there to be a wire statement to be presented.  That's some

13   mastermind.  That's some coconspirator.  But you have all

14   the records, you see all the trades, you see all the wires,

15   you see all the bank accounts.  Nothing is concealed,

16   nothing is hidden, nothing is disguised.  In fact, there was

17   a million dollar wire that was done in a legitimate way,

18   according to all the witnesses, when it came to the SNT

19   fund, and that was very consistent on what Vitaly Korchevsky

20   was doing for the Dubovoys.  It was just a way to maybe

21   trade more and make more money with a fund where you can get

22   more leverage.  So the money that traded between the

23   Dubovoys and Vitaly Korchevsky, according to everyone, was

24   legitimate and legal.  So don't get lost in the idea that

25   some money changed hands, and big money, I understand.  When

Proceedings                                3075

1    you hear a million dollar transfer or five million dollar

2    transfer, that raises eyebrows, people perk up, I understand

3    that, but I would submit that it is a juror's job to not get

4    caught up on the surface, to not fall into a trap that any

5    lawyer, defense or the government, presents to you, but to

6    look deeper into it and to question as to whether or not it

7    makes sense.  So if there's any money that was exchanged

8    between Vitaly Korchevsky and the Dubovoys, it certainly

9    wasn't hidden, it wasn't disguised, and it's hard to see how

10   it had anything to do with this supposed scheme.

11           What there is evidence of is that there was a

12   legitimate business ventures that Vitaly tried to engage

13   with Arkadiy Dubovoy about, and you heard that there was

14   plenty.  You heard about AWD, and you heard about some Spain

15   real estate, and you heard about ACS, and there was an

16   e-mail that the government put forward to you, and it seems

17   to me that that e-mail confirms that there was potentially

18   expenses that went back and forth between Arkadiy Dubovoy

19   and Vitaly Korchevsky, and the expenses were made for these

20   legitimate business ventures.  You didn't hear anybody deny

21   that.  You didn't hear anybody come in and say:  Yeah, we

22   called it in the annual filing for AWD Technology for the

23   state of Delaware for $772, but it was really part of the

24   12 percent for the hackers.  You didn't hear any testimony

25   about that.  You heard only that this is legitimate expenses

Proceedings                                          3076

1   which explain legitimate transfers and exchanges between

2   Vitaly Korchevsky and Arkadiy Dubovoy.

3            So, again, you want to see some type of money

4   transferred between two criminal coconspirators to keep the

5   conspiracy alive, but you are given none of it.

6            The government also tries to bring in the idea

7   that Vitaly Korchevsky's devices, ladies and gentlemen,

8   connect him to this illegal scheme and shows his knowledge

9   and shows his criminal intent, and this might be one of the

10  areas where some people might say:  Why does he have it?

11  But let's talk about it.

12           First of all, these devices are seized from

13  Vitaly's home in August of 2015, no doubt about it, but

14  don't fall into the trap the government throws them at you

15  and says:  Look at all these devices, Vitaly Korchevsky must

16  be involved and must have known about this criminal

17  conspiracy.  None of those devices, ladies and gentlemen,

18  prove that Vitaly Korchevsky ever had a press release in his

19  hand.  None of those devices -- the phones, the iPad, the

20  laptops -- prove that, beyond a reasonable doubt, that

21  Vitaly Korchevsky ever accessed a stolen press release or an

22  illicit website that you may have seen in an e-mail or an

23  e-mail address, and none of those devices actually contain a

24  stolen press release, ladies and gentlemen, the crux of the

25  case, the reason we are here.

Proceedings                              3077

1           So when you are thinking about these devices and

2    wondering why, keep this in mind, that every single device

3    is connected to Igor Dubovoy.  Igor is the glue that holds

4    these devices together.  It's Igor that buys these devices

5    and gives them to Vitaly.  It's Igor that sets them up,

6    loads them up, installs the software, uses them.  It's Igor

7    that's connected to these devices.  And it's Igor, ladies

8    and gentlemen, who is responsible for what's on them, not

9    Vitaly.  The best example, the best example for that is the

10   iPad.  The iPad that the government was willing to show you

11   and felt that it helped their case.  Well, I disagree.  The

12   best example to show how Igor is responsible for whatever's

13   on these devices is the iPad.  First you hear evidence --

14   you heard evidence, ladies and gentlemen, that this iPad was

15   bought back in 2011 by Arkadiy Dubovoy, not Vitaly

16   Korchevsky.  And you heard Arkadiy Dubovoy sent one of his

17   assistants or one his employers to go buy this iPad.  And

18   then you saw from the extraction report, if you look on your

19   screens, ladies and gentlemen, when it says device name,

20   device name, which is the person who sets it up, gives it a

21   name -- we've all done that on a computer or a phone, an

22   iPad -- and this says Mark's iPad.  Well who's Mark?  It's

23   not Vitaly.  It's not anybody in Vitaly's circle, but we

24   found out that it's Arkadiy's son.  That's who Mark is.

25           So what makes more sense here, ladies and

Proceedings                              3078

1  gentlemen, that this iPad is being bought for Vitaly

2  Korchevsky, or that Arkadiy Dubovoy sent his employer out to

3  buy an iPad for his son, Mark?

4          The government is quick to show you what was on

5  that iPad three years before Vitaly Korchevsky was in

6  possession of it.  Three years.  They found it in 2015 with

7  Mr. Korchevsky, and the artifacts that you were shown in

8  evidence related three years before that, 2012.  The first,

9  you saw a Skype call, ladies and gentlemen, between Igor,

10 Pavel, and Roman in 2012.  That was an artifact on the iPad.

11 You don't see an indication that Vitaly was part of that.

12 And certainly, these individuals, part of a Skype call in

13 December of 2012, it couldn't have been in Vitaly

14 Korchevsky's possession at that point and have them part of

15 this Skype call without Vitaly Korchevsky.  Certainly, he

16 would be part of this if he was in possession of it.  What

17 else is on there?  There's a user account.  Who sets up the

18 user account?  Igor.  In December of 2012.  And do you

19 remember how he sets it up?  With an address of 123 Main

20 Street.  Clearly, an address that is trying to be concealed

21 and disguised.  But not by Vitaly.

22          What else is on the iPad that the government

23 argued about?  The Stargate 11 website.  Five months earlier

24 in July of 2012, three years before Vitaly Korchevsky had

25 it, five months earlier before Igor set up the user account.

Proceedings                                    3079

1    What else?

2              (Continued on the following page.)

Summations of Mr. Brill                    3080

1           MR. BRILL:  What else.  Igor Dubovoy and the Option

2    House artifact.  You heard that Igor Dubovoy traded in Option

3    House, Options House.  That was his brokerage account.

4           So every single, up until this point, on this iPad

5    points to Arkadiy and there is more.  Dawson, APD Capital, all

6    those companies that are related to the Dubovoys, not to

7    Vitaly Korchevsky.  There is nothing related to Vitaly

8    Korchevsky on this e-mail except SKorchevsky the only KORCH

9    that we searched in there in 2015.  Who is that?  His wife's

10   name is Svetlana, who you are heard about, SKorchevsky.

11   That's the extent of what is on that iPad.

12          So this is an example, ladies and gentlemen, that

13   the Government will present to you, hey, here is an iPad, he's

14   obviously guilty because look at all of the things that are on

15   this, ladies and gentlemen.  But if you look deeper, if you

16   don't fall into that trap, then what you're left with is an

17   iPad that's full of Igor Dubovoy and nothing about Vitaly

18   Korchevsky.

19          So keep that in mind.  Dissect this evidence,

20   explore it, don't accept it without thinking about it.  I urge

21   you, because this is the kind of thing that you will find.

22          And the Government goes further in trying to show

23   guilt when there is an innocent explanation or try to throw

24   something at you to show that Vitaly Korchevsky is clearly

25   part of this scheme and clearly knows clearly involved.  And

Summations of Mr. Brill                    3081

1  that is the artifacts that they presented to you, which were

2  found on laptops and were found on phones, and we've already

3  gone through the iPad.  But what is really there, ladies and

4  gentlemen, and what is the explanation for it.

5          Over five years of the conspiracy and you see a

6  couple of artifacts that are on these devices.  Don't fall

7  into that trap, that just because they are there that means

8  Vitaly Korchevsky is guilty.  Think about it.

9          Listen to what I can tell you right now.  And what I

10  will tell you is that if you look deeper into these devices

11  you'll see that it's Igor that is the connection to them.

12  It's Igor Dubovoy that is in control.  Any artifacts that are

13  on these devices that are found with Vitaly Korchevsky come

14  from Igor not Vitaly.

15          The big ones, vmarken, ladies and gentlemen.  You

16  saw the Government present evidence that on December 9, 2014,

17  there were two indications that that particular laptop

18  accessed or there was an artifact of vmarken.  But what does

19  that really tell us?  That Vitaly Korchevsky accessed vmarken,

20  set up vmarken, went on to vmarken?  No.  It tells that

21  vmarken was on that computer or there was an artifact of

22  vmarken on the computer.  But that's a computer that Igor

23  bought, that Igor loaded up with Office 365.  Keep that in

24  mind when you hear argument about vmarken.

25          What did you see actually?  You saw two indications

Summations of Mr. Brill                3082

1   that vmarken, of vmarken artifact on that particular computer.

2   Why aren't there 200 contacts?  If vmarken is the e-mail that

3   Vitaly Korchevsky is supposed to be using in order to access

4   press releases, I mean, there is 140, 150 press releases in

5   Rupion, which we'll get to, why isn't vmarken accessed on that

6   computer ten times, 50 times, 200 times?  Maybe it's the most

7   important reason, and that's that Igor Dubovoy told the

8   federal agents when he spoke to them that vmarken was never

9   used by Vitaly Korchevsky.  The fact that the Government

10  presents to you a device with vmarken should be discounted.

11          The Government presents to you evidence of the idea

12  of this Loscal e-mail address.  We heard the Government during

13  the trial and during the closing make a big deal out of this.

14  I ask you to put yourself in your life's experience and ask

15  yourself if you've ever received an e-mail or a text that you

16  don't know where it came from or that you did not seek, you

17  did not request.  And that you don't access, you just simply

18  receive it.  You can't avoid receiving it.  You can't make it

19  harder for the sender to send it to you.  That's what happens

20  here.

21          You saw no evidence that Vitaly Korchevsky requested

22  Loscal.  He's not requesting this material.  He shouldn't be

23  responsible for somebody else's decision to send it to him.

24          The important question, ladies and gentlemen, is not

25  that it was sent, because there is no control for the receiver

Summations of Mr. Brill                    3083

1   on that, unless there was evidence that he asked for it, which

2   there isn't; the important question is where is the evidence

3   that it was ever accessed, where is it on any of the Vitaly

4   Korchevsky's devices?  Any of them.  Not one artifact in

5   Loscal found on any of the devices.

6           This is supposed to be 2015 where the conspiracy is

7   buzzing at that point between Vitaly Korchevsky, supposedly,

8   and Igor Dubovoy.  He has devices when he's arrested.  They

9   are searched.  You know they are searched.  Nothing on Loscal.

10          The fact that it was sent and not requested is not

11  enough for you, as jurors, to find criminal intent, criminal

12  knowledge beyond a reasonable doubt.

13          So another example, ladies and gentlemen, that when

14  you look deeper into things, questions arise.  I just urge you

15  to ask those questions among each other.  And if you do, that

16  is where the reasonable doubt may be found.

17          Rupion, this is the big artifact where e-mail --

18  where press releases are found in the Rupion account.  But

19  ladies and gentlemen, this is a Dubovoy special.  This is an

20  Igor-controlled website.  This is an Igor website all the way.

21  And that when Igor is arrested, it is Igor who tells Agent

22  Pierce about Rupion.

23          The Government didn't know about it, wasn't

24  following it.  It was Igor who set it up.  It was Igor who

25  logged in and searched for it.

Summations of Mr. Brill                                    3084

1        And we have to take Igor's word for what is going on

2   with Rupion.  We have to take Igor's word about who accessed

3   Rupion.  But Igor's word is not that great, as you heard

4   during this trial, and that we'll speak about.  If it's all

5   connected to Igor, Rupion, and Igor's word can't be trusted

6   and is unreliable, then so is any testimony regarding Rupion.

7        But even more, ladies and gentlemen, even if you

8   credit Igor about telling the truth about Rupion, there is no

9   evidence that connects Vitaly Korchevsky with Rupion.  Other

10  than Igor's word, there is no forensic evidence.  There is no

11  laptops or computers or iPhones or iPads that connect Vitaly

12  Korchevsky with Rupion.  Others have access to Rupion, because

13  Igor told us, Pavel, Pychnenko, we see no evidence that

14  connects Vitaly Korchevsky with it.

15       We heard a lot about Rupion.  We saw a lot about

16  Rupion.  There is 145 stolen press releases in Rupion.  There

17  is no dispute about that, Igor was stealing press releases.

18  But that's not why we're here.  Because even with all the

19  testimony about Rupion, there is no sufficient evidence that

20  exists that Vitaly Korchevsky ever possessed the stolen press

21  release or ever accessed the press release no matter what

22  Igor's testimony is about Rupion.

23       The fact that it exists is not enough.  The fact

24  that the Loscal e-mail exists, is not enough.  You should ask

25  for more.  You should want to see more before you make the

Summations of Mr. Brill                    3085

1  determination as to whether or not the Government can prove

2  anyone guilty beyond a reasonable doubt.  Don't you want to

3  see someone accessing or possessing what they claim to be

4  stolen, then knowingly trading on that?

5          While we're talking about devices, ladies and

6  gentlemen, the Government also wanted to put before you the

7  evidence that Vitaly Korchevsky had a safe in his house.  And

8  in that safe, as you see on the screen, the Government claims

9  that when the agent went in to search it there were three

10  phones in a bag.  In fact, I think one was pink, one may have

11  not worked.  I don't think they were all extracted, maybe they

12  were.  This is an example, ladies and gentlemen, of the

13  Government throwing a fact at you and saying here look at

14  this, doesn't this look bad, isn't this good evidence of

15  guilt.

16          But if you look closer, like the other evidence, you

17  see that, first off, there is really no crime to have a safe

18  for some of your belongings.  The safe is not hidden.  It's

19  right there with clothes in a closet, all there to be seen.

20  But maybe more importantly, ladies and gentlemen, is that the

21  safe is there obviously to hold legitimate things, legal

22  things, papers, passports, envelopes.  You heard Agent Taylor

23  go in, who searched the safe, and said if there was something

24  criminal in that safe, he would have taken it, he wouldn't

25  have left it there.

Summations of Mr. Brill                3086

1          So what are we really supposed to assume from this

2    safe and what was found in there?  It looks like Vitaly

3    Korchevsky had a safe and kept legitimate things in there.

4    And that's what that picture shows and that's what that

5    evidence shows.  It's not hidden.  It's not kept from you.

6    It's there with every other envelope, every other passport,

7    every other piece of paper that was there for the agent to see

8    and leave it.

9          Couple of other things on the devices, ladies and

10   gentlemen, that were brought by the Government.  I'll do it

11   quickly.  The Government claims that Igor said that Vitaly

12   threw away devices.  You got to trust Igor on that again.

13   Without Igor, the star witness, who wasn't mentioned during

14   their closing, you have no evidence that Vitaly Korchevsky

15   threw away any devices.

16         But there are devices that were found in Vitaly

17   Korchevsky's house.  A couple of laptops, phones, iPad, it

18   doesn't look like someone who is trying to destroy devices or

19   get rid of them.

20         Then there was the discussion about this hot spot.

21   But I ask you, ladies and gentlemen, don't just hear that and

22   assume guilt.  Understand that there is nothing criminal about

23   a hot spot.  But more importantly, there is nothing that a hot

24   spot does that hides what you're doing from the rest of the

25   world.  It's alleged that Vitaly Korchevsky was supposedly

Summations of Mr. Brill                    3087

1   using a hot spot in order to trade to avoid detection.  That's

2   the testimony.  But does that make sense, ladies and

3   gentlemen?  Because you heard in the IP testimony that and the

4   brokerage testimony that that IP address still accesses the

5   brokerage account.  The trade is still there for the world to

6   see.  There is nothing hidden by a hot spot.

7          The hot spot is being used when Vitaly travels,

8   travels to Ukraine, Israel or overseas.  He's not the first

9   person to do that, there is nothing criminal about that.  So I

10  would submit that this is another example of the Government

11  throwing something at you and wanting you to assume that it's

12  guilt.

13         I'll talk quickly about the IP addresses and the

14  travel records.  This is where I'm not quite sure what the

15  Government is trying to say because we have no dispute about

16  what it shows.  So I would ask you to keep this in

17  consideration, which is that we don't dispute that there are

18  hackers in the Ukraine stealing information.  And we also

19  don't dispute that Vitaly Korchevsky is accessing the

20  Dubovoys' account and trading on it.  So if the IP address

21  shows that Vitaly Korchevsky accesses his account and accesses

22  the Dubovoys' account, then we admit it.  That's what he does.

23  Because that's what he was asked to do.

24         There is no dispute that Vitaly Korchevsky was

25  traveling a lot, because that's what he does.  He travels

Summations of Mr. Brill                          3088

1    around the country.  He travels around the world.  You heard

2    it from our character witnesses, church functions, children's

3    conferences.  You heard that from Mr. Sipko, and even Arkadiy

4    said that.  So when travels to Philly or Mexico or Kiev or to

5    Russia or Israel for these things, he traded as well.

6               So there is nothing about the IP address evidence

7    and there is nothing about the travel records that should lead

8    anybody to think that that is evidence beyond a reasonable

9    doubt or that helps you get to evidence beyond a reasonable

10   doubt that he's guilty of this crime.

11              He traded in the Dubovoys accounts, that's what he

12   did.  So there is going to be IP addresses there.  And he

13   traveled sometimes, and when he traveled he traded.

14              It's important to realize, ladies and gentlemen,

15   that nothing is being hidden by Vitaly Korchevsky.  When he

16   travels, he uses his passport.  There is evidence of where he

17   goes.  When he accesses the brokerage account, the trade is

18   there, it's on the record.

19              If Vitaly Korchevsky was connected to this crime and

20   to the stolen press releases, you would expect to see more

21   from these devices.  You would expect to see more from access

22   on websites or to stolen press releases.  You would expect to

23   see less doubt about who owned the devices, where they came

24   from.  Even considering all of these devices and what the

25   Government has put forth to you, I urge you to look at it and

1   what you'll see is that there is doubt.  There is a lack of

2   evidence that Vitaly Korchevsky ever accessed the stolen press

3   release or ever knew that he was trading on stolen

4   information.

5           So I say this, ladies and gentlemen, the Government

6   knows that.  And they know that the evidence with respect to

7   these devices is weak.  So they bring to you trading evidence.

8   They bring to you Dr. Canjels.  They need to bolster their

9   case to show Vitaly Korchevsky's trading.

10          Even looking at the trading evidence, ladies and

11  gentlemen, you'll see that the case is insufficient as well.

12  So let's take a look.

13          I want to the first speak briefly about the experts,

14  if I can.  First, Eugene Canjels.  Always testifies for the

15  prosecution, employed full-time by the Government, unwilling

16  to concede any point and only considered 2011 to 2015.

17          On the other side, you had our expert witness,

18  Michael Mayer, who testifies more than half the time for the

19  federal Government, more than half the time, who lectures the

20  SEC and the FDIC, who acknowledges Dr. Canjels' work and said

21  that it was, these are rational slides.  And who considered

22  all of Mr. Korchevsky's trading patterns, all of them, from

23  2009/2010 in addition to the accused period.

24          So overall, ladies and gentlemen, Mr. Mayer gave you

25  a balance, unbiased analysis of VK's trading pattern.  That's

Summations of Mr. Brill                    3090

1    what I ask that you remember when you're thinking about the

2    trading evidence.

3            I'll say one more thing, if I can, you heard there

4    was a rebuttal case right after Mr. Mayer left the stand.  You

5    know why that was, that was because Mr. Mayer brought out

6    something the Government didn't bring out before you.  That's

7    because Mr. Mayer brought out evidence about 2009 and 2010,

8    that didn't help them.  And when they heard something that

9    they didn't agree with or wanted to dispute, they scrambled

10   and called Dr. Canjels back.  That wasn't a point for them,

11   ladies and gentlemen, that was a reaction to Mr. Mayer, and

12   evidence how effective and reliable Mr. Mayer was.

13           They knew about the 2009 and 2010 brokerage

14   evidence.  They knew what Mr. Mayer had said long before about

15   that, before we ever came into this court.  So I want you to

16   keep that in mind when thinking about the rebuttal testimony.

17           Let's discuss, if we can, the trading evidence and

18   show you, ladies and gentlemen, that if you look at the

19   trading evidence you will see that the trading evidence is

20   entirely consistent with innocent trading and legitimate

21   trading.

22           First, as you heard from Mr. Mayer, Mr. Korchevsky's

23   trading is entirely consistent with how he traded between 2009

24   and 2010, before this scheme ever began.  You know why,

25   because he's an earnings trader.  You heard what that is.

Summations of Mr. Brill                    3091

1    It's someone who trades at the end of the day.  It's someone

2    who bets on what he thinks, or she thinks, the company is

3    going to report based on what the company is anticipated of

4    recording.  You heard that he invested a similar percentage of

5    his account value in 2009 and 2010 that he did in 2011, 2015.

6    It is just more money between 2011 and 2015.  You heard that

7    he made money both times.  He made money between 2011 to 2015.

8    And he gained over $200,000 in 2009 in stock gains.

9            And if you looked at the tax records of 2009 you see

10   that Mr. Korchevsky placed over $124 million in trade sales.

11   The fact that if you look at 2009 to 2010 you will see the

12   similarities.  You will see that it shows that between 2011

13   and 2015 when looking at between 2009 and 2010 that

14   Mr. Korchevsky's trades are innocent and consistent with how

15   he always traded long before this scheme ever happened.

