## Korchevsky Accounts Net Profit
## January 2011 - May 2015

| | |
|---|---|
| Opening Balance (Dec. 31, 2010) | $903,607 |
| Net Profit | $15,004,153 |
| Return on Investment | 1660% |

Accounts:  E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014

Sources:  Account statements



GOVERNMENT
EXHIBIT
**8003**
15 CR 381 (S-1) (RJD)



Accounts:  E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014
Source:  Account statements

## Korchevsky Accounts Net Profits
## January 2011 - May 2015

| | |
|---|---|
| Roundtrip trades in exchange listed equity and options on exchange listed equity[1] | $15,176,143 |

| | |
|---|---|
| Roundtrips opened before Jan 2011[1]<br>Roundtrips closed after May 2015[1]<br>ETFs<br>OTC Stocks<br>Volatility Index Options<br>Account and trading fees<br>Dividend and interest payments | -$171,990 |

| | |
|---|---|
| Total Net Profit | $15,004,153 |

[1] Trades are aggregated to roundtrips that are defined as the set of all trading in stock and options from the first trade that opens exposure to the first trade that closes the exposure to the company stock price.

Sources:  Account Statements, Trade Blotters, Center for Research in Securities Prices

Accounts:  E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014

# Korchevsky Trading
# Duration of Roundtrips
# January 2011 - May 2015

| Roundtrip Duration | Count | Net Profit | Average Net Profit |
|---|---|---|---|
| 3 days or less | 850 | $17,718,957 | $20,846 |
| 4 to 30 days | 190 | -$1,042,635 | -$5,488 |
| More than 30 days | 113 | -$1,500,179 | -$13,276 |
| All Roundtrips | 1,153 | $15,176,143 | $13,162 |

Universe:  All roundtrips by Korchevsky in the covered accounts in exchange listed equity and options during the indicated time period.

Sources:  Account Statements, Trade Blotters, Center for Research in Securities Prices.

Accounts:  E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014.

Note:  A roundtrip is defined as the set of all trading in stock and options from the first trade that opens exposure to the first trade that closes the exposure to the company stock price.

## Korchevsky Trading
## Around Earnings and Guidance News
## Distributed by BW, MW, or PR
## January 2011 - May 2015

| Around Earnings or Guidance News | Count | Net Profit | Average Net Profit |
|---|---|---|---|
| Yes | 759 | $17,661,906 | $23,270 |
| No | 91 | $57,051 | $627 |
| Total | 850 | $17,718,957 | $20,846 |

Universe:  All roundtrips of three days or less by Korchevsky in the covered accounts in exchange listed equity and options during the indicated time period.
Sources:  Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S, Factiva, Newswire Press Release Data.
Accounts:  E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014
Notes:
- A roundtrip is defined as the set of all trading in stock and options from the first trade that opens exposure to the first trade that closes the exposure to the company stock price. Trading around a news event is defined as a roundtrip that starts before and ends after the release of the news.
- BW: Business Wire; MW: Marketwired; PR: PR Newswire.

## Korchevsky - TD Ameritrade 884-752449
## Roundtrip Trading in Amerigroup (Ticker "AGP")
## October 27 and 28, 2011

| Date | Time | Buy/Sell | Shares | Price | Dollar Amount |
|------|------|----------|--------|-------|---------------|
| 10/27/2011 | 12:13 PM | | Press Release Uploaded to PR Newswire | | |
| 10/27/2011 | 1:03 PM | Buy | 100 | $50.35 | $5,035 |
| 10/27/2011 | 1:21 PM | Buy | 10,000 | $50.50 | $504,986 |
| 10/27/2011 | 3:40 PM | Buy | 20,000 | $51.00 | $1,019,968 |
| 10/27/2011 | 4:00 PM | | End of Normal Trading Hours | | |
| 10/28/2011 | 6:00 AM | | News Released by PR Newswire to the public | | |
| 10/28/2011 | 9:30 AM | | Start of Normal Trading Hours | | |
| 10/28/2011 | 9:51 AM | Sell | 30,100 | $53.35 | $1,605,853 |

| Shares | Profit per Share | Total Investment | Total Profit | Return |
|--------|-----------------|------------------|--------------|--------|
| 30,100 | $2.52 | $1,529,988 | $75,865 | 5.0% |

Sources:  Trade Blotters. Newswire Press Release Data.