16           I'll say one quick thing also about this window that

17   the Government has alluded to.  There is no magic window,

18   ladies and gentlemen, when you're an earnings trader.  The

19   Government wants you to think that that's a magic time and

20   that Mr. Korchevsky because he traded in a window he must have

21   knowledge of when that window started and when that press

22   release was uploaded.  But ladies and gentlemen, if you're an

23   earnings trader, if you are someone who trades on the day or

24   near to the day the company announces earnings, the odds are

25   you're going to be in the window.  That doesn't mean he knows

Summations of Mr. Brill                    3092

1   about the upload time, ladies and gentlemen, it just means

2   he's an earnings trader.  And that's a product of normal

3   earnings trading.  It just happens to fall in the window.  It

4   doesn't mean he's aware of the window and is trading on stolen

5   press releases, so please keep that in mind.

6           The second thing I want you to keep in mind, if I

7   can, ladies and gentlemen, is that the evidence is completely

8   inconsistent with someone who is knowingly trading on stolen

9   information.  Because if you look at what happened to his

10  trading or what the results of his trades were, you would

11  think if he had information it would be much different.

12          Start with the 35 percent losses.  35 percent of his

13  trades were losses?  That doesn't sound like someone who has

14  inside information.  Wouldn't you expect to have fewer losses?

15  30 percent opposite of what the earnings surprise was, meaning

16  that the press release had an earnings surprise, it shows that

17  the company was going to do something different than they were

18  supposed to do, but Mr. Korchevsky trades opposite to that

19  earnings surprise.  As it was said, he zigged when he was

20  supposed to zag.  That doesn't sound like someone who has

21  knowledge of inside information.

22          Then there is DNDN, ladies and gentlemen, that the

23  Government makes a big deal about, that's up on the screen.

24  You'll hear, ladies and gentlemen, that he invested $200,000

25  in this option but he had $1.8 million to invest, so it was a

Summations of Mr. Brill                    3093

1    small part of his account value.  Why not invest more of it

2    especially if he has knowledge of something that nobody else

3    has?  Why not put it all in there?  With respect to DNDN,

4    ladies and gentlemen, if someone had knowledge of what they

5    were about to announce, they would have acted differently than

6    Mr. Korchevsky acted.

7              (Continued on next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. BRILL:  And it's late in the day, ladies and

2     gentlemen, and you heard Ms. Nestor mention that it happened

3     late in the day at 3:30 before DNDN made that announcement.

4     Well, that's what earnings traders do.  So that fact alone

5     doesn't mean he possessed stolen information and traded on

6     DNDN as a result of it.  You know, this was 2011, the heart of

7     the conspiracy that Mr. Korchevsky was supposedly part of this

8     conspiracy trades on this stock.  So I have a question for

9     you, ladies and gentlemen, why not share it with the Dubovoys?

10    Isn't that the whole point?  Isn't the point of the conspiracy

11    that if Mr. Korchevsky trades in the Dubovoys' account he gets

12    12 percent of that gain and if he happened to trade in his own

13    account he'll make that money as well, so why not do both?

14    He's got a sure thing here, apparently, with DNDN.  Why not

15    put an investment in his own account and make a

16    hundred percent of whatever he makes, and then also make the

17    same trade for the Dubovoys and make 12 percent of whatever he

18    makes.  Why not trade it for the Dubovoys as well?  Unless

19    it's not part of this conspiracy.  Unless it's not evidence

20    that Mr. Korchevsky possessed stolen information with respect

21    to DNDN.  Certainly the fact that he didn't trade for the

22    Dubovoys is good evidence that he had no knowledge.  So don't

23    get caught up in the trap that because Mr. Korchevsky made a

24    lot of money with DNDN that that means he must have had the

25    stolen press release.

Summations of Mr. Brill                    3095

1             Same argument, ladies and gentlemen, with the trades

2    that he doesn't make for the Dubovoys.  You heard from

3    Dr. Canjels and Mr. Mayer that Vitaly Korchevsky trades about

4    200 times in overlap with the Dubovoys and that makes sense

5    because he's trading for the Dubovoys and that's what the

6    Dubovoys are asking him to do, just like they asked him to do

7    in the year 2000.  But on the other trades, close to 500, he's

8    not trading in the Dubovoy account, why?  Why not?  Why not

9    trade for them all the time?  Why not make 112 percent instead

10   of whatever money you make in your own account?  He's got

11   nothing to lose.  If he places an extra trade in the Dubovoy

12   account that he has access to, then he makes that money in

13   addition to what he makes on his own.  So ask yourself that

14   this -- look at this evidence, and if you do, you'll see he's

15   not trading as someone who is part of a trading scheme or else

16   he would just put all the trades in the Dubovoy account and

17   make more money.

18             There was some evidence that was entered, ladies and

19   gentlemen, with respect to the trading that was not discussed

20   when it was entered and it was chats between Vitaly Korchevsky

21   and someone at NTS Capital, which is his fund, and you see

22   that on Defense Exhibit K and you'll see Defense Exhibit M.

23   I'm not going to read through all of them because it's long,

24   but if you go to the second page of the chat you see in -- I'm

25   not sure if you can see it any clearer on your screen, but you

Summations of Mr. Brill                    3096

1   see on November 6 of 2012 there is a conversation between

2   Vitaly Korchevsky and someone at NTS Capital.  And what

3   they're talking about there is stock tickers and Zacks

4   ratings.  And if you look, you see there is a discussion

5   between stock tickers and what Zacks rating is.  You see

6   things like ARNA, Z3 pharma company, numbers look down next

7   quarter, 26 percent short.  EIA Z4, numbers sloping this

8   quarter and next, look short, thin traded stock.  RAX, Z3 but

9   looks overbought.  This is a conversation that's being had

10  between Vitaly Korchevsky and someone at his fund.

11          Now why would he have this conversation about what's

12  going on between these companies and Zacks?  Why would he care

13  what this person at NTS Capital is saying about what Zacks

14  thinks about these companies.  NES Z2, utility company, but

15  looks and priced very interesting.  Numbers look bad and

16  getting worse, but I don't know.  Insider bought 7K shares

17  last month.

18          This is legitimate research, ladies and gentlemen.

19  This is not someone who trades on inside information.  This is

20  someone who's researching the company, wanting to know what

21  the earnings are going to be and then placing a bet as a

22  result of it.  The same goes for Exhibit M.  You see, there's

23  lines and lines of ticker symbols Z1, Z2, Z4, Zacks ratings.

24  And you heard from Mike Mayer, our expert, who told you that

25  these are legitimate rating services.  When you have -- when

1  you are trading as an earnings trader you follow places like

2  Zacks and you look at what the consensus is and you try to

3  take a bet as to what the stock will do.  That's what's going

4  on here.

5         Why would he go through the trouble, why would he

6  care?  Why not just look at the stolen press releases, leave

7  people at NTS Capital, go into some room and just trade on the

8  stock -- the stolen releases.  Why care what anyone at NTS

9  Capital thinks about whether the stock is going to make money

10  or the insiders bought or if it's a Z1 or a Z5.

11         This is realtime, ladies and gentlemen.  These are

12  chats that are going on in 2012 and 2013.  It's not trading

13  like someone who is trading on stolen press release

14  information and this didn't come from the government, you

15  heard it from us.  And this is not what easy money looks like,

16  ladies and gentlemen.  It doesn't make sense that someone who

17  has inside information would do what Vitaly Korchevsky is

18  doing.

19         You know a lot has been made also of the newswire

20  chart that Dr. Canjels gave you which shows that, according to

21  the government, that Mr. Korchevsky is trading in line with

22  certain newswire services, and they're right.  An earnings

23  trader certainly would care where the information is coming

24  from.  So why does that happen?  And does that automatically

25  mean that Vitaly Korchevsky has the inside information, has

1  the stolen press releases, or does that mean that someone who

2  is giving him the information, who is asking him to place

3  trades, like let's say the Dubovoys, has that information and

4  has the hacked, stolen releases.  So the fact that

5  Vitaly Korchevsky is placing the trades, ladies and gentlemen,

6  that happens to be in line with newswire services does not

7  mean that Vitaly Korchevsky has the actual stolen releases or

8  access to stolen releases in order to place that trade.  It

9  means someone did, but it doesn't mean Vitaly Korchevsky did.

10         We told you, ladies and gentlemen, and you heard

11  from the evidence that Arkadiy Dubovoy has a relationship with

12  Mr. Korchevsky that goes back to the year 2000, and it's to

13  trade for him.  And there's no difference here.  The only

14  difference is that the Dubovoys are being dishonest about

15  telling you that they told him where the information came

16  from.  And as we said, someone like Mr. Korchevsky would not

17  have ever agreed.

18         The information starts with the Dubovoys and the

19  Dubovoys have access to the press releases and the stolen

20  information.  It's their scheme.  It's their fraud.  Even in

21  the text messages that the government showed you and the

22  timeline between Igor and Vitaly Korchevsky, those trades

23  start with a phone call between Igor and Vitaly Korchevsky.

24  Igor is the one who starts those trades.  Igor is responsible

25  for the trades that happen between Vitaly Korchevsky and Igor.

Summations of Mr. Brill                    3099

1    It doesn't mean that Vitaly Korchevsky had access to the

2    stolen press releases.

3              So where are we?  The government has failed, ladies

4    and gentlemen, to show beyond a reasonable doubt a connection

5    between Vitaly Korchevsky and the hacked material.  The

6    government has failed to present sufficient forensic evidence

7    beyond a reasonable doubt that he actually accessed stolen

8    press releases.  They failed to show beyond a reasonable doubt

9    that Vitaly Korchevsky's trading showed his knowledge of the

10   stolen information.  So if we stopped here, if we looked at

11   the devices and the forensics and the trading, there's doubt,

12   there is reasonable doubt.  And if you had to give a verdict I

13   would submit that would -- should be not guilty.

14             So who does the government bring in to save that

15   case, to put more on it, to add to it?  Star witnesses one and

16   two:  The Dubovoys.  The liars, the cheaters, and the thieves

17   that they are.  That's who was put before you, ladies and

18   gentlemen, to hold this conspiracy together.  That's who the

19   government didn't feel like mentioning to you or addressing

20   their faults and flaws when they summed up.

21             These are the two who have lied to banks, who have

22   lied to others during business deals, who have lied to their

23   business partners and embezzled from them, who have lied to

24   federal agents during proffer sessions, meetings, interviews

25   with the government, who have lied to prosecutors.  Does

1   anybody think that an oath to tell the truth here would stop

2   them from lying to you?  Does anybody feel they respect you

3   more than they do the agents and prosecutors that they sat

4   down with?  Does anybody deep down think that they would buy a

5   home from them, a used car, a vacuum cleaner?  If your answer

6   is no, then how is it possible to rest a verdict of this

7   magnitude on them?  The government has put them before you and

8   the government wants you to believe them beyond a reasonable

9   doubt, but how can that be?  How can they be trusted to that

10  extent and how can you, ladies and gentlemen, rely on them in

11  a case like this?

12       The Dubovoys come down to this:  These are guys that

13  are always looking for a scam, they're looking for a deal, and

14  they're always looking for a way out.  And a plea agreement or

15  an oath to tell the truth or the fear that they may lie to a

16  federal agent or a federal prosecutor is not really going to

17  get in their way of who they are.  They are who they are.  And

18  certainly what happens to Vitaly Korchevsky is not going to

19  stop them as long as it helps them.  So of course they would

20  lie to themselves, ladies and gentlemen, any chance they got.

21  And you heard that they did.

22       Igor Dubovoy, the government's star witness, who was

23  interviewed close to 15 times by the government and he was

24  asked point blank ever committed any crimes and his answer was

25  no, never mentions his crimes.  So no problem lying to the

Summations of Mr. Brill                    3101

1    prosecutors, no problem lying to the agents.

2              He never told them about those bank records that he

3    altered, made phony one time, three times, a dozen times.  And

4    he didn't just lie once to the prosecutors, he lied over and

5    over again on each of those meetings by not telling them.  And

6    he didn't just alter bank records one time or a few times, but

7    over and over again whenever it would suit him.  So why, if

8    he's able do that whenever he wants, however he wants, why

9    should we trust him here and how can he earn your trust to

10   rely on him in this case?

11             And even after confronted they didn't give up that

12   lie, even though they were caught in that lie they didn't

13   really come clean, especially Arkadiy Dubovoy, ladies and

14   gentlemen, when he was asked about altering bank records.  In

15   fact, what you heard from Arkadiy Dubovoy was that he wasn't

16   really sure this was a crime.  He didn't really think there

17   was anything wrong with it and we know he's probably the one

18   that instructed Igor to do exactly this.  Didn't really look

19   like it was a problem.  He just felt like, hey, you're going

20   to phoney up some bank records if you have money in one

21   account and you don't have money in another account, who

22   cares.  Take a bank record, take a heading, go to the computer

23   and change it.  It doesn't matter that you're defrauding the

24   people on the other side of the deal, it doesn't matter that

25   you're deceiving the bank, it didn't phase him it was wrong.

Summations of Mr. Brill                    3102

1    It didn't phase him that it was a crime.  He would do it

2    again, it seemed like, if it would help him.  So a guy that

3    does that, ladies and gentlemen, a guy that does that over and

4    over again just to purchase real estate, imagine what lies he

5    would tell to keep his freedom.  He's just not a guy and

6    they're just not two guys that you should rest a verdict of

7    this magnitude.

8            Even his explanations, ladies and gentlemen, it's

9    not as if he can come in -- when Arkadiy was asked about

10   altering bank records, it's not as if he said you're right,

11   it's wrong, I'm sorry, I won't do it again, I know it's

12   illegal.  The explanations were absurd.  His argument was,

13   well, if I had the money in another account, who cares if I

14   altered the bank records in a separate account.  I mean, it's

15   absurd.  Is that who you want to rely on, is that who you want

16   to believe?  Because you have to believe them because they are

17   the ones who tell the story.  They are the ones who tell the

18   story about Vitaly Korchevsky.  They are the ones who

19   explained the devices and the email accounts.  They are the

20   ones who explained how Vitaly Korchevsky supposedly agreed to

21   enter this particular conspiracy.

22           You know, the Dubovoys didn't just lie about that,

23   ladies and gentlemen.  So it's clear who they are, when I

24   mentioned in my opening statement that this is about two

25   different kinds of men, it's true.  You also heard Arkadiy lie

1   about hiring his friend Pychnenko's lawyer.  You remember

2   Pychnenko, who was convicted of a drug crime here in the

3   United States, and he looked you in the eye and he said he

4   only paid $3500 to his wife for some expenses.  That's what he

5   told you under oath about that.  But then on cross-examination

6   things changed.  He was confronted with the fact that there

7   was much more money paid through him and his son to hire a

8   lawyer for Mr. Pychnenko.  You heard it was not just $3500 but

9   close to $60,000, $55,000 to be exact and you saw a retainer

10  agreement and you saw an email.  You know that Arkadiy knew

11  that.  You know that he instructed that, you know that that

12  was his money, but he wouldn't admit it under oath even after

13  he was confronted with that lie.  He knew he was lying, but he

14  did it anyway.  And it was almost a joke to him about him.

15  But I can assure you this is no joke to Vitaly Korchevsky.

16          And I'll go one step further, ladies and gentlemen.

17  Why would he not admit that he paid for Pychnenko's lawyer?

18  Why lie about something like that?  What's the big deal?  And

19  I would submit that there is a reason.  Because it's

20  reasonable to believe based on this particular evidence that

21  he was involved in that.  That it was his money that was used

22  to finance that drug crime and that's why he happened to be in

23  Florida, Panama and Hawaii in 2009, all the same places that

24  Pychnenko was in.  That money that Arkadiy paid, that $55,000,

25  ladies and gentlemen, sent Pychnenko a message that would keep

Summations of Mr. Brill                    3104

1   the Dubovoys out of jail.  That was the length, that was his

2   decision, that was how he was going to do that deal, but he

3   wasn't going to admit it here under oath before you, and that

4   is the government's star witness.

5           But you know what, ladies and gentlemen, based on

6   what you heard, why should he tell you the truth anyway.  I

7   mean, he lied here.  You heard that he never admitted that he

8   committed the crime of bank fraud or altering bank records and

9   the best we could do is that -- and Igor too, is that when

10  asked about their plea agreement, which is their agreement as

11  to what their contract is between them and the government and

12  what they have to do and all the things they have to do in

13  order to maintain that plea agreement, the best that the

14  government can do is say, you know what, we're going to hold

15  that plea agreement in question.  We see that you lied, we see

16  you didn't tell us about altering dozens of bank records, but

17  we're going to -- we're not going to tear it up.  You still

18  have it and we'll keep it in question.  As far as I know,

19  ladies and gentlemen, it's still in question.

20          Now, Garkusha said that if he lied his plea

21  agreement was null and void, so which one is it?  I mean,

22  because it's the government that decides if the lie is big

23  enough or if it's too small, if they want to rip it up, if

24  they don't want to rip it up, and what is the question.  What

25  are they waiting for with respect to Igor Dubovoy's plea

1  agreement by holding it in question?  Is it that if there is a

2  conviction, they'll put it back.  If there's an acquittal,

3  then it will really be bad for him.  What is the question?

4  Don't be part of this dangerous game between the government

5  and Igor Dubovoy.  Don't let the government have it both ways,

6  ladies and gentlemen.  That they used this plea agreement to

7  show you, hey, ladies and gentlemen, he's telling the truth.

8  Look at this plea agreement, he has everything to lose if he

9  violates it.  But then at the same time they don't enforce the

10  plea agreement when their witness violates their plea

11  agreement.  So they have it both ways.  They can use it when

12  it helps them and if it gets violated they can also use it and

13  not enforce it.  Don't buy into that power.  And it's you that

14  should hold Igor and Arkadiy to their truth and their honesty,

15  not the government making a determination as to whether or not

16  the plea agreement should live or die.

17          You know, ladies and gentlemen, the Dubovoys are not

18  just liars but cheaters as well.  Let's not forget that the

19  first chance they got, ladies and gentlemen, first chance

20  Arkadiy got was to cheat the hackers.  He's given this

21  opportunity to trade on stolen press releases, he has access

22  to hacked material, he knows who the hackers are and he knows

23  what the scheme is and the minute he sees that, he says I

24  think I can do better.  I think I can use the hackers to help

25  myself.  I'll cheat them.  And so what he does is he opens up

1   new bank accounts that they don't know about.  Because if they

2   don't know about it then they don't access those accounts and

3   take the money from the hacking.  He cheats so much that even

4   the thieves and the cheaters that he does business with, he

5   cheats them too.  I think they call that no honor among

6   thieves.

7           That's their witness, ladies and gentlemen, that's

8   their star witnesses, that's the guy that you have to believe

9   in order to -- in order to find Vitaly Korchevsky guilty

10  beyond a reasonable doubt.  They're going to lie who they have

11  to lie to and cheat who they have to cheat and I ask that you

12  don't let them get away with it.

13          So, now back to the facts, ladies and gentlemen.  If

14  Arkadiy Dubovoy says that he met Vitaly in this airport and

15  talked about this scheme and he's lying about that too, and

16  it's clear because it makes no sense, ladies and gentlemen.

17  The evidence makes no sense that Vitaly Korchevsky would

18  agree.  You heard that he was principled, you heard he was

19  well known, you heard he was no criminal, no thief, no cheater

20  like the Dubovoys.  So it makes sense that they would not tell

21  him about where they were getting the information.  It makes

22  sense that they would manipulate someone like

23  Vitaly Korchevsky to get what they wanted, like they had

24  always got what they wanted.

25          And you know why it's clear that Arkadiy Dubovoy is

1   lying to you about that meeting and about what happened in

2   this scheme, ladies and gentlemen, it's clear when you heard

3   from Slavic Zayats, who came in and testified.  Someone that

4   on the government summation didn't even address.  And what he

5   told you, when he came here all the way from Atlanta to

6   testify, is that what Arkadiy Dubovoy said to him was very

7   different than what Arkadiy Dubovoy said to you.  Very

8   different than what he said to the prosecutor, to the agents.

9   Because when he was in the privacy of his hometown where

10  nobody was looking, where he was with a mutual friend, Slavic

11  Zayats, he told Slavic Zayats the truth.  And there it is on

12  the screen.

13          Mr. Zayats, the question was asked, tell us what

14  Mr. Dubovoy said to you during the meeting?

15          Answer:  I was curious as to, and I would say that,

16  did Vitaly have anything to do with that matter?  Did you

17  really give him some information and did he know about it?

18  Dubovoy categorically denied that.  He said if I had given

19  information and I had told him so, that information was

20  illegally obtained he would have stopped doing business with

21  me.

22          That sounds truthful because that's what we've been

23  saying all along about Vitaly Korchevsky and you had it here

24  from Slavic Zayats, who came here from Atlanta just to tell

25  you.

Summations of Mr. Brill                    3108

1           And the best the government can do is ignore the

2      statement on cross-examination, don't address where you were,

3      how he said it, why he said it, what else did he say?  Are you

4      sure he said it?  Was he just kidding?  Did he have a reason

5      to say it?  Don't address the statement which is something

6      that affects the credibility of their witness, but address how

7      Slavic Zayats makes maintenance money when he helps around the

8      building that his son owns.  Make some type of argument that

9      Slavic Zayats must be incredible or must be lying to you

10     because he has some financial interest because he makes $700,

11     a couple of thousand dollars when he fixes air conditioners or

12     needs to be reimbursed as a maintenance worker.  That's what

13     the government chose to cross Slavic Zayats on even though

14     Slavic Zayats basically told you that Dubovoy had said

15     something completely different.  Something that, if true,

16     would make Vitaly Korchevsky not guilty, but instead he talked

17     about his maintenance payment.

18           So let's assume, ladies and gentlemen, even though

19     it's clear that Mr. Dubovoys' words can't be trusted about

20     what happened during this scheme and what happened during this

21     meeting in the airport in 2011, let's assume that this meeting

22     actually happened.  Where is the evidence that the scheme

23     started?  Where is the evidence that an arrangement was made?