Notes:
  - Price is calculated as the average execution price, rounded to the penny.
  - A roundtrip is defined as the set of all trading in stock and options from the first trade that opens exposure to the first trade that closes the exposure to the company stock price.

## Korchevsky - TD Ameritrade 884-752449
## Roundtrip Trading in Footlocker (Ticker "FL")
## August 18 and 19, 2011

### Purchase Call Option
### Strike Price 15 - Expiration Date August 20, 2011

| Date | Time | Buy/Sell | Shares | Price | Dollar Amount |
|---|---|---|---|---|---|
| 8/18/2011 | 3:16 PM | | Press Release Uploaded to PR Newswire | | |
| 8/18/2011 | 3:43 PM | Buy | 30,000 | $2.70 | $81,000 |
| 8/18/2011 | 3:43 PM | Buy | 25,000 | $2.70 | $67,500 |
| 8/18/2011 | 4:00 PM | | End of Normal Trading Hours | | |
| 8/18/2011 | 4:45 PM | | News Released by PR Newswire to the public | | |
| 8/19/2011 | 9:30 AM | | Start of Normal Trading Hours | | |
| 8/19/2011 | 9:50 AM | Sell | 55,000 | $3.40 | $187,000 |

| Shares | Profit per Share | Total Investment | Total Profit | Return |
|---|---|---|---|---|
| 55,000 | $0.70 | $148,500 | $38,500 | 25.9% |

Sources:  Trade Blotters. Newswire Press Release Data.

Notes:
 - Price is calculated as the average execution price, rounded to the penny.
 - A roundtrip is defined as the set of all trading in stock and options from the first trade that opens exposure to the first trade that closes the exposure to the company stock price.
 - Call options purchased are provided as the number of underlying shares, i.e., Korchevsky purchased 550 call options each representing 100 shares.

## Korchevsky - Trading Starts
## Before or After Upload to Newswire Services
## January 2011 - May 2015

| First Order Before or After Upload to Newswire | Count | Net Profit | Average Net Profit |
|---|---|---|---|
| After | 687 | $17,631,524 | $25,665 |
| Before | 71 | $28,102 | $396 |
| All Short Roundtrips | 758 | $17,659,626 | $23,298 |

Universe:  All roundtrips of three days or less by Korchevsky in the covered accounts in exchange listed equity and options around earnings and guidance news distributed by BW, MW, or PR, during the indicated time period. One roundtrip is excluded due to missing upload time.

Sources:  Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S, Factiva, Newswire Press Release Data
Accounts:  E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014.

Notes:
- A roundtrip is defined as the set of all trading in stock and options from the first trade that opens exposure to the first trade that closes the exposure to the company stock price.
- BW: Business Wire; MW: Marketwired; PR: PR Newswire

# Korchevsky - Net Profits by Type of Trading
## January 2011 - May 2015



[1] Roundtrips of three days or less around earnings or guidance news distributed by BW, MW, or PR, with first trade time before the upload time.
[2] Roundtrips of three days or less not around earnings or guidance news distributed by BW, MW, or PR.
[3] Roundtrips of four to thirty days.
[4] Roundtrips of more than 30 days
[5] Other gains and losses not captured by the roundtrips trading database including fees, dividends, and non-exchange traded equity and options
Universe: All trading by Korchevsky in the covered accounts during the indicated time period
Sources: Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S, Factiva, Newswire Press Releases Data
Accounts: E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014
Note: BW: Business Wire; MW: Marketwired; PR: PR Newswire

# Korchevsky
## Start of Trading Versus Upload Time to Newswire Services
## January 2011 - May 2015



<sup></sup>[1] The p-value is the outcome of a permutation test that tests the independence between upload and first order time through random permutations of the two variables and counting the number of times that the first order time is after the upload time.

Universe: All roundtrips of three days or less around earnings or guidance news distributed by BW, MW, or PR by Korchevsky in the covered accounts in exchange listed equity and options during the indicated time period. Upload time and first order time both between 9:30 A.M. and 4:00 P.M. and on the same day.

Sources: Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S, Factiva, Newswire Press Releases data

Accounts: E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014.