24     Where is the evidence that Mr. Korchevsky agreed?  I mean, if

25     you listen to Mr. Garkusha, who tells you about the day, the

Summations of Mr. Brill                          3109

1   meeting is held in the airport and then at the office a couple

2   of days later.  At the office they review legal, legitimate

3   websites.  Websites regarding technical analysis of stock

4   trading.  Two or three websites are looked at in Garkusha's

5   office.  Garkusha is looking over the shoulder of Vitaly to

6   learn from him.  These are legitimate websites that they're

7   looking at.  Nothing is agreed to.  In fact, according to

8   Mr. Garkusha, who is one of the government's witnesses,

9   nothing is worked out.  Mr. Korchevsky leaves and doesn't

10  agree to anything.  No fraudulent scheme is presented to

11  Vitaly, and nothing is discussed as to how this scheme

12  actually begins afterwards.  So where is that line, how do we

13  make that leap from this meeting where Vitaly is down there

14  looking at legitimate websites to an agreement that he wants

15  to be involved now and will be involved in a multimillion

16  dollar stock trading fraud because Arkadiy says that's what

17  happened afterwards, because the government says that's what

18  happened afterwards.  What did Arkadiy tell you?  Where are

19  the facts that show that this agreement was -- existed and

20  discussed.  What makes more sense, ladies and gentlemen, is

21  not that.  What makes more sense is that Vitaly is down there

22  to discuss with Arkadiy what he had discussed back in the year

23  2000 and what he had done for Arkadiy by trading for him and

24  helping him make money with respect to trades.  He trades

25  legitimately for him.  The one difference now is that Arkadiy

Summations of Mr. Brill                    3110

1    possessed stolen information and needed to figure out a way to

2    use Vitaly Korchevsky.

3            And one last thing about Arkadiy Dubovoy, ladies and

4    gentlemen, two things.  One is that he doesn't just lie to

5    Vitaly Korchevsky, he doesn't just lie to the prosecutors or

6    to you, he keeps everybody in the dark, ladies and gentlemen.

7    The hackers themselves, as we said, but also to his secretary,

8    for example, Larissa, who, during the conspiracy that Arkadiy

9    is deep into, who is the mastermind, who is the schemer, the

10   guy who is the middle person between the hackers and trading,

11   he had his secretary, Larissa, sending wires and sending

12   emails.

13           (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Mr. Brill                    3111

1          MR. BRILL:  (Cont'g.)  With respect relative to this

2    particular scheme.  Not a care in the world that he's bringing

3    his secretary unknowingly into this particulars scheme.  And

4    that's a pattern, ladies and gentlemen, bringing people in

5    that don't know, as long as it helps you.

6          If he has to get a wire out of an email, who cares

7    who Larissa's making a wire payment that just so happens to be

8    part of the hacker team.  Who cares as long as you get the

9    wire out, you don't have to tell Larissa or keep her in the

10   dark.

11         Keep in mind that Alex Garkusha, who came here and

12   told you about what he didn't know, his own partner was doing

13   it.  That from 2011 to latter years of 2012, almost two years,

14   a guy who literally works in the same office as Arkadiy

15   Dubovoy, didn't know he was trading on stolen press releases.

16   Is it any stretch to say that he makes a habit of keeping

17   people in the dark; keeping people away from things that he's

18   doing; not telling them about it if it doesn't help them.

19   Alex Garkusha had to find out threw an accountant that Arkadiy

20   was trading on stolen press releases.  And they work in the

21   same office.

22         That's who the government presented to you.  And I

23   would submit, ladies and gentlemen, that Mr. Dubovoy is not

24   worthy of belief.

25         Now, one last thing about Mr. Dubovoy.

1              Put a sock in his lack of credibility.  Put aside

2    the fact that he lies a lot and cheats a lot, and steals when

3    he has to in order to get what he has to do.  Look at his

4    testimony as it came out.  Ask yourself, as you listen to the

5    government's charge when deciding the credibility of the

6    witnesses, has he given you an accurate version of what has

7    occurred?  Has he been forthright.  Has he had a memory?  Has

8    he had a good perception?  Has he been able to tell you a

9    story that you can understand.  Or was he scattered.  Was it

10   disjointed.  Was it unreliable.

11             Because I would submit that if you look back and

12   think back as to what Arkadiy Dubovoy testified to, you'd see

13   something amazing.  What you'd see is that, and you can check

14   the record for yourself, almost a hundred and twenty-five

15   times during his testimony, whether it be on direct or on

16   cross, and you can see it on the screen, Mr. Dubovoy said, "I

17   don't remember" or "I don't recall."  "I don't remember now."

18   "I don't recall exactly."  "I don't recall well."  "I don't

19   recall exactly."  "I no longer recall."  That's a good one.  A

20   hundred twenty-five times.  We stopped counting at 125 times,

21   ladies and gentlemen.

22             So ask yourselves, can you rely on someone who

23   answers in that fashion when being asked about questions of

24   this magnitude.  This has nothing to do with whether or not

25   he's lying to you, which I will submit that he is, but it has

Summation - Mr. Brill                    3113

1   everything to do with whether or not you find him to be a

2   reliable witness; someone that you can get behind and say I

3   can trust what he's saying.  I believe that he can recall

4   things.  I have faith that what he's saying is accurate.  A

5   hundred twenty-five times I don't recall.  I don't remember.

6            Please take that into consideration when evaluating

7   his testimony and the government's case.

8            On the flip side, ladies and gentlemen, from the

9   Dubovoys, you have Vitaly Korchevsky's stellar reputation.

10  And it's not me that's telling you that because I'm his

11  lawyer, because I guess that's what lawyers do who represents

12  clients, they speak for their client, and they speak as

13  favorably as they can for them.

14           But it's not me who is saying that, it's Viktor

15  Lange, who works in a factory in New Jersey, who took the day

16  off and put on the suit to tell you that Vitaly Korchevsky

17  preaches the word of God and he also lives it.  It's Igor

18  Akulov, whose wife just had their fourth child, right, and

19  traveled all the way to New York to tell you that.  And he

20  told you that he could not have come to the United States

21  without Vitaly Korchevsky's help, and he could not have

22  purchased a home without his financial assistance.

23           And then you have Evans Zografakis, who is not part

24  of the church, but is a friend and a business person in the

25  community, and who traveled all the way from outside

Summation - Mr. Brill                          3114

1   Philadelphia to give you his opinion.  And he told you that

2   Vitaly Korchevsky bought several homes for those in need, and

3   that he considers him truthful and honest.

4          And then finally, Mr. Sipko, who came all the way

5   from Washington state, across the country.  He testified about

6   a half an hour, uninterested, all on his own, not subpoenaed,

7   and told you that he was the president and vice president of

8   the Slavic -- he was the president of Slavic churches,

9   Mr. Korchevsky was the vice president at some point, and that

10  he knows Mr. Korchevsky's reputation to be an honest person.

11  In his own opinion, Mr. Korchevsky's an honest and truthful

12  and rule-abiding and compassionate and generous person.

13         So overall, ladies and gentlemen, four witnesses

14  came in and made it clear that Vitaly Korchevsky does not

15  possess the character traits to commit this crime that the

16  grand jury's charged him with.  And that it would be

17  completely inconsistent with his character for him to have

18  committed the crimes.  The same character that his community

19  knows him.  The people that have been around him, have worked

20  with him, have lived next to him, have prayed with him.

21         And I think it's pretty apparent, ladies and

22  gentlemen, that those witnesses were not really prepared and

23  polished like the government witness were.  If you remember

24  back, a lot of them didn't even know where to look when they

25  were being asked the questions on direct examination.

1        But they were honest, and they were sincere, and

2   they were authentic, and they all led to one important

3   conclusion, that in their view, what they saw, knowing Vitaly

4   Korchevsky better than us, that he's an honest and truthful

5   man.

6        So Vitaly might have wonderful character references

7   but it doesn't mean that he's a great judge of character,

8   because it is clear that he does business with the Dubovoys,

9   knowing who they are.  And he does business with them and

10  trades for them and makes good money doing that.

11       And it would be wrong to leap from that, to leap

12  from the idea that Vitaly Korchevsky does business with

13  Arkadiy Dubovoy; does trade for him; is interested in making

14  more money with him; is interested in traveling and doing

15  other types of business ventures.  It would be wrong to make

16  that leap to say, therefore, he was in on it; therefore, he

17  had knowledge.

18       So I want to try to draw that distinction, if I can,

19  that one has nothing to do with the other.  That doesn't mean

20  that he had access to stolen information.  That it doesn't

21  mean that he was cheating the system.  It doesn't mean that he

22  had knowledge of these stolen press releases information.  It

23  just means that he had a relationship with Mr. Dubovoy; that

24  he wanted to do business with him; and that at the same time

25  Vitaly Korchevsky is an earnings trader and was doing very

1    well during that time.

2           The government can argue that Vitaly Korchevsky

3    should have known, even though their argument that he had the

4    knowledge, and that he probably knew what was going on but

5    that he deliberately avoided it.  That may come out of their

6    mouth.  I don't know.  But ask yourself, ladies and gentlemen,

7    knowing what you know about Vitaly Korchevsky from the

8    witnesses, does he look like someone who would deliberately

9    close his eyes, deliberately avoid something that's guilty and

10   do it any way?  Or would he do just the opposite, actually

11   deliberately stay away from them?

12          Couple of things, and then I leave you.  And this is

13   something that I would ask that you also keep in mind, similar

14   to the government's burden, and beyond a reasonable doubt, an

15   obligation and requirement that you're going to hear from the

16   Court, and that is that -- you will also hear this from the

17   Court -- that Mr. Korchevsky has the right to remain silent.

18   He does not have to testify.  The entire case rests on the

19   table of the federal government.  They have the burden of

20   proof and defendant Mr. Korchevsky has no burden to prove

21   anything.  But that's the law, and that's what the Court will

22   tell you you have to -- instruct that you have to follow.

23          But I want to be frank.  I understand that some

24   people might say, well, I'd like to hear from him.  I mean why

25   didn't he testify?  And I ask -- I say that I understand those

1   are natural feelings, but I urge you to follow the Court's

2   instruction, and I urge you to follow the law with respect to

3   that, no matter how maybe uncomfortable it makes you feel, and

4   to respect what makes our system unique.  And that if you feel

5   frustrated that you wanted to hear from him, that when you

6   deliberate and you give a verdict, that you don't take it out

7   on him, but you take it out on me.

8          So the federal government, ladies and gentlemen, has

9   a ton of power.  And they can accuse people.  They can charge

10  people with crimes.  They can go to a grand jury and get an

11  indictment and then they can arrest.  And that is an awesome

12  power.  And they have it.

13         But there is one thing that they cannot do.  And

14  that is that they cannot convict anybody.  That can only be

15  done by you.  And that can only be done if there is proof

16  beyond a reasonable doubt, which is absolutely not been done

17  in this case on this evidence.  So I don't get a chance to

18  stand up here again and remind you of that fact.  But I don't

19  think that I have to.  So I'll leave you with this.

20         There may be a lot of binders.  There may be a lot

21  of pages.  There may be a lot of charts.  There may be a lot

22  of emails, witnesses.  But there's also a ton of reasonable

23  doubt.  And that's why I ask that you find Vitaly Korchevsky

24  not guilty.  Thanks a lot.

25         THE COURT:  Why don't we take an afternoon break and

Summation - Mr. Brill                    3118

1    resume at 2:15.  Don't discuss the case.

2              THE COURTROOM DEPUTY:  All rise.

3              (Jury exits the courtroom.)

4              (Whereupon, a recess was taken at 2:11 p.m.)

5              (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Proceedings*                                                    *3119*

1          THE COURT:  By way of reminder.  At the break, after

2     Ms. Whalen finishes, we need to discuss the juror, No. 8,

3     which, given our progress, may have to some extent resolved

4     itself.  But we have other juror issues to discuss.

5          But the point I want to mention is that now that

6     I've hand an opportunity to work on the charge, I'm making

7     language changes.  I think I can tell you with clear conscious

8     it's not a substantive change.  But I want to alert you to the

9     fact that I'm taking a lot of the repetition out particularly,

10    and I'm changing the language, particularly where we deal with

11    the object crimes of the conspiracy counts that are not

12    standalone substantive counts because you just get a headache

13    reading it.  As a lawyer, and as a juror, I can only imagine

14    makes it sounds like they have to prove it, they don't have to

15    prove it so I will alert you to that and we'll talk some more

16    about it after we're done.

17         At your leisure when you get the charge, you could

18    e-mail my clerk who will be around tomorrow.  So any issues

19    you have with it.  Most importantly, if I've indeed stumbled

20    into some sort of substantive change, I don't think I have but

21    judgment.

22         But you know it's very frustrating when you have to

23    give these charges and look at the jurors and you're speaking

24    this sort of structured, overly structured, formal legalese.

25    I'd much rather charge them purely in plain English.  Courts

1   of appeal tend to frown on it, that sort of common sense

2   approach.  Be that as it may.

3           All set?

4           MS. WHALEN:  Yes.

5           (A brief pause in the proceedings was held.)

6           THE COURT:  Take a very short break after

7   Ms. Whalen.

8           MR. TUCKER:  Thank you, your Honor.

9           COURTROOM DEPUTY:  All rise.

10          (Jury enters courtroom at 2:33 p.m.)

11          THE COURT:  All right.  Please be seated.

12          Ms. Whalen, all jurors.

13          MS. WHALEN:  Thank you.

14          Good afternoon, ladies and gentlemen.

15          THE JURY: (Collectively) Good afternoon.

16          MS. WHALEN:  I once saw a great attorney give an

17  amazing summation where he walked up to the podium and said:

18  You were here, you saw the evidence, you know what happened,

19  you know who's telling the truth.  Go back and deliberate.

20  And I truly wish at 2:30 in the afternoon when you've been

21  here the whole time that I could do that as well.

22          Mr. Brill has covered a lot of the points, so

23  Mr. Lee and Ms. Bass and I are going to try to make this a

24  work in progress and not cause too much repetition.

25          But this is a serious case, Mr. Khalupsky is charged

 1    with serious crimes, and I want to make sure that you hear our

 2    side and you understand the points that we're trying to make

 3    in this case.

 4              So, ladies and gentlemen, the Government opened in

 5    this case saying that this case was about stealing and

 6    cheating and corrupt stock traders making millions of dollars

 7    publicly trading on stolen information.  And we agree that

 8    there was stealing and there was cheating and corrupt stock

 9    traders made millions of dollars in this case, but

10    Mr. Khalupsky was not one of them.

11              You heard a lot of testimony about devices.  You've

12    heard a lot of testimony about voluminous records.  You've

13    heard a lot of testimony with trading on stolen information.

14    And I would argue to you that the evidence in this case falls

15    into three categories.  The first category is the cooperators

16    testifying and hoping to get a benefit from their testimony.

17              The second category is witnesses who work for the

18    Government and presented evidence.

19              And the third category are devices that were seized

20    and the companies that were victimized in this case and you've

21    heard evidence of those things.

22              And I argue to you that the information you heard

23    from the cooperators should just be rejected.  The information

24    you heard from most of the witnesses from the Government

25    should also be rejected.  And the evidence you heard about the

1    devices and the companies victimized in this case doesn't

2    prove Mr. Khalupsky guilty beyond a reasonable doubt.

3         The key here is proof and it's proof beyond a

4    reasonable doubt.  And the way you get to proof is you have

5    information.  You have evidence.  You get it from witnesses.

6    You get it from documents.  You get it directly from someone

7    saying, I did that.  And you get it circumstantially from

8    someone trying to link a couple of facts together to get you

9    to an end point.

10        Ladies and gentlemen, I don't think there's anything

11   that you would call direct evidence against Mr. Khalupsky in

12   this case.  And with the circumstantial evidence, you need to

13   be able to draw those reasonable, logical, inferences from

14   each piece of evidence that you heard.  You can't speculate

15   about what happened.  You can't assume what happened.  And you

16   can't fill in the blanks to jump from one piece of evidence

17   over to another piece of evidence.  It's got to all logically

18   connect.

19        Ladies and gentlemen, proof beyond a reasonable

20   doubt means that you are committed to understanding that

21   Mr. Khalupsky has committed this crime.  It's not possibly

22   that he committed this crime.  It's not maybe that he

23   committed this crime.  The Government is supposed to present

24   you with proof beyond a reasonable doubt and they haven't done

25   that here.

1           And let me just remind you because you heard

2    Mr. Brill's summation and I think he helped himself with that

3    attribution to my brilliant colleague's cross-examination

4    work.

5           Ladies and gentlemen, we don't work with them, we're

6    not associated with them.  We represent Mr. Khalupsky and only

7    Mr. Khalupsky.  And Mr. Khalupsky and Mr. Korchevsky have to

8    be considered separately in this case.  They're two separate

9    men.  There's no evidence that they knew each other.  There's

10   no evidence that they knew about each other and our defenses

11   are not linked.

12          So while Mr. Brill is able to help himself to all of

13   the evidence we've brought before you, make no mistake, you

14   have to judge the evidence from Mr. Khalupsky alone, not in

15   conjunction with Mr. Korchevsky.  This case has been charged

16   as a conspiracy and the Government's introduced evidence that

17   they want you to use against both men.  But stay alert in that

18   consideration of the evidence because the evidence has to be

19   considered separately against each man as to whether it shows

20   he knew about the conspiracy, he was part of the conspiracy,

21   and he acted in furtherance of the conspiracy.  And they've

22   double mic'd me today so you'll stay awake.  And the first

23   technical -- if I'm too much give me a hand up and I'll back

24   up.

25          The first technical issue to resolve is venue.  You

1    heard testimony about where these stock trades were clearing.

2    You heard testimony about where checks were being sent from.

3    And you were presented with this evidence because the

4    Government is trying to prove the issue of venue.

5            A prosecution is only supposed to be brought in the

6    location where the securities fraud actually occurred.  And

7    the judge is going to instruct you on the details of the law.

8    But, ladies and gentlemen, I put it to you that that location

9    is not Brooklyn and that location is not the Eastern District

10   of New York.  The wire services were not hacked in Brooklyn or

11   the Eastern District of New York, they were located in

12   New Jersey and elsewhere.  The co-conspirators didn't trade in

13   Brooklyn or the Eastern District of New York and the Stock

14   Exchange is located in Manhattan.

15           The things that happened in Brooklyn and the Eastern

16   District of New York, like taking the other side of the trade

17   or clearing the trade, I argue to you, that that's not

18   material to what the securities violation was here.  The acts

19   of the crime were stealing the information, distributing the

20   information, and trading on the information.  And none of that

21   took place in Brooklyn or the Eastern District of New York.

22   And those multimillion dollar transfers from JPMorgan on

23   Mr. Korchevsky's behalf, they have nothing to do with

24   Mr. Khalupsky.  Without venue, you could find Mr. Khalupsky

25   not guilty of this crime right off the bat.

1          But let's move on to the three types of evidence

2     that I put to you.  And let's start with the cooperators.

3          Igor Dubovoy doesn't have any firsthand knowledge

4     that Mr. Khalupsky was part of this conspiracy.  Arkadiy

5     Dubovoy, he doesn't even know my client's first name.  He

6     called him Vadim, he called him Vladimir.  He never once -- go

7     back and read that testimony.  He referred to my client as

8     Vladislav.

9          And Mr. Garkusha.  Mr. Garkusha couldn't even

10    identify my client.  You could reject their evidence based on

11    that alone and find Mr. Khalupsky not guilty.  I think

12    Mr. Brill has gone through this, and I'm going to put it to

13    you, the second are reason that you can reject their testimony

14    is they're liars.  They lied to each other during this

15    conspiracy.  Everyone was cheating on each other about trading

16    in private accounts.  I think it's been definitely shown that

17    they lied to the Government both in their cooperation and in

18    their preparation sessions.  They've lied about who the

19    participants in this conspiracy were.  They lied about the

20    things they've done with respect to forging documents.  And I

21    also think they lied to you here in court about this

22    conspiracy and about their roles in this conspiracy.  I think

23    they lied to you about what they knew about the conspiracy and

24    all the illegal things they've done in and around this

25    conspiracy.

1          In general, they lied about their finances.  This

2     chart, I'm not sure the people in the back can see, but it

3     lists all of the companies that each of these people testified

4     about or you heard evidence about.

5          Given the documents that you've seen maybe for a few

6     minutes but you'll be able to examine during deliberations.

7     Given the millions of dollars that you've seen moving around

8     in this case.  Given all of the co-conspirators overseas and

9     all of the places that these people have traveled to.  All of

10    the places they have ties to.  All of the places they have

11    bank accounts in.  Do you think that this is the extent of

12    their financial holdings?  When they came up and testified to

13    you, were they honest and forthcoming about where the money in

14    this scheme had gone?

15         Igor Dubovoy and Arkadiy Dubovoy have money

16    judgments against them.  Those were handed down, I believe, in

17    2016.  And two years later, the only money that's been paid

18    into those judgments is what was seized on the day of their

19    arrest.  And Alexander Garkusha, he hasn't even been asked to

20    provide a financial accounting because he's only being held

21    responsible for the money he traded on.

22         Well, look at APD Developers, the company that he's

23    50 percent of or was at a time.  Look at the real estate.  Go

24    back to Mr. Dubovoy's Exhibit A and look at the real estate be

25    that's invested there.  Look at the value of the real estate

1  that's invested there.  Think about how APD was able to buy

2  and invest in all of that real estate and, ladies and

3  gentlemen, the way they were able to do it was from the money

4  coming out of this conspiracy.  And for Garkusha to get away

5  with saying, Oh, I didn't trade, or I only traded for a few

6  months, and the Government's giving him a free pass on all of

7  the money that's been earned from these illegal trades.

8  Ladies and gentlemen, that's not right.

9          Garkusha, Mr. Garkusha, oh, he's a 50 percent

10 partner in APD, and all of a sudden, when he's on the stand he

11 starts acting like he doesn't know who Arkadiy Dubovoy is.

12 He's a 50 percent partner of APD until he suddenly realizes it

13 might not be good for him to be a 50 percent partner.  And

14 then his 50 percent partnership are turns into, Oh, nothing's

15 in writing, that was a verbal agreement.