Notes: The window of opportunity is the period between upload and the close of the market at 4:00 P.M., and is indicated by the red triangle. BW: Business Wire; MW: Marketwired; PR: PR Newswire

# Korchevsky
## Start of Trading Versus Upload Time to Newswire Services
## January 2011 - May 2015



**Press Releases (after 4:00 P.M.)**

**WINDOW OF OPPORTUNITY**

CSTR, January 13, 2011

Total Number of Observations: 529
Total With First Order Time After Upload: 519
Percent of Trades After Upload: 98.1%
P-value Permutation Test[1]: 0.000

First Order Time

Time of Press Release Upload to Newswires

[1] The p-value is the outcome of a permutation test that tests the independence between upload and first order time through random permutations of the two variables and counting the number of times that the first order time is after the upload time.
Universe: All roundtrips of three days or less around earnings or guidance news distributed by BW, MW, or PR by Korchevsky in the covered accounts in exchange listed equity and options during the indicated time period. Upload time and first order time both between 9:30 A.M. and 4:00 P.M. and on the same day.
Sources: Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S, Factiva, Newswire Press Releases data
Accounts: E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014.
Notes: The window of opportunity is the period between upload and the close of the market at 4:00 P.M., and is indicated by the red triangle. BW: Business Wire; MW: Marketwired; PR: PR Newswire

## Korchevsky
## Correlation Between Upload and First Order Times
## January 2011 - May 2015

|  | All Roundtrips | Roundtrips of three days or less | Roundtrips of three days or less. Upload time and first order time both between 9:30 A.M. and 4:00 P.M. and on the same day. |
|---|---|---|---|
| Total Number of Roundtrips | 999 | 758 | 529 |
| Total With First Order Time after Upload | 897 | 687 | 519 |
| Percent of Trades After Upload | 89.8% | 90.6% | 98.1% |
| P-value Permutation Test[1] | 0.0000 | 0.0000 | 0.0000 |

Universe: All roundtrips by Korchevsky in the covered accounts in exchange listed equity and options around earnings and guidance news distributed by BW, MW, or PR, during the indicated time period. One roundtrip is excluded due to missing upload time.

Sources: Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S, Factiva, Newswire Press Releases data

Accounts: E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014

Notes:
1. The p-value is the outcome of a permutation test that tests the independence between upload and first order time through random permutations of the two variables and counting the number of times that the first order time is after the upload time.

## Korchevsky
## Overlap Trading Activity with Dubovoy
## January 2011 - May 2015

### Panel A. Overlap in trading on I/B/E/S earnings events

| Total number of I/B/E/S earnings news announcements during time period | Number of earnings events traded on by Korchevsky | Number of earnings events traded on by Dubovoy | Number of earnings events traded on by both | Overlap percent Dubovoy trading | Expected overlap if trading is uncorrelated | P-value[1] |
|---|---|---|---|---|---|---|
| 67,467 | 766 | 499 | 289 | 57.9% | 1.1% | 0.0% |

### Panel B. Overlap in trading direction

| Number of earnings events traded on by both | Number of earnings events where both are long | Number of earnings events where both are short | Number of earnings events where one is long and one is short | Percent trading in same direction | Expected same direction if trading is uncorrelated | P-value[2] |
|---|---|---|---|---|---|---|
| 289 | 188 | 91 | 10 | 96.5% | 55.6% | 0.0% |

[1] Two-sided Fisher's Exact test for independence between the incidence of trading by Korchevsky and Dubovoy.

[2] Two-sided Fisher's Exact test for independence between the direction of trading by Korchevsky and Dubovoy.

Universe:  All roundtrips of three days or less by Korchevsky and Dubovoy in the covered accounts in exchange listed equity and options around earnings news covered by I/B/E/S during the indicated time period.

Sources:  Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S

Korchevsky Accounts:  E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014.

Dubovoy Accounts:  Apex 2FC81787, 5PD88957, 60718312; CSW 28810365, 84678834; E*Trade 69036987; Interactive Brokers U1351184, U1477635; Merrill Lynch 53Z19078; National Financial Services X77566216; Scottrade 25540584; TD Ameritrade 862194751, 863157954, 863233311, 863237757, 864293268.

Note:
- A roundtrip is defined as the set of all trading in stock and options from the first trade that opens exposure to the first trade that closes the exposure to the company stock price.