16          Ladies and gentlemen, in terms of finances and all

17 the other facts, the Government took the cooperators here at

18 their word but you don't have to.  The Government didn't ask

19 the hard questions.  The Government didn't follow up with

20 things that they found in the evidence.  Things that didn't

21 fit in with their theory but you don't have to.  You look at

22 the testimony of their cooperators.  You see if they answered

23 the hard questions, or when a hard question was asked if it

24 suddenly became I don't remember, I don't recall.  Look at the

25 evidence and you hold the Government to its burden of proof.

1            One thing you may have noticed from the testimony of

2    these cooperators, even if the Government didn't, is that

3    these people only admit what they can be confronted with on

4    paper or digitally in an e-mail.  If there's no document, if

5    there's no text, if there's no e-mail, they won't acknowledge

6    it as an act of the conspiracy.  They won't acknowledge a

7    person as a participant in the conspiracy.  They won't admit a

8    location for funds of the conspiracy.  And that means that it

9    was critical for the Government to go through their

10   cooperators' stories with fine tooth comb to decide whether

11   those cooperators were telling the truth, to decide whether

12   they could be trusted, and to decide whether they were worthy

13   of being put in front of you to testify at trial.

14           And over and over and over and over again in the

15   testimony of each of these cooperators you saw that the

16   Government had not gone through the details of their

17   involvement or the details of their acts in the conspiracy.

18   And you saw the Government had no interest in finding out the

19   details about other participants in this conspiracy.  And you

20   know the cooperators were required to present them with that

21   evidence.  They were required to volunteer that evidence, not

22   wait until they were asked, not wait until they were presented

23   with a document.  They were supposed to be forthcoming.  They

24   were supposed to identify everyone involved in this

25   conspiracy.  They were supposed to identify everyone who had

1    acted in this conspiracy.  And they were supposed to identify

2    every part of this conspiracy, and that's what their

3    cooperation agreement required.

4            In fact, what you found out on cross-examination, is

5    that the Government ignored their conspirators' roles in the

6    conspiracy.  They ignored their knowledge of the conspiracy.

7    And you saw when they put those people up, they had no idea of

8    whether what they were going to say was the truth.  And, in

9    fact, at some point they had no idea what was going to come

10   out of their mouths at all.

11           You heard first from Igor Dubovoy.  The Government

12   used him to try to make four points against Mr. Khalupsky.

13   The first point was that Pavel Dubovoy brought Mr. Khalupsky

14   into the scheme.  The second point was that Mr. Khalupsky

15   placed trades on behalf of the scheme.  The third point was

16   that Igor wired him money as part of the scheme.  And the

17   fourth point was that Mr. Khalupsky asked him to make changes

18   to the account that they were trading in.  But if you go back

19   and you look at the testimony, Igor's actual testimony, you'll

20   see that Igor has no way of knowing whether Mr. Khalupsky

21   knows anything about this scheme.  Igor wasn't present at the

22   initial meetings with Mr. Khalupsky.  Igor didn't tell you in

23   any discussions with his father about Mr. Khalupsky and this

24   scheme.

25           The only discussions Igor had with his daddy were

1    about how much money to send to Mr. Khalupsky.  And if you go

2    back and you look in these e-mails you're going to see this

3    those honest accountings for services provided.  It's not just

4    flat money traveling back and forth.  He's sending bills.

5    He's explaining where the trading accounts are coming from.

6    He's explaining how much of a percentage of profit he's

7    entitled to and he's putting all of that information there an

8    e-mail as an invoice so that the Dubovoys have a problem with

9    it they can get back to him and say we don't agree with your

10   numbers.

11           If Mr. Khalupsky thought that he was in an honest

12   trading relationship with these people.  If he thought that he

13   was trading their money as part of his brokerage company

14   Dolphin then he's not a participant in this scheme and he's

15   not guilty of any of the crimes charged.  You heard

16   Mr. Dubovoy testify about how he went to Dolphin at one point.

17   He went to Mr. Khalupsky's brokerage firm to learn how to

18   trade stocks.  And he didn't testify that he was taught

19   anything illegal.  He testified that he was taught about

20   volume trading.  He testified he was taught about earnings

21   trading and he testified that when he was there, he learned

22   that Mr. Khalupsky was no longer a trader, that Mr. Khalupsky

23   taught other people how to trade and that he ran his business.

24           You also learned be that while he was there, he met

25   an individual named Dovhaychuck which, later on, the

1   Government linked up to this illegal trading scheme.  And

2   Mr. Dubovoy claimed that be Dovhaychuck was, working for

3   Pavel.  But you heard no testimony from Igor Dubovoy that

4   anyone at Dolphin ever told him that he was involved in any

5   illegal scheme.

6           Finally, Mr. Dubovoy Igor Dubovoy testified that

7   Mr. Khalupsky was no long trading for his father in 2014.

8   Igor was asked on his direct testimony from the Government to

9   identify e-mails making payments.  But as I explained, they

10  were requests for services rendered.  There is nothing wrong

11  or illegitimate with them.  He's sending banking details to

12  where he keeps his money as any individual who is sending a

13  bill would do.  And you know what's really interesting today?

14          What's really interesting is suddenly Caresse

15  trading becomes a shell company.  Let's think about where we

16  heard evidence of that.  Who got up on the stand and testified

17  to you about what a shell company is and how a shell company

18  works and where shell companies are located.  Ladies and

19  gentlemen, that was nobody.

20          The Government has presented information that my

21  company had bank accounts overseas.  That he had an account in

22  Cypress and an account in I believe in the Grenadines and SK

23  Intertrading overseas.  We identified them, we cross-examined

24  on them, but you've heard no evidence that any of these are in

25  any way shell companies.  And that's the kind of leap in

1    circumstantial evidence that you can't do in this case.

2           The Government can't suddenly stand up and start

3    calling something a shell company when there hasn't been any

4    testimony about that when you haven't heard from any kind of

5    expert explaining shell company is how it's work and how it's

6    used.  I tried to ask Mr. Dubovoy, Arkadiy Dubovoy, I think it

7    was, about this company and about why someone would send money

8    overseas.  And Arkadiy Dubovoy, because it wasn't in the

9    script, is all like, I don't know, I don't know.  But you

10   didn't hear testimony from anyone else about what a shell

11   company is.

12          You then heard testimony from Igor Dubovoy that he

13   was sent an e-mail to reconfigure the Merrill Lynch account

14   that this is terrible thing.

15          Ladies and gentlemen, at the look at the of the

16   e-mails look at the first e-mail February 27, 2013, it's

17   coming from Mikhail Panchen to Mr. Khalupsky talking about

18   what configuration needs to be done in the Merrill Lynch

19   account, that's Defense Exhibit I in translation.

20          Let's go to the next one.  Mr. Khalupsky sends it on

21   right away it Dubovoy 01 who we know is Arkadiy Dubovoy's

22   e-mail address.  Basically, looks like a cut and paste took

23   Mr. Pychnenko's e-mail, put it in his and send it to

24   Mr. Arkadiy to answer the question because doesn't know let's

25   move to the next e-mail.

1          Next e-mail is he, let's see, October 27, 2013, and

2     it's the same will e-mail sent again to Arkadiy Dubovoy.

3          Now, you're being presented with these e-mails of

4     oh, look at this, Mr. Khalupsky is asking to have the account

5     configured.  He's asking to have the account changed.

6          But, ladies and gentlemen, be he asked for that in

7     February of 2013.  And nobody took any action on it so he

8     resends it again in October 2013.  And then there's another

9     e-mail where finally Igor gets back to him and explains how to

10    reconfigure the account.

11          So, ladies and gentlemen, I put it to you.  This

12    isn't evidence of wrongdoing.  This isn't evidence of any kind

13    of emergency.  This isn't any evidence of someone acting like

14    this is important that it needs to be done right away so we

15    can get along with our evil trading.  It's a request

16    apparently everyone ignored it.  It got sent again because the

17    problem still existed in the account and then Igor testified

18    or responded to it and testified about it.

19          There's nothing but Igor's testimony and the way

20    that the Government presented these e-mails to lead you to

21    think that this is somehow evidence of wrongdoing.  A request

22    to reconfigure an account.  A request to say, we can't do

23    these trades we're going try to do other trades is a

24    completely legitimate account that was sent in February or

25    legitimate request sent in February not responded to until

*Summation - Ms. Whalen*                          3134

1   October.  It doesn't make it evidence of wrongdoing.

2           You also heard testimony or you saw Mr. Igor

3   Dubovoy present himself as someone who is unsophisticated with

4   respect to trading.  And I just like to walk you through a

5   little bit of his testimony to see where he starts.  So Igor

6   on direct is testifying and the judge said, well, let's finish

7   that thought.  How do you make money if the price goes down.

8   Igor says, I'm not a hundred percent sure of how that all

9   works.  The judge is like, okay.  I just know it's a

10  possibility.  So poor Igor Dubovoy doesn't know how the stock

11  market works.

12          Let's see what he next says.  What prompted you to

13  send this e-mail?  My father knew that he and I think he's

14  referring to Mr. Korchevsky was traveling at the time and he

15  just wanted to make sure that the trade is conducted we don't

16  lose money on the accounts.  So he may not know a lot about

17  trading but he's up on the money and he want to make sure they

18  don't lose money.

19          Let's go to the next, then he's asked again and just

20  so it's clear a short position is.  And suddenly he's able to

21  answer and say, oh, you're betting on the stock to go down.

22  And he's asked what's a long position.  It's betting on the

23  stock to go up.  Question:  How do you provide those

24  instructions?  I have an Excel sheet written where I would

25  show what -- I had an Excel sheet written that would show

1    where I would input numbers that I got from Korchevsky and

2    they were translated into percentages of the profile and I

3    would send a text message of those percentages to Garkusha and

4    Leonid.  What prompted you to provide those percentages as

5    additional instructions beyond just providing the particulars

6    to trade?  My father asked me to do that because they didn't

7    know of how strong of a trade to place or how much of their

8    portfolio to put in that trade.  Doesn't sound like someone

9    who doesn't know what's going on in the stock market or in

10   stock trading and let's go to the last one.  Then the last

11   one.  Was what is this document, Mr. Dubovoy?  This is a list

12   of stocks that we approached how much we purchased them for,

13   how much we lost and the realized losses or gains off that

14   trade.  Sounds like he knows who he's doing?

15           So then finally, yeah, yeah, we will I'm asking you

16   isn't fair from the fact that lack of profitability that shows

17   that were.  Igor:  From what I understand there are multiple

18   variables of how far the market were react to certain set of

19   news to certain news and sometimes even if you get your

20   numbers correctly aligned, the market itself because there are

21   people other people involved in the market might not react to

22   it.

23           It doesn't sound like amateur hour to sounds like

24   somebody who knows what he was doing because he was taught how

25   to do it and yet he sat there and tried to present himself

*Summation - Ms. Whalen*                              3136

1    didn't know what a short was.

2           After trying to portray himself as unsophisticated

3    he then tried to portray his father Arkadiy Dubovoy as

4    somebody who is not computer literate.  Who had to call on his

5    son to prepare his e-mails and send wires on his behalf.

6    Ladies and gentlemen, when you go in the back look at the

7    e-mails between Igor and Arkadiy Dubovoy.  The ones in Russian

8    he knows what he's doing he's sending father a detailed

9    accounting his father is understanding where every single dime

10   is going.

11          The Government would have you believe that Arkadiy

12   Dubovoy, the owner of these multimillion dollar companies,

13   this empire where he has business meetings on the second floor

14   of his houseboat that this man is so unsophisticated that he

15   can barely use his e-mail.  But if you go back and you look at

16   the exhibits you're going to see that that's not what was

17   going on.

18          What you are going to see is going on is that

19   Arkadiy Dubovoy is a man who is smart enough to leaving a very

20   small digital footprint.  And he lets his son and Garkusha be

21   the ones who were tied to the record of illegal activity he's

22   in the background pulling the strings telling people what to

23   do but he makes sure his hands aren't on any of these

24   documents.

25          In the middle of Igor's testimony, the Government

1  had him talk about the Latvian hotel swindle and he tried to

2  have Igor presented to you as someone some sort a victim and

3  Igor Dubovoy portrayed a funny deal but on cross-examination

4  you learned there was nothing funny about it.

5         You learned it was a criminal fraud and that there's

6  a prosecution pending in Latvia.  And you refreshed that it

7  involved a fraudulent transfer of more than $6 million or what

8  appeared to be $6 million between two Dubovoy accounts.  Boni

9  and DBM Engineering and it happened in July 2013.  If you look

10 at Defendant's Exhibit HH, we didn't have it up there for

11 long.  When you're go back and you have a minute you can look

12 at it and see the swindle that's going on the transfer of

13 money between one account and another on July 3rd.  And then

14 you see on July 5th the same thing.

15        But look at Mr. Levanti's money or spreadsheets that

16 we put in as Defense Exhibit EEE.  If you only see one side of

17 that, you think it's a transfer of $6 million.  So the

18 Government let's Arkadiy Dubovoy come up and talk about this

19 as a funny deal when, in fact, it's straight-up money

20 laundering and the Government let him testify about how oh,

21 man he last $150,000 in this deal.  Well, he's clearly in the

22 middle of a fraudulent deal, so if he lost money, he lost the

23 money that he was using to try to commit become a bigger

24 spindle.  And, again, where does anyone think this $150,000

25 came from in July 2013 from the Boni account in the middle of

1   the timeframe of the scheme that the Government is talking

2   about.  This money came from an Igor and Arkadiy Dubovoy

3   fraudulent trading.  So no boohoo about him losing $150,000.

4   Why are you supposed to Igor and Arkadiy Dubovoy that they

5   lost money in another money laundering scheme.

6           One thing as a side note.  I think it's pretty

7   interesting that Arkadiy Dubovoy thinks Igor Dubovoy is just a

8   witness in this case.  I think it's pretty interesting that

9   Igor Dubovoy hasn't let his father know that he's actually

10  been charged with a crime, and I put it to you that it looks

11  like Igor Dubovoy is getting ready to throw his father under

12  the bus the minute he gets it Latvia.  I guess familial

13  devotion apparently has its limits.

14          You learned from cross-examination that Igor knows

15  how to forge bank account records.  You have know that he did

16  so for the Everest accounts and the DBM Management accounts.

17  And when you look when you're deliberating, if you care, you

18  can see that those both are forgeries of the July 20, 2013,

19  Boni accounts.  And you can look at them, they're pretty crass

20  where the numbers don't add up on front page.

21          But the interesting thing about these documents is

22  that when Ms. Felder showed him the forged documents on

23  cross-examination, he knew exactly what they were.  He

24  instantly admitted it.  There wasn't any hesitation, there

25  wasn't any, Oh, wait your it.  Oh, suddenly I do remember

1    this.  And that's Igor and Arkadiy Dubovoy and Garkusha's MOs

2    all over this case.  They deny or they can't recall something

3    until you show them an actual document and then suddenly they

4    remember to and suddenly they've got an explanation even the

5    five minutes before it was all I never heard of that I don't

6    know what hour talking about I don't recall any of those

7    dealings.

8            And then the Government called Arkadiy Dubovoy to

9    testify about these forged bank records.  And Arkadiy Dubovoy

10   actually got up there on the stand and told with a straight

11   face that he didn't even know it was illegal to forge a bank

12   statement.  Well, for Igor doesn't that even pass the

13   straight-face test.  Igor is proudly up here testifying about

14   his business administration degree.  He claims to be working

15   in real estate.  He claims to be working in hedge funds, and

16   yet, Arkadiy Dubovoy wants to tell you, Oh, Igor didn't know

17   it was illegal.

18           And part of this whole thing is their claim or

19   Arkadiy Dubovoy's claim, I don't think Igor did.  But Arkadiy

20   Dubovoy's claim we had the money in another account so he

21   would transfer the money.  Well that kind of begs the

22   question.  If you've got the money in an account, why are you

23   submitting a forged document?  Why are you just submitting a

24   copy of the account where you have the money.  But, ladies and

25   gentlemen, I think you only forge a document when you don't

1  want to show your real bank statements and you don't want

2  people to know where your real bank accounts are and you don't

3  want people to know where your real bank accounts are located.

4        Igor Dubovoy fessed up to the forgery and then said,

5  oh, I never told the Government about it and maybe he didn't.

6  But, ladies and gentlemen, did the Government ever look in

7  these records?  These documents are attached to e-mails.  The

8  forgeries are in with Igor has Dubovoy's e-mails and the

9  Government has them.  There's a composite exhibit called 201

10  that has everybody has e-mails in this case and the

11  Government's be been introducing those e-mails all over the

12  place.  And there's an stipulation in this case, Stipulation

13  901, that talks about how all of these e-mails are accurate

14  and that these are the accurate e-mails that they got from

15  Google and Yahoo and all the other e-mail providers.

16        So, ladies and gentlemen, you've got these e-mails

17  about forgery smack in the middle of the timeframe of the

18  conspiracy and the Government never noticed them and the

19  Government never investigated them.

20        They're clearly not interested in finding out

21  whether their cooperators are telling the truth.  They're not

22  interested in finding out whether these people should be

23  believed.  They're only interested in going forward with the

24  with their theory of the case with blinders on.

25        I think you know they're not interested in

1   investigating this case because you heard the testimony of

2   Thomas Levanti.  Thomas Levanti testified how he had 20 years

3   of money laundering experience and he was asked on

4   cross-examination if he had noticed the transfers between Boni

5   and DBM in the bank accounts he was reviewing.  He said yes,

6   yes, he did.  And then he was asked if he was asked to follow

7   up on it and, no.  No, he wasn't.

8          What you've learned through these documents and

9   through Igor's presentation of himself is that the Government

10  is giving you a very limited presentation of their

11  cooperators.  Without cross-examination, Igor Dubovoy would

12  have walked out of this room and you would have just thought

13  he was some poor stooge being manipulated by his father.  Some

14  poor guy who doesn't realize in the training that what he was

15  doing was criminal.  And yet he knew enough to use burner

16  phones.  He knew enough to get false addresses for those

17  burners phones.  He knew enough to register those burner

18  phones in false names.  And he knew enough to set up false

19  e-mail accounts.  Like Rupion and Loscal.  And he thought it

20  was okay to forge bank records and not tell the Government

21  about it.

22          So my argument to you is why on earth should you

23  trust anything he says especially when the Government is

24  getting up and saying, Oh, look at our overview you know is

25  true because Igor said it or Arkadiy Dubovoy said it.  You

1   don't know that anything's true based on what Igor or Arkadiy

2   Dubovoy said.  And you know that by looking at the documents

3   and digging into the documents and reading the

4   cross-examination and comparing it to the direct examination.

5          Now, Mr. Tucker may get up on rebuttal and he may

6   say, well, Igor lied to us, he fooled us.  You can still

7   believe he's telling the truth about the scheme and maybe for

8   other individuals where there's other evidence of

9   participation in this scheme be you could.

10         But for Mr. Khalupsky you don't have to have that

11  evidence.  You've got in the cryptic e-mails that the

12  Government introduced that they're now trying to put a spin on

13  through the testimony of Igor and Arkadiy Dubovoy and you have

14  no reason to believe that that spin is the truth.

15         And just backing up.  You also know not only have

16  they not revealed everything to the Government not only have

17  they not revealed everything that was going on in this case,

18  they actually sat out there and didn't reveal information to

19  you when they were testifying because both Igor and Arkadiy

20  Dubovoy were confronted with an individual be named Alexander

21  Sasha Ledovskiy and Igor said I don't know him.  But if you

22  look at Igor's phone records, his entry is right there in

23  Igor's phone, 415-B.  If you look further, he's getting calls

24  from him.  And if you look even further into -- we could skip

25  to the e-mails about the payment -- I think we missed that.

1   But anyway if you go back into the payment, you'll see that

2   Igor is sending Sasha Ledovskiy e-mails that are wires through

3   a company called Baltech.  You'll see that Igor and Arkadiy

4   Dubovoy set Sasha up with a brokerage account called MNI

5   Advisors, Interactive Brokers I think it was.  You'll see that

6   they wired $1.88 million into that account, apparently, for

7   Sasha to have to trade and you'll see that those wires to,

8   excuse me, took place in 2014.  And you'll see that the

9   contact between Arkadiy Dubovoy and Igor and Sasha carried up

10  until, I believe, it's May 2015.  You can see that in the

11  phone records.

12          And, ladies and gentlemen, they're arrested in

13  August of 2015.  And they go in and they meet with the

14  Government.  Igor went in the day after this arrest Arkadiy

15  Dubovoy went in a month after his arrest and not once did they

16  mention to Alex Sasha Ledovskiy.

17          (Continued on the next page.)

18

19

20

21

22

23

24

25

Summations of Ms. Whalen                    3144

1              MS. WHALEN:  And when they're up here, it almost

2     became comical.  Arkadiy was like, No, I don't know him.

3     And then Maybe I met a trader named Sasha.  And it's like

4     confronting him with a document.  It's like, Well, he's in

5     your phone.  He's like, Oh, no, no, no.  And then, He's

6     calling you all the time.  And then it's like, Oh, we were

7     going to start a business together.  And then it's like, He

8     was calling me to get money.  And then he's pointing out,

9     Well, he wasn't calling you.  You were calling him.  And

10    then suddenly, I don't remember.  I don't recall.

11             Ladies and gentlemen, they were in contact with

12    that man shortly before their arrest.  If you're being asked

13    at a meeting, Who were the participants in this scheme?

14    Sasha Ledovskiy would have been one of the people right at

15    the top.  He's someone you just had contacted with.