## Differences in first order time between Korchevsky and Dubovoy when both trade on the same I/B/E/S earnings event
## January 2011 - May 2015



Universe:  All roundtrips of three days or less around earnings news covered by I/B/E/S in exchange listed equity and options during the indicated time period in the covered accounts.
Sources:  Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S
Korchevsky Accounts:  E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014.
Dubovoy Accounts:  Apex 2FC81787, 5PD88957, 60718312; CSW 28810365, 84678834; E*Trade 69036987; Interactive Brokers U1351184, U1477635; Merrill Lynch 53Z19078; National Financial Services X77566216; Scottrade 25540584; TD Ameritrade 862194751, 863157954, 863233311, 863237757, 864293268.

## Korchevsky
## Roundtrips - Summary by year
## January 2009 - May 2015

|  | All Roundtrips | Roundtrips of three days or less around I/B/E/S earnings news | | |
|---|---|---|---|---|
| Year | Count | Count | Investment | Net Profit |
| 2009 | 602 | 92 | $3,466,334 | -$41,663 |
| 2010 | 229 | 46 | $1,418,834 | -$31,272 |
| 2011 | 373 | 237 | $85,220,721 | $8,472,330 |
| 2012 | 385 | 276 | $71,238,304 | $3,438,809 |
| 2013 | 167 | 119 | $39,482,837 | $2,416,512 |
| 2014 | 54 | 10 | $526,047 | $55,551 |
| 2015 | 174 | 124 | $87,077,359 | $2,227,537 |
| All Years | 1984 | 904 | $288,430,436 | $16,537,804 |

Universe:  All roundtrips by Korchevsky in the covered accounts in exchange listed equity and options.

Source:  Trade Blotters, Account Statements, I/B/E/S

Accounts:  E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014.

Note:  A roundtrip is defined as the combination of all trading starting at the first trade that opens exposure to the last trade that closes the exposure to the company stock price.

## Korchevsky
## Trading Inside and Outside Window of Opportunity
## Summary by year
## January 2011 - May 2015

| | Trading Starts After Upload | | Trading Starts Before Upload | |
|---|---|---|---|---|
| Year | Count | Net Profit | Count | Net Profit |
| 2011 | 259 | $9,418,888 | 0 | $0 |
| 2012 | 200 | $3,504,941 | 49 | $23,731 |
| 2013 | 101 | $2,418,427 | 17 | -$9,731 |
| 2014 | 6 | $42,394 | 4 | $13,157 |
| 2015 | 121 | $2,246,873 | 1 | $945 |
| All Years | 687 | $17,631,524 | 71 | $28,102 |

Universe: All roundtrips of three days or less by Korchevsky in the covered accounts in exchange listed equity and options around earnings and guidance news distributed by BW, MW, or PR, during the indicated time period. One roundtrips is excluded due to missing upload time.

Sources: Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S, Factiva, Newswire Press Release Data

Accounts: E*Trade 68546623, Fidelity 216-134716, Jefferies/JP Morgan 611-60336, TD Ameritrade 884-752449, TD Ameritrade 884-781014.

Notes:
- A roundtrip is defined as the set of all trading in stock and options from the first trade that opens exposure to the first trade that closes the exposure to the company stock price.
- BW: Business Wire; MW: Marketwired; PR: PR Newswire



**Korchevsky
Investment by Newswire Source
January 2011 – May 2015**

Universe: All roundtrips of three days or less by Korchevsky in the covered accounts in exchange listed equity and options around earnings and guidance news distributed by Business Wire, Marketwired, or PR Newswire, during the indicated time period.
Sources: Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S, Factiva, Newswire Press Releases.
Accounts: E*Trade 68546623, Fidelity 216–134716, Jefferies/JP Morgan 611–60336, TD Ameritrade 884–752449, TD Ameritrade 884–781014.







# Korchevsky
## Investment by Newswire Source
## January 2011 − June 2011

Universe: All roundtrips of three days or less by Korchevsky in the covered accounts in exchange listed equity and options around earnings and guidance news distributed by Business Wire, Marketwired, or PR Newswire, during the indicated time period.
Sources: Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S, Factiva, Newswire Press Releases.
Accounts: E*Trade 68546623, Fidelity 216−134716, Jefferies/JP Morgan 611−60336, TD Ameritrade 884−752449, TD Ameritrade 884−781014.