16             So then you have to ask yourself, Well, why didn't

17    they tell the Government about Sasha Ledovskiy?  Was it

18    Valera Pychnenko's warning, the warning that was sent

19    through Arthur Bumburyak that conveyed to Igor Dubovoy when

20    he told Igor there were people he shouldn't be talking

21    about?  You're told that you're supposed to trust Igor's

22    cooperation agreement, so how can you have any, any

23    confidence that Igor was telling the truth to you when he

24    violated the cooperation agreement at every turn?  You're

25    being told to trust what Igor Dubovoy said, relying on

1   Mr. Khalupsky's statement.  If you have any confidence in

2   Igor's testimony that you can do that?

3           And I see people are getting bored and I see

4   everybody waning, so let's just skip through Arkadiy.  You

5   guys were here.  You heard the testimony.  You know who to

6   believe.  And there are plenty of documents in evidence that

7   shows you that Arkadiy Dubovoy did not reveal the extent of

8   his participation in this conspiracy.

9           So the first thing I draw your attention to is the

10  fact that he doesn't know my client's first name.  Go back

11  and count:  Ten times calling him Vadim; 15 times calling

12  him Vladimir, never once calling him Vladislav.  And that's

13  even when he has a copy of the trading authorization that

14  has my client's driver's license attached to the back, not

15  even a week to sort of look at the document, even if you

16  don't remember someone's name.

17          The second thing about Arkadiy Dubovoy that I

18  think is important is that he wants you to believe that the

19  first time he met Mr. Khalupsky, a guy that he's never met

20  before, in Odessa, the very first time they meet, he claims

21  that he laid out this illegal scheme to him; this illegal

22  scheme that he wouldn't reveal to his son; that he wouldn't

23  reveal to his friends when he had the moment, but he lays it

24  out to Mr. Khalupsky right in that first meeting?  Ladies

25  and gentlemen, that's just ridiculous.

Summations of Ms. Whalen                    3146

1           I'm just skipping over Sacha's stuff.

2           The one thing I would like to draw your attention

3    to, though, with respect to money, and I think you can bring

4    up Government's Exhibit 828, if you could find that?

5    Because Arkadiy Dubovoy didn't remember the $70,000 wire to

6    Mr. Ledovskiy, Sasha.  He didn't remember the $80,000 wire

7    to Sasha.

8           And actually, can we have the translation up?

9    Yeah, let's put up the translation.

10           So that's the document.  You can see both.  And he

11    didn't remember the $1.8 million transfer to start a

12    brokerage account with Sacha.

13           And the Government went to this and they're

14    saying, Oh, look at the money that's going to Mr. Khalupsky.

15    Look at the money that's going to be traders.

16           Let's go to Page 4 of that document -- oh, wait.

17    It starts on Page 1.

18           The very first entry is the Roma card, and you're

19    told, Oh, that doesn't have anything to do with wrongdoing.

20    That doesn't have anything to do with this offense.  Well,

21    you know, then on the other hand, you're being told all

22    about Roma, and Roma's a hacker, and Roma's this and Roma's

23    that.  So either this isn't the Roma involved in the case.

24    But if it's not the Roma involved in the case, how can you

25    be sure that any of the other e-mails or phone calls or

1  whatever you've been shown into evidence that deal with Roma

2  relate to some wrongdoing Roma, and not this poor schmuck

3  who happened to get his debt in Arkadiy -- who just happened

4  to have his debt with Arkadiy?

5          And let's go to Page 4.  And I don't remember you

6  guys being asked about this or being told about this or

7  Arkadiy being asked to explain this.  But let's see, who is

8  Sacha D that's getting $800,000?  Who is "Illegible" that's

9  getting $900,000?  Why are debts marked with percentages?

10  Why wasn't Arkadiy asked to explain to that?  Does he do

11  loan sharking on the side?  Who is Ostrov, and why did he

12  get $450,000?  And who, apparently, is at the top getting

13  $250,000?  And why is the Riga Hotel crossed out?  Is that a

14  reference to the Latvian hotel?

15          Clearly Arkadiy Dubovoy is somebody who knows

16  where his money is going, knows how much he spent, and he's

17  a very, very tight fist from him.  For him to suddenly have

18  amnesia about Sasha Ledovskiy and the 70,000 to 80,000, and

19  I think if you go to the Boni bank account records, you'll

20  see even more money going to him.  But he doesn't remember

21  that.  So clearly, ladies and gentlemen, he's hidden what he

22  know about Sasha Ledovskiy from the Government.  And if he

23  has hidden what he knows about Sasha Ledovskiy from the

24  Government, he's violated his cooperation agreement.  He

25  hasn't been fully forthcoming, and he hasn't told us

Summations of Ms. Whalen                    3148

1    everything he knows about the case.

2            The other thing is, Does the Government see the

3    investigation?  Who knows.  But it doesn't seem like they

4    want to hear about anybody or anyone who is going to

5    interfere with what their theory of the case is.  How

6    Arkadiy Dubovoy having an undercover relationship with a

7    trader at Dolphin and setting that trader up as an accounts

8    trader, doesn't sit with the Government's theory that

9    Mr. Khalupsky knew what happened.

10           Do we have that email that Sacha -- well, do we

11   have the early email from Mr. Ledovskiy at Dolphin?  Because

12   the Government's shown you some emails from an individual

13   named Anton Ivanov, and they're arguing that this Anton

14   Ivanov is working with Mr. Khalupsky's knowledge and sending

15   out wrongful information.  I'm sorry.  We're going to pull

16   this up in a minute.

17           But what I'm arguing to you is that -- what I

18   think you can do in the back is you can look at e-mails from

19   Sasha Ledovskiy in 2011 -- I'll start at the very early one.

20   You can look at e-mails from Sasha Ledovskiy in 2011 and

21   he's talking to Pavel and Arkadiy, and he's giving them

22   information about Dolphin.  He is giving them

23   Mr. Khalupsky's information about how to get onto different

24   platforms.  And then if you go back.  I don't know that we

25   have it -- but if you go back you'll see that suddenly on

1    October 6th there's an email account created, so 195, dot,

2    dot, dot, dot 114, you will see on email address is created

3    for an individual named Anton Ivanov.  And the Government's

4    presented you with another email from Anton Ivanov sending

5    more information where they are talking about, Oh, Vlad

6    wants us to send you -- you know, We missed the cutoff for

7    these stocks and missed the closing time for these stocks,

8    and Vlad wants you to get new information so you'll know to

9    be on time.  And they're saying, Oh, this has everything to

10   do with illegal stock trades.  Well, if you look at the

11   attachment to this email, it's a calendar from a public

12   company that announces earnings trading.

13           So there's two ways to interpret this.  It could

14   be that Mr. Khalupsky is saying, Well, you missed the cutoff

15   because you didn't know what was coming down the pipe.  You

16   weren't aware of these earnings tradings so they didn't

17   trade properly, and they're sending out more information.

18   Or you could look at it and you could say, Huh?  Why is

19   someone named Anton Ivanov who has created an email address

20   on October 6th suddenly sending out emails to Pavel Dubovoy

21   who is passing them on to this person, positive1?

22           And, ladies and gentlemen, if you look at the

23   series of emails, and we'll try to get them up, you can see

24   that there's an email from Sasha Ledovskiy with his phone

25   number and it says, Respectfully, Alexander Ledovskiy.  And

1  I think you can see another one where, Respectfully,

2  Alexander Ledovskiy.  And then all of a sudden you get this

3  one from Anton Ivanov, and that's the name, but it ends up,

4  Respectfully, Sasha.  So, ladies and gentlemen, I'll put it

5  to you that Arkadiy and Pavel got to Mr. Ledovskiy,

6  convinced him somehow to become part of their scheme, and

7  Mr. Ledovskiy decides that he needs to adopt a persona, a

8  false name, a false email address to be working on this.

9  And I would ask you to compare it with Mr. Khalupsky.

10  Mr. Khalupsky put his driver's license on the trading

11  authorization.  Mr. Khalupsky uses his email.  Mr. Khalupsky

12  identifies where he wants his bills sent.  And at the end of

13  this relationship, Mr. Khalupsky puts together an accounting

14  to tell Arkadiy Dubovoy how much money he's owed from the

15  time when they were thinking about going into business with

16  each other.  If there's somebody trying to hide, it's not

17  Mr. Khalupsky.

18        The reason, again, that I'm pointing out these

19  lies is to ask you to take a second look when the Government

20  says, Oh, you can believe this because Arkadiy told you

21  this, or You can believe this because Igor told you this,

22  what I'm trying to do through all of this evidence is show

23  you that, you can't; and that the Government shouldn't have;

24  and that those people should never have been permitted to

25  testify because it was quite clear, they had no intention of

Summations of Ms. Whalen                  3151

1    telling the truth.

2           And then we get to Mr. Garkusha, Mr. Yes Sir/No

3    Sir.  Mr. Garkusha said that he met Mr. Khalupsky once,

4    probably the only truthful thing he said on the stand

5    because he stood up and he couldn't identify Mr. Khalupsky

6    in court.  It was pretty dramatic.  He stands up.  He's

7    looking around.  I think he was scoping you guys out to see

8    if Mr. Khalupsky was over here.  But he finally admitted

9    that he couldn't identify Mr. Khalupsky, which is not

10   unusual for a onetime meeting.  But then on

11   cross-examination again, he hadn't provided a financial

12   accounting.  He hadn't done anything to show how much money

13   he's involved in, and he's suddenly claiming, Oh, that's --

14   that 50 percent that Arkadiy's given me credit for in

15   Financial Exhibit A, that's not me.

16          But look at some of these e-mails that are setting

17   up these accounts, and I think you're going to see that

18   Mr. Garkusha is up to his eyeballs in this scheme.  I mean,

19   the Government can't have it both ways.  If Arkadiy can't

20   set up his own account, he can't set up his own account.

21   But if you look at the accounts, and in every single one of

22   Arkadiy's accounts his best friend is Rudik, and who

23   testified that his best friend was Rudik?  It was

24   Mr. Garkusha.  Mr. Garkusha's been involved in this right

25   from the start.  Maybe he wasn't trading or maybe the

Summations of Ms. Whalen                    3152

1   Government just couldn't find out where he was trading from

2   or the account he was trading from.  But don't decide you

3   can suddenly rely on Mr. Garkusha's testimony as to any part

4   of truthfulness in this case.

5           I would like to go on to the Government's

6   witnesses, and then I'm sorry I will try to speed this up.

7   Ladies and gentlemen, we had witnesses from the Government

8   who talked about someone in charge, and I put it to you that

9   there's a problem with those witnesses.  Not a problem with

10  credibility.  There's a problem with accuracy.  Those

11  witnesses either don't care or aren't competent, but there

12  were a number of witnesses who got up here and testified as

13  to summaries that weren't correct.  And you found that out

14  on cross-examination.

15          You heard from a Government witness, the first

16  Government witness, Katie Pierce, and she's a case agent,

17  and she is testifying about time stamps on the press

18  releases that she found in the documents.  That she's

19  saying, Oh, the time stamp on that press release is the

20  distribution time.  Well, then, you heard from the Factiva

21  witness, and she's saying, Well, that's not really the

22  distribution time.  That's the time stamp we've given at

23  Factiva.  And it's not a big deal, but it's a disregard for

24  what's true.  Why doesn't Agent Pierce just say, Look, I

25  don't know.  I don't know what the time stamp is.  I have no

Summations of Ms. Whalen                    3153

1   information about that, and let the Government bring in

2   Annabel Tierney, I think was her name, who can talk about it

3   and say, Yeah, no, I work at Factiva.  These are our time

4   stamps.  And there may only be a minute or a second between

5   them.  But the problem here is accuracy.  You have to be

6   accurate when you're testifying.  You can't convict someone

7   on sloppy work, on almost none on close enough or good

8   enough, it's got to be accurate.

9           And I think Dr. Canjels he was another one.  He

10  put up -- and I don't think we -- have we got his slides?

11          He put up this slide, initial slide that shows the

12  investment.  It showed the profit.  It showed the rate of

13  return.  But that wasn't a truthful -- or not even a

14  truthful explanation.  It wasn't a clear explanation.  It

15  left the fact that this was profit on borrowed money.  It

16  wasn't the fact that this rate of return was so high because

17  it had been margin accounts.  Why do that?  If you are

18  convinced that what you're telling people is accurate; if

19  you're convinced that you've got the numbers, why not

20  explain what those numbers really mean?  And then the

21  conclusion on the chart that Ms. Nestor raised, on direct

22  examination that was presented to you as evidence of a long

23  window.  Oh, this is so bad.  This is so much that proof

24  that our paper -- look at that.  That trade started on

25  October 21st and that trade didn't stop until the end of

1    normal business hours on the 23rd and then right away, they

2    sold.  So this is all evidence that they went in there right

3    after the press release was uploaded.  And this is evidence

4    that they hold onto that stock for three days or two days

5    and didn't sell it until after the press release had been

6    issued.  Well, on cross-examination, because that's not a

7    long window, it's a weekend.

8            And Ms. Nestor today got up here and told you, Oh,

9    this a Friday trade.  Well, that wasn't the testimony on

10   direct.  She didn't say, We screwed up.  Sorry about that.

11   It's not a long window.  It's really a Friday trade.  She

12   just sort of slips that in and doesn't correct the

13   misapprehension.

14           And Dr. Canjels, it's like -- I'm cross-examining

15   him, and I'm saying, You're this isn't a long window?  Oh,

16   yes.  I'm like, Well, would it surprise you to learn that

17   it's actually a Friday?  And immediately he's like, Oh,

18   yeah.  I don't need to see the calendar.  What do you mean

19   you don't need to see the calendar?  You put this document

20   together.  You're using this as evidence in court to send a

21   man to jail, and you aren't willing to say, Yeah, well,

22   maybe I noticed it a couple days ago, so I'm not going to

23   fight you on this date.

24           Wait?  What's going on here?  If you have respect

25   for your work, don't you think -- show me the calendar.  And

Summations of Ms. Whalen                3155

1    then when I show him the calendar say, My bad.  Sorry.  But

2    just not even want to see the calendar to immediately give

3    it up that he's wrong about the date?  I think that tells

4    you something about what's going on in this case.

5              And there's been a host of testimony about the

6    P Value and the relationship to trading time and all this

7    other stuff.  And if you look back through the evidence, the

8    P Value is just a relationship that's from two variables to

9    show that the relationship is not random.  So they took the

10   variables of the upload time and they compared it to the

11   variable of the trading time.  And, yeah, they did a

12   statistical analysis and it doesn't appear to be random.

13   But, ladies and gentlemen, it doesn't -- the question

14   doesn't stop there.  Okay, so maybe they're not random, but

15   you don't look at the wider world.  If you don't know what's

16   going on in the stock market as a whole, how do you know

17   that this had even been needed?  Because if you got in the

18   stock market, if everybody -- or if the majority, the volume

19   of the trading is right after -- or right before the market

20   closes, in that hour, well, then, the majority of those

21   trades are going to be executed after the upload time.  And

22   if you're not looking at what's happening in the market as a

23   whole, you don't know that.  Now, that's not our defense in

24   this case.  But look at what kind of evidence you're being

25   presented.  Why aren't they looking at the bigger world?

Summations of Ms. Whalen          3156

1  Why aren't they trying to tell you, Look, we're confident

2  about this because it's not holding up in the wider world.

3  We looked at all of the stock markets traded in Lstar.  And

4  you know what?  They didn't follow this pattern at all.  But

5  that's not what they did.  They're trying to make it look

6  like it's all statistical and means something, when, in

7  fact, it doesn't.

8         And then there's Agent Preis, and that one, again,

9  where Ms. Nestor today is commenting on it in her summation

10  and not even acknowledging that that summary chart was

11  wrong.  Agent Preis got up here, and I think it was 6002,

12  and he testified and he said, Oh, you know, you can look at

13  these two first trades.  I think we through the first one

14  and the second one, and he's saying, Oh, there's no other IP

15  activity in this address.  And then you just pull up the

16  documents that they got from the brokerage account that

17  shows that there had been other IP activity in that account.

18  And I just -- why would you say that?  Why would you put

19  that document in evidence in court?  And why would you stand

20  up and then say, Well, you know, for those there were some,

21  but, you know, let's go on to the rest?

22         Ladies and gentlemen, you've been told that there

23  are voluminous records in this case, and you've been told,

24  Oh, here we're going to give you a summary chart to make

25  everything easy for you so you don't have to dig into the

Summations of Ms. Whalen                    3157

1   voluminous records.  But we've shown you time and time again

2   that you couldn't trust these summary charts; that you have

3   to go back to the voluminous records to double-check the

4   work that the Government's been doing.  And, ladies and

5   gentlemen, if you have to double-check that work, if what

6   they're telling you isn't accurate, then you can't use that

7   information.  You can't trust that information.  You

8   definitely can't use it as evidence of proof beyond a

9   reasonable doubt.

10          And Mr. Preis, they had him talk about IP

11  addresses and they showed him a chart, and he's all Yep,

12  yep, yep, yep this shows 195, dot, dot, dot and one, one,

13  four and he talked about, Oh, you know, all of these IP

14  addresses.  And look -- look, you see all of these IP

15  addresses, and you can see the dates and you can see it goes

16  back to Odessa.  And then if you start asking him about the

17  column, Well, what does the release date mean?  I don't

18  know.  Isn't that the date that they captured the

19  information to the IP?  He says, I don't know.  And, yet,

20  that evidence was put in front of you by a witness who

21  couldn't even explain that.

22          And you know what?  This is important evidence

23  because if you compare it to the CBT records, which we did,

24  you can see that this is information that this is an IP

25  address that's located in Odessa.  It doesn't I appear to be

Summations of Ms. Whalen                3158

1   an IP address that moves.  And so if Mr. Khalupsky is in

2   New York and there's trading activity on that IP address in

3   Odessa while he is in New York and is captured every single

4   week in Odessa, well then, ladies and gentlemen, how can

5   Mr. Khalupsky be responsible for these trades?

6            And, you know, they talked about this IP address

7   and they showed you the backs of emails, and they said, Oh,

8   you know, this is evidence in this case.  But what we talked

9   about was, Look, you can see the service provider on this IP

10  address.  You could see that the server provider for a

11  company named Dolphin was Tenet, and yet, not a single

12  witness could tell you what Tenet was.  They couldn't even

13  commit like they could with UKR, that it was a

14  telecommunications company in the Ukraine.  No one did an

15  investigation.  No one got on the phone.  No one tried to

16  use the Ukraine process to try to get an investigation, try

17  to find out what was going on, to get you more information

18  about this IP address.  Is this the IP address that serves

19  multiple uses?  How many users?  You don't know.  Does

20  Dolphin have other IP addresses that were used in that

21  company on different floors?  You don't know.  Nobody

22  investigated it because it didn't fit in with their theory.

23            And then we come to the devices and the company

24  information.  Ladies and gentlemen, I'm not trying to tell

25  you that this hack didn't take place, and I'm not telling

1   you that those companies weren't victimized.  But what I am

2   trying to tell you is you can't meet a link from those

3   companies being hacked and those companies being victimized

4   to Mr. Khalupsky.  Now, the Government is trying to tell you

5   that you can, but let's look at other evidence in this case.

6   You know that Mr. Khalupsky entered into a trading

7   relationship with Mr. Dubovoy, and you know that that

8   started in August of 2011.  And you know that Mr. Khalupsky

9   had Mr. Dubovoy sign a trading authorization agreement,

10  which someone who had passed all of his FINRA exams would

11  know it is necessary to have someone authorized to trade in

12  your account.  And if you look in the account record, I

13  think it's 1008-5, you saw the trading authorization for

14  Igor Dubovoy in the same account.  And they weren't

15  identical.  Mr. Khalupsky's is much, much shorter, but if

16  you looked at it, there was important information like

17  indemnification, warning someone about losses that was

18  similar in both of the documents.

19          Page down on the page.  I'm sorry.  We're a little

20  behind that, a little behind the ball on getting -- but

21  anyway, it gives you information about why trading

22  authorization was necessary.  It's necessary to protect the

23  brokerage.  It's necessary to protect the trader.  It's

24  necessary to protect the account holder.

25          But Patrick Rawley, I think that was his name, he

1   was the TD Ameritrade representative, and he said it's the

2   account holders' responsibility to get that document in to

3   the account.  So Mr. Khalupsky did what he thought he had to

4   do.  He put this document together and gave it to

5   Mr. Dubovoy, and while Mr. Dubovoy got one for his son,

6   Igor, he never got one for Mr. Khalupsky.  And given the

7   similarity and given the fact that Mr. Khalupsky put his

8   driver's license on the back of it, I don't think there's

9   any issue that if Mr. Dubovoy had tried to present this to

10  TD Ameritrade and they had said, No, it's not good enough,

11  that Mr. Khalupsky would have refused to sign their actual

12  purchase trade authorization.

13          (Pause in proceedings.)

14          MS. WHALEN:  So these are e-mails -- sorry about

15  that -- where you can see that Alexander Ledovskiy was a --

16  appears to be assigned to the account at Dolphin.

17          Okay.  So you see this first document that Pavel

18  is sending to Arkadiy, and you know it's Arkadiy because

19  it's the Dubovoy 01, talking about risk manager.  So

20  Alexander Ledovskiy is explaining what to do.  It seems a

21  little odd that he's letting these guys into Mr. Khalupsky's

22  risk management account, but who knows?

23          And then we go to the second, August 24th.  The

24  first August 5th, so it appears to be shortly after the

25  trading authorization is signed.  The second one is

Summations of Ms. Whalen                    3161

1    August 24th.  And again, it's odd that Alexander Ledovskiy

2    is giving Mr. Khalupsky's log-in credentials and his

3    password and telling them how to go into this account.

4              And if can you bring it down, you can see that

5    that's from Alexander Ledovskiy to Pavel Dubovoy.

6              And then we go to the Anton Ivanov email.

7              (Continued on the next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           MS. WHALEN:  And this is Anton Ivanov talking to

2    Arkadiy giving him the same information and signing it:

3    Respectfully Sacha.  I didn't hear any testimony that Sacha

4    was a nick name for Anton.  I do think we heard testimony that

5    Sacha was a nick name for Aleksander.  Mr. Khalupsky never

6    used fictitious e-mails.  Mr. Khalupsky never lied about his

7    location or his address.