Universe: All roundtrips of three days or less by Korchevsky in the covered accounts in exchange listed equity and options around earnings and guidance news distributed by Business Wire, Marketwired, or PR Newswire, during the indicated time period.
Sources: Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S, Factiva, Newswire Press Releases.
Accounts: E*Trade 68546623, Fidelity 216−134716, Jefferies/JP Morgan 611−60336, TD Ameritrade 884−752449, TD Ameritrade 884−781014.

Universe: All roundtrips of three days or less by Korchevsky in the covered accounts in exchange listed equity and options around earnings and guidance news distributed by Business Wire, Marketwired, or PR Newswire, during the indicated time period.
Sources: Account Statements, Trade Blotters, Center for Research in Securities Prices, I/B/E/S, Factiva, Newswire Press Releases.
Accounts: E*Trade 68546623, Fidelity 216−134716, Jefferies/JP Morgan 611−60336, TD Ameritrade 884−752449, TD Ameritrade 884−781014.

## Korchevsky - TDA 884752449
## Roundtrip Trading in Avon (Ticker "AVP")
## October 21 through 27, 2011

| Date | Time | Buy/Sell | Shares | Price | Dollar Amount |
|---|---|---|---|---|---|
| 10/21/2011 | 10:58 AM | Press Release Uploaded to PR Newswire | | | |
| 10/21/2011 | 3:20 PM | Sell | 20,000 | $23.26 | $465,204 |
| 10/21/2011 | 3:27 PM | Sell | 20,000 | $23.29 | $465,760 |
| 10/26/2011 | 4:00 PM | End of Normal Trading Hours Before Public Release | | | |
| 10/27/2011 | 7:00 AM | News Released by PR Newswire to the public | | | |
| 10/27/2011 | 9:30 AM | Start of Normal Trading Hours | | | |
| 10/27/2011 | 9:38 AM | Buy | 40,000 | $19.63 | $785,200 |

| Shares | Profit per Share | Total Investment | Total Profit | Return |
|---|---|---|---|---|
| 40,000 | $3.64 | $930,964 | $145,764 | 15.7% |

Sources:  Trade Blotters. Newswire Press Release Data.

Notes:
  - Price is calculated as the average execution price, rounded to the penny.
  - A roundtrip is defined as the set of all trading in stock and options from the first trade that opens exposure to the first trade that closes the exposure to the company stock price.

## Korchevsky - JPM 61160336 and ETR 68546623
## Roundtrip Trading in Legg Mason (Ticker "LM")
## January 24 through 27, 2012

| Date | Time | Security | Account | Buy/Sell | Shares | Price | Dollar Amount |
|---|---|---|---|---|---|---|---|
| 1/24/2012 | 12:58 PM | | | | | Press Release Uploaded to PR Newswire | |
| 1/24/2012 | 1:58 PM | Stock | ETR 68546623 | Sell | 700 | $27.40 | $19,180 |
| 1/24/2012 | 2:02 PM | Stock | ETR 68546623 | Sell | 24,300 | $27.33 | $664,199 |
| 1/24/2012 | 2:02 PM | Stock | JPM 61160336 | Sell | 30,000 | $27.34 | $820,198 |
| 1/26/2012 | 10:39 AM | Put Options | ETR 68546623 | Buy | 50,000 | $1.60 | $80,000 |
| 1/26/2012 | 2:54 PM | Stock | ETR 68546623 | Sell | 200 | $27.56 | $5,512 |
| 1/26/2012 | 2:59 PM | Stock | JPM 61160336 | Sell | 20,000 | $27.42 | $548,437 |
| 1/26/2012 | 3:57 PM | Stock | ETR 68546623 | Sell | 14,800 | $27.28 | $403,771 |
| 1/26/2012 | 4:00 PM | | | | End of Normal Trading Hours Before Public Release | | |
| 1/27/2012 | 7:00 AM | | | | News Released by PR Newswire to the public | | |
| 1/27/2012 | 9:30 AM | | | | Start of Normal Trading Hours | | |
| 1/27/2012 | 9:46 AM | Stock | JPM 61160336 | Buy | 50,000 | $25.98 | $1,298,797 |
| 1/27/2012 | 12:06 PM | Stock | ETR 68546623 | Buy | 40,000 | $25.65 | $1,026,000 |
| 1/27/2012 | 1:54 PM | Put Options | ETR 68546623 | Sell | 5,300 | $3.00 | $15,900 |
| 1/27/2012 | 3:14 PM | Put Options | ETR 68546623 | Sell | 44,700 | $2.80 | $125,160 |

| Account | Security | Shares | Profit per Share | Total Investment | Total Profit | Return |
|---|---|---|---|---|---|---|
| JPM 61160336 | Stock | 50,000 | $1.40 | $1,368,635 | $69,837 | 5.1% |
| ETR 68546623 | Stock | 40,000 | $1.67 | $1,092,662 | $66,662 | 6.1% |
| ETR 68546623 | Put Options | 50,000 | $1.22 | $80,000 | $61,060 | 76.3% |
| Total | | 140,000 | $1.41 | $2,541,297 | $197,559 | 7.8% |