8           So you've seen evidence that Sacha Ledovskiy has

9    access to Arkadiy's accounts, he appears to also have access

10   to Mr. Khalupsky's workplace, and he's providing information

11   like that to Arkadiy and Pavel Dubovoy, and this is before

12   Arkadiy Dubovoy and Mr. Khalupsky have entered into a formal

13   business relationship.  Mr. Khalupsky is sending bills, he

14   reduces them when they're overpaid, he's not keeping anything

15   secret.  It doesn't seem on the face of it like a criminal

16   scheme.

17          In early 2013, Arkadiy -- I think it's Mr. Khalupsky

18   asks Mr. Dubovoy to invest in his company, he's asking him to

19   take a 50 percent partnership, and he agrees, I think,

20   initially to pay $200,000.  And in the beginning of January,

21   he sends him information, an e-mail, that he's forwarding from

22   another individual, Aleksander Fedchenko, talking about the

23   expenses of the office, who's on salary, what do you have to

24   pay for the rent, what do we have to pay for the brokerage

25   accounts, pretty straight forward information that you provide

1    to someone who is becoming a partner.  And then after that,

2    Mr. Khalupsky sends different bills to Arkadiy, and the bills

3    show a percentage -- it shows information of money being paid

4    out to the guys, okay, and if we go -- do we have the

5    original?  Because I think you heard testimony that Arkadiy

6    calls the guys his hackers, he calls them potsani.  But in

7    this case, Mr. Khalupsky is referring to his guys, his

8    traders, as rebayti.  He's not using the same language that

9    Arkadiy Dubovoy uses.  There's no reason to assume that these

10   are hackers.  He's paying the individuals in his company a

11   percentage of the profit, the same way he detailed that he

12   pays his employees in his account in his initial e-mail to

13   Arkadiy Dubovoy of January 2015.  Now, Arkadiy Dubovoy tried

14   to say:  Oh, these are payments to hackers, but, as I've said,

15   you can't believe anything that Arkadiy Dubovoy says.  And

16   then the government is making a lot of the fact that at the

17   end of 2013, you get Exhibit 323, and that's the Oracle report

18   that's seen on a computer that Mr. Khalupsky is taking

19   pictures of, and they've got those pictures into evidence.

20   He's got the big screen shot, and then you can see there's a

21   bunch of smaller shots of the entire report.  And the

22   government's saying:  Oh, this is evidence that Mr. Khalupsky

23   is involved in the hack -- with the hackers.  Ladies and

24   gentlemen, what I would tell you is, this is evidence that

25   Mr. Khalupsky found that someone in his firm was trading on

1    stolen information.  You don't know where that computer is,

2    you don't know the location of that computer, you don't know

3    the time of that computer, it's in English, but as the agent

4    testified to, that can be a language pack.

5              So, ladies and gentlemen, if we're going to put up

6    theories, why don't we put up the theory that Mr. Khalupsky

7    suddenly found this on a computer in his office, sort of

8    recognized it but the format looks funny, so took pictures of

9    it and sent it to himself to figure out what was going on.

10   And if you look at what happens after that Oracle report, you

11   will see something very interesting.  In the trading data,

12   nobody trades on the Oracle report.  You look at all of the

13   trading data you've got, nobody trades on this report.  It

14   could be because it's a bad report, it could be because it's a

15   good report, but, as you know, none of the government's

16   experts were asked to look at any individual reports, and I

17   think that's a little bit odd, because if your whole theory

18   is, oh, this guy is getting the stolen report, we want to, you

19   know, show you that he's got these, well, wouldn't you want to

20   know what that report says and say, look, see, it's a terrible

21   report and nobody traded on it.  Or do you not want to know,

22   because maybe it's a really good report and Mr. Khalupsky

23   didn't trade on it.  And instead, what Mr. Khalupsky did in

24   2014, February, is dramatically changed the trading strategy

25   that was being used in the Merrill Lynch account.  So before

1  November -- I think if you look in the account, there's

2  trading in October, then it's dead in November, it's dead in

3  December, and then, I think, it's dead for most of January,

4  and then it picks up in February.  And in February, I think it

5  was Dr. Canjels agreed, the trading changes.  It's not day

6  trading anymore; it's trading on the Standard & Poor index,

7  and it's trading on Coca-Cola, and it's not doing three-day

8  window trades, it's holding onto things to see what happens.

9  And if you look, it turns out to be fairly successful.  It's

10  not outrageously successful, but it's profitable.  And you

11  will see there are other trades in there, but you don't know

12  who is doing those other trades because, as you can see,

13  people in Georgia, like Igor Dubovoy, had access to these

14  accounts.  But the trading changes in 2014.  Now, Arkadiy

15  Dubovoy said right from the start he knew this was a terrible

16  relationship with Mr. Khalupsky.  He knew he wasn't going to

17  make any money, he knew the place was running with debt.  "Oh,

18  this is terrible.  This is terrible.  I'm going to get out of

19  it.  I'm going to get out of it."

20          Well, supposedly, for knowing right away that this

21  is a bad deal, he waits until the beginning of 2014 to

22  terminate the relationship, and you see that there's an

23  accounting in April of 2014 between Arkadiy Dubovoy and

24  Mr. Khalupsky.  Mr. Khalupsky is treating him like it was a

25  legitimate business deal.  He's saying:  Okay, you invested

1  200,000, these are the payments that you made in the meantime,

2  he figures out what the profit on the trading is.  You can see

3  he includes the SPY and the Coca-Cola, and then he tells you

4  what he has to pay the broker, "I think it's the platform,"

5  and then the guys, the rebiatomi -- and look at the

6  translation, because that word is -- look at the -- you want

7  to look at the potsoni e-mail from Arkadiy, because even

8  though that kind of looks like a "P," it's not.  And he gives

9  an accounting:  "This is your share, this is my share, this is

10  what goes to the guys."  And then he comes up, he's saying:

11  "Okay, you are getting half.  I'm deducting all of the money

12  that you've sent me."  He comes up with a debt of 11,384 at

13  the bottom.  And then you see two numbers after that -- I'm

14  sorry.  You see two additional numbers after that, 40,000 and

15  20,000, and probably the only truthful thing Arkadiy Dubovoy

16  said is that after he had this accounting and Mr. Khalupsky

17  was telling him what he owed him, he got a call a few days

18  later and said, wait, I forgot two additional debts and he

19  added them in.

20          Does this like look an illegal relationship?  If

21  Mr. Khalupsky is involved in this, if Mr. Khalupsky knows

22  what's going on, why isn't Mr. Khalupsky saying:  Yeah,

23  whistle for your money, hit the highway, I'm not paying you

24  back.  What are you going to do?  Go to the cops?

25          But instead, he's treating it like it's a legitimate

1   business.

2          Ladies and gentlemen, I think what the evidence

3   shows is that he realized someone is trading on illegal

4   information.  He changed the trading the way that account is

5   traded.  Mr. Dubovoy didn't want any part of it, fine, they

6   terminate their relationship.  And after that, Mr. Khalupsky

7   really isn't involved with him.  He stays in contact a little

8   bit with Arkadiy because he owes him the debt, they have a

9   meeting, they talk about their families.  Mr. Khalupsky isn't

10  trying to run from this.  But ladies and gentlemen, he's also

11  not going to advertise that he's been tricked, that he's been

12  conned, that one of his employees has probably violated the

13  rules of trading.  And PR Newswire didn't alert the wire world

14  that they had been hacked and that information had been

15  stolen.  We didn't hear evidence that Marketwired notified

16  everybody that they had been hacked and all of their business

17  information had been stolen.  Business people want to keep

18  these things quiet.  Mr. Khalupsky is not going to advertise

19  that this happened.  He may not know exactly who is involved

20  in this, and so he's not going to start throwing stones, but

21  if Arkadiy Dubovoy wants to terminate the relationship, let's

22  terminate the relationship, I'll pay you the money I owe you

23  as soon as I get it, and that's what I think the evidence

24  shows.

25          And if you look -- I'm sorry, we don't have them up,

1    but if you look at the Alexander Ledovskiy e-mails through

2    Arkadiy and Igor, you start seeing that in later 2014, that's

3    when they start sending him money, and that's, I think, the

4    end of April 2014 is when they set him up in the M & I

5    interactive broker account where they deposit $1.8 million.

6              So I think there's a pretty clear, straight forward

7    trail that Sacha Ledovskiy was the person who was trading,

8    that Sacha Dubovoy was -- or Sacha Ledovskiy was the person

9    who was trading, that Sacha Ledovskiy was the person in the

10   lead with the Dubovoys, and that the Dubovoys continued to use

11   him until the very end.

12             Now, the government may stand up on rebuttal and

13   say, that's pure speculation, that's circumstantial evidence,

14   that doesn't line up.  But, ladies and gentlemen, I put it to

15   you that it makes just as much sense as the story that they've

16   put forward to you, that if there are gaps, if there are

17   things that can't be explained, they are the same kinds of

18   gaps and things that can't be explained in the government's

19   case.

20             And given the lying nature of their witnesses, given

21   the sloppy work of their cumulative reports, I think if

22   there's a tie as to which story should be believed, the tie

23   goes to Mr. Khalupsky and you find him not guilty.

24             Finally, the government, I know, is going to stand

25   up -- they talked about his statement.  But, ladies and

1  gentlemen, that's another piece of government evidence that I

2  really ask you to scrutinize and decide if you can trust.  The

3  government's argued that Mr. Khalupsky said he knew the

4  hackers and they were still trading when he was brought to

5  court to be arraigned in this case.  But Mr. Khalupsky came

6  all the way from Ukraine, was met by the agents at the

7  airport, never made a statement.  Mr. Khalupsky is then taken

8  to the FBI office, processed, fingerprinted, photographed,

9  never made a statement.  He's taken to the jail for the night.

10  He's picked up at the jail the next morning and driven to the

11  courthouse, never makes a statement, but minutes before going

12  to see the judge and minutes before seeing his lawyer, he

13  suddenly decides to make this statement.  Agent Alexander

14  testified that he didn't take notes, he didn't record what was

15  going on, and I think his testimony was he didn't have

16  anything more to do with this case.

17          And I'm asking you, can you really trust, beyond a

18  reasonable doubt, that Mr. Khalupsky, minutes before seeing a

19  judge, minutes before having an attorney assigned, would make

20  a statement when he hadn't made a statement to the FBI office

21  and he hadn't made a statement at the airport?

22          The last bit of evidence that the government

23  presented in their case before they did their rebuttal, that

24  last bit of evidence was e-mails put in through the case

25  agent -- or not the case agent, Brandon Racz, just an agent on

1    the case, and he presented -- I think it was a huge pile of

2    e-mails, and some of those e-mails are connecting up to

3    Mr. Khalupsky, some of those e-mails are between Pavel and, I

4    think, Fedchenko.  Ladies and gentlemen -- and some of those

5    e-mails are from Arkadiy and Igor, so the first thing is,

6    throw out anything from Arkadiy and Igor, an e-mail that

7    wasn't presented through them.  And the reason I'm telling you

8    to do that is, if the government didn't present the e-mail

9    through Arkadiy and Igor and it dealt with Arkadiy and Igor,

10   it's because they didn't want Arkadiy and Igor to be

11   cross-examined on that statement.  So, clearly, the e-mail, if

12   they were cross-examined, would not lead you to the conclusion

13   that they are trying to spin on it.

14            And, second, the e-mails that had been presented

15   from Pavel and Positive 1, and Ms. Nestor ran through some of

16   them this morning, look at the dates on those, look at the

17   times on those.  They are trying to show a pattern through

18   e-mails that took place over a year.  They'll show an e-mail

19   from 2011 and say it leads up to an e-mail in 2012.  And,

20   ladies and gentlemen, I don't know how you can make that

21   assumption, but also you are not seeing a response from

22   Mr. Khalupsky, and you know that there are hackers in this

23   case, and you know that those hackers have been able to

24   infiltrate other kinds of security e-mails.  I would just ask

25   you to take it all with a grain of salt, and if you need a

1   spin, if you need to be told what this e-mail means based on

2   testimony from Arkadiy or Igor or Garkusha, then I think you

3   know to ignore it.

4        With the Oracle report, one other thing, the

5   government keeps talking about the Oracle report and they keep

6   trying to link it to the hackers, but the computer that was

7   showing the Oracle report, the date on that was 2013.  And the

8   hackers' computers, the ones that were investigated where they

9   found all of this information, those were seized in 2012.  How

10  can they be connected?

11       Ladies and gentlemen, the evidence in this case is

12  that Mr. Khalupsky is an honest businessman.  The evidence in

13  this case is that he sends out honest accounting, he keeps

14  track of his money, he's not trying to hide, and the evidence

15  is that he was taken advantage of by the Dubovoys.  And if the

16  Dubovoys can trick prosecutors, what chance did Mr. Khalupsky

17  have?  Mr. Khalupsky didn't close his eyes to anything.  He

18  didn't ignore anything that was evidence of wrongdoing.  The

19  Dubovoys tricked him just like they tricked the prosecutors.

20       Ladies and gentlemen, I think you can see from this

21  case that the Dubovoys have an inner circle of people they are

22  protecting.  For whatever reason, they don't want to give up

23  Sacha Dubovoy -- or Sacha Ledovskiy, they don't want to give

24  up Arthur Bumburyak, but, ladies and gentlemen, if you look in

25  the money records, if you look at Defense Exhibit EEE, which

1  is the culmination of Agent Levanti's review, you will see

2  payments going to Arthur Bumburyak, you are going to see

3  payments going to Sacha Ledovskiy.  But Mr. Khalupsky is on

4  the outside of this inner circle.  Mr. Khalupsky is someone

5  that they saw as a chump from the start.  He was thinking they

6  were interested in earnings trading, he's sending them bills,

7  he's sending them earnings calendars.  They must have just

8  been laughing themselves silly whenever they got those

9  e-mails.  There's no question that they would give

10 Mr. Khalupsky up the minute they were arrested.

11        Now, Mr. Tucker, as I said, is going to have a

12 chance to rebut.  He may respond to some of my arguments.  I

13 would ask you to think how I would respond back.  And if he

14 brings in new arguments that he hasn't made before that

15 Ms. Nestor didn't make earlier, think of how Ms. Felder and I

16 would have responded to those.

17        The government has the burden of proof here.  They

18 may stand up here and say:  Oh, we take our witnesses as we

19 find them; we are not on trial.

20        But, ladies and gentlemen, the government has the

21 burden of proof.  They have to meet it with reliable evidence.

22 They don't need it when they present you with lying

23 cooperators and shotty work on their own case.  Proof beyond a

24 reasonable doubt is a very, very high standard, but, ladies

25 and gentlemen, if your brother was sitting where Mr. Khalupsky

Summations - Ms. Whalen                3173

1   is, if your sister was sitting where Mr. Khalupsky is, if your

2   best friend was sitting where Mr. Khalupsky is --

3          THE COURT:  Ms. Whalen --

4          MS. WHALEN:  -- you would want to hold them to their

5   burden.  There's no conspiracy here; there's no meeting of the

6   minds.  Mr. Khalupsky thought this was a legitimate business

7   relationship.  He thought he was being hired to trade in

8   legitimate business accounts, and because there's no evidence

9   in this case, you have to find him not guilty.

10         Thank you.

11         THE COURT:  We'll take a short break.  Very short

12  break.  We'll be right back.  Don't discuss the case.

13         THE COURTROOM DEPUTY:  All rise.

14         (Jury exits.)

15         THE COURT:  To remind you folks, on the defense side

16  of the aisle, if you --

17         MR. TUCKER:  I'm so sorry, Judge.  I can't quite

18  hear you.

19         THE COURT:  To remind you, we need the defense to

20  submit one, a charge on the defense theory of the case.

21         MR. GOPSTEIN:  Your Honor, we had discussed

22  yesterday getting a ruling on an additional instruction prior

23  to rebuttal, specifically with regard to government

24  investigations, and I think that there can be little doubt

25  after the summations that that instruction is appropriate, as

Proceedings                                           3174

1   well as I would submit an instruction that's been affirmed by

2   the Second Circuit, which is that the government is not on

3   trial.  I think that's been placed squarely at issue during

4   the summations.

5              THE COURT:  The first one, I have no difficulty

6   with.  I will include it.

7              MR. GOPSTEIN:  Thank you, Your Honor.

8              MS. BRILL:  Your Honor, how do we submit the theory

9   of the case?

10             THE COURT:  I'm sorry?

11             MS. BRILL:  What is the best way to submit to you

12  the theory of the case?

13             THE COURT:  You can e-mail my law clerk, but do it

14  tonight.

15             MS. BRILL:  Yes.

16             MS. FELDER:  Your Honor, I do have a hard copy

17  available now for the Court's review for Mr. Khalupsky.

18             THE COURT:  Let me see it.

19             MR. TUCKER:  Your Honor, I expect to use the

20  document camera.  I'm going to, sort of, one-man-band this, so

21  if I can get maybe the lapel mic.

22             THE COURTROOM DEPUTY:  Sure, I can help you with

23  that.

24             MR. TUCKER:  I will obviously keep my voice up, but

25  the microphone would be helpful, if that's all right.

Proceedings                                                     3175

1          MS. WHALEN:  I think I left it on the podium.

2          THE COURTROOM DEPUTY:  I have it.  No worries.

3          THE COURT:  Well, it's a little wordy, and I'm not

4    quite sure I like the way it's phrased, but the substance of

5    it doesn't concern me.

6          MS. FELDER:  Thank you, Your Honor.

7          THE COURT:  I don't think it's my duty to instruct

8    them, quote, "Mr. Khalupsky was not engaged in conspiracy to

9    commit wire fraud.

10         (Reporter requested clarification.)

11         THE COURTROOM DEPUTY:  The court reporter didn't

12   hear you.

13         THE COURT:  I'm sorry.  I was saying, somewhat

14   facetiously, to counsel that I don't think it's my

15   responsibility to instruct the jury, for example, quote,

16   "Mr. Khalupsky, who was not engaged in any conspiracy to

17   commit wire fraud, securities fraud, and simple computer

18   intrusion, or money laundering."

19         I realize it's being presented as the defendants'

20   contention, and it will be couched in those terms.

21         MS. FELDER:  Thank you, Your Honor.

22         THE COURT:  Tell me when you are ready.

23         MR. TUCKER:  Thirty more seconds, Your Honor.

24         THE COURT:  I'll be back in one minute.

25         (A recess in the proceedings was taken.)

Proceedings                                        3176

1          THE COURT:  Let's go.

2          (Short pause.)

3          THE COURTROOM DEPUTY:  All rise.

4          (Jury enters.)

5          THE COURT:  I think we are missing --

6          MS. FELDER:  He just went to the restroom.

7          THE COURT:  Please be seated, everyone.

8          Mr. Tucker, just a second.

9          MR. TUCKER:  Of course, Your Honor.

10         (Continued on the following page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rebuttal of Mr. Tucker                                        3177

1          (In open court; jury present.)

2          THE COURT:  Somebody has gone after him?

3          MS. WHALEN:  Yes, yes, Your Honor.

4          (Pause in proceedings.)

5          THE COURT:  All right.  Mr. Tucker, whenever you're

6     ready.

7          MR. TUCKER:  Thank you, Your Honor.  Ladies and

8     gentlemen, I want to thank you for all your time and attention

9     today.  I know it has been a long day and you've sat through

10    three long attorney addresses already.  I can say at the

11    outset, my comments to you will be much shorter.  Because the

12    government has the burden of proof in this case, we have an

13    opportunity to speak with you one last time to address some of

14    the arguments that defense counsel have raised, so I'm going

15    to endeavor to respond to some of those arguments now.

16          What I'm telling you, ladies and gentlemen, that

17    much of what you've heard this afternoon boils down to an

18    effort to shift blame and to distract you from the important

19    work that you have to do in this case.  It was an effort to

20    touch upon your emotions by referencing their family members,

21    it was an effort to distract you from the criminal conduct

22    that the evidence shows that these two defendants have engaged

23    in for more than four years.  Instead of talking about that

24    evidence, the defense lawyers that you heard from this

25    afternoon tried to blame everybody but their clients for what

1    you've heard about during this case.  Blame the prosecutors,

2    blame the agents, blame the SEC, blame the Secret Service,

3    blame the Dubovoys, blame anybody besides the two defendants

4    in this case.  The idea is to turn your attention away from

5    what you need to focus on.  I don't say this to be negative,

6    everybody has a job to do in this case, I think all the

7    defense lawyers on both teams have done a good job

8    representing their clients, that is their job, to advance the

9    best arguments that they can make for you to consider.

10           I'm going to focus you back on the evidence now,

11   because it is the evidence that controls.  It is the evidence

12   that you must consider in deciding whether the government has

13   proved its case against Vitaly Korchevsky and Vladislav

14   Khalupsky beyond a reasonable doubt.  Let's talk about the

15   evidence.

16           Now, what was helpful, I submit, from the defense

17   arguments that you've heard, is they have narrowed the issues

18   in dispute in a way that wasn't necessarily readily apparent

19   throughout the course of this trial.  You now know that both

20   defendants concede that the newswire companies, PR Newswire,

21   Marketwire and Business Wire were all targeted by hackers and

22   all had their press releases stolen.  There seems to be no

23   question about that and I should make clear the evidence in

24   this case establishes that clearly.

25           Also, it seems that there is no dispute that the

1   Dubovoys had access to the stolen, hacked press releases.  But

2   this is where the defense starts to get into trouble.  Now

3   both defense lawyers that you heard from, Mr. Brill and

4   Ms. Whalen, advanced alternate theories, alternate suggestions

5   about what the facts and evidence in this case show.  I should

6   make clear, of course, as you know, that the defense has no

7   burden here whatsoever.  This is the government's burden, we

8   embrace it, we have to prove our case beyond a reasonable

9   doubt.  But they proffered alternate theories to explain the

10  massive amounts of evidence that the government has presented

11  against both of these defendants and I submit to you, ladies

12  and gentlemen, those theories make absolutely no sense.