Sources:  Trade Blotters. Newswire Press Release Data.
Notes:
  - Price is calculated as the average execution price, rounded to the penny.
  - The Put Options have an expiration date of February 18, 2012, and strike price of $29.
  - A roundtrip is defined as the set of all trading in stock and options from the first trade that opens exposure to the first trade that closes the exposure to the company stock price.
  - Orders in JPM 61160336 are aggregated to the trading day and the order time column shows the first order time for the trading day.

## Korchevsky - TDA 884752449
## Roundtrip Trading in Goodyear (Ticker "GT")
## July 27 and 28, 2011

| Date | Time | Buy/Sell | Shares | Price | Dollar Amount |
|------|------|----------|--------|-------|---------------|
| 7/27/2011 | 3:39 PM | Press Release Uploaded to PR Newswire | | | |
| 7/27/2011 | 3:59 PM | Buy | 3,000 | $17.20 | $51,600 |
| 7/27/2011 | 4:00 PM | End of Normal Trading Hours Before Public Release | | | |
| 7/28/2011 | 8:00 AM | News Released by PR Newswire to the public | | | |
| 7/28/2011 | 9:30 AM | Start of Normal Trading Hours | | | |
| 7/28/2011 | 9:35 AM | Sell | 3,000 | $18.19 | $54,556 |

| Shares | Profit per Share | Total Investment | Total Profit | Return |
|--------|------------------|------------------|--------------|--------|
| 3,000 | $0.99 | $51,600 | $2,956 | 5.7% |

Sources:  Trade Blotters. Newswire Press Release Data.

Notes:
  - Price is calculated as the average execution price, rounded to the penny.
  - A roundtrip is defined as the set of all trading in stock and options from the first trade that opens exposure to the first trade that closes the exposure to the company stock price.

## Korchevsky - TD Ameritrade 884-752449
## Roundtrip Trading in Dendreon Corp. (Ticker "DNDN")
## August 3 and 4, 2011

### Purchase Put Option
### Strike Price 36 - Expiration Date August 20, 2011

| Date | Time | Buy/Sell | Shares | Price | Dollar Amount |
|------|------|----------|--------|-------|---------------|
| 8/3/2011 | 3:34 PM | Press Release Uploaded to PR Newswire | | | |
| 8/3/2011 | 3:56 PM | Buy | 30,000 | $1.93 | $57,994 |
| 8/3/2011 | 3:57 PM | Buy | 30,000 | $1.95 | $58,495 |
| 8/3/2011 | 3:58 PM | Buy | 30,000 | $1.98 | $59,400 |
| 8/3/2011 | 3:59 PM | Buy | 14,500 | $1.99 | $28,913 |
| 8/3/2011 | 3:59 PM | Buy | 6,500 | $2.00 | $13,000 |
| 8/3/2011 | 4:00 PM | End of Normal Trading Hours | | | |
| 8/3/2011 | 4:01 PM | News Released by PR Newswire to the public | | | |
| 8/4/2011 | 9:30 AM | Start of Normal Trading Hours | | | |
| 8/4/2011 | 9:39 AM | Sell | 111,000 | $23.00 | $2,553,000 |

| Shares | Profit per Share | Total Investment | Total Profit | Return |
|--------|------------------|------------------|--------------|--------|
| 111,000 | $21.04 | $217,802 | $2,335,198 | 1072% |

Sources:  Trade Blotters. Newswire Press Release Data.

Notes:

 - Price is calculated as the average execution price, rounded to the penny.

 - A roundtrip is defined as the set of all trading in stock and options from the first trade that opens exposure to the first trade that closes the exposure to the company stock price.

 - Put options purchased are provided as the number of underlying shares, i.e., Korchevsky purchased 1,110 put options each representing 100 shares.