13          I want to start with Mr. Khalupsky's theory.  Again,

14  as Judge Dearie explained, what I say is not evidence, what

15  the defense lawyers say is not evidence, and if I

16  misapprehended what Ms. Whalen was driving at or what

17  Mr. Brill was driving at, you'll forgive me, but what I

18  understood Ms. Whalen's argument to be was that Vladislav

19  Khalupsky had some kind of legitimate trading relationship

20  with Arkadiy Dubovoy, and others at Dolphin Trading those were

21  the ones who had access to the stolen press releases and were

22  trading upon them.

23          Ladies and gentlemen, that argument makes no sense.

24  Remember what the evidence shows here about what the Dubovoys

25  did and, again, I don't think this is in dispute.  Arkadiy

Rebuttal of Mr. Tucker                    3180

1  Dubovoy and Pavel Dubovoy and later Igor Dubovoy exposed

2  themselves to great risk and paid large sums of money to gain

3  access to these hacked press releases.  For you to believe

4  this argument that Ms. Whalen has advanced and Mr. Brill,

5  because I believe the argument is essentially the same with

6  respect to Vitaly Korchevsky that, yes, he was trading in the

7  Dubovoys' accounts, but he also didn't get access to these

8  stolen press releases.  To believe these defense theories you

9  have to believe that the Dubovoys obtained these press

10  releases and then ignored them and instead entered into

11  legitimate relationships with Vitaly Korchevsky and Vladislav

12  Khalupsky.  Now, ladies and gentlemen, Arkadiy Dubovoy and

13  Igor Dubovoy, I think it was clear in this case, these guys

14  are about making money.  It makes no sense, it doesn't make

15  sense that they would spend this time and this money and

16  expose themselves to so much risk to get stolen press releases

17  and then not use them.

18         Now, you also have to believe with respect to

19  Mr. Khalupsky that others at his company, Dolphin Trading, did

20  have access to these stolen, hacked press releases, but

21  somehow he didn't know until -- and I'm going to come back to

22  this -- he saw that Oracle press release on December 18th,

23  2013.  And you somehow have to believe that Vitaly Korchevsky,

24  despite the fact that he, like Mr. Khalupsky, is a

25  sophisticated trader, holding FINRA certifications, that

1    somehow or other for years he was getting tips or guidance

2    from the Dubovoys but he didn't understand what was going on.

3    And again, ladies and gentlemen, it just doesn't match up with

4    the evidence.  Not only does it seem completely untethered

5    from common sense, the evidence contradicts the theories.

6           Now, Ms. Whalen made the argument that the

7    government has presented no direct evidence of Vladislav

8    Khalupsky's guilt and, ladies and gentlemen, I submit to you

9    that is simply not true.  I'm going talk about the Oracle

10   press release for a moment, this press release that you've

11   seen many times.  Let's be clear on the facts here.  On

12   December 18th, 2013, Vladislav Khalupsky emailed himself seven

13   different screenshots of a pre-distribution press release.

14   You should look at these exhibits, ladies and gentlemen.  This

15   364-1, the entire series, and Government's Exhibit 323.  He

16   sent them to himself.  These were all pre-distribution.  The

17   emails were sent prior to the press release becoming public.

18   And Ms. Whalen stood before you and argued that this was

19   Mr. Khalupsky's reaction to the discovery that someone in his

20   company was trading on stolen press releases.  Ladies and

21   gentlemen, that makes absolutely no sense, and you know that

22   it doesn't.

23          First off, remember, as it was made clear during the

24   trial, all seven of these Oracle press release images were

25   found in the sent folder of Mr. Khalupsky's Gmail account.  So

1    he emailed them to himself from Gmail to Yahoo, but he deleted

2    these emails in his Yahoo account.  So, first off, it makes no

3    sense why would he need to send himself seven images, when

4    he's discovered some kind of scheme within his company, why

5    does he need to send himself seven pictures, what purpose does

6    that possibly serve, but even more problematic to this defense

7    theory, he's deleting the emails once they show up in his

8    inbox.  Ladies and gentlemen, why is he doing this?  It's not

9    because he's made this crazy discovery and he doesn't know

10   what to make of it, he's taking screenshots of the material

11   portions of this press release so he has the information handy

12   so he can make a decision about whether or not to trade.  But

13   this time Mr. Khalupsky makes a mistake.  He remembers to

14   delete the emails from the inbox of his Yahoo account, but he

15   forgets to delete them in the sent folder from this Gmail

16   account.  That is the mistake he makes, that is the proof, the

17   direct evidence that Vladislav Khalupsky had access to stolen,

18   hacked, pre-distribution press releases.

19          Ladies and gentlemen, this boils down to a really

20   important point.  Our jury system is predicated on the idea

21   that jurors will bring to bear on criminal cases an element of

22   their own common sense.  So you have to sit in the jury room

23   and ask yourself, does Ms. Whalen's suggestion about what

24   Vladislav Khalupsky is doing here make sense or what actually

25   makes sense is that Vladislav Khalupsky was a guy who was

Rebuttal of Mr. Tucker                              3183

1   engaged in trading on stolen press releases, because that's

2   what Arkadiy Dubovoy wanted him to be doing, because Arkadiy

3   Dubovoy went to the trouble and exposed himself to the risk of

4   obtaining these press releases.  This is one example of how

5   Vladislav Khalupsky had access to the press releases.  And

6   people were careful.  Vladislav Khalupsky was careful.  He did

7   try to delete the evidence, he just forgot it in his sent

8   folder.

9           This was clear, I submit, through all the testimony

10  from cooperators and others in this case, there were many

11  efforts to conceal and destroy and delete evidence because

12  everybody understood that if you got caught red-handed with a

13  press release the game would be over and that's exactly what

14  happened here.  That is direct evidence that Vladislav

15  Khalupsky had access to the stolen press releases, as it is

16  his statement to the agent, Agent Alexander.  Ladies and

17  gentlemen, I don't disagree with Mr. Whalen, you should

18  consider that statement carefully, but should also consider

19  the statement that you heard from Agent Alexander.  You should

20  think about the circumstances and the details and the nature

21  of that statement and see if it matches up with the other

22  evidence in this case, evidence like the seven images, the

23  Oracle press release that you saw in Vladislav Khalupsky's

24  email account.

25          There is other direct evidence.  I'm going to ask

Rebuttal of Mr. Tucker                              3184

1   Mr. Gopstein to help me a little bit here, I'm not going to

2   show you a lot of documents, I don't have a PowerPoint

3   presentation here today, I'm sure you'll be devastated to

4   know, but there are many instances, and Ms. Nestor went

5   through some of them in her summation, where you saw user

6   names and passwords, log-in credentials that would allow

7   Vladislav Khalupsky and Vitaly Korchevsky to access the

8   servers on which those stolen, hacked, pre-distribution press

9   releases appeared.  And this is an example, this shows you one

10  of those passwords and user names.  This is an email from

11  positive1 to Dubovoyp.  And this is Government's Exhibit 366.

12  Take note of that password for a moment, and then I'm going to

13  ask Mr. Gopstein to show the next email which is Government's

14  Exhibit 253T.  This is an email from Pavel Dubovoy to Vlad

15  Odessa, that's Vladislav Khalupsky receiving, I submit to you,

16  ladies and gentlemen, a password to the Stargate email account

17  on which he was going to be able to see and trade upon stolen

18  press releases.  And note how similar those passwords are.

19          Ladies and gentlemen, this is an important point,

20  and one of things you may have seen when we saw those

21  extracted files from the Ukraine media, as we call it, the

22  images 4A and 6B, warninggp's computer, we fortunately saw

23  many documents extracted from those computers that showed

24  passwords and user names for employees and customers of

25  newswire services.  And we saw -- and you know this from your

Rebuttal of Mr. Tucker                          3185

1   own lives, we tend to use the same types of passwords.  Maybe

2   it's a birth date of a loved one or a particular word or a pet

3   name, what have you.  Hackers aren't that different, ladies

4   and gentlemen, they have certain password conventions and the

5   similarity between these two passwords and, frankly, the

6   closeness in dates, August 2011 and May 2012, tell you what

7   this is about.  This is Vladislav Khalupsky receiving log-in

8   credentials.  Ladies and gentlemen, this is direct evidence,

9   this doesn't require inference, this is proof that he's

10  getting passwords that are nearly identical to passwords being

11  circulated by positive1, who you know is Roma, he's the

12  intermediary between the hackers and the Dubovoys.

13          Just another point before we take this exhibit down,

14  you see this email to Vladislav Khalupsky is sent from Pavel

15  Dubovoy.  Now Ms. Whalen made this point that it didn't make

16  any sense to imagine that Arkadiy Dubovoy would meet for the

17  first time with Vladislav Khalupsky and he would offer up this

18  criminal scheme.  That's not an unreasonable point, that would

19  be strange, but this is where paying attention to the record

20  is very, very important.  And again, I'm not suggesting

21  Ms. Whalen was trying to mislead you, it's a big record and

22  that's why we have the transcripts, and that's why we have the

23  exhibits.  But the testimony is clear, that the individual who

24  knew Vladislav Khalupsky first was Pavel Dubovoy.  That makes

25  sense.  There's already this preexisting relationship and

1    that's why Pavel Dubovoy is the guy who pushing out log-in

2    credentials to Vladislav Khalupsky.

3              One other point -- I'm sorry, Mr. Gopstein, do you

4    mind putting that up one more time.  One other important point

5    about this Stargate email before I move on.  Now I'm not going

6    to take you through the Korchevsky iPad evidence again, the

7    salient point you should take away here is this:  The

8    government does not contend that Vitaly Korchevsky and

9    Vladislav Khalupsky are, they have a particular business

10   relationship.  The point of commonality here are the Dubovoys,

11   that's true, but you should take into account and consider the

12   significance of the fact that two traders, on opposite sides

13   of the world, there's forensic evidence that both of them have

14   connectivity to that Stargate email account.

15             Ladies and gentlemen, this case doesn't boil down to

16   the cooperators, although I'm going to talk to you about that

17   in a moment, there's forensic here too, and that is

18   unquestionable it is linked between Vladislav Khalupsky and

19   Vitaly Korchevsky.  It proves that not only do they know the

20   same center of this scheme, the Dubovoy family, but they're

21   talking about and accessing the same email accounts, because

22   their source of information is the same.  And that's really,

23   really important when you think about the fact that these are

24   two guys who have no particular relationship besides that.

25   Thank you, Mr. Gopstein.

Rebuttal of Mr. Tucker                          3187

1          I'm going to make a passing reference to venue for a

2    moment.  Venue is important, don't get me wrong.  Venue, as

3    Ms. Nestor explained, has to be established by a preponderance

4    and she summarized the government's evidence with respect to

5    venue.  There's an important point here.  Judge Dearie will

6    instruct you on the law regarding venue.  You should listen to

7    his instructions carefully.  I, respectfully, submit that

8    Ms. Whalen misstated the law with respect to venue.

9          Generally speaking, the character of evidence

10   regarding venue is different for conspiracy charges and

11   substantive charges, but she conflated them.  Put very simply,

12   the fact that wires passed through the Eastern District of New

13   York, or that co-conspirators traveled in and out of the

14   Eastern District of New York in furtherance of the scheme, as

15   the evidence shows here, is ample evidence to lay this case in

16   the Eastern District of New York.  And, again, you'll listen

17   carefully to Judge Dearie's instructions, this is an important

18   point.

19         With respect to the substantive securities fraud

20   counts, the evidence that makes this case properly brought

21   here in Brooklyn is the evidence that you heard that there

22   were individuals, who on the other sides of these trades, the

23   people, the Dubovoys and Korchevsky and other co-conspirators

24   they were trading with who were, frankly, ladies and

25   gentlemen, victims because they didn't have access to this

Rebuttal of Mr. Tucker                          3188

1   inside information that the hackers provided and passed

2   through to the Dubovoys and through the Dubovoys to Korchevsky

3   and Khalupsky.  So I urge you to listen to the Court's

4   instructions very carefully.

5          I'm going to talk about the cooperators for a

6   moment.  There's absolutely no question that Igor Dubovoy and

7   Arkadiy Dubovoy and Garkusha are criminals.  All three of them

8   have pled guilty to their crimes.  All three of them have

9   signed cooperation agreements and cooperation agreements,

10  ladies and gentlemen, they are not a truth serum.  They do not

11  turn devils into angels.  What cooperation agreements do, is

12  they provide very powerful incentives for cooperating

13  witnesses to tell the truth.  And, ladies and gentlemen, I

14  submit to you that you saw that play out in court in realtime

15  when Igor Dubovoy was confronted with those altered documents.

16  He admitted to it.  Ms. Whalen's characterization of his

17  testimony, I submit, is correct.  He was asked the question

18  and he admitted to the conduct, and that should tell you

19  something.

20         Now ladies and gentlemen, I would be foolish to

21  suggest that you should look solely at the cooperators'

22  testimony in this case because there's ample other evidence

23  that on its own proves the defendants' guilt beyond a

24  reasonable doubt, but I, respectfully, submit to you it would

25  be equally foolish to disregard their testimony.  Because Igor

Rebuttal of Mr. Tucker                                    3189

1   Dubovoy and Arkadiy Dubovoy and Alex Garkusha gave you unique

2   insight into sort of the color or detail and the personal

3   dynamics of this conspiracy, which help you understand all the

4   documents and the trading activity and all the other evidence

5   in this case, so you should consider it.  But you should

6   absolutely consider all the other evidence.

7           And to take the analogy that Mr. Brill used, I think

8   he's right, he asked the question would you buy a car from

9   Arkadiy Dubovoy or Igor Dubovoy.  And I submit to you, you

10  might, not on its own, because you're careful people and you

11  would consider everything, you would do your research, you

12  would look into the background of the car, you would make sure

13  that you did your diligence and that's exactly what the

14  government is asking you to do here.  Consider the

15  cooperators' testimony and then consider how that testimony

16  matches up with the other evidence in this case:  The

17  documents, the emails, the trading activity.  The stuff that

18  the cooperators couldn't possibly alter or make up because

19  it's there, it's objective, extrinsic.

20          Finally, with respect to this idea there was an

21  another trader at Dolphin Trading, I have to just talk about

22  this for a minute.  Alex Sasha Ledovskiy.  Ladies and

23  gentlemen, as Ms. Nestor said this morning, the government's

24  theory in this case has never been that Vladislav Khalupsky

25  was on his own.  As we made clear through the introduction of

1   evidence and documents, he had people working for him, that

2   was Dolphin Trading, but the idea that somehow he was

3   completely oblivious to what was going on, I submit to you

4   makes no sense.  And Ms. Whalen has conjured up, I

5   respectfully submit, this idea that Sasha Ledovskiy, Alex

6   Ledovskiy is in fact the bad guy at Dolphin Trading, it

7   doesn't match up with the documents, with the evidence and it

8   just doesn't make sense.

9           Mr. Gopstein.  This is defense -- Khalupsky Defense

10  Exhibit AT.  This is a defense exhibit from January 2013.

11  Alexander Sasha Ledovskiy appears nowhere on this document.

12  This is a list of everybody who is working at Dolphin Trading.

13  Where is he?  He's not there.  Now, there were, I'm certain,

14  guys rotating in and out of Dolphin Trading, but there was

15  only one person that the evidence showed you received the

16  log-in credentials to the server that contains that

17  pre-distribution press releases and, ladies and gentlemen,

18  there was only one person who signed Government's Exhibit 805

19  or was the subject, rather, of Government's Exhibit 805, the

20  trading authorization between Arkadiy Dubovoy and Vladislav

21  Khalupsky.  Ladies and gentlemen, that was the guy that

22  Arkadiy Dubovoy wanted to trade on the stolen press releases,

23  that's why he had this agreement.  Maybe there were people

24  working for Vladislav Khalupsky, there probably were, but at

25  the end of the day Vladislav Khalupsky is the guy who is the

Rebuttal of Mr. Tucker                                    3191

1    subject of this trading agreement and Vladislav Khalupsky is

2    the person who Arkadiy Dubovoy is paying, and that's really

3    important.

4            Another point on how Vladislav Khalupsky got paid.

5    Ms. Whalen made a point that these were legitimate business

6    relationships, these were legitimate deals, these were honest

7    accountings.  Ladies and gentlemen, ask yourself why all of

8    these payments are made not to any entity called Dolphin

9    Trading, but rather to Carese or to SK Inter Trading, both of

10   which I submit to you are entities through which Vladislav

11   Khalupsky was clearly getting paid.

12           There were some questions on cross-examination where

13   I think Ms. Whalen tried to imply or suggest that maybe it was

14   really hard to have a bank account in the Ukraine so that's

15   why Mr. Khalupsky was arranging the payments through Carese

16   trading, a British Virgin Island company.

17           Ladies and gentlemen, the reason that Vladislav

18   Khalupsky, I submit to you, is having these payments go

19   through Carese or SK Inter Trading is so that there wouldn't

20   be a paper trail that shows the relationship is not on the up

21   and up.  That, ladies and gentlemen, is on but not the only

22   example of money laundering in this case.  The idea of

23   concealing where money was going to hide its ultimate purpose

24   and to promote the criminality that you've heard about.

25           Ladies and gentlemen, I submit to you that you can

Rebuttal of Mr. Tucker                          3192

1  consider and you should consider all of the evidence in this

2  case including the cooperator testimony with respect to

3  Vladislav Khalupsky.  But when you look those log-in

4  credentials, when you consider the ways that Vladislav

5  Khalupsky was getting paid and you consider those Oracle press

6  releases, and you consider his statements to the agent after

7  he was arrested, that's proof beyond a reasonable doubt,

8  ladies and gentlemen, that he was a member of this conspiracy.

9          Now, I want turn my attention to Vitaly Korchevsky.

10  Now Mr. Korchevsky argues, through his lawyer, Mr. Brill, that

11  there was no evidence that Vitaly Korchevsky possessed stolen

12  press releases.  You never saw, Mr. Brill said, any evidence

13  or any stolen press release that Vitaly Korchevsky possessed.

14  And ladies and gentlemen you know that's not right.  You saw

15  145 of them or at least evidence of them.  We didn't look at

16  them all.  They were the Rupion press releases.  These 145

17  unique, pre-distribution Business Wire press releases upon

18  which Vitaly Korchevsky traded.

19          Now it's important to understand -- and one more

20  point before I move past that.  Another important concession I

21  submit that was made by defense counsel today was the fact

22  that Vitaly Korchevsky received the log-in credentials for

23  that second email account the Loscal account and the argument

24  raised to you was, sure, maybe Igor Dubovoy sent these log-in

25  credentials -- and let me just show you so you remember what

Rebuttal of Mr. Tucker                    3193

1   I'm talking about here.  This is Government's Exhibit -- I'll

2   show this one, Mr. Gopstein, Government's Exhibit 417.  The

3   fateful log-in credentials for Loscal which were sent to

4   Mr. Korchevsky on March 31st, 2015.  And just to back up for a

5   minute, a little recap on Rupion because I think things got a

6   little confused.

7          So the evidence in this case shows you that not Igor

8   Dubovoy but Valeri Pychnenko created a Rupion account on

9   February 11th, 2015.  There is a Viber chat between them.  And

10  you know from the emails that were extracted from that Rupion

11  account that the first email you find in that account is dated

12  February 19th, 2015.  And you also know that on March 31st,

13  2015, the Rupion account sent its first emails, including an

14  email with a new pre-distribution press release to this

15  Loscal@mail.ru account to which Mr. Korchevsky had been sent

16  the log-in credentials.  This image, this picture, this

17  Post-it note.  And, ladies and gentlemen, I encourage you to

18  take a close look at the government's summary charts on this

19  topic.  We spent a lot of time on them, they will be

20  illustrative.  For your notes they are 703 and 704.

21         Let me walk you through that day, March 31st, 2015.

22  Now according to Government's Exhibit 415-a1, Igor Dubovoy

23  texted Vitaly Korchevsky this picture at 1:52 p.m.  At

24  3:37 p.m. that day -- this is all in evidence.  Again,

25  important evidence you should consider, Government's

Rebuttal of Mr. Tucker                    3194

1  Exhibit 707B, all the text messages between Vitaly Korchevsky

2  and Igor Dubovoy.  At 3:37 that same day, Igor Dubovoy texts

3  Vitaly Korchevsky, will be in five min.  And then -- that's

4  3:37, at 3:41, so four minutes later, the SNX press release is

5  sent to the Loscal account.  I'm going to ask Mr. Gopstein to

6  put this one on the screen.  This is Government's

7  Exhibit 3080.  That's four minutes after, Igor Dubovoy faster

8  than he expects.  He sends that SNX press release to the

9  Loscal account.  Mr. Gopstein, could you just turn to the page

10 to 3080-a1, please.  As was made clear during trial, each and

11 every one of the 145 unique press releases that passed through

12 this Rupion account in evidence -- you should absolutely look

13 at them if you like -- this particular press release is a

14 press release for the Synnex Corporation.  New York Stock

15 Exchange ticker SNX.  They are reporting the first quarter

16 revenue and net income for fiscal year 2015.  And you remember

17 the testimony from Mr. Suarez from Business Wire, that header

18 information that's at the top there, that's proprietary news,

19 XML, header information that includes formatting data for

20 Business Wire press releases.  That's how you know that's a

21 pre-distribution press release, I submit.

22        Mr. Korchevsky trades on that press release 16

23 minutes later at 3:57 p.m.  It ends up in Loscal at 3:41 p.m.

24 Igor Dubovoy texts Korchevsky at 3:48 p.m. "S" which means I

25 am, as he testified it's there and nine minutes -- nine

1  minutes later Vitaly Korchevsky trades on SNX.  Ladies and

2  gentlemen, that's how you know that Vitaly Korchevsky had

3  access to these press releases that passed through the Rupion

4  account.  This isn't something that you have to rely on Igor

5  Dubovoy's testimony for, the trading records are in evidence.

6  They show you that Vitaly Korchevsky's trading matched up a

7  staggering rate with the press releases that passed through

8  the Rupion account.  Remember the numbers, 135 of the 145

9  press releases that passed through that Rupion account between

10  February 19th and May 28th were pre-distribution.

11  Vitaly Korchevsky traded on 97 of them.  He did 104 unique

12  trades during that period.  Ninety-seven of them were inspired

13  by these press releases that passed through Rupion.  That's

14  how you know he was getting these press releases.

15              (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

Rebuttal Summation - Mr. Tucker                    3196

1        MR. TUCKER:  (Cont'g.)  You also know that he's

2   getting these press releases because he texted Igor Dubovoy

3   his coded texts to explain how he's supposed to trade.

4        And you remember this exercise that we went through

5   when Igor Dubovoy was on the stand.  This is Government's

6   Exhibit 704.

7        The codes are damming, ladies and gentlemen.  They

8   make no sense.  There's no innocent explanation for texting

9   somebody something like one parentheses star seven.  Three

10  parentheses star five.  Four parentheses star three.  Those

11  are texts he sends on April 22nd, 2015.

12       Except, if you know the sequence of press releases.

13  And you know that not only from Igor Dubovoy's testimony but

14  because Investigator Bolinder explained to you that he went

15  back and looked at all of the individual trading activity for

16  Vitaly Korchevsky and the Dubovoy accounts during this period

17  and he saw that Igor Dubovoy follows these instructions.  And

18  he looked at the sequence of press releases that arrived in

19  Loscal email from the Rupion account and he matched up.

20       He did it in court.  You should do again, if you

21  want.  But, ladies and gentlemen, I submit to you there's no

22  innocent explanation.  This proves to you beyond a reasonable

23  doubt that the Vitaly Korchevsky was receiving these press

24  releases in the Loscal account.  We know he had access.  He

25  had the login credentials.  He certainly didn't text Igor

1  Dubovoy back after he got it, what's that?  There's no

2  evidence that he did that.  What did he do?  He traded on the

3  press releases that arrived from the Loscal account a couple

4  hours later on that same day.  And the evidence shows that he

5  did that time and time again.

6          Now, Mr. Brill raised this point that there was no

7  direct connectivity between the Vitaly Korchevsky and the

8  hackers.  Now, that's true.  There are no emails between

9  warninggp, for instance, and Vitaly Korchevsky.  I submit to

10  you that makes quit a bit of sense for two reasons.

11          One, Arkadiy Dubovoy made it pretty clear that that

12  was his job to handle the hackers, but also Vitaly Korchevsky

13  is a smart guy.  He's not going to communicate directly with

14  the hackers.  In large part because they don't want him to

15  know what he's doing.  He's trading in his own accounts and

16  making enormous amounts of money.  But there's evidence that

17  he's getting access to these servers and he's getting

18  information past directly from the hackers.  This is just one

19  example, Government Exhibit 219(T).  And this will ring a bell

20  because it's that same idea, the same login credentials,

21  another similar password.  And this is an email from Pavel

22  Dubovoy to Vitaly Korchevsky in July of 2011 when he is

23  getting sent that same type of password the t133!!  Again, no

24  innocent explanation to these types of emails, particularly

25  when you consider the trading activity that you heard about in

1   this case.

2          Another good point that there is no innocent

3   explanation with respect to Vitaly Korchevsky, ladies and

4   gentlemen, generally is Government Exhibit 484.  You've heard

5   a lot about it.  This is that cell phone with the 678 prefix,

6   the Atlanta prefix that agents seized from Vitaly Korchevsky's

7   house on the date of his arrest.

8          And I can't make this point strongly enough.  This

9   phone, ladies and gentlemen, was dedicated to only one thing,

10  advancing the scheme.  Vitaly Korchevsky used this phone only

11  to communicate with the Dubovoys.

12         Think about that for a minute.  Is there anyone in

13  your life for whom you've given them a phone dedicated just to

14  communicating with them?

15         Ladies and gentlemen, Igor Dubovoy explained to you

16  why a criminal might do this.  It's so that they have a phone

17  that contains their criminal activity.  So if they think

18  they're going to get arrested, they have some warning that the

19  authorities are on to them, they destroy that evidence.

20         And by the way, ladies and gentlemen, Vitaly

21  Korchevsky was careful even with this.  You heard evidence

22  that the text messages had been deleted.  The forensic

23  examiners were able to recover them, which is why you have the

24  benefit of this information.  Vitaly Korchevsky, as far as you

25  can tell, this phone's blank.  He never imagined that one day

1   the jury would be looking at the text messages that he sent.

2   He never imagined that one day a jury will be looking at a

3   phone dedicated only to communicating with Arkadiy Dubovoy and

4   Igor Dubovoy and Pavel Dubovoy.

5            Now, Mr. Korchevsky's lawyer spent a lot of time

6   talking about the character witnesses.  And I want to say at

7   the outset, and I say this knowing you know it, there's

8   certainly nothing incompatible with the idea that a person who

9   may do some great things in their life also can commit crimes.

10  That's crazy.  You know that's not true.

11           But I will also say to you, ladies and gentlemen,

12  that the individuals Vitaly Korchevsky called in to testify on

13  his behalf didn't know him anywhere near as well.

14           Just yesterday you heard from Mr. Sipko.  He said he

15  talked to Mr. Korchevsky two, three times a year.

16           Ladies and gentlemen, you've seen evidence that

17  during this conspiracy Vitaly Korchevsky would speak to the

18  Dubovoys two or three times a day.  Two or three times in the

19  space of a couple of hours.  They were talking all the time.

20  And that tells you volumes about who Vitaly Korchevsky was.

21           I assure you, ladies and gentlemen, when Mr. Sipko

22  wasn't buying phones or hotspots or computers or calling cards

23  from Vitaly Korchevsky.  That was the relationship he had with

24  the Dubovoys.  He chose them as his associates, ladies and

25  gentlemen.

1          Now, with respect to Slavic Zayats, there's not much

2    to say here.  The cross-examination of Mr. Zayats went longer

3    than one might imagine it needed to.  His answer that he did

4    not have any business relationship with Vitaly Korchevsky was,

5    I submit to you, surprising, to say the least and obviously

6    wrong.

7          But the reason that that cross-examination occurred,

8    the reason that those facts were elicited is simply to

9    establish a bias.  And think about what his bias is.  And I'm

10   not suggesting that Slavic Zayats is a bad guy, but just think

11   about his relationship with Vitaly Korchevsky.  And, ladies

12   and gentlemen, respectfully it doesn't boil down to the fact

13   he's got a credit card or a couple bucks here and there from

14   Vitaly Korchevsky.  The evidence shows that Slavic Zayats and

15   his son Roman had a business because of Vitaly Korchevsky.

16         Put yourself in Slavic Zayats shoes for a moment.

17   If an opportunity came about to help someone who helped your

18   son get a business started when he's 22 years old, what might

19   it be your worth to you?  Might you be willing to do a little

20   bit of investigating, maybe explore the curiosity that

21   Mr. Zayats expressed.  Go ask some questions?  Might you want

22   to have a helpful answer that you could give Vitaly Korchevsky

23   after you did your little bit of investigating.

24         Ladies and gentlemen, one of the most important

25   points here, it holds for all the witnesses in this case, is

Rebuttal Summation - Mr. Tucker                    3201

1   you have to consider the biases and the motives that they have

2   and whether they have an incentive to be completely truthful.

3          And, ladies and gentlemen, I submit to Mr. Zayats is

4   not a bad guy.  I'm not suggesting that he is.  But you should

5   scrutinize his testimony and be very skeptical, not only

6   because of that bias but because does that make sense, that

7   Arkadiy Dubovoy, a guy who theoretically is always keeping

8   people in the dark would be so honestly candid with an

9   impromptu conversation with a guy he barely knows?  Ladies and

10  gentlemen, I submit to you it make makes no sense.  It's not a

11  credible version of events.

12         With respect to the money.  Mr. Brill made this

13  point that there wasn't a lot of evidence that Vitaly

14  Korchevsky was receiving his 12 percent.

15         Now, ladies and gentlemen, all the payments that

16  Vitaly Korchevsky from the Dubovoys are in evidence.  You can

17  look at them, and you should, if you like, but I'm not going

18  to stand up here and suggest to you he received 12 percent of

19  the Dubovoy's profits in this illicit scheme.  And you know

20  exactly why.

21         He wasn't bothering the Dubovoys for 12 percent,

22  ladies and gentlemen.  He was making far more than the

23  Dubovoys.  The reason he offered up $500,000 late in scheme,

24  that skin-in-the-game payment, the reason that he was texting

25  Igor Dubovoy again and again and again, question mark,

1   question mark, question mark, was because he was making an

2   enormous amount of money trading on the stolen information in

3   his own accounts.  Why would you possibly nag Arkadiy Dubovoy

4   over a measly 12 percent, when in the space of three months

5   you made $1.385 million to Dubovoy's $247,000.  It makes no

6   sense.

7             Vitaly Korchevsky wanted this to keep going.  He

8   wasn't going to nag Arkadiy Dubovoy about it.  He probably

9   wasn't perceptive enough to know that Arkadiy Dubovoy was

10  losing interest in the scheme.  12 percent does not put fuel

11  into Vitaly Korchevsky, ladies and gentlemen, it was the

12  100 percent that he was able to collect and keep, which

13  allowed him to just trade more.  That's an important point,

14  ladies and gentlemen, you have the course of his trading

15  activity as he makes more money.  He's able to bet more and

16  more.  Ladies and gentlemen, he had more money.  He doesn't

17  have to work as much either.

18            Now, 2014 is an important period to think about.

19  It's an important period both with respect to Mr. Khalupsky

20  and Mr. Korchevsky.

21            Now just to circle back just for a moment on the at

22  the Alex Ledovskiy point.  Ms. Whalen spent some time talking

23  about how they made the evidence that the Dubovoys set

24  Ledovskiy up in his own trading account in 2014.  Maybe that's

25  true, maybe that isn't.  I submit it doesn't make a whole lot

Rebuttal Summation - Mr. Tucker                3203

1    of difference.  Everybody agrees that in 2014 there no access

2    to the press releases for members of this conspiracy.  That's

3    why Vitaly Korchevsky's performance in 2014 is so much worse

4    than the preceding three years.

5              I want to talk about, just briefly, Dr. Canjels'

6    testimony.  There was some important points of Dr. Canjels'

7    testimony, and then you heard the testimony from the defense

8    expert, Mr. Mayer; the 650,000-dollar and then some, a

9    substantial amount more, expert that testified yesterday.  And

10   Mr. Brill, again, I'm certain he's doing the best he can, as I

11   am, it's a complicated case.  He told you that the expert

12   testimony from Mr. Mayer suggested that Vitaly Korchevsky's

13   trading techniques, his strategy, was the same in 2009 and

14   2010 as it was in 2011 through 2013.  So I'm going to ask

15   Mr. Gopstein to show what's in evidence as page 15 of the

16   Government Exhibit 8003, and this is one page from

17   Dr. Canjels' testimony.

18             Ladies and gentlemen, this is in evidence.  You

19   should take time to look at these numbers.  These numbers do

20   not support the notion that Vitaly Korchevsky was primarily an

21   earnings trader in 2009 and 2010.  He certainly wasn't doing

22   short, three-day round trip trades with the same frequency in

23   those early years as he was later on.  Look at those numbers.

24   Look at his success rate.

25             Ladies and gentlemen, I submit to you, the evidence

1   is very powerful that Vitaly Korchevsky experienced a radical

2   change in strategy in 2011.  And you know exactly why he did.

3   Because that's when he got access to the stolen press

4   releases.  That's why he performed better and that's why he

5   traded differently.  This evidence is important.  You have to

6   be careful.  That is in evidence.  That's what proof shows.

7          Another really important point, I don't need

8   Mr. Gopstein for this one.  I submit to you, ladies and

9   gentlemen, this is the most important slide with respect to

10  Korchevsky and the Canjels' presentation.  This is page 17 for

11  the record.

12         Ladies and gentlemen, there is no innocent

13  explanation for this trading pattern.  There is no reason why

14  an earnings trader would trade almost exclusively in companies

15  that issued their press releases through PRN and then stop

16  cold and all of a sudden trade only in companies who issued

17  their press releases through Marketwire.  And then stop cold

18  and then only trade in companies who issued their press

19  releases through Business Wire.

20         And, ladies and gentlemen, that's what this chart

21  shows you almost exclusively.  He was a PRN guy, then he was a

22  Marketwire guy, then he was a Business Wire guy.

23         Ladies and gentlemen, this slide is evidence of when

24  the hackers had access to press releases in particular

25  newswire companies and when Korchevsky was getting access to

Rebuttal Summation - Mr. Tucker                3205

1  them.

2          And you saw this same pattern in the accounts, the

3  TDA account and the Merrill Lynch account.  Zografakis

4  trading.  There is no innocent explanation.  There's no reason

5  why a trader would care who's issuing press releases; whether

6  it's Business Wire or Marketwire or PRN, unless they have

7  access prior to distribution to those press releases.

8          Mr. Gopstein, I want to show the jury briefly what's

9  in evidence at 8003, page 24.  This is that ENT trade.

10          Ladies and gentlemen, this is the important point.

11  And I'm confident you got it.  Vitaly Korchevsky puts himself

12  before everybody else.  You know he's doing that during Rupion

13  Period, too, when he trades, oftentimes -- he trades 97 times.

14  Dubovoy trades 67 times.

15          When push comes to shove, when he gets access to a

16  stolen press release close in timing, he trades and the

17  Dubovoys don't.  He puts himself first.

18          And, ladies and gentlemen, another point, Mr. Brill

19  noted that this didn't necessarily make sense because there

20  was an opportunity to make more money if he invested more in

21  those options, right?  But you know exactly why that is not an

22  innocent explanation for this trading pattern.

23          First, you heard the defense's own expert explain

24  that options trading, it draws attention.  And the second

25  point, ladies and gentlemen, and this is in evidence, on that

Rebuttal Summation - Mr. Tucker                3206

1   particular day, Vitaly Korchevsky had entered into a number of

2   trades, all inside the window, five trades to be specific,

3   four of them prior to this.

4          The reason he didn't have money to make a bigger

5   bet, I submit to you, one, is because he's mindful of being

6   detected; two, remember options trading is a new thing for him

7   anyway; but three, it was late in the day.  He had already

8   taken his positions for the next day, based on the other press

9   releases he received.  He's stuck with what the hackers give

10  him.  That's why he made this trade close in time, and that's

11  why he made it not as big.  He didn't have as much money to

12  make that trade, because he had already staked out his

13  position that day.

14         One other point with respect to Mr. Mayer and

15  Dr. Canjels.  This is in evidence as Government Exhibit 810.

16  Mr. Brill made a point that the government reacted to

17  testimony that Mr. Mayer sort of offered up on

18  cross-examination, maybe a little bit of a bulliness, this

19  idea that there was, in fact, some kind of statistical

20  correlation.  I think the testimony was some kind of

21  relationship between the upload time and first order time for

22  Vitaly Korchevsky in 2009 and 2010.

23         Ladies and gentlemen, that was wrong.  And you know

24  that in part because when Mr. Gopstein asked Mr. Mayer to

25  explain what the P-value was, Mr. Mayer said he hadn't

Rebuttal Summation - Mr. Tucker                    3207

1   actually done the analysis himself, he didn't bother to look

2   up that P-value.

3           So the reason the government reopened our case is

4   because we do the best we can to put accurate information

5   before the jury.  And it's simply not correct as a matter of

6   statistics and a matter of accuracy and fact that there was a

7   statistical relationship between upload time and first order

8   time during this period.

9           That's what that tells you.  That P-value tells you

10  there is no statistically significant correlation.  And that's

11  important.  Because it tells you that during this period when

12  other evidence shows you that Vitaly Korchevsky had access to

13  stolen press releases, there was such a correlation.

14          Ladies and gentlemen, the evidence in this case is

15  very -- it's massive.  It's a big case.  And when go back to

16  the jury room, all the parties, the government and the

17  defense, are asking you to consider the evidence in this case;

18  not the oral arguments, not the questions to which there was

19  no answer.  Just consider the evidence, the documents and the

20  testimony.  And you consider them all together.

21          When you think about the cooperator's testimony, you

22  think about it in connection with the other documents that are

23  in evidence in this case.  And you also think about was their

24  testimony too good to be true.

25          And Ms. Whalen made some points.  There was an

1   interesting tension, I submit to you, between the defense

2   argument for Mr. Korchevsky and the defense argument for

3   Mr. Khalupsky.

4          Mr. Korchevsky got up and said, we didn't even

5   mention the cooperators during the government's summation, we

6   completely abandoned them.  And then Ms. Whalen got up and

7   said, we're all about the cooperators, you have to reject the

8   case because of the cooperators.

9          I respectfully submit to you neither of those is

10  correct.  The government's position is the cooperators are

11  another category of evidence that you should consider, and you

12  should consider the other evidence in this case, and you

13  should consider whether Igor Dubovoy's testimony was too good

14  to be true against the defendants.

15         Ms. Whalen highlighted those few points about Igor

16  Dubovoy and his testimony regarding Mr. Khalupsky.  It was

17  really limited.  Sort of the attack on Igor Dubovoy.  It's

18  interesting because Ms. Whalen on many points was embracing

19  his testimony because, frankly, it was helpful to her.

20         Igor Dubovoy did not testify that he was present for

21  any discussion between Vladislav Khalupsky and anybody about

22  the stolen or hacked press releases.

23         The testimony is our piece of the puzzle, ladies and

24  gentlemen.  We've attempted to connect it all together.  I

25  encourage you, and I know you will, to consider everything,

Rebuttal Summation - Mr. Tucker                3209

1   and to consider whether the testimony on its own, in

2   connection with everything else, deserves your rendering a

3   verdict.

4           Again, I submit to you the evidence in this case

5   proves the defendants guilt.  It proves that there was a

6   conspiracy of hackers in the Ukraine through the use of

7   deceptive techniques to gain access to newswire computer

8   systems and to steal those press releases.  The conspiracy

9   involved Arkadiy Dubovoy, and Pavel Dubovoy, and Igor Dubovoy.

10  They provided much of the money in this scheme, and the

11  connected this hacked information to the traders, the

12  defendants in this case, Vitaly Korchevsky and Vladislav

13  Khalupsky.

14          When you consider all this evidence, I encourage you

15  to use your common sense, think about all the different

16  categories; about the emails, the forensics, the trading

17  activity and the testimony.

18          Ladies and gentlemen, we ask you to hold these

19  defendants accountable for their criminality.  Find them

20  guilty, not because I say they're guilty, or Ms. Nestor, or

21  Mr. Gopstein do, but because the evidence has shown their

22  guilt.  Because this trial has led you to the one inevitable

23  conclusion that these defendants committed the crimes of which

24  they're charged.  Because the government has met its burden

25  and proved their guilt beyond a reasonable doubt.  Find them

Rebuttal Summation - Mr. Tucker                3210

1   guilty, ladies and gentlemen, guilty as charged.

2            Thank you very much for your attention.

3            THE COURT:  All right, thank you all, counsel.

4            Ladies and gentlemen, that means the trial is

5   completely.  I will instruct you on the law at 9 a.m.,

6   Thursday morning.

7            In the meantime, have a pleasant holiday, a break

8   from the trial, but, again, perhaps now more than ever, no

9   discussion about the case.  Be vigilant about any news

10  accounts.  No discussions with anyone about the case,

11  including your fellow jurors.

12           Have a lovely holiday and we'll see you Thursday

13  morning.  Good night.

14           THE COURTROOM DEPUTY:  All rise.

15           (Jury exits the courtroom.)

16           THE COURT:  All right, you'll supply me with the

17  theory of your defense --

18           MS. BRILL:  Yes.

19           THE COURT:  -- requesting an instruction.  We will

20  plug that into our evolving charge and get it out to you

21  sometime tomorrow morning.

22           If you have any reservations, or comments, or

23  complaints of any sort, let us know by return email to my law

24  clerk.  Otherwise, I'll see you Thursday morning.

25           MR. HEALY:  Your Honor, I thought you wanted to

1  address the situation with Jury number Eight before the

2  deliberations began.

3          THE COURT:  Well, we're going to have to address it.

4  The jury will have the case before lunch Thursday.  The only

5  time we have with him is Thursday and Friday.  He had sat here

6  throughout the whole trial, but I'm open to your collective,

7  individual suggestions.

8          MR. HEALY:  Your Honor, one thought with respect to

9  that jury is that if he knows he's leaving on Sunday and will

10  be out the following week, then it gives him sort of the

11  incentive, in the negative sense, to come up with a verdict

12  prematurely in order for him to be able to take off on his

13  vacation and not have the need to come back.  And I think that

14  would be unfair for him to sit and have that pressure to do

15  that, especially when we have six alternates.

16          THE COURT:  Well there's no pressure.  In fact, I'm

17  going to tell him specifically -- if we keep him, I'm going to

18  tell him specifically that I made a commitment to him that

19  he's going to leave on Sunday.  So if they don't have a

20  verdict Thursday or Friday, we are going to have to seat

21  another juror and begin the deliberations anew.

22          What is the government's view on that?

23          MR. TUCKER:  I think that's a fine instruction, and

24  the government's view is he sat here the entire time, he

25  should have an opportunity to deliberate.  And given the

Rebuttal Summation - Mr. Tucker                    3212

1   length of the case, focusing more on trial days, I think we

2   have nine trial days, I don't think a day and a half is an

3   insignificant time at all for deliberations.  I think that's a

4   substantial chunk and he should have a chance to deliberate.

5          THE COURT:  All right, I'll give it some more

6   thought.  We're finishing a little earlier than I thought.  I

7   thought this would be more or less foreclosed, but I'll give

8   it some thought and we'll talk about it again on Thursday,

9   Thursday morning.  We'll have to make a decision Thursday

10  before we turn it over to the jury.

11         And with that...

12         MR. TUCKER:  Thank you, Your Honor.

13         THE COURT:  Well done.  Get some rest.  Enjoy your

14  holiday as best you can, and we'll see you Thursday morning.

15              *       *       *       *       *

16         (Proceedings adjourned at 5:00 p.m. to resume on

17  July 5, 2018 at 9:00 a.m.)

18

19

20

21

22

23

24

25