# EXHIBIT O

(Letters in support of Vitaly Korchevsky not specifically cited in the Sentencing Submission.)

09/04/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Dearie:

We are writing this letter of support for our dear friend, our pastor and brother by faith Vitaly Korchevsky who we have known for eleven years.

Our names are Viktor and Elena Tsifra, we currently reside in Brookhaven, PA and we are members of the Brookhaven Slavic Evangelical Baptist Church with almost four hundred people in attendance, where Vitaly Korchevsky is the senior pastor from the beginning of this church. We want to testify to the fact that Vitaly is a man who has dedicated his life to the service of the Lord and to people, he indeed lives not for himself but for others. We are aware that he worked as a hedge fund manager to support his family, church and other people, but his work was merely a side job as he spent most of his time with church and ministry work at home and all other places he traveled.

Vitaly never received any financial support from the church or other people and instead he was and is a giver, he would never pass by any need or suffering of people surrounding him. He is a true example to all of us showing what it means to "love your neighbor".

Vitaly Korchevsky helped us tremendously when we first arrived to this country from Ukraine in 2007. Viktor was very sick with falling heart and we literally took him from the hospital in Kiev, boarded him on the airplane and brought to this country. We did not know anything about ways to deal with the problem and we were crushed financially, emotionally and spiritually. Vitaly treated us as if we would be his parents. He took care of us in all aspects of our lives, he prayed with us constantly, he helped in all other ways and today, eleven years later we live as if nothing happed in the past. It is not just one incident where he got involved and helped us, he is always there where we need him. It is not just us, Vitaly helps many people, all who need his help and come to him for help. His house is open to other people at any time, anyone could come to him in the middle of the night and can be assured that he would be welcomed and be helped. Everyone in the church and in the community knows this.

The church always missed him when he had to travel to preach to other places in the USA and around the world. He traveled a lot, we were blessed to have him at least one or two Sundays per month with us, but his sermons and teaching truly made tremendous impact on people, people changed. We know that hundreds and thousands of people came to know and accept Jesus Christ through his ministry. He

organized huge Evangelism rallies at stadiums and big auditoriums in the countries of the Former Soviet Union, similar to what Billy Graham did here in the USA.

We know him, we see his life day and night, he is with people all the time and we can testify that Vitaly is the man of Gog who loves the Lord and people. Vitaly is the vessel of God filled with the Holy Spirit and the Lord uses him in great ways. He prayed over many sick people and people got well. Many families were saved from divorce and many young people received true meaning in their lives because of Vitaly.

Vitaly is also an example in his family life. He is dedicated family man who is loved and admired by his wife and children. We can testify that Pastor Korchevsky is a true example of what he preaches. His honesty, integrity and openness in all matters attracts people to him. People who know him even a little bit always regard him as a spiritual leader and mentor. We are witnesses to the life of a person who loves the Lord with all his heart and mind.

Knowing Vitaly as we do, it is inconceivable to even think that he could do anything that he was accused of during the trail last summer.

Dear Judge Raymond J Dearie, we plea with you that you would please consider our testimony. We attended the trial and we are aware that Vitaly did not take a witness stand at the recommendation of his lawyers, but we just wish that you would have a chance to talk to him personally. This man would not lie. We also beg with you that you do everything in you power and authority to grant him freedom. He is needed for the society, for church and for his family. There are not many people like him.

Dear Judge Raymond J. Dearie, thank you very much for reading our letter, thank you for allowing Vitaly Korchevsky to be at freedom and continue his ministry during the time since his indictment and even after the trial.

May the Lord abundantly bless you and your family.

Sincerely,

Viktor and Elena Tsifra

08/02/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Dearie:

My name is Ella Selyukov and today honorable Judge I am writing to you with a plea for mercy over Vitaly Korchevsky sentencing decision that you will be making. Vitaly has been a man that was always near to those that needed help. He was huge blessing for me and my family and he is very valuable member of our community.

Vitaly Korchevsky has been a man that would always find time for those that needed shelter, he opened his house for me and my family when we needed and not just for us but for countless others. His house has been known as a house of hope for many. If someone needs a shoulder to cry on, Vitaly is always there filled with wisdom and compassion to all that come. He never judges a person but accepts everyone as they are.

Vitaly's life resonated only love and kindness. In his home we saw how kind he was with his family and how much his children and wife love him, it was so authentic and special to witness. It is so rare to find a man like Vitaly. Everyone that ever had an encounter with him became his friend and immediately felt a part of his family.

I was touched to the core of what a man of high integrity he is. He always demonstrated such humbleness, softness and kindness. It was always evident to me and many others that he is a man that always puts the needs of others above his own needs.

We are pleading with you Honorable Judge too please give mercy to Vitaly and don't sentence him to serving time, he will be much more valuable and needed in our society. We thank you for your time and allowing me to send this letter to you.

Sincerely,

Ella Selyukov (Signature)

09/23/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Elfrida Shenke and I am seventy five years old and I live city of Duisburg, Germany.

I am writing to you about my dear brother in Christ Vitaly Korchevsky.

I do not personally know brother Vitaly, but I can testify that I experienced so much blessings during those countless hours that I spent listening to his sermons on line. I can testify that he is truly a servant of God.

From the depth of my heart, I beg You, Judge Dearie, please have mercy on him!

I will pray for you! So that the court will make the right decision, and not take away Vitaly's freedom.

With deep respect,

E. Schenke

08/12/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Nikolay Tanasov, and I am a Pastor of the Russian Baptist Church, "Light of the World" in Knoxville, TN. I am also a member of the Pastor's Advisory Committee in our Union of Churches, where Vitaly Korchevsky was the president for more than 12 years.

I have known Vitaly Korchevsky for almost fifteen years. I met him first time in 2003 in a Slavic church in Franklin, TN, when he, as a speaker was leading a family conference.

It is impossible to forget that first meeting, because this was a special man of God, who has left on me not just a lasting great impression, but it was certainly God Who used him to compel me to change many things in my personal family life.

Over the last fifteen years, our paths crossed many times, at meetings, seminars, and conferences.

I am 63 years old, born on 04/16/1955. I myself am a pastor for 23 years. But Brother Vitaly was always an example to me, in his dedication and commitment to serving God and people. Not looking at his young age, Vitaly was my spiritual counselor and every time I turned to him, I was amazed at his humility, peacefulness, wisdom and honesty. He was not afraid to call sin by its name, whether it was a private conversation or a public speech. I was amazed by this, where did it come from?
He spent his younger years in America, in an American church and to have such fuudamental views...... In all questions, he is honest, strict, and open. Everyone who knows him, and people know him not only in America but around the world, it would be fair to say that all people do love him.

**A small example:** During entire time when he was under investigation, pre-trial period, brother Vitaly did not turn down any invitation and visited any church that invited him, and continued to speak at many seminars and conferences wherever he was invited.

In 2017 my wife fell ill and by my request Vitaly came all the way from Pennsylvania to Tennessee to visit with us and to pray with anointing over my wife. This is a unique man of God.

More than that, when the last few hearings where taking place in New York, after each day, each evening, instead of talking to all the people that would come to the hearings, he would

hurry home to his church because they were having a children's camp at the time and he had to lead and preach there.

This is a special servant of the Lord, and there aren't that many people that are as dedicated, sacrificial and loving as Vitaly.

Lord knows that what I say here is not just pretty words, this is the truth. I truly feel sorry for Vitaly and his family, and I am shocked by the decision of the courts. Everything that is being pushed against Vitaly Korchevsky, it is simply not true about him, no, no and again no!

Just think about this; for 2 years he was the vice chairman of the Church Union in Ashford, plus 2 years as the chairman of the Co-ordinational Advisory Board, and more than 12 years the president of the Church Union – 3 terms; and every time, the Pastors council and general conference for many years have gladly voted for him unanimously. I think this says something.

And even to this day, every meeting, every seminar, that Vitaly takes part in you leave satisfied and full! Praise be to God!

I myself am from Moldova and from what I know, Vitaly funded all of his trips to Moldova himself, but even more than that, Vitaly financed some large evangelical events at stadiums and sport centers. The most important thing though, he never talked about what he did, and he did all that in the name of the Lord and for the sake of saving people. And only now we have found out about it all, hundreds and hundreds of people gave their hearts to God through the work of Vitaly Korchevsky during those evangelical rallies.

Honorable Judge Raymond J. Dearie!

I understand the enormous amount of responsibility that you face in your difficult work.

But I hope, relying on your many years of experience, that You will show mercy to our dear, loving Brother Vitaly, to his family, to our churches and to restore fairness in the name of Christ.
This is my prayer to God!


May the Lord bless You, your family and all that is yours!

Respectfully and humbly,

Nikolay Tanasov

August 31, 2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Vladimir Andreyevich Krasnokutskiy, I was born in 1939 and currently live in Chaska, Minnesota, 640 Cascade Dr. MN – 55318.

I am writing to You this letter of support for with Vitaly Korchevsky.

I have a sincere desire to provide a testimony for my dear brother in faith. I have known Vitaly since 2004. He has visited our church in Shakopee, MN very often. He preached many times at conferences and huge congresses always revealing and uncovering very deep and important spiritual truths in his sermons.

Therefore I beg You, that when the time comes to sentence Vitaly, I wish that You would please take into consideration my testimony.

With all respect to You,

Vladimir Krasnokustkiy

09/04/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

We are the ministers council of the Evangelical Baptist Church, city of Greenfield, MA, writing this letter of support on behalf of Vitaly Korchevsky who we have known for seventeen years. We know him as a preacher and the minister of Slavic Evangelical Baptist Association of Churches. Vitaly have visited our church many times for ministry through participation in preaching, conducting marriage ceremonies, ordaining other ministers and for other church activities. Every time Vitaly would visit our church, he would always do it assuming travel and other costs on his own, and would never accept any monetary compensation for his ministry service.

Vitaly Korchevsky's engagement in the life of our congregation was always welcome, desirable and brought in benefits by means of making an impact on practical lives of people. Korchevsky was always open to personal contact and conversation with people, was available to counsel in spiritual issues, and always was ready to support people in their sorrows and afflictions.

Our church knows Vitaly as very pious, honest, righteous, sacrificial person, a truly God-fearing man.

News about his arrest and the charges that were brought up against him shocked our church very much, because all this is so much contrary to the way of living that we all witnessed in Vitaly Korchevsky.

Honorable Judge Raymond J. Dearie, the ministers council of our church is asking you if you would please treat Vitaly Korchevsky mercifully and grant him freedom.

Respectfully,

Ministers Council of the Church, city of Greenfield, MA:
Mikhail Sherstukov
Nikolay Bublik
Eugene Stytzenko
George Derivolkov
Uri Kovrizhnyh
Nikolay Sherstukov
Anatoliy Bublik
Konstantin Stytzenko

August 10, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Yakov Vladimirovich Korchevsky, and my wife is Zoya Sergeevna
Korchevskaya. We are currently residing at 10423 NE 112th Pl, Vancouver, WA 98662.

We are writing to You this letter of support for our nephew Vitaly Korchevsky, as we wish to
bring forth our testimony about him, and we beg You to please consider our testimony when You
will decide on the sentence in his case.

We have known his parents and know him from his childhood. He is a man of a kind heart
with a generous soul. He was always responsive to the needs of people and he does that without
expecting anything in return. The influence of Vitaly V. Korchevsky on our lives is immense.
His sermons, seminars, and edification in faith strengthened our faith in the Lord Jesus Christ
and changed our practical lives for better. Many people have experienced his good, positive
influence. Vitaly's sermons about God's mercy, love and forgiveness of sins brought many
people, and continue to bring many more through the sermons posted on the internet, to the
repentance; hundreds of sinners find peace with God, leaving behind their past sinful and
criminal lives.

If only our country would have more of such Godly preachers!

We ask You, Honorable Judge, that when you will decide on the case of Vitaly Korchevsky,
please consider him as a person beneficial to the church and the community, have mercy on him
by leaving him at liberty, because "Mercy triumphs over judgment." (James 2:13) and "Blessed
are the merciful, for they shall obtain mercy." (Matthew 5:7). We all need exactly this.

Honorable Judge and all who take part in the sentencing decision of God's servant Vitaly V.
Korchevsky, we respectfully beg You to show mercy to the defendant, his wife, small children
and the many people grateful to him, by not taking away his freedom.

We wish You and your coworkers God's blessings in your difficult and very responsible work.

Respectfully,

Korchevsky, Yakov Vladimirovich
Korchevskaya, Zoya Sergeevna

September 30, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Ilia Korchevskiy, I am the 20-year-old nephew of Vitaliy Korchevskiy. I'm a member of the Russian Evangelical Baptist Church located in Westfield, MA. I am also a recent graduate of the University of Massachusetts. I actually got into college mostly because of my father and Vitaly, and I decided to follow in my uncles' footsteps and also got my bachelor's in finance. He has been a good example to me for many years and has also been there to help me out when things got low. And in this letter, I would like to shine some light on how this man has been a great good in my life.

A few years ago, I got really sick. It got to the point that I could not leave my house for around half a year, I had to drop out of college, my social life came to a dead stop, and I could barely take care of myself. I was so sick that I couldn't actually sleep, and I would be up for days and only go to sleep when my body would shut down. And in those months, it got really bad, as I said before I stopped seeing and talking to pretty much anyone who wasn't my immediate family, I became a total shut in. But Vitaliy was the one to break me out of my slump, he kept calling to check in on me, constantly prayed for me, and would even come by for visits every once in a while. He would have long talks with me and always tried to give some hope to me and encourage me to keep recovering and not giving up. I give that man a lot of credit for where I am today, for helping me out when I needed it most and putting me back on my feet. I still feel a little ill from time to time, but he helped remind me that it was not something that I should dwell on, but instead try to build off and help it make me stronger.

He was also one of the people that helped me make the decision to get baptized. When I was sick he was the one that helped me get out of the slump and when I got better he was there to encourage me to keep moving forwards with my life. And when he found out I made the decision to get baptized, he made it a priority to be there even though his own life was full of problems at the time. He drove down and he was the one to pray over me for my baptism.

What I'm trying to say in this letter to you, Your Honor, is that the man who has been the focus of all these allegation and trials and verdicts is a man I respect tremendously and one that has been there for me when I was at my lowest and he was there to push me to my highest. And I ask that you be merciful to this man and grant him his freedom, so he can continue to help people that are downtrodden and need help.

Respectfully,

Ilia Korchevskiy

September 27, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

My name is Mike Korchevsky and I am writing this letter upon request to please grant mercy to my beloved uncle, Vitaly V. Korchevsky. I have known Vitaly for my entire life and it is always a pleasure to be around Him and He would always bring joy and comfort wherever He goes. Vitaly is also very known for his numerous great deeds. He has donated to many needy communities and churches all over Ukraine, Moldova, Kazakhstan and other countries all over the world. He always gave to the people in need and always loved and cared for each and every one of them.

I am deeply saddened by the fact that my Christian and honest uncle has been convicted of these felonies. I ask You, Honorable Judge Raymond J. Dearie, to please grant mercy to my honest uncle and give him freedom.

At this time, I would like to thank You for your time and effort You have taken out of your schedule in order to red my letter. Thank You and God Bless!

Sincerely,

Mike Korchevsky

Mike Korchevskiy

235 Woodland Way, Russell, Ma 01071

September 27, 2018

Dear Honorable Judge Raymond J. Dearie

My name is Mike Korchevskiy and I'm writing this letter upon request to please grant mercy to my beloved uncle, Vitaly V. Korchevskiy. I've known Vitaly for my entire life and it's always a pleasure to be around Him as He would always bring joy and comfort wherever He goes. Vitaly is also very known for his numerous great deeds. He has donated to many needy communities and churches all over Ukraine, Moldova, Kazakhstan and other countries all over the world. He always gave to the people in need and always loved and cared for each and every one of them.

I'm deeply saddened by the fact that my Christian and honest uncle has been convicted of these felonies. I ask you, Honorable Judge Raymond J. Dearie, to please grant mercy to my honest uncle and give him freedom.

At this time, I would like to thank you for your time and effort you have taken out of your schedule in order to read my letter. Thank you and God Bless!

Sincerely,

Mike Korchevskiy

10/15/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

I am writing to You this letter of support for my son-in-law, Vitaly Korchesky, who is married to my oldest daughter and has two children, and I beg for mercy for him.

I ask that You don't leave the family without a father and husband. I am Peter Zalyvchiy, 75 years old, and Vitaly has helped me greatly physically and spiritually. And him, being a pastor of a church, he did not only take care of his church, but also other churches.

I believe that Your Mercy will be justified.

Zalivchii Peter

10/24/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:

My name is Melina Korchevsky, and I am Vitaly's Korchevsky niece. I am 10 years old.

I love Vitaly and wish him the best. I don't want to see him and his family struggle. He is a very generous man. When he does not have very much money, he gives up his money to help someone else. Vitaly is a very Godly man. He reminds me a lot of this man from the Holy Bible. His name is Joseph. His story is written in the book of Genesis (the very first book) chapters 37, 40-42, and You will see why Vitaly is a lot like Joseph. He trusted God through good and bad times. Vitaly has told me a lot about his father (he passed away.) He was also a very Godly man. When they were growing up, his father was also a lot like Joseph. He was persecuted for believing in Christ. But he remained faithful to God by not stopping to believe in God just because he was persecuted. His father always taught him to trust the Lord, good or bad. There is a lot of wrong and lies in this world. One of the lies are that Vitaly is guilty.

Let God give you wisdom to make the right choice. I really do not want to lose a family member. He always taught me to love God, have faith in Him and so much more. I really love Vitaly, and hope that You let him free. I maybe young but I know he is not guilty. May God bless You, and give You strength.

... That ye may proof what is that good, and acceptable, and perfect, will of God.

- Romans 12:2

... The fear of the Lord is the beginning of wisdom: and the knowledge of the holy is understanding.

- Proverbs 9:10

Melina Korchevsky

09/20/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:

This is a letter on behalf of Vitaly Korchevsky. In this letter we would like to share our knowledge of his real personality and relationship with people. We have known Vitaly for over 25 years, living close by and witnessing his daily life.

Vitaly Korchevsky is one of the most generous people. He and his wife, Svetlana, have open doors for any one in need. They would provide home for many new families, who would come to live in U.S. Providing shelter, food, time and going countless times to all of the appointments without expecting anything in return. This tells a great deal about his great generosity. He would help others to find work, giving council and giving his own money to support those in need, without anything in return. Vitaly always shared his house with all the pastors and countless guests from other states. Anyone in need could come to him, knowing that he will not turn them away.

He had a great impact in bettering the society by being a great example and teaching youths to be honest, respectful citizens, hard workers, obedient and compliant with law. He always held high standards and morals and taught it to youth especially. His seminars and sermons had literally changed lives of many people, including drunkards, drug addicts, those in prisons. Vitaly spent his money and time to visit different cities, states, countries in order to share his love and money with those in need and bringing hope to hopeless and dying.

Vitaly is a very devoted father and pastor. He always tries to set an example for others in his congregation to have a serving heart. He listens to people with his heart, always willing to help and find solution to problems. He is very diligent about his duties. He also gave donations to his own church, and other churches when needed. Vitaly is and will be a great example as a Christian, a father, a husband, and a friend to all who know him personally. He is much loved and respected by many.

Upon hearing of a decision in his court case and possible outcome of his case, it will be a great loss for our society, and especially for youth, to not have his wise counseling and teachings, which bring out the best in people and help others to raise up to a very high standards and pure morals.

We ask you to please, review the case and pardon Vitaly Korchevsky, granting him freedom, so that he could support his wife and children, and to continue helping others in need. May he continue to give hope to hopeless and help those in need.

We thank you for reading our letter and giving him a chance to continue to greatly impact our society to become better and worthy citizens of our country.

Sincerely,
Alex and Olga Zalivchii with Kids (Signatures)

September 20, 2018

Dear Judge Dearie,

This is a letter on behalf of Vitaly Korchevsky. In this letter we would like to share our knowledge of his real personality and relationship with people. We have known Vitaly for over 25 years, living close by and witnessing his daily life.

Vitaly Korchevsky is one of the most generous people. He and his wife, Svetlana, have open doors for any one in need. They would provide home for many new families, who would come to live in U.S. Providing shelter, food, time and going countless times to all of the appointments without expecting anything in return. This tells a great deal about his great generosity. He would help others to find work, giving council and giving his own money to support those in need, without anything in return. Vitaly always shared his house with all the pastors and countless guests from other states. Anyone in need could come to him, knowing that he will not turn them away.

He had a great impact in bettering the society by being a great example and teaching youths to be honest, respectful citizens, hard workers, obedient and compliant with law. He always held high standards and morals and taught it to youth especially. His seminars and sermons had literally changed lives of many people, including drunkards, drug addicts, those in prisons. Vitaly spent his money and time to visit different cities, states, countries in order to share his love and money with those in need and bringing hope to hopeless and dying.

Vitaly is a very devoted father and pastor. He always tries to set an example for others in his congregation to have a serving heart. He listens to people with his heart, always willing to help and find solution to problems. He is very diligent about his duties. He also gave donations to his own church, and other churches when needed. Vitaly is and will be a great example as a Christian, a father, a husband, and a friend to all who know him personally. He is much loved and respected by many.

Upon hearing of a decision in his court case and possible outcome of his case, it will be a great loss for our society, and especially for youth, to not have his wise counseling and teachings, which bring out the best in people and help others to raise up to a very high standards and pure morals.

We ask you to please, review the case and pardon Vitaly Korchevsky, granting him freedom, so that he could support his wife and children, and to continue helping others in need. May he continue to give hope to hopeless and help those in need.

We thank you for reading our letter and giving him a chance to continue to greatly impact our society to become better and worthy citizens of our country.

Sincerely,

Alex and Olga Zalivchii with Kids

Olga Zalivch
9/20/18

09/14/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Dearie,

My name is Mike Zalivchii and Vitaly Korchevsky is married to my older sister Svetlana Korchevsky. He has been part of our family for over 25 years and I have always had high regards for him in every aspect of life. For as long as I have known Vitaly, he has been a great inspiration to me and my family to strive for the best and never give up. To always do what is honest and truthful.

I was one of the potential witnesses to testify on behalf of Vitaly. However, the morning of my appearance at the trial, I was informed by Steven Brill that I would not be testifying. To this day, I am not aware of what made him take such a drastic turn at the last minute.

In January 2012, my family and I moved to Pennsylvania. As a graduated from the University of Virginia McIntire School of Commerce and having much analytical experience, Vitaly offered me a job at NTS Capital. My duties were to do research for potential trades and execute them. I was constantly Instant Messaging and emailing Vitaly about potential trades and our positions. Throughout my three and a half years at the firm, I was the front runner for almost all the trades taken at NTS Capital. I exchanged research information DAILY with Vitaly and ALL our communications are documented through Google Chat. During all these years, with hundreds of trades and thousands of chat messages, there is ZERO indication or suspicion that he was gathering information from any other source other than what I provided him with through my research

using public information avaible to anyone through websites such as ZACKS, Briefing.com, etc.

I was and still am confident that Vitaly is innocent of the accused charges. I am so confident in Vitaly's innocents that I was willing to testify in front of the Jury without an attorney representing or advising me. My wife and I are blessed with a large family and I would never put them in harm's way by covering up for someone who is guilty. Not even Vitaly. As you make this difficult decision on behalf of Vitaly, I ask that you grant him freedom.

Sincerely,

Mike Zalivchii

August 11, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Larisa Balan (maiden name is Korchevsky) and I am residing in Vancouver, WA
USA. I am writing to You in regards to the case of Vitaly Korchevsky. I would like to testify for
my dear brother in faith as well as my beloved nephew, and I beg You to consider my testimony
when you will pass the sentence on his case.

I have known Vitaly since his birth, he was growing up as a good and amusing child, and
everyone around loved him very much. When Vitaly was a teenager, he always strived to be in
church with other believers, played in the church youth orchestra, he was cheerful and good
willed towards others. He began preaching in his youth years, and was working with the youth
and the youth was attracted to him. He knew how to motivate them in serving the Lord. He never
engaged in bad things and was not involved in anything sinful.

From his early childhood to present day, the fear of God was always present in Him. He
physically assisted those who were in need including us, when we were building our house in
what was then the USSR.

My family together with Vitaly immigrated jointly to America in 1989. Vitaly was then a
young man and I understood his excitement when our train crossed the border leaving behind us
the USSR. Despite being young, he had already strongly experienced the atheistic and
communist pressure, which is why he expressed excitement. In America we really sensed the
freedom: no one oppressed us, insulted us, and we thanked God that He allowed us to move to
this country.

I want to emphasize one more time the fact that when we just arrived to America, Vitaly
immediately began to work and soon began to study toward a profession, and he did it eagerly.
Many young people sought entertainment, but this was not the case with him. It was not easy to
start everything all over but Vitaly took a serious approach to life.

He was loved by everyone around him and all who knew him were drawn to him; he was
unpretentious in relationship with people and very open to all.

We now live in different cities, but he is regularly invited into our area for conferences, congresses, for adolescent, youth, and family camps and events. I cannot even recall all of the events.

Our church is the Slavic Baptist Church, but beside ours there are many churches in Washington and Oregon states and all of those churches invite him all the time. He is truly a blessed preacher; his sermons touch the hearts of people. Each time that he comes over to our city, it is difficult to find time for fellowship with him, even for us – his close relatives, because there are always very many people who are seeking to talk to him, those who are in need for spiritual guidance, and he never turns people away, often returning home for sleep long after midnight. He is much needed by the Christians!!!

I am in awe: where does he get so much strength? To listen to everyone, to their problems, needs, to take those problems as if they are his own and pray together asking for God's help. I know that he has helped many people spiritually, a lot of people came to the Lord in repentance: why else would he be always invited and called to participate in so many Christian events?

He works a lot for the glory of God, and it is for the fact, without any doubt, that Vitaly genuinely loves the Lord and His Word.

Even though I am his aunt and am actually quite distraught over his circumstances, but I testify before God that in my appeal to You there is neither a false word nor any of exaggeration. I could write much more about him but do not want to tire you.

I plea with You, Honorable Judge Raymond J. Dearie, please, as You will decide on the sentence for Vitaly Korchevsky, count him as a person beneficial to the community and the church, and leave him at liberty!

I pray for you, Honorable Judge, and for all those who partake in the decision-making process on this matter. May God bless you and your families. May He guides your heart.

Respectfully,

Larisa Balan

10/02/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Ekaterina Karasyeva and I live in Vancouver. I am writing to You his letter of support for Vitaly Korchevsky.

Dear Judge, if there is any chance or opportunity that You may show mercy in the matter of place and sentencing of Vitaly Korchevsky, then I respectfully beg You to apply such a merciful opportunity for this case.

I have heard his sermons many times when Vitaly preached in front of huge audiences of believers. In those sermons he called people to love God, people, families, children and to live a pure and God-fearing life in order for us not to be ashamed when at the appointed time we will give an account for our lives before God. He called for people to pray for the authorities and leaders of this country that we live in. He is very steadfast in understandings of the Bible, and has a great respect among the Christians.

I hope that you would take all these letters into consideration and leave Vitaly as a free man, because he will be a great benefit for the society. May the Lord bless You, and all those who will take part in this decision.

Respectfully

Ekaterina Karasyeva

August 11, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Gennady Yakovlevich Balan and I live at 1605 N. Heron Dr., Ridgefield, WA 98642, USA. I am writing this letter of support for Vitaly Korchevsky. I wish to testify on behalf of my brother in faith and would like to ask that You take into consideration my testimony when you carry out your sentence in his case.

I met Vitaly from the time I became the husband of his aunt. He was very young and studied in the upper classes of school. His parents were Christians, suffered many hardships because of their beliefs, but they raised their children in the fear of the God so they became honest and decent people. For them serving God, living by the Bible was the main thing of their life. Those same principles also became important for Vitaly.

We came to the United States of America together with him. Vitaly began to work and study from his first days [here]. In our newly formed church, he worked with the choir as a director. Little bit later he married and moved to a different state. We also moved to Washington State as well.

After some time, we have heard that Vitaly finished his studies and was already a pastor of a church, as well as a good preacher of God's Word. He was invited to be a speaker at different seminars and conferences, including ones in Washington State. All of his sermons were impowered by the Holy Spirit and brought edification to the listeners. It was always especially big blessing when he preached at the youth congresses and conferences. All of his sermons were based on the Bible and called for obedience to God's Word. Under the influence of his sermons many people changed their lives and dedicated themselves to God. I have heard his sermons only in Russian, but he spoke to the youth in English as well. This made him irreplaceable in the Russian-speaking community, where the parents understand mainly Russian, while the youth better understand English. Sermons and Bible studies posted on the internet became a great spiritual help for thousands of Russian-speaking people across the globe. I myself was also edified by his sermons many, many times.

I am also very grateful to him because there was a time when he also supported my 80-year old brother Viktor when he was in need of spiritual affirmation. And there are hundreds of these people in our country and thousands in countries of the Former Soviet Union, where people do not have hope for tomorrow.

Vitaly Korchevsky is very much needed by our community, local church, and his family. We do not know of anyone who in his ministry work, his Biblically based sermons, his call to serve God, can even be compared with Vitaly Korchevsky.

I beg You, Honorable Judge Raymond J. Dearie, to please decide the sentencing of Vitaly for the benefit of the community and churches, leaving him at liberty.

May God bless all who are involved in the decision-making process on this matter, and the Honorable Judge, as well as all the judicial workers. It is written in James 2:13b, "mercy triumphs over judgment." About such a mercy I ask You, Honorable Judge.

Respectfully,
Gennady Balan

October 3rd, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Igor Kruzhkov and I currently live in Portland, OR from November of 1998. At present time I work for US Bank and my position is Mortgage Loan Originator. At the same time, I am also a member of the "Word of Life Baptist Church" from the time we with the family moved into the USA. Since 2002 I was a youth leader in our church and in 2008 I was ordained to be a pastor of the church. From 2017 to this day I serve in the capacity of the Youth Ministry for the North-West Union of the Baptist Churches.

I am writing this letter in respect to the case of Vitaly Korchevsky. I have the desire to provide a testimony for my brother by faith Vitaly Korchevsky, and I earnestly ask that you would please take my testimony into consideration when you will make sentencing decision for him.

I met Vitaly Korchevsky for the first time back in 2008 when he was invited to be a main speaker for our Youth Conference. Since that time, we invited him very often in the capacity of the main speaker for our conferences, for different seminars, meetings and church retreats. Every time his participation brought a lot of blessings for all listeners. Every one of the attendees listen to his sermons very attentively and all people treated him with tremendous respect. All of the attendees of those conferences testify to the fact that Bother Vitaly's participation proved to be very beneficial to them and always were huge blessing. Many young people changed their lives for better, many were able to abandon bad habits and sins and became active members of our congregations helping others to change their lives for better as well. During all those years we never had even one single occasion when Brother Vitaly would refuse to participate in such events with the exception if he already promised to be a part of other arrangements, and it is must be mentioned that it was not his obligation or duty to be a part of our conferences at all. When we were planning our youth conferences there was never a question if we want to invite Vitaly V. Korchevsky to be a main speaker, the only question for us was if he is available and free for the time of our events, "would it possible for him to make it?" Young people truly love him and always with great pleasure listen to his preaching. There were always many people who would like to ask him a question and to receive an answer solely based on the Holy Scriptures. After each of such service or fellowship, Vitaly always had to stay much longer because there were very many young people who wished to have personal conversation with him and he helped a lot of people to get through their personal distress and helped needy. We have the very best memories of his participation at our Winter Youth Camp and also when he was conducting seminars at our retreat of the youth leaders of our union.

There was a time when I had difficulty in my family, I decided to call Vitaly and ask for the advice, I was looking for a guidance. Vitaly took my problem very close to himself, we had very good conversation, that was a great support for me in my distress. He even offered me a help in a way of visiting my family in my house as it is happened that he was traveling to nearby city where he was invited to preach in another church, but visiting my family was not in his plans. His schedule was exceedingly busy, nevertheless he did come to our house and it was a huge blessing for our family. Obviously, visiting our family was not his responsibility at all, but he did it because he has gentle soul. Vitaly always eagerly goes to help those who are in need of support or spiritual help and always does it wholeheartedly. This is just one example of many of what Vitaly constantly does when he visits different churches of our union.

We know Vitaly as an upstanding, very honest, sincere and very formidable person, a true man of God. Throughout all of our meetings, fellowships and services we saw in him tremendous desire to live according to the Lord's commandments. His life was always an example to follow for all of us around him, and he always taught others to conduct a life this very way. Vitaly's strict adherence to the smallest and slightest principles of honesty, loyalty, fidelity and strictness to himself especially regarding promises that he made to anybody, all of that inspired us to imitate him. He is very considerate toward other people and always ready to give up many things personally for the sake of helping those who are in need of his support and help. Vitaly's reputation among Russian speaking community on the North-West Coast is an impeccable reputation of an honest, God-fearing man, who is an exemplary family man, hard working person, the one who truly loves fellowmen, who loves ministering others, who loves people.

The news about serious hardship that befell on our brother by faith and his family and about charges that were brought up against Vitaly Korchevsky shocked all; brought us into a state of dismay, confusion and disbelief. All the accusations against Vitaly are absolutely inconsistent with what we know about him; inconsistent with the qualities and nature of his character and the ways of his life; it is completely opposite to what we saw in him over so many years. We know Vitaly as a man of high integrity who would genially be afraid to brake even smallest common rule of morality and ethics, and there was not even a smallest hint that such man as Vitaly would ever brake government law.

Dear Judge Raymond J. Dearie, having understanding of all the responsibilities and authority that are entrusted in you, we wholeheartedly begging for your mercy for our brother by faith Vitaly Korchevsky. I personally beg You to grant freedom for Vitaly and for giving him an opportunity to continue to be a huge benefit for our community, for our churches, for our youth and for our families.

Honorable Judge, I want sincerely express my gratitude for your work and personally wish you all the blessings, as well as for everyone who participate in decision making process on this case. May God richly bless you!

Igor Kruzhko

09/27/201B

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Daniel Akulov. I am a member of the church, where Vitaly Korchevsky is the pastor.

For me he is not only a good pastor, he is the best friend of my family and even more than that, he is a person I can always rely on and one that is always ready to help. For me it was a big shock when I found out that Vitaly was accused of crimes.

For me personally he was always an example. Not only does he behave honestly, but he teaches others to do the same. Also, Vitaly is an example in his sacrifices. His home is open for anyone and it is very rare to find no guests in their house. Many times I was present at meetings and discussions when pastors, ministers from other churches and countries would come to his house and I would see with how much love they were greeted by Vitaly and his family. In our church we have a lot of families with many children, and he has helped many of them financially, even my family received financial support and help many times.

Vitaly helped many families to find houses, not for the benefit of himself in any way, but to help others even if he personally incurred financial losses. We are aware that Vitaly earned good salary, but he lives humbly and modestly, even in this showing himself as an example to us.

Many of Vitaly's sermons have helped me grow spiritually, conversations that I had personally with him and answers I got from him on my questions helped me tremendously. I cannot describe in this short letter all of his good deeds and examples that he has shown me in the ten years I have known him, but his good deeds are not the most important things about Vitaly. The most important and significant thing about Vitaly Korchevsky is that he carries an enormous spiritual contribution to the Slavic people in America and beyond. I am certain, Your Honor, that you know what kind of spiritual influence Pastor Billy Graham had on the lives of the American people and the whole world. How many people found salvation and changed their lives because of his sermons? Vitaly Korchevsky has the same kind of spiritual influence to the Slavic people in America and across the world.

I am certain, that You understand just how needed he is to our church and to the whole community, and because of that we dare ask that You would show mercy to our pastor and leave him a free man.

May the Lord bless You!!!

Respectfully,

Daniel Akulov

09/04/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Franz G. Tissen, I live in Republic of Kazakhstan (Central Asia) and currently I am the president of the Union of Evangelical Christian – Baptist Churches of Kazakhstan. I am writing this letter of support for Vitaly Korchevsky.

I personally know Vitaly Korchevsky for about twenty years. As a minister I was invited to attend annual conferences of Slavic Evangelical Baptist Association of the Eastern Coast of America where Vitaly Korchevsky was a president of that association. I had an opportunity to get acquainted with him personally as with preacher and minister. I stayed in his house many times, with his family. I was watching hem very carefully in church and in family life and I can testify that he is a man of God.

We, on behalf of Baptist Union of Kazakhstan, invited him many times to attend different forums: Conferences, Congresses, church visitations. Vitaly ministered by spreading the Word of God by means of preaching, conducting meetings, teaching seminars. God truly blessed us abundantly through the ministry of our brother Vitaly Korchevsky.

Vitaly also assiduously supported ministry in Kazakhstan financially. He was sacrificially giving money for arranging different assemblies, for supporting ministers' families, as well as helping orphans and widows.

With unbelievable pain and sorrow we learned about charges that were brought against Vitaly. It is hard for us to believe that the man who was truly used by God, could do something like this.

Our prayers to God and our plea to You personally – please have mercy on Vitaly.

On behalf of many Christians

The president of the Union of Evangelical Christian – Baptist Churches of Kazakhstan

Franz Tissen (Seal and signature)

August 16, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Viktor Kirillovich Sipko and I live in St. Petersburg, Russia. I am writing to You regarding Vitaly Korchevsky. My desire is to testify about my brother by faith and ask that You would please consider my testimony when you decide the sentence in his case.

I first met Vitaly 5 years ago. I knew him impersonally prior to this by listening to his sermons online. He has a good influence on many of my friends and acquaintances. As a mentor and teacher, he inspires people to live a high moral life, called listeners to be useful to our neighbors, to society for the glory of God. Because of his financial position and openness of his heart, he helped in the construction of church buildings, assisted large families and elderly people in need.

I ask You, Honorable Judge Raymond J. Dearie, as You will be making a sentencing decision for Vitaly, please consider him as a person beneficial to the community and the churches, and keep him at liberty.

May the Almighty God bless You, Honorable Judge and all those who decide the case of God's minister Vitaly Korchevsky.

Respectfully,

V.K. Sipko

10/24/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

I am writing to You concerning the matter of our respected pastor of the church in Brookhaven, PA, Vitaly Korchevsky. Our deepest concern and our prayers are for Vitaly, so that the Lord will bestow His blessings and help in resolving of this matter.

We know Vitaly as a very sincere and honest, God-fearing, and kind man that has helped many needy people in the Republic of Moldova.

His sermons throughout time have brought much good and comfort to many Christians in our country. Many people here have stories of a changed life, as a result of the inspired sermons and after they have come in contact with pastor Vitaly and his work.

The Union of Christian Evangelical Baptist Churches of Moldova has counted over 18,000 Christians with over 370 churches. All of these people live in the poorest country in Europe, in the weakest economy with the lowest standard of living.

We understand, that without outside help from other missions and organizations from more developed countries, we in the Republic of Moldova cannot continue to exist. Therefore, we are truly grateful to God for people like Vitaly Korchevsky, who many times has helped out the people in our country spiritually and materially.

We ask You, Your Honor, to consider how valuable Vitaly is to our churches and our communities, and to leave him a free man.

Respectfully,

Nikolay Voziyan

(The President of the Union of Christian Evangelical Baptist Churches of Moldova)

09/17/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

We are the pastors of the local churches of the Central Region of Republic of Kazakhstan writing this letter of support for Vitaly Korchevsky on behalf of the members of our churches. We plea with You, Dear Judge, to consider more carefully this matter regarding Pastor Vitaly Korchevsky who was found guilty in case involving insider trading, case CR 381 (E.D.N.Y. 2018)

With great respect to You we ask You to apply your great authority to show mercy toward Vitaly Korchevsky in this case.

We also testify that our brother in Christ, Vitaly Korchevsky, took an active part in conducting Conferences of Church Ministers of Kazakhstan, was the main speaker for the Youth Congress of Counties of Central Asia, as well as was actively participating in different Christian Conferences in Kazakhstan and other countries of Central Asia. His ministry greatly appreciated and remembered by all Christians of Kazakhstan and in other parts of Central Asia, as it had a great influence on the spiritual life of many people.

We pray to God about our brother and also plea with You to grant him freedom.

Respectfully,

Pastors of the Local Churches of the Central Region of Republic of Kazakhstan.

Ph. (721 37) 7 61 40

Email: union@baptist.KZ

(Official Seal)

November 1, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Anna Wendland and I live in Germany, city of Detmold, in North Rhine –
Westphalia.

I am writing this letter of support for Vitaly Korchevsky. I know him for many years. We lived in
the same city back during the Soviet time, then we lived in different cities but we continued our
friendship all along. I know him as a true and sincere Christian, man who truly loves God, and
the one who walks before God sincerely and without any hypocrisy.

Vitaly is doing a lot work in the church, especially among and for the Youth, and he is an
exemplary husband and father.

I can not believe that Vitaly could do such things that he is accused of.

I beg You, Honorable Judge, please take a closer look into this case and help Vitaly Korchevsky,
so the innocent man would not be condemned. Do not separate him from the church and from
the family, do not let the children to grow up as orphans at the time when their father is alive.

May God help You in this matter.

Sincerely,

Anna Wendland.

09/22/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

Dear Judge, we, the Kyrgenov family – Ruslan, Olga and our kids are appealing to You regarding the case of Vitaly Korchevsky. We live in Kazakhstan and are members of the Evangelical Baptist Church "Preobrashenie" (Transfiguration). I myself, Ruslan Kyrgenov, was also raised in the orphanage that shares the same name with the church in the city of Saran.

We are writing this letter of support for Vitaly Korchevsky. We have known Vitaly for more than eight years. He has been to our orphanage, to our church, and also visited our Christian camp we have for kids which we call "Emmanuel".

Vitaly preached a lot, and I personally repented and changed my heart before God. He himself personally helped me with the restoration of my government-given apartment when I left the orphanage. And for these things I am truly very grateful to him. I am also very thankful to God for Vitaly Korchevsky because, because of him, I got the chance and an opportunity, and later I could start a Christian family.

We beg You that You don't take away Vitaly's freedom and the ministry that he carries. We pray for Vitaly constantly and we ask You, that he remains free.

Respectfully,

Ruslan Kurgenov

August 2, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Vitaly Sherepitka, and I live in Bălți, Moldova.
As a Christian man and a member of the local Baptist church, I want to testify for my brother in faith Vitaly Korchevsky. I beg You to take into consideration my testimony when you will pass sentence on his case.

I first met brother Vitaly several years ago when he visited our city to preach the Gospel at the Evangelism event on the stadium of our city. I am well aware of the conservative views of the local brethren, the leaders of the local churches, and know well what criteria was put forth to choose an Evangelist for the Stadium Evangelism. A large number of pastors came to the agreement on the opinion that it is Vitaly Korchevsky who is a worthy candidate for preaching the gospel to sinners. These brothers carefully and thoroughly examined his life, personality and activities abroad. They all came to the conclusion: this is a God fearing and righteous Christian man who is worthy to be a preacher for such an event as the stadium evangelism.

Personally, I did not know Vitaly very deeply, but one meeting was enough. From the first meeting I understood this: this man is humble and approachable despite his education and position in the society. He never boasted or flaunted about his achievements in serving God or from work for a large company. I also noticed a distinct uncompromising in regards to the Truths written in the Holy book. He always called black - black and white - white.

Therefore, I consider the situation that arose around him as misunderstanding and at the same time somewhat of a test from the Lord, for this reason I would like to ask You, Honorable Judge Raymond J. Dearie, to positively and mercifully resolve the question regarding the sentencing of Vitaly Korchevsky, in light that he is beneficial to the society, churches and first of all to his family.

Living in Moldova, I have heard many positive things about the American judicial system. Thereby I have hope that You Judge Raymond J. Dearie is the One of the judges, who within the frame of American laws, will come to personal and balanced, thought through decision in the case of Vitaly Korchevsky.

May the almighty God help You decide in accordance to His way and accomplish His will through You. I also pray to God, Who made this earth and heavens, for You, that He would be merciful to You, Judge Raymond J. Dearie, on the day when He comes to righteously judge the universe.

I wish You good health, high salary, good career growth and hope to see you in the position of the Supreme Court Justice of USA.

Respectfully Yours,

Citizen of Moldova- Vitaliy Sherepitka

Honorable Raymond J. Dearle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Raymond J. Dearle,

My name is Evans Zografakis, and it is with great respect that I write you this letter to request for mercy and freedom for my dear friend and Christian mentor Vitaly Korchevsky. I was present at his trial, under oath as a character witness.

I have known Vitaly for approximately 20 years and consider myself as a good judge of character. Vitaly is a great example of a selfless individual. We met when I purchased my home for my family in Edgemont, PA. Since that time we have become increasingly friendly and we have expanded·our relationship through similar occasions and most importantly our Christian faith. I was indeed interested in Vitaly's experience in Russia and how he was treated by officials concerning his Christian beliefs. His freedom was taken from him for doing what he truly believed in his heart was his real mission, spreading the word of God.

It is unfathomable that a true, honest and trustworthy mentor is facing the same challenge in our country. While the story shared by the prosecutors and the news may sound appealing to some, it is not the Vitaly Korchevsky I have known for twenty years. This man guides his friends and families not to steal, lie and cheat. He has taught us to be stand-up, honest and hard-working children of God and to strive and be the best individual we can be. I have personally witnessed Vitaly helping families in need, and through his church assuring children at Christmas have gifts to open. I have walked into his home and met

numerous families that lived with his own family while helping them to find work and a place to live so they could go on as a family and work through the challenges life presents to us. I have visited his home many times where youth groups were invited to enjoy activities and received guidance on how to become better citizens of the community.

I certainly understand that the headlines in the newspapers can be enticing to read. Once again, they are not a true reflection of the life Vitaly has lived. I know him for giving generously back to the people and to the church. As I know him, he drives an inexpensive car, does not own expensive jewelry and does not have a television or video games in his home. This is how I know Vitaly to live his life.

In closing your honor, I am prayfully requesting that you consider and grant mercy to my friend and Christian brother in Christ, Vitaly Korchevsky. I can say with certainty, that if you or anyone of us had a desperate time for the Lord in our lives, Vitaly would be the brother you would want sitting next to you guiding and praying for you and your family. I say this as I put my trust in you and feel Vitaly will be better serving our society with his continued guidance and mentoring through his Christian beliefs, which will enable all of us to be better citizens. God bless you in this enormous responsibility you have to our society.

Respectfully,

Evans Zografakis

October 6, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

May the Lord's Peace be upon you!

We are writing to you concerning the situation with Vitaly Korchevsky.

Our names are Oleksenko Valeriy and Alla and we reside in the city of Bălți, Moldova. We are members of the Evangelical Baptist Church "Bethany". We are active and serving members of the said church. I am a Sign Language Interpreter, responsible for a group of deaf people in our church. According to our strength and capabilities, as the God allows, we try to our best to help the deaf population in our city and other areas of our country, spreading the Gospel and assisting deaf people materially.

We have known brother Vitaly for over five years. Brother Vitaly has visited our country of Moldova several times to serve our people by preaching the Gospel. We have come to love brother Vitaly. To our family Vitaly has become a good example of a tireless and dedicated minister and laborer of God. We know brother Vitaly Korchevsky as a person who loves Gods Word and knows the Bible very well, and as a person who strives to live by the Bible. Vitaly Korchevsky is a wonderful preacher of God's Word. His sermons strengthen many people in faith and inspire to live a life pleasing God.

He preached God's Word in houses of prayer, in stadiums, as did Billy Graham in his time.

We know brother Vitaly Korchevsky as an honest, upright person, and one who is dedicated and loyal to God.

It is unbelievable and absolutely impossible for us to imagine that brother Vitaly is actually guilty of what he is now being accused of. We are sure that here must have been a misunderstanding here!

Our family continues to pray for brother Vitaly, that the Lord will strengthen him in this difficult time for him and help defend his honest name.

We plea with You, Honorable Judge Raymond J. Dearie, as You will make a decision on sentencing for Vitaly, to please consider him as a very beneficial man to the community and churches and please leave him at liberty. On behalf of our family, we ask everyone who will be involved in deciding the future fate of our dear brother Vitaly Korchevsky, please take a hard look at this case again. We beg you to protect brother Vitaly from false accusations and unjust sentence. May God help you in this!

May God bless you!


Respectfully,
The Oleksenko Family:
Valeriy and Alla,
Bălți, Moldova

09/26/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Kristin Bender and I live in Aachen, Germany. I am writing to you this letter of support for Vitaly Korchevsky. I would like to testify for my brother in faith and I ask You to take my testimony into account when You will be sentencing Vitaly.

I know and remember Vitaly Korchevsky since I was young, and especially when I was a teenager because even then he was a good example for me and other youth. His aspiration and desire to live by the Word of God in purity and holiness was a great model for us all.

When I moved to Germany I did not talk with him, but when I found him through the internet, I was overjoyed and thankful to God for such an opportunity that I can listen to his sermons that invigorate and inspire the soul and help live righteously in this life. This is the most important thing, this is what Vitaliy lives for, he is a good preacher and a great example for the society. I have recommended many people to listen to his sermons, and most were amazed and changed their lives for the better because his sermons touch the very bottom of your heart.

I ask You, Honorable Judge Raymond J. Dearie, that You make this decision concerning Vitaly Korchevsky, but remember how valuable he is to our communities and churches, and to leave him free.

May the Lord bless You and all judges, and give wisdom in the decision regarding God's servant Vitaly Korchevsky.

MAY THE LORD BLESS YOU!

Kristin Bender

9/20/2018

Judge Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Dearie,

My name is Andrew Shevchenko, and I am writing to you regarding Vitaliy Korchevsky. I live in Cleveland, Ohio and am an active member of United Baptist Church in Medina Ohio. I serve as a youth leader and a deacon, as well as a preacher for my church.

My work through and with my church is what crossed my path with Vitaliy, and I've known him for about for about 13 years now. At the beginning of that time, I knew him just as a respectable preacher and pastor. I listened to his sermons at my church when he visited, and at conferences. Each sermon was always filled with God's word and moved many to repentance, including my eldest daughter at the Youth Congress in 2015. Once my family and I met him personally and got to know him, he and his family proved to be a wonderful example for my family. Our family would visit the church in Brookhaven, PA and Vitaly's house was always open for us and other guests. He frequently opened the doors of his home to visitors of any status and did so with a kind and genuine heart. In his home, my family felt at home. Vitaliy has always been a kind and loving person, and he would often use his personal time and dedicate it to spiritual conversations with people. He would often offer his support in prayer and wise advice on how to deal with spiritual hardships anyone was going through. I first personally have received such counsel and support on various issues in my life. It wasn't out of the norm for Vitaliy to put the needs of others above his own, and that is what made him a respectable brother amongst all brothers of our churches. He's always been humble, never boasting about any materialistic things he owns. He's an amazing example to us of how a true, selfless, servant of Christ should carry himself.

Vitaly's reputation of being an honest, generous, patient, loving, kind, and selfless person all contributed to my shock and disbelief when news of Vitaly's arrest reached me. His behavior, and overall character, do not match what he is being accused of.

However, despite being accused of something he did not do, throughout his legal difficulties, Vitaliy still stayed true to his character. Most importantly, Vitaliy has stayed a faithful follower of Christ, completely relying on God for strength and wisdom through these hard times. Over the span of these 2 years, he's shown gratitude for all the overwhelming support and prayers of many brothers and sisters in different states and church. Him and his family still are a wonderful example to mine, even when going through these difficult times. I now ask you, Judge Dearie, to please treat Vitaliy with mercy and please set Vitaliy free.

May God Bless you,

Andrew N Shevchenko

Andrew N Shevchenko

September 15, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

> "Deliver those who being taken away to death,
> And those who are staggering to slaughter, Oh hold them back."
> Proverbs 24:11

My name is Nikolay Kramarenko, I was born on May 16, 1941, and I am a refugee from Abkhazia (Georgia). I moved to the USA on November 1, 1991 and currently am a citizen of the USA and reside at 5326 Hemlock St, Apt 133, Sacramento, CA 95841.

I am writing this letter of support for Vitaly Korchevsky and I would like to testify for my brother in faith; and I beg You to consider this testimony as You will do sentencing in his case.

I know Vitaly Korchevsky from his childhood. His family had moved to Sukhumi (Abkhazia, Georgia) in 1980. He is the same age with our oldest daughter. I was a friend with Vitaly's father as well. Our families attended the same church there.

From his childhood Vitaly was growing up as a very kind, compassionate, hard-working child. He was studying very diligently in the Music College. He was knowing for his great respect for older people and for those in authority, and he was even then a leader among the youth of our church.

It was well known that he loved to read Bible and he was distinguished among the peers for his great memory. Vitaly had great positive influence on his peers among the youth and he had never caused any conflicting situations. He was a great help for his parents in upbringing of his younger brothers and sister.

Since the time his family moved to America I met Vitaly infrequently. In this country he obtained his education, job, and citizenship and he treasure that. Here he established his personal family and he has wonderful wife and children. Here, in this country, he was elected by the congregation to be a pastor, and was also elected to be a president of the Union of Churches. Here, in this country, his written articles, his sermons, seminars, and his public speeches have a tremendous positive impact on people. His entire life (all who he is) is truly in this type of work.

Vitaly is not a type of person who for the sake of greed would compromise what is the most valuable thing for him in this world. He is not a hypocrite or pretender! In this I am profoundly convinced.

Dear Honorable Judge! I beg You to consider my testimony when You will do sentencing and please grant freedom for Vitaly, as for a man who is very valuable for the society. And God, Who is the Most Righteous Judge, will bestow upon You lovingness and blessings. I also want to bless You personally for Your rightness and justness.

With Full Respect,

Nikolay Kramarenko

Associate Pastor of the Rock-Land Baptist Church, Sacramento.

July 22, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

I, Viktor Lange, and my wife Irina Lange, wish to appeal to You with request regarding our pastor Vitaly V. Korchevsky.

We moved to Pennsylvania from the state of Massachusetts in 2012, because we had come to love the church where Vitaly Korchevsky serves as pastor.

He, along with his wife Svetlana, were the first to help us settle down in the new place. They have done much good for us, they helped to find a place to live, to find a job, and everything else that was needed to settle down at a new place.

Later, when we became acquainted with other peoples from the church, we found out that that they also helped very many others people as well.

Those people who moved here from other states here in America or from the countries of the Former Soviet Union spent their first few months living in the Korchevsky home without paying for their stay. Their house is always open to people.

We know Vitaly as an honest man and often heard him teaching how we as Christians should first be honest in front of God, then the government and toward each other; he taught to pay taxes honestly, because God sees all, he also taught to not be indebted to each other.

We know him, as a man who tries to fulfill the Bible in his life. If it is written in the Bible that we are to "... lend, hoping for nothing in return..." in Luke 6:35, then it is exactly how Vitaly acted, lending to others without asking anything in return. We know that some people did return what Vitaly lent to them, but some others did not. We know that he helped many people in our church financially during tough times in their lives.

Vitaly and his wife do all this as for the Lord. The Bible says in Acts 20:35: "It is more blessed to give than to receive." Therefore, Vitaly and his family are an excellent example for us in life. They always put everything that is for the Lord and for the people as first in their lives and only then what is needed for their family and for themselves personally.

Having known him for such a long time – we believe in his innocence.

We know that You, Honorable Judge, have a long experience in making righteous judgments, therefore we plea with You to show mercy for Vitaly Korchevsky and do all things possible from your side so that he will not be incarcerated but so he may continue his service to our church and the people.

Respectfully,

Viktor Lange
Irina Lange

09/27/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Alexander Sergeyevich Kalashnik and I live in Vestal, New York. I am writing to You this letter of support for Vitaly Korchevsky, and I would like to say few things about my brother in faith. I also ask that You would please take my testimony into consideration when You will carry out the sentencing for him.

For the first time I met Vitaly Korchevsky in 2000 at the youth conference in Ashford, Connecticut. He was a preacher, who sincerely was spreading the Light of the Gospel to young people. He also spent time having one on one conversations with individuals who needed him.

Since September of 2008, I was elected to be a secretary for the Union of the Baptist Churches of the East Coast of America while Vitaly Korchevsky was a president of the Union, and we had a privilege to carried on this spiritual work for quite some time working together among the churches. I can witness to the fact that brother Vitaly always came across as genuine, orderly, and honest person, and always acted worthy of his calling and always set up a good example to those around us. His family was a great example to others as well.

Vitaly had a great influence on my life personally as well, and he is an example for me of how to love the Lord God in entirety, how live purely in this world, how be a hard worker and how to love and care for people around us.

I personally do not believe the accusation against Vitaly, a person like him could not do those things. I ask You, Honorable Judge Raymond J. Dearie, please make a right decision regarding Vitaly, taking into consideration the main fact that he is a great benefit to the society and the churches, and please leave him to be free. May the almighty God bless You and all those taking part in this decision concerning God's servant Vitaly Korchevsky.

2 Corinthians 5:10 "For we must all appear before the judgment seat of Christ; that every one may receive the things done in his body, according to that he hath done, whether it be good or bad."

May the almighty Lord bless You and help you in the decision of this serious and important matter.

With respect,

Alexander Sergeyevich Kalashnik, pastor of the church in Binghamton, New York;
Secretary of the Union of the Baptist Churches of the East Coast of America.

August 05, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

Our names are Aleksandr and Valentina Vakhnin, we are residing in Eire, PA.
We are writing to You this letter of support for our dear brother in faith Vitaly Korchevsky, as we desire to provide a testimony about him, and we beg that You would please take in to consideration our testimony when you will make a sentencing decision in this case.

We have known brother Vitaly since 2002. And we know him as a blessed preacher, dedicated minister of God, responsive, sacrificial and always ready to help with kind advice, prayer or deeds.

Vitaly had visited our local church many times for the spiritual ministry reasons: he ordained ministers for our church, he prayed over the sick with anointing, conducted seminars, preached at youth conferences, conducted mentoring sessions for ministers of the church and for the members in general. Every time we saw in him a wise counselor, a preacher filled with the Holy Spirit teaching people to live by the Bible. Brother Vitaly always, no matter where he was, served people. He stayed in our home several times and it always was a blessing for our family. We saw in him an honest Christian man of high integrity, principles Christian, demanding to himself and to others. We have learned so much from him.

We ask You, Honorable Judge Raymond J. Dearie and all who assist you in deciding the sentence for God's servant Vitaly Korchevsky, please leave him at liberty where he is most beneficial to the community and the churches.

God's blessings to you in this very important decision.

Respectfully,

The Vahnini Family

09/28/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

Our names are Valeriy and Elena Sazonov and we live in Spring Hill, TN

We are writing this letter of support for Vitaly Korchevsky and our desire is to provide a testimony for our brother by faith. We are humbly asking You to take into consideration our testimony when You will make a decision regarding his sentencing.

We have known Vitaly for seven years as God-fearing minister. His sermons were big blessings for us. Vitaly Korchevsky has a great deal of deep knowledge of the Bible, and it is always a privilege to reach out to him with any questions concerning ministry or any life issues and he is always ready to give an advice and to provide support. At youth conferences, Vitaly Korchevsky instructed and urged youth to serve God, to be honest, to run away from any sin and taught them to be kind and gracious, and to be an example for the people among whom we live, study and work. For us Vitaly Korchevsky is an example of what it is mean to be God-fearing Christian.

We are asking You, Dear Judge Raymond J. Dearie, if You would please make a decision regarding Vitaly so that he could remain free as a man valuable for the society and for the church.

May peace and blessings be upon You, dear Judge Raymond J. Dearie, and upon all who are involved in the case regarding Vitaly Korchevsky.

Respectfully,

Valeriy and Elena Sazonov

09/14/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Tatyana Tkachuk and I live in Harrisonburg, VA USA. I am writing this letter of support for Vitaly Korchevsky. I would like to testify for my bother by faith. I ask that you take into account my testimony when you pass judgement on his case.

I met Vitaly for the first time at the annual conference of Association of Baptist Churches of the East Coast of America in Springfield, MA. After that he visited our church in Virginia and stayed with us in our home. My husband is also a pastor of the church and because of that we met with Vitaly many times at all sort of conferences. I personally saw in him a man who truly loves God, a man who strives to live a pure life. He always urged to reject anything that is sinful. In dealing with any issues concerning lie, hypocrisy, duplicity and double dealing he was always very firm and categorical. He always respected government and authority. He treaded all people with special attention and full understanding.

Vitaly's sermons and seminars would always bring great blessings personally for me and for my children. Knowing all this I truly doubt that he is guilty of crimes that he is charged with. Having said all of that, dear Judge Raymond J. Dearie I kindly beg you, please resolve this issue regarding Vitaly Korchevsky in a positive and favorable way. Vitaly is not a man that could be harmful to the society or to Government. I plea with you to get yourself more insightful into this case and to allow Vitaly Korchevsky to remain at liberty.

Dear Judge, we pray for you and about this entire judicial process of this case. We understand that above everything is God Himself, and it is God who produces goodwill in hearts of people and rulers and everyone who is involved in the decision making process regarding the fate of Vitaly Korchevsky who is the servant of God.

God bless you!

Tatyana Tkachuk

09/19/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Peter Evseev, I live in the state of New York, city of Syracuse. I am writing this letter of support for Vitaly Korchevsky and want to give a testimony for my brother in faith. I humbly plea with you that you would consider my testimony when You will make a decision regarding his sentencing.

I know Vitaly Korchevsky for nineteen (19) year. After our initial acquaintance we met very many times for conducting different ministry services, for discussing resolutions on different issues regarding life of different churches which are part of our association of churches. I was witness how Vitaly Korchevsky, as a president of the association, resolved the matters including issues pertaining financial matters and I can surly testify that he is a truly God-fearing man, very honest and righteous. I can testify that if anyone would call him "covetous or money-grubbing person" indeed does not truly knows Vitaly and most definitely doesn't comprehend his attitude towards money.

Vitaly Korchevsky always was teaching audiences to be pure before God and honest before people and the state (government) in all circumstance no matter what, and he himself never lied. He is indeed an honest man a great mentor.

I myself personally attended his trial in the court house and I saw what were saying the witnesses against Vitaly. Those are well known to us as well. I am sure that You, Honorable Judge, can definitely see it through and consider the matter rightfully.

I plea with you, dear Judge, as a man who is the warranty of law and rightfulness, please deal with this issue regarding Vitaly Korchevsky considering that he is truly needed for the society and for churches and grant him freedom.

May God Bless you!

Respectfully,

Peter Evseev

(315) 715-5448

September 12, 2018.

To: Judge Raymond J. Dearie

From: Alexander Orlov
Evelina Orlov
2375 SW Border Way
Gresham OR 97080

Dear Judge Raymond J. Dearie. My name is Alexander Orlov, my wife is Evelina Orlov. We live in Gresham Oregon (Portland area). I work at a bank as a branch manager, Evelina is a homemaker, we have 3 boys. We are members of Word of Life Slavic Baptist Church.

In 2008 we met Vitaly Korchevsky at a youth conference that our church hosted for the youth of our church and the youth of other neighboring churches. His sermons had strong message to the youth on how to repent sins and live holly life. Several young people accepted Christ after Vitaly's sermon. Vitaly has shown that a goal in life should be serving Christ and be very active in spreading the Word of God to others.

We got to know Vitaly and his family a little more when he attended more conferences at our church. He was also invited to a couple youth camps where we spent several days together. Thru our interactions with Vitaly we became friends. He has proven to be very conservative Christian and very ethical person.

Around May 2015 we learned about his arrest, which was very surprising to us. His recent "guilty verdict", was even more shocking. This is not Vitaly we know. We know Vitaly as completely opposite.

We are asking you to consider Vitaly's good moral character, and grant him freedom. We are asking you for your mercy. We thank you for your time reading our letter and giving it some consideration.

If needed, we can be contacted thru mail at the address listed above, email at alorlov@yahoo.com, or by telephone at 503-358-1201.

Sincerely,

Alexander Orlov

Evelina Orlov

Peter Metzger
4735 Normandy Dr.,
Galena, OH 43021
September 10, 2018

Dear Judge Raymond J. Dearie!

I am Peter Metzger live in Columbus Ohio. I'm writing to you about case of Vitaly
Korchevsky and would like to say my testimony about my brother by faith. I ask you to
take into account my testimony when you will make a verdict on his case.
I know Vitaly for more than 10 years as pastor and chairman of the Association of Slavic
Baptist Churches of the East Coast of America.
He had a great influence on me as a true Christian, as an honest and very dedicated
servant of God. He was in my house many times and we prayed together, read the Bible,
and solved various church problems. He reconciled many Christians if they had a difficult
relationship among themselves. He with other pastors ordained me for the pastoral
ministry and two brothers for deacons. I'm not afraid to say that with his active
participation our church in Columbus was formed and we are always glad to see him and
listen to his preaching in our church and also on the Internet.
I could still have a lot of good things to say about Vitaly Korchevsky, but I think that this
is probably enough. I ask you very much Mr. Judge Raymond J. Dearie to solve case of
Vitaly Korchevsky as useful to society and churches and leave him at liberty.
May God bless you and all who makes decision in the case of Vitaly Korchevsky.

Sincerely,

Peter Metzger

Peter Metzger

11/01/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Igor Trebushnoy, and I live in the state of WA.

Since I was 25, I was a pastor in a Russian church.

Me and my family, we personally know Vitaly Korchevsky, and also through our ministry in the church. It has been more than fifteen years since I've met Vitaliy through youth, family, and other conferences in which I also took part in and even some had personally organized.

Vitaly has proved himself to be very responsible toward the work of the ministry. He was always sincere in his interactions and relationship. It was not hard for him to share his feelings and worries about anything. Many young people and young couples received a lot of support and advice on how to live their lives. Many people came to repent after Vitaly's sermons. His honesty, sincerity and simplicity in the way of delivering the Gospel, which he loved, touched the deepest parts of the human soul. He always encouraged people to be honest and hardworking members of our nation.

Vitaly was also a guest in our family. Me and my wife personally experienced many blessings in our life during our fellowship with him. We never noticed any hint of lies or deceit, instead he was full of love. He was always compassionate if we ever had troubles and prayed together for each other. We know that Vitaly always sacrificed to help people in need, whenever it was needed.

Of course, we are very worried for our brother, especially when we have heard about his conviction. We are shocked and in the deep of our soul we do not want to believe that something like this could happened.

I personally would like to ask You, Your Honor, to have mercy on Vitaly when you will be making this decision concerning Vitaly's future.

Respectfully,

Igor Trebushnoy

Pastor

PHONE 253-335-4871

September 14, 2018

Andrey Agapov
55 Orchard Street
Greenfield, MA  01301

Judge Raymond J. Dearie

Dear Justice,

My name is Andrey Agapov, and I have been a friend of Vitaly Korchevsky for over twenty years. In addition to being friends, Vitaly and I have served together in onr church community for all the time we have known each other. I am the youth pastor at the Westfield Russian Evangelical Baptist Church in Westfield, MA, which is part of the same group of churches that Vitaly's church is a member of. We have spoken together at numerous conferences and have planned many events, and through all of this, we have had been blessed by the Lord in everything that went on. On numerous occasions, I have witnessed Vitaly making charitable contributions to those in need. I have stayed at his house several times when in Pennsylvania, and I know that his doors are always open for anyone who needs a place to stay.

Vitaly is known by myself and many others as an honest and genuine man. Listening to his sermons certainly is evidence of this. The passion and detail with which he speaks demonstrates that he does in fact believe and live according to what he preaches, and his sermons, seminars, and work as a pastor no doubt involved thousands of hours of preparation and prayer. Moreover, his sermons demonstrate a deep relationship with the Lord and a strong faith, as only someone with a deep knowledge of God and the Bible, and a love for God and people, would be able to preach as he does. Thousands of people have listened to Vitaly preach, and many have known him personally, including some who had repented and accepted Christ after hearing one of his sermons.

When I heard of Vitaly's arrest three years ago, I was deeply shocked, like many of those around me. The photo of him being led out of his house in handcuffs that accompanied many of the initial news articles was abnormal to me, and did not reflect any aspect of the man I have known for a very long time. I supported Vitaly though these years, spent many hours talking with him on the phone and in person, and attended his initial hearing and parts of the trial. I know Vitaly very well, and I will continue to stand by him and support him, because his charges and conviction in the trial are inconsistent with the generous and honest character of Vitaly.

Out of a deep respect and care for Vitaly, I would ask that in the sentencing process, Your Honor would treat him with mercy. I would even go as far to ask for his freedom. He has gone through a lot with these legal difficnlties, and is a good, honest man, someone I regard very highly. I would ask that you take interest in this letter and the numerous others that will be sent, and also in the support of the many, many others who know Vitaly.

Sincerely,

Andrey Agapov

11/12/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

Our family, Lisitsky Viktor and Nina, we have known the Korchevsky family since the 1950's, since the time we were young. Vitaly's father – Viktor Korchevsky was a very close friend to my husband Viktor since their childhood. In the early 1960's we had our weddings almost at the same time. And our kids were born in the same years. Vitaliy was the second child in the Korchevsky family.

When Vitaly was a child, I asked him what he wanted to be when he grows up, and he firmly replied that he wanted to be a "Preacher." And so, it truly happened. Wherever Vitaly was, he preached about truth, kindness, compassion, forgiveness and about God's love. And in all things, what he preached was the truth. When Vitaly Korchevsky moved to America, his father died and he took the function of a preacher upon himself.

I have heard that during Vitaly's sermons that Vitaly give thanks to the Lord for everything, when he was visiting many US states and helped lead a revival in many American's hearts and encouraged them to pray for those that work in government. In his sermons, Vitaly always called people to stand up and protect the truths of God, because it is vital to us, our children, grandchildren and the future of America.

Our family has always tried to not miss any conferences, that Vitaly Korchevsky either led or took part in. We sympathize with him in this hard time. We would hope that the Lord blesses everyone who will take part in making the decision concerning Vitaly. We would like to say that Vitaly is very needed to his family, to the Christian community, to the society and we ask You to leave him a free man.

Respectfully,

Nina and Viktor Lisitsky

September 26, 2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Vyacheslav Kozyuchko and I live in Odessa, Ukraine. I am writing to you this letter of support for Vitaly Korchevsky as I want to provide a testimony for my brother in faith.

I would like to ask You to take into consideration my testimony when You will work on sentencing for his case.

I know brother Vitaly Korchevsky as a God-fearing minister, faithfully preaching the Word of God. His sermons and discussions at seminars on specific topics and his participation at conferences, which you can see on the internet, exert a profound impact on believers. His sermons carry forth a refreshing reassurance, bring inspiration and comfort to my brothers and sisters in faith.

I ask You, Honorable Judge Raymond J. Dearie, to look into this matter more carefully and take into account that Vitaly is very helpful to both our community and churches, and grant Vitaly his freedom.

May the Lord bless You and give You wisdom in deciding this issue concerning God's servant Vitaly Korchevsky.

Respectfully

Pastor of the Central Church of the Evangelical Baptist Christians in Odessa, Ukraine

Vyacheslav Kozyuchko

09/27/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

Our names are Paul G. and Nataliya P. Boyko and we live in Zareche, Volyn region, Ukraine.

We are writing this letter of support for Vitaly Korchevsky. We want to give a testimony for our brother by faith Vitaly Korchevsky, and we beg your Honor to consider our testimony when you will do sentencing in this case.

We have heard about Vitaly Korchevsky in 2015, when the news about his arrest spread around. Churches around the world prayed for him and we watched church services in America on-line through the Internet. We got interested to learn about Vitaly, who is he and what has happened? Because of all this we started to listen to his recorded sermons on-line through the internet.

We want to point out that his sermons are truly Evangelical, without any deviation or heresy, without any favoritism, without any jokes or laughs.... This man is filled with wisdom and knowledge from the Lord! One more thing, when you Judge gave Vitaly permission to freely travel around the United States, we were able to listen to him preaching at different churches, and we witnessed that he continued to be the same Minister of God. What we mean is this, nothing changed, as he was preaching the pure Word of God genuinely and boldly before his arrest, so he continues to do it after the arrest as well. Through the sermons of Vitaly Korchevsky we receive encouragement and get strengthened. We introduced many of our friend to Vitaly although it is just through the internet. Today many people are worrying about him and praying for him. We are eagerly waiting for the next Vitaly's sermon. God most definitely uses this man for His Glory and for edification of God' people.

We are asking you, dear Judge Raymond J. Dearie, if you would please do what is in your power so Vitaly could remain free as a man valuable for the society and for the church.

We know that "the king's heart is in the hand of the Lord" and Your heart in His hand as well Dear Judge Raymond J. Dearie! May the Lord Himself direct Your heart in this matter. We wish that peace would be with Your home! May the mercy of the Lord be renewed over You every morning!

Paul and Natalya Boyko

September 25, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honorable Judge Raymond J. Dearie,

My name is Plokhova Lola and I am residing in Pennsylvania. I am writing to You this letter of support for Vitaly Korchevsky. I want to testify about my brother in Faith Vitaly Korchevsky. I and my family would very much plea with You to please consider our testimony when You be making your decision regarding his sentencing.

We first met brother Vitaly Korchevsky in 2008 and know him personally for all these ten years. When moved here from a different conntry the Korchevsky family and personally Vitaly tremendously assisted us in filling out paperwork, and registering our children for schools and colleges. His help was financial as well as spiritual. God showed us much mercy and care through this person.

Vitaly Korchevsky himself is a wonderful person, counselor and example for me and our children. His sermons and teaching among youth, in church, and at conferences encourage many and our children have returned from such events spiritually inspired. As time passed by, because of Vitaly's ministry, all of our children are now church members. Vitaly have an ability to listen and to understand others, and always gives useful and needed advice. You can turn to him at any time of day or night and be sure of his support. We know Vitaly Korchevsky as the most honest, selfless, and kind person.

We ask You, Honorable Judge Raymond J, Dearie, to decide on the sentencing for Vitaly Korchevsky in benefit to the church and community, leaving our pastor and mentor at liberty.

May the Lord Jesus Christ bless You, Honorable Judge Raymond J. Dearie, and grant You wisdom in regards to the God's servant Vitaly Korchevsky.

With our deepest respect,

My Sons and I,
Plokhov Pavel
Plokhov Sergey
Plokhova Lola

09/18/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Raymond J. Dearie:

Our names are Victor and Elenora Tsifra and we are writing this letter of support for our dear friend, our pastor, and simply a really good person Vitaly Korchevsky.

Ever since we have known each other Vitaly proved himself to be a God fearing and honest man. We are aware of many good deeds and actions which were done by this man. Vitaly Korchevsky has shown and continue to show love and compassion toward people and toward us personally.

When we moved to the United States we experienced to the fullest extend his support, care and real help in many different life circumstances. He gave us very wise and practical advices for our lives. We even bought a house because of his help.  He helped not just us, but also our close friends and acquaintances spiritually and financially.

This person is known for keeping his promises and also as a true Christian man who always does what he promised. His wisdom is well known to people as a gift from God and he freely shares it with his brothers and sisters by faith. It is impossible to evaluate his role as minister, mentor and counselor. Teaching and guidance that he gave us in personal conversations helped us to get established in faith, to get closer to God, to see and notice needs and problems of other people surrounding us. Vitaly helped us and supported us spiritually as well as through prayers and by means of financial support.

We do not allow ourselves even to think that such deeply God fearing and righteous man could be a part of the stories that we have heard. We know Vitaly Korchevsky for many years, and we can testify about his ministry and his daily walking before God in fear and reverence. The man who fears God cannot do something that is not pleasing to the Lord.

Dear Judge Dearie, please show your mercy, understanding, compassion and personal involvement when you consider this matter regarding our personal friend and pastor, who is a true Christian man to the full extent of this word and who is truly a good man. Please give him an opportunity to actively continue his ministry and to be with his wonderful family. We believe that our prayers and Your graciousness and wisdom will lead to a positive resolution of this matter.

Respectfully Victor and Elenora Tsifra.

08/13/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Raymond J. Dearie,

I, Alexandra Pavliukova, reside at 105 Edgar Ave, Aston PA, 19014, USA. The purpose of this letter is to address the case of Vitaly Korchevsky v. USA. With my family, I would like to strongly affirm him as my brother in faith, hoping that this letter will be taken into consideration by Your Honor as well as aid in the process of appealing the verdict.

From my personal experience and experience of my family, I see brother Vitaly as a godly man who governs himself wholly according to the words from Scripture: "Withhold not good from them to whom it is due, when it is in power of thine hand to do it" (Proverbs 3:27). In spring of 2011, when I joined the Slavic church community here in Brookhaven, Pennsylvania, I was expecting my first child while my husband still remained overseas. Brother Vitaly generously offered me his help in filling out the immigration documents, aiding me greatly in the process. Besides that, brother Vitaly and his family were of great monetary and moral support in the whole process. They gifted me with a crib for my newborn son; they even provided the means to acquire necessities like diapers. Vitaly and Svetlana never ceased to support me in the times of trial for my little family. After some time, my husband officially immigrated to the US, and met his 1- year-old son for the first time. The Korchevskys welcomed my husband with open arms and were once again reaching out to my family by offering him a job.

In the present time, even through all these trials, brother Vitaly is still in his service, actively doing all in his power to reach out to console and support his fellow church members through sermons, leading bible studies, and participating in other church activities. He always was and will be a solid rock of foundation for this church.

I, with my family and other fellow church members plead your honor to take into account our letters of attestation for our brother Vitaly Korchevsky.

May God bless you and give you wisdom in this process.

Sincerely,
Alexandra Pavliukova and Pavliukovs family.
(Singnature)

09/25/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Dearie,

My name is Pavel Pulukchu, a brother and member of the same church as Vitaly Korchevsky.

My family and I have known Vitaly for around 18 years after we visited the Church of which he(Vitaly) was serving as pastor. The first thing that struck me as an individual was Vitaly's love toward strangers and willingness to help in any way he could. I have heard of his kindness toward many people and it was confirmed when I had a need. The most honorable thing about him was that he helped without seeking anything in return. I personally had more than one incident when he helped me. One of those incidents was when I couldn't make it to church because I didn't have gas money. He asked why I couldn't make it, and I told him exactly why to which he immediately responded by giving me some money and telling to ask, if and when I would experience a need. Although this is a very small act of kindness toward me, I know he would help even if I had a bigger need. He is a very trustable person and very transparent in his service because he helps people and does not boast to others and puts his heart into what he does.

He taught from the pulpit and encouraged everyone to be kind and merciful to those who needed it, even if they didn't deserve it. After all mercy is not something all people deserve but all people need.

Your honor, I ask that you have mercy on Vitaly in this legal difficulty because its contrary to Vitaly's lifelong reputation. Although the Jurors decision is honorable, I ask you to grant him freedom so he can continue to serve as there are not many God fearing people like him. It would be disastrous for our congregation to not see him with us. He is our family member and if you would get to know him, you would consider him as a faithful friend. May God bless Your Judgment and let your heart be merciful to Vitaly because he and his family need your help. Thank you for hearing my voice.

Respectfully,

Pavel Pulukchu

09/24/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:

I am Yuliya Melnyk, currently living in Media, PA and working for Enterprise Holdings as a branch manager in Newtown, PA.

I have known Vitaliy Korchevskiy for thirteen years now. Vitaliy has plaid a huge role, of helping my family moving to the US back in 2005, by singing a sponsorship agreement. Through out this period Vitaliy was a great pastor in our Slavic Baptist Church in Brookhaven PA. My family and I have been going to this church for thirteen years now and we cannot imagine having a different pastor.

Vitaly has also plaid a huge role in mentoring me when I was going trough difficult times. There wasn't even one time, when he refused to listen to my problems or helping me with something that I needed. His house was always open to our youth, and anybody that needed a place to live while dealing with financial difficulties. Every member of our church can confirm that Vitaly is nothing but an honest man who fears God and loves his church. Vitaly's preaches and advises has personally impacted my life and every member of our church.

I am very surprised that Vitaliy is in such a difficult situation right now. I really would hope that he can be treated with mercy and can be let free. We need him in our church and I personally rely on your kindness and fairness.

Thank you, Dear Judge Raymond J. Dearie.

My best wishes,

Yuliya Melnyk

09/21/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Raymond J. Dearie,

My name is Alex Plokhov. My family and I reside in Brookhaven, Pennsylvania. We are writing to you regarding the case of Vitaly Korchevsky. We have a desire to witness for our brother by faith. Please consider our testimony when you issue a sentence on his case.

March 14 2008, is when I came to United States. It's been over 10 years since I moved to United States with my parents, brothers and sisters. I know my brother Vitaly for over 10 years. The first time I met Vitaly Korchevsky was at a Sunday church service at Crum Lynne Slavic Baptist Church. At that time, he was already a pastor there. Vitaly and his family helped our family come to United States. The first year was tough for our family. We didn't know any English and we didn't have any family living in Pennsylvania. Vitaly and his family provided us colossal help in finding a place to rent, helping us with any paperwork and a lot of moral support.

When we came to United States I was 15 years old. For a teenager like me it was a big move from one country to another. I had a hard time making friends and i would get myself in trouble a lot. But Vitaly was always there for me. He wasn't just my pastor but he also considered me as his friend. He did everything with love and absolutely free of charge. I always knew Vitaly as an honest, true, helpful man. In many difficult moments I faced, Vitaly helped me to realize that you have to put God first and everything else will come along. Vitaly Korchevsky always puts God first in every situation and God blesses him wisely with everything.

In the year 2015, before my fiancé Oksana and I got married, Vitaly would make the time to meet with us to talk about the importance of marriage and till this day we thank God for giving us this opportunity and for Vitaly for taking part in our marriage. My wife and I are now members at Brookhaven Slavic Evangelical Baptist Church, where we see Vitaly playing his role as a pastor. And one thing we know for sure is that he's an honest and God-fearing man and we would never believe that he is guilty. Since the day this case began about Vitaly, we never doubted Vitaly about his righteousness. We never had a reason to doubt the honesty of Vitaly Korchevsky.

We ask Judge Raymond J. Dearie, please take into account everything being said in this letter and the fact that there is no direct evidence to point out his direct fault and grant freedom to Vitaly Viktorovich Korchevsky.

Sincerely,

Alex and Oksana Plokhov

Dear,

Judge Raymond J. Dearie

I Lubov Ridna Live in Philadelphia Pennsylvania in United Sates. I am writing to you about the case of Vitally Korchevskiy. I wanted to let you know what I know about him, and give a good word about him. I Hope you will be able to read and take into account my letter when you make a decision on Vitaliy Korchevskiy's case. I know Vitaliy since the year 2000. I am a member of his church and have been going there for 18 years. He is a great pastor and very caring. When I first moved in he always was there to help me if I needed help. I got to know him A lot closer because of my dad who is 99 years old right now. Vitality was a busy man but always found time to come and visit my dad and talk to him. My dad loved spending time with him and talking to him about the bible. He would come over for tea or dinner and they could spend hours talking. He was not related to my dad nor did he owe him anything but he always found the time to come even to an elderly man. He prayed together with him and would help him with anything he could. I do not know how but he found the time for every single member of the church. He paid attention to every single member. He was an outstanding preacher and his sermons touched many people. People got saved in church because of his sermons and I also could listen to his sermons all day during work. They somehow could give me hope In hard times. Give me advice when I needed it. You could really tell that God spoke through this man and only a person who truly loves God and has God in his life could say these kind of sermons. However, the biggest difference he had from other preachers and pastors was that he lived what he preached. He did not only preach but he also acted by what he said. He helped out every member and after church he would come up to every person who he saw that was in a bad mood and offered to help if they had trouble. There where moments when he kept me in his prayers and came to my house to fix some things and just find the time to talk to me and encourage me. I believe that this man is someone who does a lot for others and he lived his life for others. He defiantly can do good for our church and we need him because there are very few people like Vitaliy. This man is someone who definitely lived a life for others and always had the needs of others in first place. He would never say no to someone if they needed help even if it was hard for him.

Your honor, I sincerely hope you take into account this letter before making your decision. May God bless you.

Sincerely, Lubov Ridna    L. Ridna

09/19/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Raymond J. Dearie:


Our names are Slavic and Luba Kurtynets and we write this letter of support on behalf of Vitaly Korchevsky. We live in Springfield, Pennsylvania and are members of the Brookhaven Slavic Baptist Church where Vitaly Korchevsky is the pastor of the church. We are members of this church since 2004 and we moved here because Vitaly Korchevsky as a pastor of the church became a sponsor for our family when we moved to the USA. During all these years we know Vitaly and his family very well. When we just arrived to this country we actually lived with them in their house, the same way as many other families who immigrated here. Vitaly Korchevsky's family is very gracious and hospitable family, they always receive visitors with joy and do it all as for God.

Vitaly is doing a lot of work for the church and other church invite him very often to conduct different services, conferences, conventions and all other type of the ministries. What Vitaly is doing is an enormous work for God and it is truly his calling to this ministry. The Lord truly blessed his works because we are witnessing as so many people came to faith to God through his sermons. Vitaly was also giving sacrificially, and he financially supported all who were in need.

When we have heard about accusations that were brought against him we simply could not believe that this is against our pastor Vitaly Korchevsky.

We pray to God and it is also our huge plea to You personally that You would let Vitaly Korchevsky remain as free man.

With deep respect,

Kurtynets family: Slavic, Luba and children

08/06/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Raymond J. Dearie,

My name is Olga Lypyak and I am writing this letter to provide a character reference for
Mr. Vitaly Korchevsky, whom I have known as a pastor and as a friend for a period of 20 years.
Please, allow me to share my personal experience with Mr. Korchevsky.
I first met Mr. Korchevsky as a preacher at one of the Slavic Youth Conference in
Massachusetts in 1998. Since then, I have corresponded with him regularly. At a time, I was
Youth Choir Director at Vitaly's neighbor Ukrainian church. I have always been impressed and
touched with his attitude toward young people. He had demonstrated hospitality, kindness, care
and passion toward our youth continuously.

Since the fall of 2011 my husband and I have become members of Brookhaven Baptist Church.
Going forward, in December of 2016, I diagnosed with stage 4 cancer. Vitaly learned about it on
December 31, 2016. That day, even though it was a holiday and Mr. Korchevsky had our Youth
Group over his house celebrating New Years, he chose to fast and be ready to perform a
special prayer, anointing me with oil according to the Scripture. The next day, my family and I
were invited over Vitaly's house for this special prayer mentioned above. No words can fully
describe its significance, meaning, and necessity. Not only I am remaining alive, I live quality
life, serving my family, my church, and my community. I believe God hears prayers and
performs miracles even today and He does His work through His people. I truly believe Vitaly
Korchevsky is one of them!

I know my family and I have always been welcomed at Vitaly's and his wife Svetlana's house.
They have provided emotional support and have shown continuous kindness and care. From
my experience with Mr. Korchevsky I can reassure you, it is not only his home that is open for
me and my family 24/7, it is HIS HEART! He loves and serves the Lord not only with his
preaching but with his daily care about ordinary people like myself.

I can confirm that Vitaly Korchevsky is a man of great integrity and is extremely dedicated to his
family, church and community. I can say it with total confidence that few men have contributed
to the society in a way Mr. Korchevsky has. Despite the current case, I still believe Vitaly
Korchevsky to be an honorable individual, a valuable member of our community and a good
human being. We need him among us!
Your honor, I sincerely hope you will give Mr. Korchevsky an opportunity for a second chance
while you make a fair decision.

Thank you for reading my letter.

Yours Faithfully,
Olga Lypyak

Vitaly Titov
119 Westminster Drive
Wallingford, PA 19086
610 499-3295
Vitalytitov@outlook.com

August 2, 2018

The Honorable Raymond J. Dearie
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: The case of U.S. v. Korchevsky, 15-cr-000381

Honorable Judge Raymond J. Dearie,

Writing to You is Vitaly Titov, a member of the Slavic Evangelical Baptist Church of
Brookhaven, Pennsylvania. I am writing to You with a petition about Vitaly V. Korchevsky, the
pastor of our church.

I will tell a little bit myself: I came to the United States in 1991, twice married, have children and
currently am a member of the above-mentioned church. I am from Vladikavkaz and served as a
deacon in the local church. I was removed from the ministry due to a specific sin. I came to the
US during my first marriage and got divorced here in the US. I was then again remarried, and
this goes completely against the official statements of the Russian Baptist Brotherhood in the
US. At first, no Slavic church would accept me, including the Ukrainian Church that I live
nearby (SBC). I was left searching for a church and was accepted to an American Baptist
Church in Lansdowne, PA. Together with my family we were members there for 10 years. We
made many friends with co-believers, but the language barrier made itself felt and we also felt a
lack of the spiritual food we were used to. We then began again to search Russian-speaking
church and our choice fell upon this church.

Our acceptance was not immediate and we understood that; there were reasons that I mentioned
above. Pastor Vitaly Korchevsky immediately left a good impression on me, I truly loved his
deep sermons, and although at times it seemed to us that he treated us with wariness, he actually
supported for our acceptance to the church membership, even though we received one-sided
treatment by other leaders of the church and church members. Why do I write all this to You?
Because I want you to understand that with my past, I could not receive any favoritism from
Vitaly or from the church as a whole. But it is Vitaly who practically gave me a second chance…

In addition to just preaching and teaching, to which Vitaly Korchevsky paid particular attention,
he showed diligence in trying to bring the truth home to the church listeners and intelligibly
explained Bible truths to the church, besides that, he showed many things with his personal
example. When the congregation acquired a building for holding services and it was necessary to

do remodeling, Vitaly left a huge impression on me because he personally spent much of his time in the church building participating in the work. For example, I saw that despite his busy schedule he stayed after all other people would leave, late into the night, and did paint church benches with the paint gun. He still continued to work full time, he continued to serve in pastoral capacity in our church, he continued to serve as a President of the Eastern Part of the Church Union and the Alliance, and on the top of all that he would continuously travel making multiple trips related to his ministry... I often wondered where did he get so much energy?

When I came to know of his arrest, I was in shock! I did not trust my emotions and impressions of him and began to search for all possible information, and obviously there was no lack of it at that time. I personally thought to myself that he is guilty of something, although not sure of what. With time, as I watched the behavior of Vitaly Korchevsky, I became more and more convinced of his innocence. I read many articles and comments stating that the church blindly believes in his innocence and blindly supports him; believe me this is not true. Many like myself, at first treated his arrest dubiously, but finally people saw in him a worthy example as he and his family were going through this extraordinary difficult situation. We all knew that all his accounts were frozen and his family was left practically without resources for surviving, and he was left with the need to pay bills of not small size... Despite his difficult situation, he never asked for any financial assistance and only asked the church to pray for him and his family! And God does keep them through.

It is impossible to believe that this type of person can consciously commit such illegal actions, plus I personally did not find any information from the press or elsewhere that could actually convince me with facts so I would to believe this.

It is my personal request to You, to a person who is vested with power and authority, to take into account my petition about Vitaly Korchevsky and stop this matter with full subsequent rehabilitation.

Respectfully Yours,
Vitaly Titov

09/22/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Subbota Rita Ivanivna and I live in the city of St. Valentin, in Austria; and knowing the situation I am writing to You this letter of support for Vitaly Korchevsky.

I got to know Vitaly several years ago, through the internet, by listening to his sermons. I also know for sure that many of my brothers and sisters in faith listen to his sermons as well and receive a lot of edification for themselves. We all are worrying for him, we are all concerned and care about his fate. We are not indifferent to his future because Vitaly Korchevsky is a wise and humble teacher for us in our Christian lives.

I beg You to leave Vitaly a free man, because he is very helpful to both our churches and the community. May the Lord bless You and Your family.

Respectfully,

Rita Subbota

September 10, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

My name is Yuriy Davidovich Pivnev and I am the pastor of the Church in Kulunda Village, Altai Krai, Russia, together with my wife Nadezha Nikolaevna Pivneva would like to write this letter of support for Vitaly Korchevsky.

I would like to testify about my brother in faith and I plea with You to consider my testimony when you will make your decision in his case.

We met Vitaly Korchevsky when we came to visit our children in America. He proved himself as a good, wise and sympathetic counselor. His sermons are peaceful in nature, and they positively affect the lives of believers. Even the members of our congregation back in Russia listen to his sermons regularly.

I also know that Vitaly Korchevsky helped very much our children who also live in America.

We pray to God and at the same time ask You to decide the measure of restraint for Vitaly in the favor of the community and churches, and grant him freedom.

Respectfully,

Y. D. Pivnev
N. N. Pivneva

10/05/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Vasiliy Sazukin, and I live in Moldova. I am writing to You this letter of support for Vitaly Korchevsky. I would like to give a testimony for my brother in faith. I hope that You take my testimony into account when You will be sentencing Vitaly.

I met Vitaly almost eught years ago, and since that time the Lord has allowed me to not only know him, but also befriend him. He became a very good friend and spiritual mentor to me. His faith, knowledge of the Word of God and how he applied it to his life, became big examples to me and many of my friends.

With the help and participation of Vitaly, we could organize many conferences and seminars, where the Word of God would reach many people, ranging from young newcomers to older ministers of the church. Listening to the Gospel, hundreds of young people came to the Lord God Almighty.

Ignoring the many opinions of him in recent news and social media, Vitaly stayed that same devout Christian, that left behind a good example of faith and how to be a law-abiding citizen, that taught others to pay their taxes and to lead an honest life before God and people; in business especially so that it would not be a tripping stone when preaching the Word of God. Even today Vitaly remains an example to many devout Christian people.

I ask You, Honorable Judge Raymond J. Dearie, to take into consideration Vitaly's importance to our communities and churches and to leave him a free man. Not looking at all the suspicion, Vitaly is clean before God, and we believe that his life before the Lord will be a great example to many more. We believe that if he remains free, he can still bring much good to our communities, churches and friends. Obviously, this will also be a great blessing to his family.

May the Lord bless You, Your Honor, and everyone who will take part in the making of this decision concerning our brother and friend. I believe that the Lord will give You wisdom in the making of many difficult decisions, when it is important to be honest before God and men. May the Almighty give You strength and health, and bless Your family.

Respectfully,

Vasiliy Sazukin

10/06/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Yaroslav Zayatz and I have lived in America for 20 years. When I first came to America, my first job was as a construction worker and right from the beginning of my arrival here I had the opportunity to meet Vitaly Korchevsky. I was amazed just how driven and ready he was to help any person in need, his desire to do good and praise the name of the Lord Jesus Christ.

One of the brighter memories is when Vitaly, not sparing any time or strength, established and developed a church in the area where he lived in and where he is the pastor. Through his genuinely Christian way of life, he has brought and continues to bring people to the Lord and to the church, where adults members of the church together with children alike can find warmth and love. And this is very important to show our kids the right way forward to the future. Kids are our future, and this is why Vitaly conducted huge number of youth conferences and congresses where he preached about honesty, virtues and goodness, modesty, chastity and compassion, and of course he taught youth how practically to love God!

It is also impossible to forget with how much vigor he created a prayer group in Springfield, MA which is still to this day is alive and active and continues to raise up prayers to God about many needs in our Christian world. I know Vitaly and his Christian way of life very well, and I know his attitude towards people around him and towards those in need. All the things that Vitaly has been accused of are totally incompatible with the essence of this person full of magnanimity and generosity.

Dear Judge Dearie, I respectfully urge you to make the right decision and to show mercy for this generous and kind souled pastor-minister. Everyone that knows him agree that his place is not behind bars.

We will pray exceedingly so that the Lord could set Your heart for mercy, and we pray for Your further life in eternity.

Respectfully,

Yaroslav Zayatz

10/01/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Lyubov Dyachuk and I live in Syracuse, NY. I am writing to You this letter of support for Vitaly Korchevsky. I would like to testify for him as of a God-fearing, trembling before the Name of the Lord, person. His absence from his ministry has been felt by every churche. His personal example was the way how he served the Lord.

He was an example for many people to follow. He was like a beacon that everyone tried to be like, everyone tries to emulate his faith in God. This is a very humble and honest man; knowing this personally makes ma immune to believe the accusations against him. May the Lord grant You wisdom to take a look again and again at everything before You sentence this man.

He is not my close friend. He is my brother in the Lord. I have known him for the whole sixteen years I have lived in America. He is a very rare, difficult to find true Christian that is filled with the Holy Spirit. These types of people must serve for churches as well as for the communities. I think that even throughout the time You have known him, You recognized for yourself as well, that he is much needed person for the society. Though You know better yourself, that those people who stand up against sin and unrighteousness are usually not accepted by society. I fear that this is exactly what has happened in this situation.

His sermons did not let for any compromise with sin. His sermons truly changed people for better, made them leave all the "dark" and unneeded things in their life. This is a truly spiritual battle, these "dark" forces are now trying to shut him down.

But blessed be the one, who would not go to fight against the one Anointed by God. I am from the former Soviet Union. I have lived throughout an atheistic system. I know many examples how the Lord put to the test us Christians. But the important thing was, that we did see the results, the fruits of that, though sometimes it took time to see it. I firmly believe that our God is a Mighty God and He is Undefeatable even today.

May the Lord's blessings be upon You and everyone else who will decide the fate of Vitaly Korchevsky. You are in our prayers.

Respectfully,

Lyubov Dyachuk

09/23/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear judge Raymond J. Dearie,

We, Olesya and Denis Mikhaylichenko want to witness that we personally know our brother in Christ Vitaly V. Korchevsky. I'm Olesya Mikhaylichenko, graduate of a Bible College of 2017. I was in college for 6 years and periodically had different teachers - theologians for each course. For the first time, I met V.V. Korchevsky on one of his counseling session. He was an unique teacher because he always paralleled the Word of God with his life and found himself not worthy of God's love because he is so humble and truly God's servant. He shared a lot of his personal experiences and I have noticed how he loves God, afraid to disappoint Him and had never took pride of his achievements. Instead, always pointed on God's mercy and His blessings. He is a very welcoming and loving pastor, who takes his responsibilities and post very seriously. Definitely, I can say that his teaching have impacted my life because I see how he tries to live by every single word of God which inspires me to do the same thing. He know the Bible very good and makes bible analysis in church once in a while. Often times V.V. Korchevsky and his family visits our church in Westfield, MA. By preaching the God's Word, he touches many hearts because sure Holy Spirit is upon him. He is a good example for all of us who knows him.

I'm Denis Mikhaylichenko, work as an Electrician and happened to work with V.V.Korchevsky on one of his construction site of 134 Lancaster Ave, PA. 19342 year of 2016. While working with him, I can tell that he was honest with me and kept his word about our agreement. Also, I can surely attest that V.V.Korchevsky is a very modest God-fearing person, who had never complained about anything. Had never seen any aggression or malice in his behavior

Always was benevolent towards my family, showed concern and was always ready to pray for us. It was a blessing to work with him. I was very surprised after hearing and watching all the online news that V.V.Korchevsky convicted of an offenses because this is not a V. Korchevsky I know.

We keep praying for him and his family, so God would strengthen them and help them to go through a valley of shadow to bring glory and praise to God. We also pray for you Judge J. Dearie, so God would give you wisdom and knowledge to make the right and fair verdict, because God doesn't leave his people shamed, but brings them to the light of truth.

We're asking you judge J.Dearie, please show your mercy and grant our brother V.V. Korchevsky with freedom since we as a church, still need our minister and his family needs a husband and a father.

Sincerely,

Denis Mikhaylichenko. 09.23.2018 (Signature)

Olesya Mikhaylichenko. 09.23.2018 (Signature)

09/04/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:

My name is Andrey Kornlyenko from West Springfield, MA. Vitaly Korchevsky is my cousin from my father's side. I knew Vitaly for a very long time and always heard nothing but good things about my cousin and brother though our Lord Jesus Christ. It was a shock to hear that he was accused of such an act and harder to believe that he was found guilty of it. This just does not fit the description of a man I know who is self-sacrificing, righteous, giving, and a true loyal follower of Jesus Christ. His acts of kindness for new immigrants are heard through the church community. As I know him, he is a great preacher and Pastor that God uses to pass the good news of salvation through Jesus Christ to countless people. When people come to Christ, it changes them completely, they become different people, they become better for the community. If Vitaly would be taken away from the community and the Church, we will never know how many people will be lost because they did not hearing our Lords message through Vitaly. Please, treat Vitaly Korchevsky with mercy and grant him freedom from incerceration.

Thank you for your time and service.

Respectfully,

Andrey Kornlyenko

09/04/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Most Honorable Judge Raymond J. Dearie:

My name is Joseph Sokolov. Currently, I reside in the city of Vancouver, Washington. I am writing this letter regarding Vitaly Korchevsky.

I have known Vitaly for several years. Since we first met he has become a very important figure in my life. I deeply respect him not only because he is my great uncle, but also because of the huge influence he had on my life and the lives of people around me. For me personally, Vitaly is a spiritual role model. His sermons and teachings inspire me to grow as a Christian.

Whenever Vitaly came to visit the area I live in, he would spend countless hours meeting with people that needed Christian counseling. Even in his busy schedule he would somehow find a way to meet with anybody who needed his advice, counseling, or just a simple prayer. Any time Vitaly was invited to speak at a camp or conference he would never take any donations that he could have used to fund his ministry. I personally witnessed how he would put aside his personal needs to serve others. No matter when and where, Vitaly always feared God and showed what a true Christian really is. I have many friends that have come to receive Jesus Christ as their personal Lord and Savior after hearing Vitaly's sermons. I myself have made many changes in my personal life through his personal counseling and hearing his sermons.

Truly, Vitaly is a man of God who always seeks his will lives to serve others. Seeing him go through such hard times has greatly strengthened my faith in God. Even in this situation God has been working miracles through Vitaly's life. Most importantly I pray to God that his will is done here on earth. Secondly, I know that often God uses people to achieve his will. Humbly, I ask you to please consider my short testimony about Vitaly Korchevsky.

Joseph Sokolov.

09/04/18

09/18/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:

My name is Tatyana Sokolov. I reside in Vancouver, Washington. I am writing this letter as a heartfelt testimony to the person Vitaly Korchevsky is and his wholesome character.

I know Vitaly not only as a relative (cousin) but as a man who influenced my life and many others. When he came to visit Vancouver, him and at times his family stayed in our home numerous times. We rarely got time to visit with him because when he came, that meant many requested meetings with families and individuals in need of prayer or counsel. Even though Vitaly is a very respected pastor, he was humble and generous with his time, even if it meant early morning meetings or staying up into the late hours of the night. I did not see Vitaly show favoritism, but he equally showed great care from the very young to the elderly. We saw that he did this selflessly, with the fear of the Lord, prayer and fasting. Seeing his love for the Lord, care for others, and by listening to his sermons, has challenged me to grow in my own personal relationship with the Lord.

I observed that as a man with a very busy schedule, when invited, Vitaly still tried to make time to come speak at family, youth, and teen camps and conferences. I personally witnessed and heard testimonies of how lives where changed. He did this selflessly without excepting any compensation for travel or time. Serving and ministry is Vitaly's passion, and that is where he invested much of his time, and money. He was a great blessing to many.

Our children love him as their uncle and look up to him very much because he leads by example. Words cannot express how much we love Vitaly as our relative as well. Vitaly is humble, honest, hardworking, passionately loves the Lord, the church and family.

Ever since his arrest and then conviction, my family and community are in a state of much dismay because that is completely inconsistent with the well-known character of Vitaly. In this difficult time, we see Vitaly and his family trusting the Lord and their unwavering faith. Our family prays for them every day and we know that Vitaly and his family are in God's hands.

Honorable Judge Dearie, with great respect and the realization that you have been granted the power, my plea is that you show great mercy and grant freedom to Vitaly Korchevsky. Please demonstrate your generous mercy by not putting him to prison.

Thank you very much for taking the time to read and consider my plea. May God bless you and your family.

Tatyana Sokolov

October 2, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:

The purpose of this letter is to ask leniency for Vitaly Korchevsky and his family. I ask for mercy because I had an opportunity to spend time with Vitaly. I have known him since 2007, when I met him at a conference where he spoke and was moved by his words. Since then I always looked up to Vitaly and wanted to become a minister when I grow up. I looked forward to each time I could see and talk to him again. His ministry had impacted many, and I was witness on multiple occasions how people recommitted their lives to the Lord as well as being a part of them and devoted my life to Jesus.

When I learned of Mr. Korchevsky's arrest I was bewildered. This was not Vitaly I knew. I've known Vitaly as passionate individual about what he does. I know for a fact, that Vitaly had done missionary work in Kazakhstan, Russia, Ukraine, Africa and other countries, where he exhorted other Christians to follow the Lord and evangelized to people there. I know that he often paid his own way on these trips and paid other expenses.

But my personal experience with Mr. Korchevsky is more profound. About a year ago, I had difficulty finding a job. I once spoke to him individually about my need and also told him about trouble my cousin was at the time. Vitaly had shown empathy, even though he was experiencing great difficulties himself. Yet, he said he will pray about my need. Eventually I got the job and next time we met, Vitaly was very excited to learn that I have found and got the job. I could see it in his eyes that he was truly happy for my success. To me he was an example of a man who can be jubilant with those who are joyful and sad with those who are in sorrow. Despite going through hardship himself, Korchevsky stayed loyal to his God. I have never heard him say anything negative about God or his accusers.

Dear Judge Dearie, my petition to you is to grant leniency to Vitaly Korchevsky. I believe that Vitaly is tremendously needed by his family at this time, as his family is experiencing financial and moral difficulties. I believe that granting Vitaly freedom will enable him to continue to be a blessing to others.

Sincerely,

Daniel Dorofeyev.

September 27, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:

We are writing to urge leniency in the sentencing of a Pastor Vitaly Korchevsky.

We have known Vitaly Korchevsky for more than 17 years, since we became members of the local
Russian Baptist Church and became involved in church activities. He visited our church frequently and
preached during our services and other church activities. His honesty, trustworthiness, loyalty,
openness, straightforwardness, and love for God's word (Bible) amazed us. His sermons always
encouraged us to be better Christians, to love people, and to serve them. In 2003 we asked pastor
Korchevsky to perform our wedding ceremony, and he kindly agreed. He drove couple hours to our
home town just to officiate the ceremony and then immediately drove back home to get to his church
activities. For many years we've seen him during numerous events, and he's been in different situations,
but we always seen honesty and openness from him.

His dedication, generosity, kindness, and willingness to help people around him hasn't changed with
years. And last year when our father suddenly passed away, at the funeral service we saw Pastor
Korchevsky. He came to comfort us and encourage us. He drove hours to offer his support at the time
when his own life had so many uncertainness.

We know many people that can declare that the Pastor Korchevsky has always been an honest, sincere,
generous, and highly regarded man. We strongly believe that the life of this man touched many lives.
We are still shocked that he was convicted of an offence, because it is inconsistent with Mr. Korchevsky
that we know. We ask that you please consider our testimony when you make your ruling. Please grant
him freedom.

.

Sincerely,

Viktor Lysenko

Kristina Lysenko

9 Deepwoods Dr
Westfield, MA 01085

October 10th, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

I, Yelena Bogdanov, reside in Vancouver, WA, USA.

I am writing to you in regards to the case of Vitaly Korchevsky. I want to witness for a fellow Christian and a relative of mine who is an excellent example for me of how to live out the Christian life. I humbly ask you to take into consideration my testimony when you issue the sentence on his case.

When Vitaly first came to United States we lived in Springfield, MA. There was a small community of Russian speaking families that were Christians. He started to help with the choir, as one of the choir directors. We have moved away to Northwest but still heard that Vitaly went to a Bible college.

Later on, I heard him preach when I came back for a visit to the Northeast in 1996 and again in 2000. He was one of the speakers in a youth conference. His teaching was clear and direct, explaining the Bible passages in a simple and easy to understand way. During my visits I had the honor to be welcomed to his home where I was always received warmly and kindly. During my stays at their house, I had an opportunity to observe that his preaching and his everyday life did not contradict each other. As a young adult I was still trying to figure out what life is really about. Seeing his financial success and yet still being committed to honoring and loving God; and choosing to spend his life on serving Him was a profound example for me.

Since then I have heard him preach many times in our church, ladies retreat, and on YouTube. He is always such an encouragement for me. Clear and uncompromising faith in God is what I have seen in him over and over again; both in preaching and in personal life.

I humbly ask You Honorable Judge Raymond J. Dearie to consider Vitaly Korchevsky's dedication to God and the Slavic Christian Community when deciding on his sentence and to please allow him to remain free so he could continue to encourage the church and serve God.

May God bless you and help you make the right decision in the case of Vitaly Korchevsky.

Yelena Bogdanov

08/29/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Raymond J. Dearie:

My name is Vasiliy Silko. I live in Prior Lake MN. I am writing to you concerning the case of Vitaly Korchevsky. I would like to testify a little bit about pastor Vitaly. But, before I do that, let me tell you briefly about myself. I was born in the city of Osh, Kyrgyzstan. I grew up in a Christian family. As for a born-again Christian, my utmost goal in life is to serve Christ. In 2004 we moved to America. When we moved, we found a large Slavic Evangelical community here as we never seen in our post-soviet homeland. I became fully engaged with the church activities both local and out of state.

So, I started going to conferences, visiting other churches with our churches choir, etc. As I was traveling out of state, I met many new people and pastors who helped me to grow spiritually and influenced my life to become a better person. Among those people was pastor Vitaly Korchevsky. I met him at churches and youth conferences. I always knew him as a great man of God who dedicated his life to serve God and people. Even during the hard time of his trials, he is continuing to do his ministry. When my fiancé and I asked him to officiate our wedding ceremony he did not refuse, but was glad to do it. This once again tells of his dedication to serve God and people even during tough times.

Pastor Vitaly has impacted the lives of many people around the world. In our Slavic Evangelical community, he is known as a very sacrificial servant of God who helped a lot of individuals and churches both here and abroad in their needs. The evidence of that is enormous positive feedback from the churches and people he ministered.

Given all this positive feedback and my personal encounters with him, I cannot imagine that all those accusations he is facing can be true. Therefore, I would like to ask You to carefully review his case. May God give you wisdom to consider all the testimonies and facts regarding the case of Vitaly Korchevsky and make the right decision to do what is right in the sight of the God Almighty.

Sincerely,

Vasiliy Silko

September 22, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

My name is Vasyl A. Mashika, and I am residing in Erie, PA. I am writing to You this letter of support for Vitaly Korchevsky. It is my desire to give a testimony for my brother in faith and I would like to ask that You please take into account my testimony when you will pass the sentence on his case.

I first met brother Vitaly in the beginning of 2005, when he preached at a conference. Sermons, instruction, seminars discussions, questions and answers sessions all of that strongly influenced my spiritual relations with God and assisted in my spiritual growth. Vitaly Korchevsky also had a strong influence on the youth in our church, on my friends, on brothers and sisters.

In 2013, Vitaly Korchevsky participated in one of my most important moments of my life, it was when I was ordained to the deacon's ministry, and I am very thankful to God that there are such ministers-pastors like brother Vitaly Korchevsky, who bring great blessings for all the people: for children, youth, young families and the church as a whole.

I ask You, Honorable Judge Raymond J. Dearie, to please make a decision regarding Vitaly Korchevsky in benefit to the community and churches, keeping him at liberty for the glory of God.

Honorable Judge and all who participate in the decision making process in the case of Vitaly Korchevsky, I wish you abundant blessings from God, wisdom, reasoning and vigilance. May God bless you, reward you and give you peace.

Respectfully,

Vasyl A. Mashika

August 1, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

we are seniors of the Slavic community her in Minneapolis and would like to plead with You for the life of our dear friend and pastor Vitaly Korchevsky. Please Honorable Judge find it in your heart to allow Vitaly to be free, to be with his wife, children and his community that looks up to him and honors him. we know You have a very important decisions to make and we only ask for mercy and freedom for Vitaly. It is the right thing to do in such extenuating circumstances for Vitaly and his family. If it is possible for You would You please let him receive such grace from your judgements.

Please be a merciful judge in this case and please know that Vitaly is a very good man with a big heart. We all come together and stand by him in such a tragic time for him, his family and our community. We ask You to please don't deny our request but allow Vitaly to be free and continue to be a productive member of our society and our community. Vitaly has been a friend and like a son, friend and a pastor to us. We have eagerly listened to his sermons that were so deep and life changing. Our lives have been changed and touched by this man that You Honorable Judge have authority to free. We beg You for mercy.

Thank You very much for the opportunity to write to You Honorable Judge. We will pray for You as You make a final decision over the rest of Vitaly's life and may You show him much grace and mercy.

With All Our Respect,

Seniours of Minnesota: Bondarenko Vera, Selyukov Nadezhda, Grom Polina, Bratkov Nadezhda, Bondarenko Aleksander, Vladica Nina, Onchanu Vasiliy, Solyanko Mariya, Myskiv Olga, Kochergina Raisa, Kocherrgin Nikolay, Zderzhuk Elizabeth, Malay Raisa, Malay Pavel Zderzhuk Anna, Zderzhuk Pavel, Paskar Vladimir

September 30, 2018

To:    Honorable Raymond J. Dearie
       United States District Court
       Eastern District of New York
       225 Cadman Plaza East
       Brooklyn, NY 11201

From: Yuriy and Nataliya Tsukanov
       18250 SE Troge Rd.
       Damascus, OR 97089

Dear Honorable Judge Raymond J. Dearie, I, Yuriy Tsukanov and my wife Nataliya Tsukanov, would like to appeal to you on behalf of our good friend, Vitaliy Korchevskiy. Currently, we reside in the greater Portland area, Oregon. We are members of Word of Life Slavic Baptist Church, and consider ourselves to be Christians. We have 4 grown children, and are both employed.

Our friendship with Vitaliy Korchevskiy is not a new thing. We have known him and his family since the time we lived in Kazakhstan (over 20 years ago). All that time back there, and for the two decades that we know him here in US, he has proved to be honest and caring pastor/preacher and a friend. His teaching was leading people toward fight against sin and growth in love for God and other people. As far as we know, has been faithful in serving different churches around US and outside of US.

When we learned of his sentencing, we could not sit still and not respond. What we hear from the court hearings, and what we know in life does not match. We ask that you consider Vitaliy's past in order to better interpret the present. We cannot demand, but only ask for compassion and understanding. We hope this short letter will help you make the right decision.

If you have any questions, we can be reached thru mail, or email: yuriytsukanov@hotmail.com, or by phone at (503) 803-4587

Sincerely,

Yuriy Tsukanov

Nataliya Tsukanov

09/30/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Dearie:

Your Honorable Judge Raymond J. Dearie my name is Nina Tchukanova and I live in South Hadley, MA. I am 60 years old, and a citizen of the USA. I have lived in Massachusetts for 20 years, I have 3 kids and 11 grandkids, my husband passed away on 5eptember 5, 2017. I am writing to you about the situation concerning Vitaly Korchevsky.

I want to witness for my brother in faith and minister of God, Vitaly Korchevsky. I ask you, Your Honor Raymond J. Dearie, to take into account my witness when you will be sentencing Vitaly.

I have known Vitaly for more than 15 years. His life was a good example for those around him, he was honest, giving, kind, responsive Christian that loved God and people. In 2003 he was the minister of my daughter's wedding, and he prayed for our daughter's life and the Lord heard all of his prayers and blessed her. On Septmember 5, 2017, my husband passed away and Vitaly came to be with my husband on his last few moments here on earth and to comfort us in our hard time, he prayed for us. My husband knew him very well and he would've said many things about him; good, honest, precious things. But he did not live to this time, but only worried for him and wished him blessings, and I believe it is my duty to carry on my husband's doings, and pray for Vitaly and to ask You, Your Honorable Judge Raymond J. Dearie, that when you will sentence Vitaly, to see his enormous value to our churches and community and keep him free.

May the Lord bless You, Your Honor, and everyone else involved in this question concerning God's servant Vitaly Korchevsky and help You come to the correct decision.

Respectfully,

Nina Tchukanova

10/06/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable JudgeRaymond J. Dearie:

My name is Fedor Shalygin; I am the member of the Slavic Baptist Church of Manchester, New Hampshire. I am a preacher of the Gospel for the Glory of God, and also serve my family, which consists of eight people. I am writing to You this letter of support for my dear friend Vitaly Korchevsky.

I would like to write a testimony for my brother in Christ and personal friend, and I wish that You would take my testimony into account when you will be sentencing Vitaly.

I have known Vitaly since 2004, and have heard many good testimonies about him. I remember a time when the congress of our churches chose him as the president of the Union of Slavic Baptist Churches of the Eastern US. I have met him at numerous conferences, congresses, and meetings that all took place in the US.

He sacrificed a lot for the churches here with his own money and was one of the people that helped us start the Bible college here on the East Coast of the USA.

I have had personal discussions with him when I had to endure tough times in the transitional parts of my kids' life, Vitaly and his family supported us, prayed for us and more. We formed a very trusting relationship, one where I could ask him questions and seek his support during any problems I had and he would help, no matter how busy he was with his ministry.

Vitaly Korchevsky is a teacher in the Bible College, teaching "Pastorology" and "Spiritual Counseling". I was a student of that Bible college from 2012 to 2017.Vitaly took part in many missionary trips. His house was always open for people who need to have conversations and counseling and not only for friends, but also for anyone who had problems in their journey through life, he helped many financially and in many other ways.

Honorable Judge Raymond J. Dearie, I beg You to consider such a decision on this matter so not to isolate Vitaly Korchevsky from the society, and to leave him free, as someone who is invaluable to our communities and churches.

May the Lord bless You! We pray and will continue to pray for You to our Lord Jesus Christ.

Thank You very much! Respectfully

Fedor Shalygin

Numbers 6:24-26

"The LORD bless thee and keep thee: The LORD makes his face shine upon thee, and be gracious unto thee: The LORD life up his countenance upon thee, and give thee peace."

09/13/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Timothy Selyukov.

These days You will probably receive many letters from Slavic Baptists in America. Many Christians are writing to you petition type letters regarding Vitaly Viktorivich Korchevsky. Through these letters the soul of the Slavic Christians can be seen. Many Christians from different regions are shaken up by the juries' decisions after the trial of the Vitaly's case and are turning to You with hope.

If You would allow me, I would like to tell You a story about my family. My grand father was arrested by the government officials in the Soviet Union and put him in prison for ten years. After the decade long incarceration, they sentenced him again, and this time he was executed by a firing squad. He was not a criminal, just a believer in Christ. This is what they did to combat "religious prejudice" in my former homeland. Nikita Sergeyevich Khrushchev wanted to show the last living Christian in Russia on television, and the authorities tried to do what ever they could to get closer to "that day". When the "perestroika" (reconstruction) came, you may recognize the term, Michael Gorbachev started changing many things in the Soviet Union. And that is when the government started opening many of the archives of the KGB. Sadly, not all. But I am not talking about the KGB, but about my grandfather. When an opportunity came to look into my grandfathers file, it was marked as "MISTAKE".

Your Honor, we as Slavic Christians, at this particular time are praying for You and for the entire situation concerning Vitaly Korchevsky. I have known Vitaly for a while, and in all these years I have known him only as a God-fearing man, a loving father and a good person.

In the Bible there is an expression, the question, "Does a fountain send out from the same opening both fresh and bitter water?". The implied answer is "no"

All these years, Vitaly has helped people financially wherever he knew about the need.

He was a good speaker at youth conferences, teaching them to honesty, to fear God and to be good citizens in the country we live.

I beg You very much, please be fair and sincere when You will be looking into, and deciding on Vitaly's case. Our family, believe that the judicial system in the USA has the resources to look into the questions and circumstances and rule on cases prudently and justly. Not in the way it was in the Soviet Union during the Stalin Repressions, when millions of people were judged incorrectly and sentenced wrongly.

I pray for You, Honorable Judge Raymond J. Dearie, and I hope that You will decide on Vitaly's case with wisdom and look into the situation of Vitaly Korchevsky, and take into consideration the main fact that this man is a servant of the Lord, and manifest Your mercy toward him. I ask that You make this decision and show mercy to Vitaly Korchevsky.

I am grateful to You for taking your time to read this letter.

With deep respect and with prayers for You and your family,

Timothy Selyukov.


16179 Godson Circle,

Lakeville, MN 55044

09/27/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Nadya I. Kalashnik and I live in Vestal, New York. I am writing to You this letter of support for our friend and brother in faith, Vitaly V. Korchevsky. My desire is to provide a testimony for him and I beg you to consider it.

I have known Vitaly for more than 15 years. Since that time, I had made every effort to attend all the conferences, congresses, where Vitaly was either preaching or leading a seminar, and he was invited to a lot of places. I saw how he was constantly surrounded by people who had questions for him. At times it would be hard for him, but he always listened to everything they had to say and then tried to answer each of them, at times he would have so many people in line to talk to him that he would not have an opportunity to even take a break and eat. And during the youth conferences he wouldn't sometimes even get chance to sleep because so many young people would want to talk to him one on one.

I always liked his lucidity, specificity, concreteness and honesty when it came to his answers. And I love to listen to his sermons on the internet. They have changed the lives of me and my children.

Once again, I ask You to consider how important and helpful Vitaliy is to the church and to the community. And I beg You to leave him free, to help those around him. I believe that God will grant You wisdom when it comes to this sentencing decision. May the Lord bless You and your family.

Respectfully,

Nadya Kalashnik.

09/12/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Nadezda Selyukova and I am writing to You this letter of support asking for mercy towards our dear brother and pastor, Vitaly Korchevsky. I am 79 years old, and I came to this country as a refugee from the Soviet Union where we did not have even a day of calm and freedom and were persecuted by the government simply because of our faith in God. We did not bother or disturb anyone, we simply wanted to love our God! This was a very difficult time. Now, living here, in this blessed country, where we can freely, without any fear of persecution go to church, preach the Word of God and help financially those who are in need. It is such a blessing to live in this wonderful country where I can be sure of the safety for me and my family. The only way to fully understand this, would be to experience such persecutions in the past.

The Lord has allowed You to be a judge, and to decide the fates of people. This is a very complicated and serious job. I pray daily for You and your family, so that the Lord would protect You and grant you wisdom in these decisions.

Our brother, Vitaly Korchevsky, also knows about persecution, his father was persecuted for preaching the Gospel. Vitaly saw this love for the Lord in his parents, and he is full of the same love for Jesus Christ even today. He labors a lot for the Lord, in this country, and also abroad. He goes anywhere people call him to and helps were help is needed. He has never refused to anyone and did everything in his power to help others. People could stop by his house for a day, a week, or even for months. He did not refuse to help anyone and did all in his strength to serve the Lord day and night. Believe me, an old person, that this man is a very, very blessed person, sincere and honest, not a liar, and loves God with his whole heart. If You would know him more personally, You would share these feelings for him.

I beg You, from the bottom of my heart, when You will be deciding the sentence for our dear and beloved brother and pastor Vitaly Korchevsky, please pray first and may the Lord bless you!

Do not send him to jail, he is needed here, outside, on freedom! He can yet do so much more for the Lord out here! May the Lord bless you!

With all respect,

- Nadezda Selyukova

09/17/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:

My name is Anna Mashika. I am writing this letter to testify for Vitaly Korchevsky.

I met with Vitaly in 2003 when I arrived to the United States of America. He was a speaker at the Youth conference in Erie PA. After his preaching I repented in my sins and accepted Jesus Christ into my heart. I still remember what he was saying. He read a passage from John 11 about Lazarus, how Jesus raised Lazarus from the dead. His words were filled with Holly Spirit and they touched my heart. A lot of my friends repented as well with me. So, my first impression of Vitaly was that he is God fearing person.

A few years later our youth group went to visit his church where he was a pastor. He invited a big group of young people to his house and offered food and place to stay over in his house. In the evening we had a nice conversation with Vitaly and he testified how God did miracles in his life, how God teaches him lessons and supports him in tough life situations. Vitaly always reminded our youth to love God with all our hearts. I saw another side of his character that he was generous, kind, openhearted, honest, and hard working. Later on, my mother was in a close contact with Vitaly seeking some immigration advices. He helped my mom to reach competent people who were able to help in that field. He did not accept any monetary compensation for his help but said he did so for the God's glory. We were impressed by his deeds.

Over years he visited our church regularly as a president of our alliance. Every time it was a blessing to hear his teaching and church was filled with people wanting to hear what he has to say from the Bible. He is a highly respected person in our church.

I was shocked when first read the information about Vitaly's arrest in 2015. I know him as an honest, God fearing person. I cannot believe that he could do any of those offences that he was convicted of. But I also strongly believe that judicial system will be fair and just to Vitaly. So, I am kindly requesting to grant Vitaly his freedom and treat him with mercy and respect. Vitaly can impact so many more lives and lead them to God. Not a lot of people wants to do so in our times but Vitaly listens to God's commandments to teach people the Way of Life.

Please consider my testimonial for my brother in Lord, Vitaly Korchevsky, when Your Honor will make a final decision about his case. I will continue praying for Vitaly, Your Honor, and everybody who has power in this matter so God will bless you and give you wisdom and guide you to the right decision.

Sincerely,
Anna Mashika (Signature)
323 West 2d Street
Erie, PA 16507
Phone: 8L4-823-1767

08/03/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Raymond J. Dearie!
I'm Nick Krivosheyev, live with my wife and 3 of our kids in Vineland, New Jersey. I am writing to you regarding the case of Vitaly Korchevsky. I have a desire to witness for my brother by faith. I ask you to take into account my testimony when you issue a verdict on his case.

I have known brother Vitaly for over ten years. In May, 2008 my wife and I was getting married and since we both new Vitaly as a good, honest and humble person. We asked him to be the one that married us. He had multiple class "meetings" with us and because of Gods Blessings and Vitaly's classes, we are a good family.

God had used Vitaly in many ways and I'm a witness. When I was still in youth, I been to youth conferences and I have seen how God was speaking through Vitaly's sermons, and youth that been living in deferent addictions were changing and now those kids not only good citizens, but also great examples to look up to.

Vitaly was always a good example for me. Even though I was just a middle-class electrician and he was successful Wall Street Broker, he would always talk to me like we were on the same level; he would always tell us how to follow God and how to make right choices in our lives.

I ask Judge Raymond J. Dearie, to take into consideration that Vitaly is useful to society, people and churches and resolve this case of Vitaly, please let him continue to be helpful to our community and society. Please don't sentence him to jail time.

I wanted to thank you Dear Judge Raymond J. Dearie for taking your time and reading my latter, I'm praying to God so he would help you in your not easy and complex job.

May God Blass you and your family,

Nick Krivosheyev

09/30/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Sergey Truderung; and I with my family live in Battle Ground, WA.

I am writing to You this letter of support for my brother in faith Vitaly Korchevsky, as I know the situation that he is in right now. I would really like to ask You to take into consideration my testimony when You will be making a sentencing decision in his case.

I am truly impressed and astonished by the sincerity with which this man walks before God. I have known him for more than ten years, he has come many times to visit with our church. I was present at many conferences and seminars where Vitaly took part in. I have listened a lot to his sermons online, many many times. His sermons and teachings are huge inspiration, they make you to want to be truly sincere in your faith and to serve the Lord even more. His work, interactions and discussions with the youth always strengthened them spiritually, and help the younger generation stay strong on the righteous path following the Lord. My children always love to go to conferences and discussions where he would be present.

I ask You, Honorable Judge Raymond J. Dearie, that you make the decision regarding Vitaly while remembering that Vitaly is a great benefit to our churches and communities. I beg You very much, please have mercy on Vitaly and grant him his freedom.

We would like to wish You all the blessings, to You and all those that will take part in this decision. May the Lord give you all wisdom to come to the correct resolution in this matter.

With the Lord's blessings,

Sergey Truderung.

# Benjamin & Zhanna Timakov



232 Buck Pond Road • Westfield, MA 01085 •

September 26, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Dearie:

My name is Benjamin and Zhanna is my spouse. We both are graduates of University of Connecticut with Doctorates of Pharmacy and are currently practicing pharmacist and raising 5 children to be God fearing, productive members of this society.

My spouse, Zhanna, and I are part of Mr. Vitaly Korchevsky's extended family through marriage. We have known him and his family for almost 2o years. We both witnessed Vitaly grow in stature and prominence within the Russian Baptist Church. I personally have served with him, as an assistant to the treasure, when he was the President of Russian Ukrainian Evangelical Baptist Union during the early 2000's.

During the years we have listened to many of his sermons calling for all to come to Christ and find redemption and salvation, to be the Christian light to our fellow man and help those who are need. Vitaly's sermons did not fall on deaf ears; we personally are better Christians and citizens due to his teaching from the Bible. And there were many whom he has helped with jobs, spiritual guidance, family counseling, and advice. His home was always open to many for meals at his table and rest for the night. There was much sacrifice of his time for God's work and done so joy. He diligently carried out God's commandment to preach to the world and live accordingly to the example of Christ.

However, we are all human; not one is perfect or without reproach. In light of what has transpired this past year or so, we bear a heavy heart for Vitaly, his wife Svetlana, his son and daughter. They all are faced with a heavy toll, perhaps too heavy. Judge Dearie, we petition you for mercy, leniency and possible freedom for Vitaly Korchevsky. We pray that God will grant you wisdom and peace in the decision that stands before you. Please seek God's guidance.

Sincerely in Christ,

Benjamin and Zhanna Timakov

08/30/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dearest Judge, Raymond J. Dearie!

We are Veniamin V Zudilin and Klavdiya G Zudilin, residing in Harrisonburg, VA, USA, writing to you in regards of Vitaly Korchevsky.

I, Klavdiya, would like to tell you how Vitaly Korchevsky's life affected my life. I was a teen when I first started to go to conferences that Slavic churches would organize in the East coast. Vitaly Korchevsky often was one of the speakers, and he was my favorite one because he would always preach about the cross and the fear of God. And not only he preached, he truly was a man, who has a fear of the Lord, and lives his life accordingly to what Joseph said in Bible, Genesis 39:9
"How then can I do this great wickedness, and sin against God?"

I believe that God is the Only One Who is mighty to save, but I also believe that on this earth, God made you a judge for a reason. And I beg you, just as Claudia-Pilot's wife in Matthew 27:19 "Have thou nothing to do with that just man."

Dearest Raymond J. Dearie, we plead to you, along with my family and my church, on the behalf of Vitaly Korchevsky. We have fasted and shed many tears. We appeal to you to be lenient on Vitaly, for his family's and children's sake. We pray that your honor spares jail time, so the thousands of Russian Christian youth would be able to hear Vitaly's preaching at the conferences.

With all sincerity,

Veniamin Zudilin and Klavdiya Zudilin

09/07/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Dearie:


My name is Pavel Sokolov. I live in Vancouver, Washington state. I write to you on behalf of pastor Vitaly Korchevsky. I am related to Vitaly through my wife, she is Vitaly's cousin. First time I met him was in year 2006. He came to Vancouver with his family to visit relatives and take part in our church services.

Vitaly had a very positive impression on my life. I saw a very good example of a moral character in him. It was based on his dedication to God, his family and ministry. I have heard of many testimonies from people he has helped. Every time he visited city of Vancouver, he would stay in my home and I witnessed how Vitaly would spend numerous hours meeting with people, doing free Christian counseling, caring for their souls. He has never put his needs above those of people that needed his prayers, advise or counsel. This was very hard on his wellbeing. Often deprived of sleep and fasting, he would never turn anyone away. He is a man of God.

Vitaly would also come to minister at our Christian summer camps for teens. Before his assets where frozen, he would never take any offering to cover his expenses. Many of our teens turned to God in repentance through ministry of Vitaly Korchevsky.

He has been going through these difficulties as true man of God, trusting in the Lord. Ultimately, we all know that God is in control of everything that happens in our lives. That is why our number one plea is with the Maker of the universe. But, we also know that God puts people in position of power to do His will on this earth. Our Bible teaches, «let everyone be subject to the governing authorities, for there is no authority except that which God has established. » Romans 13:1. Therefore, I am also pleading with You, as a Man who has a burden of making right decision regarding the fate of pastor Vitaly. Please consider my testimony about life and truly godly character of this man. I ask that You may spare Vitaly from imprisonment and grant him freedom.


Pavel Sokolov. (Signature)

5017 NE 128th Ct

Vancouver, WA-98682

September 20, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

I, Nataliya V Mashika, reside in the state of Pennsylvania, the city of Erie, and I write to you in regards to the case of Vitaly Korchevsky. It is my great desire to testify about my brother in faith and I ask that you would please consider my testimony when you will pass sentence on his case.

I first became acquainted with Vitaly at the end of 2003, when we have visited his church with a group of youth from my church. I became acquainted with him not only as a preacher but had a personal fellowship with him in his home. After that time, I also met with him multiple times at different conferences and church congresses.

Having become well acquainted with his family, I can say nothing bad about him. He is a kind, sympathetic and hospitable person that fears the Lord God and tries to fulfill the Word of God in his personal life. Such a servant of the Church as brother Vitaly has become an immense blessing for the Christian community. His sermons have a great influence on my spiritual growth, help to grow spiritually and strengthen in faith. Often, listening to his sermons and having personal fellowship, I have received answers to many questions in regards to my personal life and the life of those close to me. He can console and guide, and support in a difficult moment.

May the Lord God bless you, Honorable Judges Raymond J. Dearie, and those who decide the case of brother Vitaly Korchevsky. In addition, may God give You knowledge, wisdom, health to You and your close ones and many years of life. May in all things the Almighty God be praised!

Respectfully,

Nataliya Mashika

August 5, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

I personally know Vitaly Korchevsky from 1998. During this time, we had multiple discussions on different topics, both spiritual and about daily life. After each conversation, I have always found encouragement and received good advice from him. His honesty, direct approach and sincerity helped me personally during difficult moments in life and have encouraged me to do good deeds.

I would like to ask that You be merciful to him because I believe he will be helpful to many if he remains on freedom. His wise advice will help others re-evaluate priorities in life and direct their path toward serving people and God. I consider pardon to be the highest state of humanity and a mother to all goodness.

Sincerely,

Aleksandra Stovbyr, Ph.D.

30128 41st Ave South

Auburn, WA 98001

09/15/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Raymond J. Dearie,

I know this is one of the many letters You received; but I would like to tell You how much Vitaly Korchevsky has helped and encouraged me.

My husband and I were so honored that Vitaly was the one who led our wedding ceremony three years ago. His sermon to us has impacted our lives till this day. His sermon that day, and all his other sermons, to be a better person, and to love Lord and others unconditionally.

When we visited him in Pennsylvania, it surprised me how such a man that was "well off" lived so humbly. He could afford so much more, yet he chose to live humbly and help others in need. He was always so genuine and kind in all his conversations and went out of his way to make our trip memorable and wonderful. He is truly a person of good heart and intentions. Vitaly gas truly been a blessing to me in my life.

I pray and hope that Vitaly will be granted freedom to continue being that blessing for many others.

Sincerely,

Kapmar Ruth

September 20, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

We, the Shiva family, are appealing to You. We reside at 13801 NE Airport Drive, Vancouver, WA 98684.

We are writing to You this letter of support regarding Korchevsky. We have a desire to testify about one of ours by faith in God. We ask that you consider our testimony when you bring forth your sentencing decision for his case.

We have known brother Vitaly since the time we were still residing in Kazakhstan. Both of us had a chance to participate in joint ministries and it was a blessing. Very many people had found peace with God at the youth congress in Kazakhstan where Vitaly was a speaker.

Vitaly himself is a man who very sincerely loves God and serves Him diligently. Through his sermons, God pours immense blessings and even into our family.

Dear Judge Raymond J. Dearie, God also loves You very much. We wholeheartedly wish for You God's guidance in this difficult decision. We sincerely ask You to show mercy in this matter and do not doubt that the Lord Himself will reward You. May God bless you!

Respectfully,
The Shiva Family

Daniil Shiva
Lyubov Shiva
Olga Shiva
Veronika Shiva
Danil Shiva
Angelina Shiva
Milana Shiva

August 4, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Irina Dragoy, and I live in West Springfield, Massachusetts. I write to you in regards to the case of brother Vitaly Korchevsky and wish to testify about my brother in faith.

In May of 2017, I graduated from the Bible College in State College, PA. During my years in this college, I studied Sunday School Teaching track for 6 years. Our northern branch of the college held sessions in our church, Russian Evangelical Baptist Church of Westfield, MA. Periodically brothers from Ukraine, Russia and other places came to teach us during these sessions. Vitaly Korchevsky contributed the most to this ministry. We all loved the lessons he taught. There was much to take away from his lessons, both spiritually and practically. We, the students, always listened to him with bated breath, especially when he, with a quivering voice, spoke of the power and might of God and how fortunate we are to serve and worship such a God.

Brother Vitaly Korchevsky was and still is an exemplary brother and minister. Aside from being a major part in the life and activities of the Bible College, he often visited our church, Russian Evangelical Baptist Church of Westfield, since his mother, sister and brother live here. His visits and preaching during Sunday services were always a special occasion for us but what a thrilled blessing it was to have such a preacher teaching us throughout 3-day sessions in our Bible College.

I beg that You take into account my testimony when you decide on the sentence in his case.

I first saw Vitaly back in 2005 when we just arrived to the USA and from then on when he had opportunity to participate in conferences, congresses and other types of celebrations we had at our church. His preaching and his life always corresponded to that of a holy man, so it was always my wish that he remained in our church and moved to this church were his relatives live. When my sisters visited America, they both repented through his sermons. And what a great blessing I when I listen to his sermons on the internet.

I beg You, Honorable Judge Raymond J. Dearie, to decide the question regarding the confinement of Vitaly in benefit of the community and the churches leaving him at freedom.

I am very grateful and thank You, Judge Raymond J. Dearie and all who decide the case of God's servant Vitaly Korchevsky.

Respectfully
Irina Dragoy

09/23/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Raymond J. Dearie,

My Name is Fedor Shalygin III. I am a youth Leader and Usher at Slavic Baptist church in Manchester, NH. The reason I am writing this letter is to support Vitaly Korchevsky in the case brought against him for insider trading. Knowing the type of person he was and is now it is a huge surprise to hear of this news. We know Vitaly for his desire to help others in need. I can testify to his willingness to travel all over the US and also the world to preach the gospel and tell people about Jesus.

He is a very dedicated person in his mission living his life truly for Christ. I also can testify of my personal experience with Vitaly teaching "Pastoral Ministry" class in Bible College, it is incredible. He leads this class teaching about correct attributes and characteristics Pastors and Leaders need to have from what the Bible teaches us. It is not just teaching, Vitaly was leading by personal example, he lived and led people the same way as Apostle Paul. Vitaly lived by going around giving his all, supporting, praying for families in certain issues, treating people with love and just overall caring for others like Christ did. You can really tell what a person is made of by witnessing of what he does consistently.

Vitaly left huge impact on people through his preaching at annual Youth Conferences where at average about a thousand young people would gather together. His presence there was a huge impact on the youth, leading many to repentance of their sins. It is not just youth who would draw closer to the Lord, but through Vitaly's peaching other people even in leadership roles would get convicted and repent before God.

It is my request to you dear Judge Dearie that you would carefully consider my and many other letters and see how many people are truly impacted by Vitaly Korchevsky's life and ministry. He is valuable source of support and comfort to so many people of the society. Please, Dear Judge treat Pastor Vitaly with Mercy and kindness and let him to continue his service and ministry.

Thank You Very Much.

God Bless You.

Fedor Shalygin III

August 16th, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Raymond J. Dearie,

We are writing to you regarding the case U.S v. Korchevsky. We are Vera and Anna
Kovalenko and would like to testify about Vitaly Korchevsky's impact on our lives.

Our family has known Vitaly Korchevksy since 1982. His family spent a lot of time with our
family back in Ukraine. From a very young age, Vitaly Korchevsky's spirituality and knowledge
of the Bible impressed all of us. He has always been a light and a positive influence in our lives.
There were many times we came to Vitaly Korchevsky with questions, and he provided us with
answers that helped change our lives.

As we immigrated to the United States of America, we had the privilege of listening to his
sermons online. Even though he was not with us in person, he was able to change many lives.
Many church members repented because of his words and he brought many people to Jesus
Christ. People around the world are familiar with Vitaly Korchevsky and the ability he has to
relate God's word to all of us.

We are asking you, Your Honor, to not take away this light from us. Without Vitaly Korchevsky,
the Slavic Christian Baptist community will suffer greatly.

In conclusion, we would like to thank you for taking your time to read this letter. We are
grateful for You and we are praying for You. May You be blessed.

Respectfully,

Vera and Anna Kovalenko

8143 Filifera way
Antelope, CA 95843
(916) 723-0785

Alex Ryabukha

205 Fig Tree Way Manchester, PA 17345 Tel. 717-856-3386

10-25-18

Honorable Raymond J. Dearie.

United States District Court

Eastern District of New York

225 Cadman Plaza Brooklyn, NY 11201

**Dear Judge Raymond J. Dearie:**

My wife and I along with our 2 children reside in Manchester Pennsylvania. We attend Slavic Baptist Church of Harrisburg where I lead church's music ministry.

I wanted to take this time and write to you about Vitaly Korchevsky.

I had the privilege of meeting Vitaly about 13 years ago at a church I visited. He immediately appeared as a sincere person willing to help people around him. Throughout the years I've seen Vitaly take on many responsibilities around the Slavic church community. I ran into him at many conferences, gatherings, churches where he usually held a key role in organizing or speaking. I've seen Vitaly personally help many new immigrants that came from different parts of the world and who were able to stay in the Philadelphia area. He and his wife always served at their church with love and care. Vitaly is well respected in the Slavic community not only in the USA but all over the world where he is known. As a younger man, I have always looked up to him, his leadership and the ability to properly lead his family and church. The news of his conviction came as a shock and I can only imagine how devastated he and his family are. His conviction is inconsistent with my knowledge of Mr. Korchevsky.

I am asking for you to consider your mercy on him and granting him freedom.

Sincerely,

Alex Ryabukha

08/02/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

Although we have known of Vitaly Korchevsky since we were children, we have come to know him and his family close over the last 3 years since his arrest. It came as a shock to all of us when we heard about it.

God has used Vitaly in more ways than we can count in our personal lives. He has been to our house twice and we listen to his sermons on YouTube when someone posts them, we share links with friends. God has opened up many things to us through Vitaly's sermons. We have been to many of the conferences he was at and have always been blessed.

Since his arrest in 2015, we have been praying that God shows His mercy for Vitaly and that he can walk free and serve for God's glory. We have 3 kids. Our oldest ones are 12 and 9 years old and we have been praying daily for Vitaly and his family. Our children keep asking us why God allows this to happen to someone like Vitaly? Someone who loves and fears God. Someone who's life mission is to serve God. Why do these things happen to godly people? And these questions became great discussions with our children about keeping yourself pure, about how serving God doesn't mean God will answer all our prayers when we want them to be answered. Sometimes we have to wait. And sometimes the wait can take years. We read stories from the Bible about Job and Joseph. They were godly people who ran from sin. God used them in unbelievable ways for His glory.

Things changed in our family in the last 3 years. The way we look at the Bible, the way we see God in our lives, the way we teach our children about faith and daily walk with the Lord. The way Vitaly and his family are staying strong and trusting God in this whole situation is amazing to us. We know that without God it's impossible to live through what they have been living through and we believe God will work a miracle and no matter the outcome, His name will be glorified.

We pray every day that Vitaly can be acquitted so that he can serve the Lord by spreading His Word around the world. So that his children can grow up seeing their father every day. So that his wife can have her loving husband next to her. So that he can pass on his faith to many and many people and be a tool in God's powerful hands.

We pray to God and ask for your mercy in Vitaly's matter.

Thank you for taking the time to read this letter and taking it into consideration.

Vyacheslav and Natalya Tsybikov
Vancouver, WA

08/08/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Ihor Zbyshko. I am currently residing in Chester Heights, PA. I am writing to you in regard to Vitaly Korchevsky. I would like to make evident about my brother in faith and ask you to consider my testimony when you will be making your final decision in his case.

I've known brother Vitaly Korchevsky for more than ten years. During this period of time Mr. Korchevsky has had a great impact on my spiritual life. By knowing him personally and listening to his sermons I was able to establish closer relationship with God and become a faithful follower of Jesus Christ. As a pastor Vitaly was always willing to help and support in any circumstances. Furthermore, Vitaly's personal example of unconditional love to people, his sacrifice and service that he did in the name of Jesus Christ is a big inspiration for me.

I would like to ask you to leave Vitaly Korchevsky at liberty. He is valuable part of our society, many churches, his relatives, friends; his absence would be greatly missed.

God bless you!

Ihor Zbyshko

11 Bishop Dr.

Chester Heights, PA 19014

(610)425-7235

08/20/2018


Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Raymond J. Dearie:

I, Anna Dirda and my husband Sergiu are writing this letter of support for Vitaly Korchevsky.

We do have a desire to provide a testimony for our pastor and our brother in faith. We beg you to consider our testimony when You will make a decision regarding sentencing in this matter.

We became acquainted with Vitaly Korchevsky during the summer of 2007, when we were preparing our immigration documents necessary to move to USA for permanent residency. Our family called on Vitaly Korchevsky because we needed help with processing immigration documents as well as help with settlement in a new for us country. Vitaly agreed to help us and did it simply as if he would be a blood brother to us.

Because of his support and assistance our beginning in a new country was not as stressful or difficult as for most other families as ours who do not have any relatives in the country and do not know the language of the country.

For me and my husband, as just simply for Christian people who are members of the local church, our pastor Vitaly Korchevsky also serves as a spiritual father and mentor. His pronounced love for God and for people around us becomes very clear through his sermons and personal conversations. His sermons compel to live in peace and strongly motivate for honesty, self-sacrifice and humbleness, and all other virtues that are exalted in the Bible.

We beg You, dear Judge Raymond J. Dearie, please consider the fact that Vitaly is very valuable for the society and churches, and please consider this matter in such a way that he would remain at freedom.

May the Lord richly bless You.

Respectfully,

Sergiu and Anna Dirda

08/15/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Raymond J. Dearie,

My name is Nelya Astakhova, and I am 26 years old. I live in Coatesville, Pennsylvania and attend the Brookhaven Slavic Evangelical Baptist Church where Vitaly Korchevsky serves as pastor. I write to you to intercede on his behalf and ask you to take my letter into consideration as you determine his sentencing.

I first met Pastor Vitaly in July of 2014 when my family began attending his church. My father knew him prior to that and always spoke very highly of him. As I got to know him and his family better, I realized that he was a God-fearing man who devoted his entire life to helping others with what God blessed him. His family was wealthy but one would never say that by looking at him and his family. They drove and still drive very modest cars and use the big house that they own to take in anyone who is in need of temporary housing. Everything they owned had one purpose and one purpose only: to bless others by what God had entrusted to them.

I have also personally learned a lot from him as a pastor on how to practically live your life for the glory of God. His advice is always well thought out, has a deep Biblical foundation, and expressed in such a way that makes it easy to appreciate the wisdom with which God has endowed him. God simply does not work through people who are living in sin, and pastor Korchevsky has been used by God to speak to thousands of people around the globe. His sermons I always take close to heart because I know he practices what he preaches since I see him several times each week. I feel it is my duty to ask you on behalf of my brother in Christ to not sentence him to prison. He is a very necessary part of my spiritual community of believers and I believe he is being wrongly accused. His family needs him, our church needs him, and many other Russian-speaking believers who are scattered throughout the United States and the former Soviet Union, need his guidance.

I want to thank you for taking the time to read my letter and I pray that you make the right decision when determining the sentence for my pastor Vitaly Korchevsky. May the Lord God guide your heart and your mind as you make this very important decision which will impact not only the Korchevsky family but thousands of other believers worldwide.

Sincerely,

Nelya Astakhova

August 7, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

I, Sergey Semenyuk, residing in Brookhaven, PA, am the head coordinator for the Slavic Evangelical Children and Family Camp for over 10 years, and am writing to you in regards to Vitaly Korchevsky. I ask that you consider my letter when you make your decision in regards to him.  I have worked together with Brother Vitaly in our summer camps since 2004.

Brother Vitaly has been key in changing the lives of many teens that have come through our camps. Providing one on one counseling, brother Vitaly, helps young people find their purpose in life in Christ. We see these individuals change before our eyes in behavior, attitude and choices. Brother Vitaly is especially effective in tough cases. Parents that had conflict with their children before, call saying that their rebellious children have transformed resulting in peace in the household. Brother Vitaly is responsible for the spiritual side of the camps, developing the Bible lessons. He meets for discussions with groups of pre-teens and teenagers in the camp as well as provides an evening message for the entire camp each night to over 200 people.

I ask, Honorable Judge Raymond J. Dearie, that you carry out Your decision in favor of the young people that come through our camps. I ask that Brother Vitaly be able to continue to serve this community within this capacity. That he may be able to continue touching and changing lives of young people, helping them find their purpose in Christ.

May God bless you as you make your decision in regards to brother Vitaly.

Sincerely,

Sergey Semenyuk,
Head Coordinator of Slavic Evangelical Camp

10/05/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Raymond J. Dearie!

I'm Natalya Ridna. I live in Philadelphia Pennsylvania. I would like to write to you about the case of Vitaly Korchevsky. I have the desire to witness for my brother in faith.


I would like to ask you to take my testimony into consideration when you make a sentencing decision on this case. I know Vitaly Korchevsky for a very long time, more than 15 years and I would like to tell you that he a is very good Christian man and pastor who is ready to help anyone who is in need. The family of Vitaly Korchevsky are very hospitable people, people come to talk to share their problems and Vitaly listens to all of them. I know many people whom he helped.

I want to share with you one example from my experience, one time when I had very big personal difficulties I called my brother Vitaly Korchevsky, he did not take into consideration his personal time and  he personally with wife Svetlana Korchevsky came to my house the same day and we discussed my difficulties that I was going through. As a pastor of the Church he helped me in my difficulties. I was touched by his care for me. I want to say thanks to God that we have him with us.

I would like ask You, Judge Raymond J. Dearie, to let Vitaly Korchevsky to stay free because the Church and  the people around him really need him.

Dear Judge Raymond J. Dearie I would like to wish you God's Blessings in all.


With respect to you,
Natalya Ridna

09/21/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Inna Zbyshko. I am currently residing in Chester Heights, Pa. I am writing to you in regard to Vitaly Korchevsky. I would like to make evident about my brother in faith and ask you to consider my testimony when you will be making your final decision in his case.

I've known brother Vitaly Korchevsky since I moved to United States in October of 2005. I have been a member of the Slavic Evangelical Baptist Church in Brookhaven for more than ten years, where Mr. Korchevsky is a lead pastor. By knowing him personally and listening to his sermons I was able to establish closer relationship with God and become a faithful follower of Jesus Christ. As a pastor Vitaly was always willing to help and support in any circumstances. Furthermore, Vitaly's personal example of unconditional love to people, his sacrifice and service that he did in the name of Jesus Christ is a big inspiration for me.

I would like to ask you to leave brother Vitaly Korchevsky at liberty.  He is valuable part of our society, many churches, his relatives, friends; his absence would be greatly missed.

God bless you!

Inna Zbyshko

11 Bishop Dr.

Chester Heights, PA 19014

(610)999-1457

October 22nd, 2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Honorable Raymond J. Dearie,

My name is Paul Peshkov and since 2013 I have been a member of the church where Vitaly Korchevsky has been a senior pastor. As I recall, I have known Vitaly Korchevsky since 2001, where he came to our local church in Cleveland, Ohio.

I don't know much about his business life but what I can say is I have never meet man who is so people given & sacrificial as he is. I personal know people who came to him—even in the middle of the night— for spiritual & emotional help. I personally know people who he helped get a place to live for their families who are good people, immigrants, and don't have much money or credit to take out a mortgage to buy a house. He has not helped me financially in any way (except for wedding gift worth around $100) but I know for fact that he helped a lot of people in our church & in the USA. He did impact my life with his preaching of God's Word, The Bible.

He is a great example for me in serving people in need—spiritually & physically. I strongly believe he should be treated with mercy.

Respectfully,

Paul N. Peshkov

09/16/2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Honorable Judge Raymond J. Dearie:

My name is Inna Astakhov and I live in Coatesville, PA. I am writing to You this letter of support concerning Vitaly Korchevsky. I would like to give a testimony for my brother in faith and the pastor of my church. I beg you that You please take my testimony into consideration when you will be sentencing Vitaly.

I met Vitaliy in 2012 and I know him as a kind Christian man who is an honest, attentive person and a model citizen. Through his sermons and teachings, he encouraged the church, the families, and personally the members of the church. And not only that, but also everyone who came to him with any request for ant help.

I ask You, Your Honor, that when You will be making a decision about Vitaly Korchevsky, that You consider him invaluable to our church and community, and a honest citizen of this country.

May the Lord bless You and all of your staff who will take part in this decision.


Respectfully,

Inna Astakhov

August 19, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Raymond J. Dearie:

We, Aleksandr and Valentina Litvinko, would like to testify on behalf of our pastor Vitaly Korchevsky.

Knowing Vitaly for over 16 years, we have experienced only kindness from him and his family throughout all this time. Being of great help to us when we first moved to America, he provided assistance with housing and employment, all of which would be drastically more difficult to find without his help.

As a pastor, Vitaly has been instrumental in the lives of many, and been a key leader of the church.

We ask that you extend mercy on our pastor's behalf, as we know that God will bless you as you determine the final decisions.

May God Bless You,

Litvinko Family
15 Wildwood Ave.
Morton PA 19070

610 416 8066

10/05/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Raymond J. Dearie;

I David Ridnyy, live in Philadelphia PA. I am a member of the church in which Vitaly Korchevsky is the pastor. I am writing to you regarding the case of Vitaly Korchevsky. I would like to witness for my brother in faith.

I have known Vitaly Korchevsky my whole life. Vitaly Korchevsky, has taught me the key points to being a true Christian. I went to his church since I was a child, I went to our churches kid's camps, teens camps and now youth camps. I can witness that Vitaly Korchevsky always did everything in his powers to be there, and serve the Lord through preaching His Word and leading the camps spiritually.

Furthermore, I have attended seminars in our church where Vitaly Korchevsky taught young men, that had the desire to learn how to preach and put together sermons. Every time I came I saw how dedicated Vitaly Korchevsky was to his ministries. And one of the keys that Vitaly Korchevsky has taught me was to take God's Word very seriously. He always told us in order for our sermon to touch people's hearts and leave the seed there, we have to firstly be clean spiritually and live through it. Furthermore, experience it ourselves before we go out to preach. Because no matter how good you word your sermon or how literate you make it sound, if you are not 100 percent clean inside, or fully ready spiritually God cannot use you to spread his word and it will just be useless.

Vitaly Korchevsky also preaches at our youth conferences and I can witness that every sermon that he said when I was at one of the conferences, people came out to repent. God uses Vitaly Korchevsky for his Glory, God has changed thousands of People's lives through Vitaly Korchevsky's sermons.

I believe that if Vitaly Korchevsky did something wrong or dishonest in his career, and if there was really something unclean, then God would not be using him. But God needs this man to serve Him and continue changing lives.

Judge Raymond J. Dearie, I would like to ask you from the bottom of my heart to free our pastor Vitaly Korchevsky for the Glory of God.

Thank You!
Sincerely,
David Ridnyy

August 4, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

My name is Alexandr Plokhov, and my wife is Lidiya Plokhov, and we are turning to you with a petition about our brother-in-Christ Vitaly V. Korchevsky.

He is an excellent, wonderful brother, he would never refuse to help in a difficult moment. Vitaly would always help people and do what is in his power with God's help. He will listen to your needs, call to prayer, give a thoughtful advice on how to proceed in a given situation, and after that he would pray again asking God's blessings upon a person.

May God of peace and love arrange everything for You. May be the Glory and thanks to Him. We would like to wish You what is says in book of Proverbs 2:6 "For the Lord gives wisdom; from His mouth come knowledge and understanding."

Respectfully,

Plokhov Alexandr
Plokhov Lidiya

September 10, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

We, the Osipov family, are the members of the Slavic Baptist Church of Brookhaven. We have known Vitaly Korchevsky for over 15 years. We know him as a person who is sincere, fundamental, and sympathetic to needs of others.

Vitaly has always been attentive and have always attempted to provide assistance to people who are in difficult life situations.

We ask Your Honor, to take into consideration this testimony and extend mercy when you will decide the case of Vitaly Korchevsky.

May God bless you!

Respectfully,

The Osipov Family

09/14/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

Please take a brief moment to read my letter. In this letter to You, Dear judge, I would like to express my supplication regarding Vitaly Korchevsky, whose case You are handling.

My name is Vladimir Derkach and I along with my spouse and daughter arrived to America in 2004. Vitaly welcomed us into his home, where we lived and ate for two and the half months. He assisted us in finding the job and attaining proper documentation. Now, after fourteen years together in the same church, we with my wife have seen Vitaly take in many other people and help them as well. Throughout all these fourteen years, we have seen how he generously gave to others his time, strength and kindness. I personally know three needy families that he assisted financially in a huge way helping them to buy their homes. He also provided big financial assistance when we were doing remodeling of our church building.

Almost every Wednesday, Vitaly leads a Bible study in our church, which I attend regularly. Having watched Vitaly for so long, his life and his talk, his reasoning, I have never seen any cunning or injustice. Vitaly loves and fears God and always dealt with people honestly.

I plea with You, Dear Judge, to extend your mercy and kindness for Vitaly. Your decision will change many things in Vitaly's life.

I also want to thank You very much for a huge gift - we have seen Vitaly at freedom with us throughout all this time as You were working on his case.

We are very grateful to You. My wife and I continue to pray for his family.

[Signature]

September 16, 2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Honorable Judge Raymond J. Dearie,

My name is Igor Aleksandrovich Akulov, I live in Glen Mills, PA, USA. I am writing this letter
of support for Vitaly Korchevsky. I desire to testify on behalf of my brother by faith. I ask that
You would please consider my testimony when you will decide the sentence in his case.

I have known brother Vitaly for over 10 years, from the moment that I arrived to in the USA for
a permanent stay here. From that moment, my family and I have always felt his support and care,
especially in our first months here in the USA and upon purchasing a house.

Brother Vitaly has been a great influence in our lives through his sermons and personal example.
His sermons have great motivational force calling to a good Christian life and a walk before
God.

Aside from that, we have had substantial financial assistance from him when we needed to buy a
house and finances to fix it. Brother Vitaly dedicated his entire life to serving God and helping
others.

I beg You, Honorable Judge Raymond J. Dearie to decide the sentence of Vitaly by leaving him
at liberty, as a person beneficial to the community and the church.

I wish God's blessings to Judge Raymond J. Dearie and his family, as well as to all those in
whose hands rests the decision making process in this case of our brother Vitaly Korchevsky.

Respectfully,


Igor Akulov
Marianna Akulova

September 25, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

   We are the undersigned members of the Baptist Church in Brookhaven, PA, appealing to you with a request that you take into consideration our testimony and our opinion of him when you will make your decision in the case of Vitaly Korchevsky.

   Vitaly is the minister of our church. During those many and long years that we had been together in the same church with him, he proved himself as sincere, honest, unselfish, principled, and attentive to the needs of others.

   Vitaly is truly a minister of the church who would never do any compromise with evil. He always tried to defended the Biblical principles and himself lived by them. He did a lot of charitable work but he never was seeking for any personal benefits out of it, he never expected anything in return, and he was never looking for a glory for his benevolence. He spent a large part of his personal time in serving the church.

   We consider him a man with a backbone in his character. He is the type of person who does not change his core believes at whim. If he believes in God and for him the Bible is God's Word which he follows, then to compromise with sin in not in his character. This is how we know Vitaly Korchevsky to be. He lived, studied and came to believe in God in the environment of the past Soviet Union during the Communist regime. We also lived there and know how the communists attempted to "re-educate" each believer. If communist regime and communists were unable to crush his convictions and make him to refuse God then, then we cannot believe that living here, in America, where he had everything necessary for life and virtue, he would go against his own and Biblical principles for gain, using stolen information. We have never noticed Vitaly seeking personal gain in anything. Knowing his integrity, honesty, firmness in faith, we are convinced that as Christian he could not have acted in such a way for money.

   Once again, please take our testimony in to consideration.
We thank You in advance!
May God bless you!

Respectfully,
Gavrilyuk Family
Osipov Family
Injirov Family

September 4, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

I am writing You today to seek your understanding and ask for your mercy on behalf of Mr. Korchevsky.

For me Mr. Korchevsky is not just a pastor in our church, he is a very close friend that is always ready to hear you out and help you. When our family was in need of buying a home because rent for our big family (eight children) was too expensive, Mr. Korchevsky heard of our problems and decided to help out. Buying a house at that point for us was nearly impossible, but he came in at the right time and helped us finance our home that we live in now. That is just one example of the multiple times his kindness helped us out and pilled us through our hard times.

Even if I put aside all his financial help that he provided, Mr. Korchevsky was one of the only people I could share my happiness with and share my problems with. He is a person that truly dedicated his life first to God, then to his church, and lastly to his family.

Your Honor, through Mr. Korchevsky God helps our church to prosper, and he is without a doubt needed in our community.

In conclusion I would like to thank You for the time You spent on reading my letter, and I truly hope my explanations were reasonable enough to not have Mr. Korchevsky sit behind bars but instead keep helping the people that surround him.

Sincerely,

Vlad Chernikov

11/20/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Yelena Mitishov and I live in Wilmington, DE and I am writing to his letter of support for Vitaly Korchevsky.

We met in January 2002, when me and my husband immigrated to the US. We had no friends or family here, and the Korchevsky family helped us out when we needed it. They helped us to buy the essential things to live here in the US, and also helped us with all necessary paperwork and documentation.

We are members of the church where Vitaly has been a pastor since 2002. And this entire time Vitaly has been a blessing to both our church and everyone who has known him. He was always an example, in both words and actions, showing an example through his life always being ready to help those in need. Having kids, I can say that he dedicates a lot of time to children and teenagers in our church, teaching them the Word of God and high standards. Vitaly is also a big blessing to the younger generation of other churches across America because he speaks at many conferences and seminars about the teachings of the Bible.

I ask You, Your Honor, to show mercy towards our dear brother in Christ, Vitaly Korchevsky. He will continue to bring many blessings to our churches and communities if he remains free. I am a widow, who lost her husband, and I know how hard it is for children without their father, so I beg You to show mercy to Vitaly so that his kids would not grow up without their father and not suffer without him. He is very needed to them. May the Lord bless You.

With prayers for You

Yelena Mitishov

10/05/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Raymond J. Dearie!

My name is Maksim Ridnyy. I live in Philadelphia PA. I am writing this letter to you about the case of my brother in Christ, Vitaly Korchevsky. I have a desire to witness for my brother Vitaly Korchevsky.

I would like to ask you to take into account my good testimony when you will pass judgment in the case of brother Vitaly Korchevsky. I have known Vitaly Korchevsky for more than 15 years. All this time I know him as a good pastor and also faithful brother. Brother Vitaly has a very kind and sympathetic heart. With any questions or concerns, I could always turn to brother Vitaly and he was always ready to help and pray with me. Brother Vitaly, helped us financially and also in spiritual matters.

I live 45 minutes from the church and all this time I overcome this path because I love our church and our dear pastor Vitaly Korchevsky. I am very glad to carry my ministry as a choir director in his church. He is very important to us as a pastor and brother by faith. Brother Vitaly is a very good preacher through whom God changes hearts and people's lives, especially young people who need God's mercy.

Dear Judge I would like to ask you to free our pastor Vitaly Korchevsky from this case, as he is very needed for his church. Also, I would like to ask God's blessing and wisdom for You Judge and those who will decide the case of our pastor and brother by faith, so that the Lord could continue to use him for his ministry and preaching the word of God to people who don't know about the true living God.

With respect to you,

Maksim Ridnyy

Marsel Akulov, age 13
September 21, 2018
Addressed to Judge Dearie

Dear Judge Dearie,

I am writing this letter to persuade you to grant freedom to my pastor Vitaly Korchevsky. He is one of the smartest and trustfull people I know. His sermons are full of knowledge and he set a very good example to all of us. He would never do anything like that and if he would, he wouldn't lie. Also his son David. Amagine him. His father is getting sued for thing he never would have done. He is always worried and imagine what it will feel like if his father goes to jail. Didn't you love your dad as a kid? How would you feel if your dad was sent to prison for something he would never do? That is how David probably feels right now. I am especially sad because David is one of my best friends. Vitaly Korchevsky always teaches us when the teenager group comes together(ages 12- 15). He tells what is wrong and what is right and always teaching us from the bible. He also cares about the kids. One time I was going out from church and then he comes up to me and asks me if everything is okay. He doesn't only do this to me. I really want you to think about this and see if you can give him freedom.

Sincerely,

*Marsel Akulov*

August 12, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Raymond J. Dearie,

Vitaly Korchevsky is a great pastor of our church. We want him to be with us. Vitaly goes with us to camps, church, etc. He gave our family money to heal our mom. Also I want his family to be happy too. As I know Vitaly's family they are very kind and sharing.

Please Let Him Go!

Sincerely,

Meriam Akulov

(8 years old)

September 21, 2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Roland Vaynraukh, and my wife Svitlana, we are writing this letter of support for Vitaly Korchevsky.

We would like to testify for our Pastor and brother in faith, and we ask You to take our testimony into account when You will be sentencing Vitaly.

We met Vitaly Korchevsky at church on 5/17/2014, at the time when our family moved to the United States to live here. Before that we had heard many good things about him from our friends, relatives and even his sermons on the internet. For us, he was and is not only a kind and affable person, but also a spiritual mentor. We had many opportunities to talk to him, and also to pray with him and we could see that the Holy Spirit worked in our hearts to repent through him. Every time we had time together for the conversation, he was very eager and glad to help us and give us needed advice for any problems or difficult situations that we ran into. For our family, Pastor Vitaly Korchevsky is a good, honest and sincere Christian man.

We ask You, Honorable Judge Raymond J. Dearie, to see Vitaliy as a valuable person to our community and church, and to leave him a free man.

May the Lord's blessing be upon You!

Respectfully,

Vaynraukh Roland and Svitlana

August 8, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Raymond J. Dearie,

Vitaly Korchevsky is a nice and caring Pastor. He bought our family a big house. My mom is alive because Vitaly Korchevsky gave us money to cure my mother.

Sincerely,

Ariana Akulov

(6 years old)

September 13, 2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Honorable Judge Raymond J. Dearie,


I am Evelyn Ridna. I live in Philadelphia, Pennsylvania.

I would like to ask You to let Vitaly Korchevsky stay free because we all need him. He is a very Godly man. He sets a good example for church members and is a blessed church leader. I want my friends to have a father to be with. I am sure it is hard to be without a dad. We all need him for the camps that we have every year in which he and his wife help organize a lot of activities for us kids. We also need him for church sermons. I do not know what our church will do without Vitaly Korchevsky.

Please free him. We need him, the church needs him, and his femmily needs him.

God's blessings.


With Respect,

Evelyn Ridna

(12 years old)

August 8, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Raymond J. Dearie,

I am writing to let You know that Vitaly Korchevsky is a good person. He helps us at summer camp so we won't have bad time. He always lets us come to his house and swim in his pool.

He is the pastor of our church. He believes in God.

So, please don't put him to jail.

Sincerely,

Jonathan Akulov

(7 years old)

09/16/2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Honorable Judge Raymond J. Dearie:


My name is Mikhail Astakhov and I live in Coatesville, PA. I am writing to you this letter of support for Vitaly Korchevsky, and I would like to provide a testimony for my brother in faith. I would like to ask You to take into consideration my testimony when You will be working on imposing the sentence for Vitaly.

I have known Vitaly since 2002 when I met him personally during a Christian forum. I know him as a devout Christian, an honest person, and a good citizen of the country we all live in.

He is a great preacher and through his sermons he provides comprehensive assistance to many people in their spiritual development and personality.

Vitaly mentors also the younger generation, youth and young families, in their quest for spiritual growth and for practical guidance regarding family life in general, as well as for issues related to work, finances, and in other numerous aspects of life.

I ask You, Honorable Judge Raymond J. Dearie, that when you will consider the sentence for Vitaly, please take into consideration how great of a citizen he is, and how valuable he is to our community and churches.

May the Lord bless You personally and everyone who is going to take part in making the decision on this matter.


Mikhail Astakhov

09/14/2018


Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Dear Honorable Judge Raymond J. Dearie,

My name is Valentina Derkach. Please take a moment of your time to read my letter.

I know Vitaly Korchevsky's family for 14 years, from the first days of my life here in America. Vitaly's family was always nearby close and has done much good for my family and me personally. They helped us in all the matters.

We lived in Vitaly's home for over 2 months at his expense when we just arrived to America. They always set aside so much time for us and assisted in our needs and it was just us, they assisted others as well. They provided financial assistance, helped with filling out documents, and aided with getting jobs, often going to all doctors and other appointments with us, as we did not speak English at that time.

All fourteen of those years I have seen Vitaly's attention not only to our family but for numerous other people. In everything he did, he acted with justice and honesty. I remember when my husband lost his job, Vitaly made it his priority to help my husband find another job. Mr. Korchevsky personally went to interviews with my husband to help him get the job. My husband now has held this last job for 10 years and we often remember Mr. Korchevsky's kindness, generosity and attention for us. I know Mr. Korchevsky for all fourteen years as a good and upright man, a true Christian!

I want to thank You, Honorable Judge, for your wise decisions in this case, because of You we have been blessed to have Vitaly Korchevsky in our church during all this time. I am very grateful.

Dear Judge, I am begging You very much, please show your kindness and wisdom in regards to Vitaly Korchevsky when you shall make your final decision.


Respectfully,

Valentina Derkach

September 10, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

I, Tatiana Chernikova, residing in Aston, PA, and I write to You this letter of support in regards to the case of Vitaly Korchevsky. I wish to testify about this person. I ask that You consider my testimony when you will Impose a sentence.

My family has known Vitaly Korchevsky around 15 years as the most forthcoming and sympathetic person to the needs of other people. He has many times helped my family personally out of difficult situations, not just in word but in deed as well.

His sermons have greatly affected the life of my family, my relatives and the whole church. Vitaly has a great knowledge of God and serves as an immense blessing for many other churches in America.

It is our main request to Your Honorable Judge Raymond J. Dearie to extend mercy in regards to the sentencing of Vitaly Korchevsky, leaving him as free man.

We bless Judge Raymond J. Dearie, as well as all who will be involved in the decision regarding the case of Vitaly Korchevsky.

Respectfully,

The Chernikov Family
Tatiana, Pavel, Vitaliy, Daniil.

10/15/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

Our names are Andrey and Nataliya Semenyuk and we live in Media, PA. We are writing to You this letter of support for Vitaly Korchevsky. And we would like to testify for our brother in faith. We ask You to take into consideration this letter when You will be sentencing Vitaliy.

We first met Vitaly and his family thirteen years ago, when we moved to the US. He and his family helped us a lot in formalizing documents, and helped us find and rent housing. And from that moment, we have known him, and known him well because we go to the same church.

Our testimony about Vitaly is that he is a very kind and compassionate person who helps a lot of people in our church. He also helps a lot of people spiritually in our church, and personally with people that come to him.

We ask You, Your Honorable Judge Raymond J. Dearie, to make this decision concerning Vitaly, and remember how valuable he is to our communities and churches, and to leave him free.

May the Lord abundantly bless You, and everyone that will take part in the decision about God's servant Vitaly Korchevsky.

Andrey Semenyuk

Nataliya Semenyuk

09/17/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:

My name is Viktor Rumachik and I live in Brookhaven, Pennsylvania. I am writing you regarding Vitaly Viktorovich Korchevsky's case. I have a desire to testify to you about my brother by faith. Please consider my testimony to make your final verdict for Vitaly's case.

It has been at least ten years since I first had a pleasure see Mr. Korchevsky at an annual Slavic youth conference in the state of Virginia. I have always known Vitaly as a reputable, honest, just, true, bold, helpful and selfless man. As a young man, preachers and pastors like Vitaly, had always influenced my life in a good way. In my teen years I was addicted to Hollywood movies, which shaped my mind in a way that is considered negative not only in the religious circles, but also in professional secular circles. My brother by faith Vitaly, along with him like preachers helped me overcome my bad habits and substitute them with good ones; helped me become a moral human. It was two years ago when I met pastor Korchevsky personally. Before my fiancé and I married, Mr. Korchevsky met with us a few times to help us understand marriage, with important life lessons before we started our journey through the life together. I personally know another couple from another state, as well as a number of other local couples which chose to come for such classes. I have heard that Vitaly meets with people who need a mentor any time and any day, that includes nights.  All this work he does absolutely free of charge and treats such work as his calling and duty. Mr. Korchevsky, in his sermon about finances, teaches to be honest and responsible. In addition, he says that financial dishonesty reflects one's relationship with God. Vitaly's life, his sermons, his conversations and his actions always line up with one another. Pastor Vitaly admits his mistakes; feels remorseful about them as well as open to admit them. I personally witnessed it at a church members business gathering.

I do believe that Vitaly Viktorovich Korchevsky is innocent, for if he was guilty, he would admit it. One dishonest deed brings along more such deeds. I have been a member in Pastor Korchevsky's church for two years and have never witnessed or heard of his wrongdoings. With all said above in mind, I would not want to see Pastor Korchevsky imprisoned.

Sincerely the least,

Viktor Pavlovich Rumachik

September 26, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Sergey Plokhov and I reside in Brookhaven, PA. The reason of my letter is to intercede, Honorable Judge, on behalf of my spiritual mentor and pastor Vitaly Korchevsky.

My personal acquaintance with Vitaly Korchevsky occurred in March 2008. From that time Vitaly Korchevsky proved himself noble, honest, very attentive, with high moral qualities. Upon my every visit to his home, his attitude toward his family and the upbringing of his children, stirs warm feelings in my heart. Throughout the time that I have known him, Vitaly's serving in a spiritual ministry position as a pastor has demonstrated him as a person with a firm Biblical position, not allowing any compromise with his conscience.

In the capacity of a pastor of the church, Vitaly Korchevsky very thoughtfully conveys teachings of Jesus Christ and carefully interprets the Biblical principles and their concepts, being himself as example of implementation of these concepts. I have seen numerous moments of his life where he proves his teachings with the deeds.

His attentive heart is never indifferent or uncaring to the needs of the church and the lives of its members; this included my family and me as well. From our first days in America, Vitaly Korchevsky rendered repeated help.

Next, I would like to emphasize his selfless service as the President of the East Coast Union of the Slavic Baptist Churches. Vitaly Korchevsky understood the importance of the ministry and spent a lot of time traveling and visiting the churches of the Union to resolve important issues in the lives of the churches as well as issues related to the teachings of evangelical principles to the believers.

Vitaly was also often invited to visit other countries for the same purpose of supporting churches and ministries around the world. It is very clear that God has bestowed Vitaly Korchevsky with a special spiritual gift, and for as long as I have known him, Vitaly does everything possible to be beneficial to the community and the people amongst whom he lives.

I plea with You, Honorable Judge Raymond J. Dearie, please take into consideration my testimony and grant freedom for Vitaly Korchevsky!

Respectfully,
Plokhov Sergey

September 10, 2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Honorable Judge Raymond J. Dearie,

My name is Lyudmila Chernikova, and I am writing this letter of support for our pastor, Vitaly Korchevsky.

It is my great desire to see him at liberty, because he is irreplaceable as a pastor because he treats everyone with great love and care. Anyone can always turn to Vitaly Korchevsky with any problem or issue that worries the person and he will understand, support, help, and treat you with great sensitivity.

When my family had a problem, Vitaly did not spare any of his personal time, but came as many times as it was needed to provide guidance and support and that for me was an immense encouragement. I have always seen in him the manifestation of true and not hypocritical love and fatherly care for people. I have a large family and when we needed assistance in purchasing a house, he readily helped us in solving this problem. Just by looking at his life, I clearly understand that he is a man of God. I often wonder where he gets strength and health to make it to all the conferences, congresses, services, and seminars. From the human standpoint, it seems unreal, but God Himself supports him.

With all my heart, I am sure that he is innocent in the questions set against him.


Respectfully,

Lyudmila Chernikova

September 22, 2018


Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Raymond J. Dearie:


My name is Dmitriy Vishnjakov, me and my family immigrated from Kazakhstan to Germany 1.6 years ago.

My request to You is concerning Vitaly Korchevsky. When I lived in Kazakhstan, I worked in a home for children, in the orphanage, and that is where I met Vitaly. I have known him personally for nine years and I can personally say that he is a true real Christian man, a good preacher and a very sympathetic person. He has visited the orphanage many times. Whenever he does visit us, he spends time speaking with the children, he has helped us with the needs of the orphanage financially when we needed. Vitaly also has helped us to finance the renovation projects of the apartments for the kids that have grown out of the orphanages.

Knowing Vitaly Korchevsky so very well, I cannot believe in the accusations against him.

And I beg You, please do not take away his freedom.

With all respect,


Dmitriy Vishnjakov

0August 23, 2018


Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Raymond J. Dearie:

My name is Alex V. Lakson and my wife Natalie A. Lakson, we live in Minnesota, USA. We are writing to you this letter of support for the pastor Vitaly Korchevsky.

We would like to say a few words on behalf of this man. Through Biblical teachings, sermons and discussions with interpretations on Biblical topics, Pastor Vitaly Korchevsky helped us solidify our faith in God, helped to overcome many family difficulties and to become a stronger family. He always taught us to listen and obey to God, and to pray for those people that live around us.

Honorable Judge Raymond J. Dearie, we beg You, please keep Vitaly free, and may the Lord bless you.

Respectfully, citizens on the United States of America
Alex V. Lakson
Natalie A. Lakson

September 29, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Honorable Judge Raymond J. Dearie,

My name is Andrei Vyacheslavovich Zhuravlev, and I reside in Karganda, Kazakhstan. I am writing to You this letter of support for Vitaly Korchevsky. My desire is to testify about my brother by faith and I ask You to please consider my testimony when you will decide the sentence in his case.

I first met brother Vitaly in 2007 at conference in the city of Shymkent, Kazakhstan. After that I met him several times at other conferences, listened to his sermons live and through the internet, and personally prayed with him. From my acquaintance with him, I see him as a sincere, honest Christian, selflessly performing his ministry service, who truly desires to resemble Jesus Christ our Lord in his personal life. His sermons more than once urged me to look over my life and change something for the better, to strive for a righteous life. '

I beg You, Honorable Judge Raymond J. Dearie, to please decide the sentence for Vitaly considering him as a person who is very beneficial to the community and churches, leaving him at liberty.

May our Lord bless you to take the correct course of action in this uneasy matter, the case of God's servant Vitaly Korchevsky.

"Blessed are the merciful, for they shall receive mercy." (Matthew 5:7- The Bible)


Respectfully,


Andrey V. Zhuravlev

09/22/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Evelina Andreyevna Philimonova. I live in Karaganda, Kazakhstan; and I am writing to You this letter of support for Vitaly Korchevsky. I want to give my testimony, to say few words about my brother in faith. I would wish that You take my words into consideration when You will sentence Vitaly.

I first heard the sermons of Vitaliy about three years ago. And even to this very day, I continue to listen to his seminars and sermons. Truthfully, this is a man of God, an honest Christian person. The Lord is sending him hardships in his life to test his faith.

I ask You, Honorable Judge Raymond J. Dearie, that You would please make this decision concerning Vitaly, but take into consideration that he is very helpful to our churches and the community, and that we wish that he remains free.

May the Lord bless You! And may You make the rightful decision!

Respectfully,

Evelina Andreyevna Philimonova

September 22, 2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Artur Tissen and I am writing to you about Vitaly Korchevsky.

I saw many times how God used this man through his sermons. Many people found peace with God by listening to this man. May the Lord bless You in making the right decision.

I believe that Vitaly Korchevsky is innocent, because the Holy Ghost truly works through him.

Respectfully,

Artur Tissen

September 24th, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Sergey S. Nadeykin; I live in Kazakhstan. I am a member of the Evangelical Christian Baptist Church "Transfiguration". I am also an orphan who grew up in the orphanage "Transfiguration" which is also named after the church and it is located in the city of Saran, Kazakhstan.

I am writing to you with a plea for Vitaly Korchevsky.

I know Vitaly Korchevsky for about seven years. He visited our orphanage several times, he was also many times at our church, as well as at our youth camp "Emmanuel". He personally got involved in the needs of my life and helped me to rebuild an apartment that our government gave to me as to a graduate from the orphanage. I am very thankful to Vitaly for such help.

I am personally begging You to have mercy on Vitaly Korchevsky and let him to continue his ministry.

We continue to pray to God for Vitaly so he could be free, and from the deep of my heart I ask that You would do everything in your power to acquit him of the charges.

Respectfully,

Sergey Nadeykin (Signature)

09/22/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Katerina Moroz and I live in Saran, Kazakhstan. And I am writing to You this letter of support for Vitaly Korchevsky.

I know Vitaly Korchevsky personally because I was once a child in the orphanage called "Preobrashenie" (Transfiguration) in the city of Saran. When I was an orphan and lived in the orphanage, I had a chance to meet Vitaly Korchevsky, who would often come over here to help out the orphanages and to perform the ministry.

Vitaly is a very good servant and a preacher of God, and he is also just a nice person, one who cares about the lives of people around him. He personally assisted me financially by helping me to rebuild the apartment I received from the government when I left the orphanage. This act of kindness once again shows that Vitaly Korchevsky is not just a good person, but also a minister of God with a big heart, full of love and care. He has helped many orphans and widows in our church.

When I heard about the accusations brought up against Vitaly, it was hard for me to believe in that. I am very much worried about everything that is happening right now in the life of this blessed servant of God.

My personal request to You, Honorable Judge, please leave Vitaly a free man.

Respectfully,

Ekaterina Moroz

09/22/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Eugina Ravilevna Ilushina (Kazantseva) and I Live in Republic of Kazakhstan. I am writing this letter of support for Vitaly Korchevsky, regarding his case.

I personally know Vitaly Korchevsky. I was raised in the orphanage "Preobrashenie" (Transfiguration) in the city of Saran. When I was still living in the orphanage, Vitaly used to visit us and meet with us all personally. We all know him personally. He would come to Kazakhstan to help out us, the orphans. He served for us.

This man has helped my family quite a lot financially. He sacrificially gave money and helped to fix my apartment, and he also gave clothes for both me and my child.

Vitaly Korchevsky is also a very good preacher and a servant of God in the church. His life – is a bright example to live by!

When I found out about the accusation against him, I did not believe it, and I still do not believe it. I hope very much that You will make the right decision towards Vitaly and keep him free!

Respectfully,

Ilushina(Kazantseva) Eugina Ravilevna

September 23, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Kralya Alina V., and I live in Novoalekseevk, Ukraine. I am writing this letter of support for Vitaly Korchevsky to provide a testimony for my brother by faith, and I would plea with You to consider my testimony as You will make a sentencing decision on his case.

For the first time I have heard about Vitaly was from my relatives who attend the church where he is the pastor. I heard that Vitaly Korchevsky is laboring a lot at that place trying to help people around and exerts huge influence around so that many people would abandon bad sinful habits and turn to a righteous life.

I personally listened to his sermons on YouTube and received huge useful benefit for my soul. The sermons of Vitaly Korchevsky make me to be better.

I beg You, Honorable Judge Raymond. J. Dearie, please consider Vitaly as a very needed person for the society and churches and leave him at liberty.

May God bless You, Honorable Judge, and all other people who are involved in this process to make a wise decision!

Sincerely,

Kralya Alina Shkotina

November 12, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

Our names are Gennadiy and Svetlana Ivanov, we live in Canada.

We know Vitaly Korchevsky from our youth, and we know him as nice, honest, righteous and decent man. He is very responsible and selfless Christian. We with our children always attended conferences organized by him and always received huge spiritual edification, and we wish that all Christians would be as righteous toward all people around and as respectful toward the government as Vitaly.

Sometimes Vitaly visited us in Canada and our church loves him and loves his sermons. We are so thankful to God that here are people like Vitaly on this earth who has great reputation and who is a row model and example for all of us and especially for youth and children. He taught everyone how truly to love God, how to do good to people around us and how to respect the law of the country we live in.

We sympathize with Vitaly very much, and are feeling for him in his difficulties, and continue to pray for him and his family. We are very surprised by the charges against Vitaly and are pleading with You to treat him with mercy and leave at liberty as a person who is needed for his family, for churches, for Christian community and for the country.

We love Vitaly and are waiting very eagerly for the day when he will be completely free, we all wish that he would continue to serve for the Glory of God.

Dear Judge Raymond J. Dearie, may Gog bless and give wisdom to You and those who are working on the decision regarding Vitaly Korchevsky.


Respectfully,

Ivanon Svetlana and Gennadiy

08/03/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Raymond J. Dearie!

My wife and I, Anastasiya and Edward Ivanchenko, living in Mechanicsburg, PA, 17050, USA are writing to you about Vitaly Korchevsky. I have the desire to witness about my brother in Christ and I am asking if you could please consider my testimony whenever you will be carrying out the verdict/sentencing for my brother in Christ.

Vitaly is a family friend of my wife and I. He helped my wife's big family of 10 people get settled in the Philadelphia area when they moved from Columbus, Ohio. Three of my family members were welcomed into Vitaly's home for a few days before the official move during which Vitaly and his wife helped my in-laws find a house in the Philadelphia area which could accommodate their big family. Vitaly also coordinated things so the local church members would make sure that the house was spruced up before my wife's family's arrival to their new home. He also made sure that someone met my in-laws/their family at their new home whenever they arrived from Ohio and helped them move their belongings into their new home. Warm food was also brought to the new home which was an arrangement of Vitaly/his wife.

Vitaly did premarital counseling with my wife and I which we remember to this day despite being married about 4 years ago. Vitaly was also in charge of wedding ceremony/exchanging of vows and we are appreciative of his time that he dedicated to doing that for us. He also gave us tips on how to make our wedding for efficient so we wouldn't have to spend extra money. Vitaly is very personable and a Godly man. His sermons are also very touching and we know that God is speaking through him and using him as His vessel for His glory. There is no way that Vitaly can have such powerful messages/how God can speak through him if he would be living a double life.

I am asking if you could please Judge Raymond J. Dearie, to show mercy for my brother in Christ since he is a positive/helpful influence in the Slavic community. Thank you very much for taking the time to read this letter and God Bless everyone that is deciding on the verdict of my brother in Christ!

Respectfully,

Edward and Anastasiya Ivanchenko

August 7, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Letter to Judge in connection with Vitaly Korchevsky's sentencing,

Honorable Judge Raymond J. Dearie,

 I am Konstantin Dolzhanskiy dwelling in Manchester, NH USA. I am writing to you concerning Mr. Korchevsky sentencing. I am deeply concern about this case because I have known Vitaly Korchevsky for fifteen year. He had major positive influence on my life. Mr. Korchevsky always wiliness to help me and others, have taught me to be compassionate. He was always very attentive to try to make things right in everything and I learn that negligence or laziness is the way to destruction.

In conclusion, I was always amazed how sincerely he loves the Lord, his family, church and all the people, that he tries in everything to do what is the good thing to do. This man of high character is great asset to our country.

Thank you for taking my letter into consideration.


Konstantin Dolzhanskiy

07/31/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable judge Raymond J. Dearie,

We are, Oleksandr and Zhanna Dolzhanskiy, 534 Clay Street, Manchester, NH 03103 writing to you regarding the case of our brother in faith in Jesus Christ, Vitaly Korchevsky. We kindly ask you to take our testimony to consideration while making your decision about Vitaly's sentence.

We have known Vitaly for twelve years now. We first met during youth conference and were deeply influenced by his pure teaching of the biblical principles and doctrines. Every time since, every interaction with Vitaly, in person or through recorded videos, printed materials, would bring personal blessing, encouragement in faith and motivation for being better people. Later, when we had opportunity to host him as a guest in our house, we were convinced that he and his family lives according to his preaching. For us, Vitaly Korchevsky is an example of loyal citizen, reliable worker, faithful husband and loving father, attentive counselor and devoted pastor, person who lives in fear of God in any life circumstances.

We had opportunity to be present during court hearing and witnessed your professionalism and dedication to your job. Therefore, we kindly ask you to leave Vitaly free so he can continue his great service to the society, especially, to people in deep spiritual need.

May God bless you abundantly.

08/02/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Raymond J. Dearie:

We, Oleg and Tatyana Bogdanov, live in Vancouver WA. We are writing to you on behalf of Vitaly Korchevsky. He is our distant cousin. We have only good things to say about Korchevsky Vitaly. He changes lives where ever he goes! He is definitely filled with God's Spirit and it's a pleasure to be with him. At all our family gatherings whenever he was there with us, he always had something uplifting to say to help us spiritually. We never once doubted his innocence in this whole deal that's happening to him. His whole life and actions are opposite of what he is being accused of. He always welcomed guests to his house and helped people in need. He is very attentive to other people's problems and has an open heart to help in the name of God. We have a deep respect for Him. I think we listened to all his sermons about 100 times already and they never cease to be beneficial. He is our favorite preacher to listen to! We have been to many conferences where he was the speaker and couldn't wait for each conference to come where he will speak. His words have an enormous impact on us and everyone listening to him.

Everyone who got to know him, cannot think about his ending up in jail without tears. We were all crying after we heard the decision of the jury. We do not know why God has allowed this to happen to him, but we believe in his innocence 100% and hope that you will be able to see him for the person he truly is. Our children and us are praying for him, and it was very difficult to accept that the outcome was not what we believed it will be, it was hard for the children to understand, but we are still praying! He has not done what he is being accused of. We ask that you help keep an innocent man out of jail and allow him to spread God's word even farther. He is truly a man of God that impacts everyone around him.

Thank you for the time you took reading this letter. May God bless you in your decision about his future life.

Sincerely Oleg and Tatyana Bogdanov

September 13, 2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Vasiliy Pavlovich Boyko and I live in Syracuse, New York. I am writing you concerning the situation with Vitaly Korchevsky and would like to give a testimony about my brother in faith. I also ask You very much to consider my testimony when you will be working on the sentence for Vitaly.

I have known Vitaly since 2008 and I consider him my friend who I talk with regularly, and his words were always filled with sincerity and kindness. Every time after having a fellowship or conversation with Vitaly, my heart would be full with joy, my inner soul would get filled with peace and calmness. He is full of good-will and is very fair. The goal of his life is to preach the Gospel and literally fulfill the Gospel in his personal life. His goals and values of the life, and the meaning of life itself, are towards serving the Lord and people that are in need. I am sure that I do not know all of his good deeds, but from what I have heard and experienced, I can say that this is a man of the most gracious soul, and has helped very many people.

I beg You, Honorable Judge Raymond J. Dearie, to be fair and kind towards this issue concerning Vitaly and let him to remain free. May the Lord bless You and all those taking part in this decision, and help to come to a correct conclusion.

May the Lord bless and reward You bountifully up in heaven for your kindness.

With respect,

Vasiliy Boyko

To: Judge Raymond J.Dearie

From: US Citizen Yuriy Gaponov

8 Peaslee DR

Pembrke, NH 03275

Re: Vitaly Korchevsky

Dear Judge Raymond J. Dearie,

I Yuriy Gaponov resident of Pembroke NH, USA , seeking your attention in relation to the case of Vitaly Korchevsky.

I would like to share my testimony and witness in support of my brother in Christ Vitaly. I am asking you to consider my words, when you will make decision about his case.

I first met brother Vitaly about 15 years ago at Christion conference where he was preaching. Walking with the Lord Jesus Chris for 30 years now , I can clearly see that Vitaliy has true faith, that shines not only thru his word, but thru his life in general. He is known as very humble person, always ready to serve and be where the needs are. His sermons have always been very special for me and my family, they show deep understanding of the Bible and at the same time are very simple to understand. They are touching hearts of people off all ages. Working as a truck driver I keep listen his sermons over and over again during my trips.  Many of his thoughts we discus at our family Bible time and I noticed that they have influence on my children's hears.

I am asking you Mr. Judge Raymond J. Dearie to make decision that will set Vitaly free from prison. Please consider, that he is very valuable person to our Christian community and all the Slavic Churches.

May God abundantly bless you and other people involved in making right decision about the case of God's servant Vitaly Korchevsky.

Sincerely ,

Yuriy Gaponov

October 1, 2018

To:  Judge Raymond J. Dearie

From: Timofey Zayats
      1737 Graham Rd
      Macon, GA 31211


Dear Judge Raymond,

I am writing you in regards of Vitaly Korchevsky. When I heard that the verdict was guilty, I could not believe it. I have known Vitaly Korchevsky since I was a child and only thing I ever thought of this man was good.
Growing up as a teenager my friends and I were greatly inspired by Vitaly and his sermons and youth ministry. Vitaly preached about having good morals and living a good Christian life and how to deal with life and its hard times. His words helped me a lot going up. He was there when my father had cancer, he was there when my father had an accident working on our church Russian Evangelical Baptist Church.

Vitaly Korchevsky always thought everyone to live a Christian life with good morals even when life is hard.
I hope you reconsider the guilty verdict and look at who Vitaly really is and how much good he does for everyone in the name of God, he has always been a Godly man that lived a good and honest life and helped so many people along the way even when it was out of his way.


Thank you for your time.

Sincerely, Timofey Zayats

09/24/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Raymond J Dearie,

We are Ivan and Olena Dolzhanskiy from New Hampshire, USA.

We are writing to you regarding Vitaly V. Korchevsky. We know Vitaly Korchevsky personally for over fifteen years through different venues such; Christian conferences where he would preach, visiting churches and personal talks. We know V. Korchevsky as great men of faith in Jesus Christ, whose name he preaches and lives by.

We personally have been touched by his life of faith, his sermons and different seminars not once have steered our heart to Godly living. His life has influence on our lives greatly, therefore, we wanted him to do our wedding ceremony. However, he had a trial in June and was unable to do wedding ceremony for us. We are very sorrowful for Vitaly Korchevsky and his family, thus, we are praying for your wisdom Dear Judge Raymond J. Dearie.

We are asking you, Dear Judge Raymond J. Dearie, to dismiss the case of Vitaly Korchevsky and give him freedom to live Godly life with his family and church. He would gladly keep preaching the Gospel of Jesus Christ to his church and to many other people in the nation. We believe, that he would bring much more benefit to the people in America by being free.

With our great respect, we ask you judge Raymond J. Dearie to act with grace and mercy. "For he shall have judgment without mercy, that hath shewed no mercy; and mercy rejoices against judgment." James 2:13

With our greatest respect,

Ivan and Olena Dolzhanskiy

09/24/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Yelena Goncharenko and I live in Vancouver, WA. I am writing to you on behalf of Vitaly Korchevsky. I would like to say a few words about him. Vitaly is my husband's cousin. In August 2017 my husband died very suddenly. After his death my soul is crushed, I was scared, I was sad, I was empty. At that hard time in my life and my children's lives, Vitaly gave a lot of his attention to us. He supported my family spiritually every time he came to visit us in Vancouver. After our conversations, which were based on the Word of God, my pain subsided, my soul was at peace, and I was able to see that God had everything under control. Vitaly inspired me spiritually.

My youngest daughter Katya is a teenager and she was left without a father. At this age it is very difficult not to have a fatherly figure in life. Vitaly also helped her deal with death of her father.

We need the communication, the interaction, the contact with Vitaly. His inspiration and his open heart. I ask you to consider my letter when delivering a sentence. He is useful to the society if he walks free. God will be using him in ways we cannot imagine. May God bless you and everyone who decides the fate of Vitaly.

(Signature)

09/24/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Pavel Katko and Vitaly Korchevsky is my wife's cousin. I am honored to know Vitaly for at least 35 years. I want to say that Vitaly is an honorable and kind person. He fears God. He serves God and his church in through his work around the globe. I love listening to his sermons where he inspires people towards a holy life. A life free in Jesus Christ. In many of his sermons he teaches faithfulness and honest attitude toward others. He is a very big example to me and to thousands of other people. His sermons help me in my daily walk with the Lord. Everywhere we thought he goes, he gives love. I'm thankful to my Lord that he still has people like Vitaly who are honest and faithful in their service, and I ask you to give him mercy and your kindness when considering his situation.

(Signature)

09/23/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Raymond J. Dearie,

I, Aleksandr Gonchar, and my wife, Nina Gonchar, live in Syracuse, NY. We wanted to write to you in regards to Vitaly Korchevsky. I would like to testify for my brother by faith. I ask that you take into account my testimony when you pass judgement on his case.

We know Vitaly since 2001. We received many blessings through his preaching. Vitaly was a very sincere person and through his sermons, we have seen firsthand how people changed their lives for the better. To this day these people follow the righteous path and try to live by the word of God.

For us personally, a great indicator of his righteousness was the fact that many people have turned to God through his sermons. Many families were saved from falling apart because of Vitaliy. People have permanently changed their lives for the better.

I would like to ask Judge Raymond J. Dearie, to make the decision in favor of Vitaly Korchevsky, allowing him to walk free, because we believe that he will be useful for the church and our society.

Thank you for your consideration.

Sincerely,

Aleksandr and Nina Gonchar

09/30/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Dearie:

My name is Mikhail Sergeychik. Im writing to ask that you take my testimony of behalf of Vitaly into consideration. I myself do not know Vitaly on a close personal basis, but my best friend Yaroslav Zayats has known and worked together with him in the church service for over 20 years. When Yaroslav had an accident during construction of the Russian Evangelical Baptist Church in Westfield Massachusetts, Vitaly treated Yaroslavs accident as if it were his own. He not only visited him in the hospital as a friend, but also provided spiritual and emotional guidance as a pastor. He went above and beyond during this hospital stay to make sure Yaroslav was well taken care of and would receive the best treatment possible. During this tribulation Vitaly was also a pillar of support for the Zayats family financially and emotionally

This is just one of the many acts that Vitaly has done. When I heard about his arrest and subsequent guilty verdict I was shocked, because I have known Vitaly to be a very strong man in both ethics and morality with respect for God, country, and the law. I implore you to be merciful and lenient on Vitaly and to give him his freedom. He is a righteous God fearing man who just happened to be in the wrong place at the wrong time.

Feel free to contact me with any questions at 413-246-4566 or email me at mikhailss37@yahoo.com. Thank you for your time.

Sincerely,

Mikhail Sergeychik

August 3, 2018

Honorable Judge Raymond J. Dearier, we are family Malay and reside here in MN. We write to you dear judge and plead with you of our dear friend and pastor Vitaliy Korchevskiy. Please Honorable Judge find it in your heart to allow Vitaliy continue to be free and with his family, his church, and his community that so humbly stands by him. We have known Vitaliy as a man of high integrity that has never harmed and wronged anyone but always showed compassion and kindness towards everyone. We know Vitaliy as a spiritual leader in every area of our life. He reconciles marriages, he helps troubled youth and mentors them, he never turned anyone away when people come to him and asking for help. He is absolutely one of the most goodliest people we have ever encountered. He has done more things for the community in US and around the world more than we could ever recount. We have all been absolutely blessed by Vitaliy.

We are all pleading with you honorable judge Rayomond J. Dearier to please show mercy towards Vitaliy Korchevskiy and his family.  Vitaliy is a man of many great talents and skills. He is a respected man and so needed in our community. We are praying that the Lord will guide you as when  making a life changing decision for Korchevskiy and his family.

We thank you honorable judge!

With all our respect,

Family Malay

P. Mabey

09/22/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Raymond J. Dearie,

My name is Yuliya Miroshnichenko and I reside in the sunny state of California in the city of Sacramento.

I am writing to you regarding our dear pastor Vitaliy Korchevskiy. I ask that you please take this letter into consideration when reviewing Mr. Korchevskiy's case.

I do not know Pastor Vitaliy Korchevskiy personally but I have heard a number of his encouraging sermons that have strengthened my faith and the faith of my family members.

We know that he is a true man of God as the Lord does great works through Pastor Vitaliy Korchevskiy. If he was guilty God couldn't have used him to do these works.

May God bless you Judge Raymond J. Dearie!

Warmest regards,

Yuliya Miroshnichenko

09.22.2018

October 25, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Raymond J. Dearie,

My name is Emily Timakov (13 years old). I am writing this letter to you about Mr. Korchevsky my uncle. Mr. Korchevsky is a Godly man.

He helped many people with their needs. He also helped many spiritually. He always attended conferences and Christian Camps telling all ages about God. He brought many to Christ. Not only has he preached in comminutes throughout America, he also is the pastor of Brookhaven Baptist Church. He always welcomes guest from other cities, states and countries to his home.

My uncle helped my family with many things. He helped us buy a house and move into it when my mom was very sick. He also is very nice to people and kind to everyone. Especially when people ask to borrow something, he is not greedy but shares with people who don't have much. I know him as honest, truthful, kind and as one who lives by example.

During the court case Mr. Korchevsky did not lose faith in God. Our family and friends from all around the world are praying for him and his family. Please forgive Mr. Korchevsky and let him be with his family and us. This way he can also continue to spread kindness in the world.

Sincerely,

Emily Timakov

09/30/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Alexander Nikolayevich Goncharenko and I live in Vancouver, Washington. I am writing to you about Vitaly Korchevsky, and I would like to tell you a bit about my brother in faith, who is also my cousin. And I would wish that you would read this letter before the sentencing of Vitaly.

I have known Vitaly since childhood, and was always seeing him. I always like talking with him, because it was very interesting. He was different in how energetic he was, how smart he was, and how happy he was with life. But from 1995, when I moved to America, I saw him as a deeply spiritual man. This was seen not only in the words of his sermons, but also in his actions. To him, God is everything. He did not separate his service in the church from his work in finance. In fact, he helped people with his money, he served God with this. To this I am personally a witness, because I have experienced it myself.

Your Honor, even when he was under scrutiny, he continued to serve God with his sermons, and not only in his church, but he also visited other cities. If he was truly dirty, he would not have so much strength in the Word of God. He would have gave up a long time ago, shut himself in and felt pity only for himself. But this man puts all his faith in God like an honest man, and continues to serve the Lord.

Your Honor, Vitaly has been a good example to me in both life and in church service. I think that if he remains free, he will bring much more benefit to the world, than if he was locked up.

Your honorable Judge Raymond J. Dearie, I pray for you, as a servant of God, that You make this decision with mercy towards Vitaly Korchevsky. And may the Ever Lasting Judge of all people past and present, the King of kings, our Lord of lords bless you in all his bounties.

Respectfully,

Alexander Goncharenko

08/23/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Sergey Glushko and I live in Farmington, MN. I am writing to You this letter of support for Vitaly Korchevsky. He is my brother by faith through Jesus Christ. I want to testify as a character witness on behalf of Vitaly and ask You to take into account my testimony when You will be sentencing Vitaly.

I met him personally two years ago, though before that I have seen him at huge conferences in Minnesota. It just happened that personally we got to know each other when he came to stay at my house, he is a remarkable man who truly fears God! We had a long conversation around the table and it was great time.

After some time Vitaly came over here again to lead a family camp of our church and he with his family stayed in our house again; they are a great Christian family. It was a wonderful time when we had discussions about the Word of God.

I ask You, Honorable Judge Raymond J. Dearie, please make a decision regarding this matter about Vitaly Korchevsky and leave him as a free man.

May the Lord bless You


Sergey Glushko

10/01/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Dearie:


Dear judge Raymond J Dearie, our family Diner currently living in Snellville, GA writing to you about a case of Vitaly Korchevsky. Understanding your responsibility for making a decision before God, and the law we wanted to write to you with a request on making a decision to consider our testimony of Vitaly Korchevsky. We know him from year 2000 and he was always an example. He is a preacher of God's Word. And he was teaching people of God how to live holy. We can assume that somewhere in his life he did not act absolutely holy, but we can not believe that he would intentionally lie in front of the law and truth, knowing that getting away here on earth would not deliver from condemnation in the eternal life after. Matthew 10:28. May the Lord bless you to make a favorable on the case of Vitaliy Korchevsky.

With all due respect

Sincerely yours, Diner Family

09/14/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Dina Goncharenko and I am writing to you on behalf of my nephew Vitaly Korchevsky. I live in Vancouver, Washington. I know him from the date of his birth. He was very honest boy. We lived in Dzhambul, Kazakhstan at that time. Then he and his parents moved to Frunzi, Kyrgyzstan, but they visited us in Dzhambul. We have never seen him do anything bad even when he was a child. In USA, he also came to visit us in Vancouver. We were very happy to be able to see him and his family every time they came for a visit. Very happy to listen to all of his sermons. He inspires everyone around him to live a holy life for God's glory. He teaches only what the Word of God says. Recently I learned a lot listening to his sermons over the book of Revelation. This opened up many things for me that I did not understand earlier. Vitaly teaches good morals to walk hank-in-hand with the Bible and the teachings of Jesus.

I ask you to consider all the letters people send you on behalf of Vitaly. He is a ral Christian, one who lives exactly as he teaches others to live.

(Signature)

Date: 10/07/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:

My name is Aleksandr Korniyenko and I'm writing to you from Springfield Massachusetts. I'm writing to you about Vitaly Korchesvsky's case. Can you please consider my testimony about my Brother in Faith and my cousin when you going to judge his case?

I knew Vitaly for long time. I knew him the most when he first came to United States of America. Since then, he grew in faith and eventually become pastor. Vitaly was always striving to serve the Lord. It was his major priority. When he came to America he started to serve the Lord as youth leader in our Springfield Church, and then later also tried himself as choir director. Later on, he went to Bible college and got theological and business degrees and became a pastor. All thought the years I knew Vitaly, he was blessing to me and to the Christian community here and in other countries that he supported as financially and as preacher in his sermons.

Would you please allow Vitaly to be blessing to our community and let him stay out of prison? I know that doing wrong without knowledge of doing so don't make you not guilty. But it may allow you give mercy to such person. We plead to your mercy on Vitaly. From family members to his children and wife we all ask for your mercy in his case. He would be much fruitful and blessing to community outside of the prison. I could tell a lot about him, but I know that you would not have too much time to read all letters so if you have any questions please call me at 413-386-3118 and I will be glad to talk to you in support of Vitaly.

Thank you for reading this letter and May God Bless you in your life and decision for Vitaly's case.

Sincerely

Aleksandr Korniyenko

36 Karen Dr
Agawam MA 01001
(413)386-3118

09/07/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Dearie:


My name is David Selyukov.
I live in Minnesota, I am 9 years old.
My address is:
16179 Godson Circle
Lakeville, MN 55044

Every morning and every night I pray for you. Why? I think, it is not easy to do the job you do every day, I think that you need a lot of wisdom to do things right and to make right decisions. I asked my mom about the meaning of your name. I am always curious about it. My name means "beloved". We checked the meaning of your name on google. It means "guards wisely".

That means for me that I can ask you about something.
I want to beg you about pastor Vitaly Korchevsky that you will not send him to prison. I love him so much, he is such a good man.
I love to hear him preaching, I love to see how Christ lives in his heart.
We love Vitaly and I think that if he will not be in prison, his children will be so happy, too. Can you only imaging that those children will be without their daddy? It would be really hard for me and I do not know how I could make it.

Please, pray to God before you will make a decision, and I do believe, that He will help you to do things right.

Praying for you, dear Mr. Raymond J. Dearie, praying for your family, children.

May God bless you,

David Selyukov, 9 years old, Minnesota.

09/17/2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:


I am writing to bear witness to the good nature and character of Vitaly Korchevsky.

My name is Sergey Kalashnik & My family has been acquainted with Vitaly for quite some time now. In this time, I have only seen good works, and an upstanding display of public service, specifically in the church and it's community. Pastor Vitaly also took the time to travel and bless my marriage in the middle of this turmoil. Furthermore, I have some experience in the security industry and just cannot see Vitaly risking it all in this life and the next for capital gain. This is based on my personal witness of who he is and has been over the years as a public servant, and in my personal experiences as well.

My personal conviction is that Vitaly is a victim and I hope Vitaly is acquitted of all counts.

Thank you for your time,

Serge Kalashnik
Binghamton, NY
607.372.7790

09/17/2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Honorable Judge Dearie:


Dear Judge Raymond J. Dearie. My name is Krasnokutski Mary Rose, I live in Chaska, Minnesota, in the United States of America. I am writing this letter in relations with Vitaly Korchevsky. My desires are to witness my brother through faith. I ask of you to take account of my testimony in when you will endure a sentence in Vitaly's case.

The first time when I have officially met Vitaly was when I went to Pennsylvania to be there for a week. I spent a week at their place living at his house and spending time with my good friend Anna, his daughter. And during that time, I got to know him better.

Vitaly has influenced me in so many ways in my spiritual life. He has helped me understand how to find God's will when I cannot hear or understand God at that moment, and taught me how I should let my life be in God's hands, to trust Him with all my heart. Vitaly has helped me to understand God more and in how to make better decisions in my life, before my baptism that I took on the fifth of August. My life has changed for better after talking and listening to Vitaly online and in person.

I ask of you Judge Raymond J. Dearie, to answer the case by saying that Vitaly is innocent because he is very useful to his surroundings and in churches. Vitaly also has two beautiful children who love him very much and need him to be there when they are in the stage of life of exciting new journeys.

Thank you for your time to read this letter and may God bless you Judge Raymond J. Dearie and the people who are working on this case.

Sincerely,

Mary.

August 29, 2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Raymond J. Dearie:

My name is Andrey Drachev, I am 24 years old, and I live in city of Shakopee state of Minnesota. I'm writing you on behalf of my brother in faith of Jesus Christ Vitaly Korchevsky. I wanted to ask you to consider this letter before you would make your decision on Korchevsky.

I wanted to be honest and say exactly how everything is. I don't know Vitaly personally, however throughout few years of becoming a brother in faith, I kept listening his sermons online. The way I have been taught, is to always be careful when I find something online, because there are so many people that are crazy, and I have to be very careful on what I listen and what I watch. One time one of my friends has offered me to watch one of Vitaly's sermons, and I did, and it was about how to be truthful and honest to yourself and God.

So, I started watching his sermons once in a while. All of the sermons Vitaly was braking the understandings this world offers (addictions, selfishness, hate, and much more) he opened up the true Bible the true Gospel which is: love, faith, patience, kindness, mercy, honest to yourself, and willing to become better. He would always confront people and show that we all are sinners and need to change, which is true. It's obvious that God has been using Vitaly to be the light in this dark world. And It's obvious that God is changing lots of people through Vitaly.

So, with that being said, I want to ask you to make the right decision on Vitaly Korchevsky's life. He will bring more good fruits outside, rather than inside. But whatever decision you will make, I do want to say that may God bless you in this hard job and give you lots of Wisdom, Patience, Love, and Strength to be the Light and actually Help People.

Thank You,

 Andrey Drachev (Signature)

952-564-4514
Bradbury Cir Jordan,
MN 55352

**Honorable Raymond J. Dearie**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**

## To Honorable Judge Raymond J. Dearie:

Dear Judge Dearie, my name is Nelli Sokolov. I am 10 years old and I live in Vancouver, Washington state. Vitaly Korchevsky is my mom's cousin. The first time I remember meeting him was 3 years ago at my cousin's wedding.

In him I see a man of God. I've seen how teens come to Christ after hearing his sermons. Vitaly cares for people so much that he puts of food and sleep for a day and more to fast for them. I know that I've only known him for a little while but I learned a lot from him. I learned not to put away other people's needs and to trust God at all times. When he comes to Vancouver sometimes he stays at my family's house. His family is always thankful for every little thing. He is a very good example for every person.

When I found out that Vitaly was arrested I couldn't believe it, but it was true. When I found out that the Jury said he was guilty, I cried and prayed. I don't know what God has planned through this, but I believe that when he got arrested he trusted God and prayed. Your honor, please be merciful and do not put Vitaly Korchevsky in prison and give him freedom. Thank you very much for reading this.

Nelli Sokolov. 5017 NE 128th CT Vancouver, WA - 98682

Nelli Sokolov 09.15.18

October 7th, 2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

I, Kristina V. Bogdanov , live in Brush Prairie Washington United States of America. I am writing this letter regarding the case of Vitaly V. Korchevsky.

Vitaly Korchevsky is a brother to me through Christ; and I want to share my testimony about him. I ask that when you will sentence on his case, please consider this testimony. I have known Vitaly Korchevsky for a very long time. Often, I heard his seminars and conferences. Personally, I have met him in teens camp, where he was a guest speaker. Through his preaching, and humble spirit, I was drawn closer to God.

I ask You, Respected Judge Raymond J. Dearie, to solve the question regarding Vitaly V. Korchevsky as a blessing to the churches, all over the world, by leaving him free. May our wonderful Lord bless you, your family, and everyone else who is involved in God's servant Vitaly V. Korchevsky's case.

Sincerely,

Kristina V. Bogdanov .

October 6th, 2018


Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Raymond J. Dearie!


We, Anatoly and Vera Korniyenko, live in Charlotte, NC. We are writing to you in regards to Vitaly Korchevsky. We wish you could use our testimony while your sentencing of Vitaly.

Vitaly is our nephew and a man of God.

Vitaly has always been serving God with no pay and was generous in helping people in need.

We know Vitaly since his childhood and have nothing negative to say about him.

We ask you, your honor, to consider not giving a sentence to Vitaly but let him live with his family. He has been through so much already.

Thank you so much for your attention to this matter and for considering our petition.

Sincerely,

Anatoly and Vera Korniyenko

08/30/2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Raymond J. Dearie:

 My name is Krasnokutski Mark, I live in Chaska, Minnesota, in the United States of America. I am writing to you regarding the events that have happen with Vitally Korchevsky.

I wish to write a testimony about my brother in Christ. I ask that you count my testimony, when you will be judging him. First of all, I met him at a Christian camp, that my church organizes every year for families to get together with their kids and for a few days not worry about the regular life at home and hear something spiritual. Every time we have camps, we have guest speakers and this camp.  Vitaly came with his family to the camp as a guest speaker, that is when I first met him. Before that though I have heard about him that he is a great man of God and a great person to talk to. For me he is a man who is really grown spiritually, so he is someone I know that if anything I can talk to him about something spiritual and would most likely have an answer.

Also listening to him preaching he can touch a person on such a deep spiritual level and because of that I have a deep respect for him.

So, what I'm asking is for you to rule that Vitaly Korchevsky could stay home with his family and not go to jail. Thank you for taking the time to read my letter, Judge Raymond J. Dearie, and may God bless you and everyone involved.

Mark Kranokutski

September 20, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Vladimir I. Zhelavskiy and my wife is Irina S. Zhelavskiy. We are residing in Blaine, MN. We are writing to you this letter of support for Vitaly Korchevsky. We would like to testify about our brother in faith and we ask that you take our testimony into consideration when You will make your final decision in regards to him.

We have known Vitaly for more than 10 years. He has visited our church multiple times and participated in conferences. He had also participated with preaching at our union conferences of The Midwest Association of Slavic Churches. We personally met him during one of those conferences. Through listening to his sermons, we grew spiritually. We often listen to his sermons online and, therefore at every opportunity, we enjoy speaking with him in person.

During one of those meetings, he gave good Christian advice to our sons in regards to choosing a spouse. Today they are married and grateful for his timely advice.

Several years ago, we met with Korchevsky in Moldova. We had traveled to visit our parents and at that time he also had organized a conference in our parents' church. His participation in the conference was a blessing to many.

We ask you, Dear Judge Raymond J. Dearie, to consider our testimony, that he is a very useful and blessed brother not only in the USA but even in Moldova. We greatly desire to continue to have our fellowship with him and to see him organizing and participating at conferences. Currently we are listening to brother Vitaly Korchevsky's Bible study on the book of Revelations that he is currently teaching in his church every Wednesday. It is our desire that he will freely continue this type om ministry in this free country of USA.

Judge Raymond J. Dearie; we bless You and trust that God gave You this power, and have faith that You will bring forth a positive decision. We pray for our government for the Bible calls us do this.

Our address: 10633 Able St. NE
                       Blaine, MN 55434

Vladimir I. Zhelavskiy and my wife Irina S. Zhelavskiy
Ivan and Yulia Zhelavskiy
Veniamin and Valentina Zhelavskiy
Daniil and Marina Yurik

August 10, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

Our names are Vladimir Lunin and my wife Anna Lunina, and we live in Columbus, Ohio. We are writing this letter of support for Vitaly Korchevsky. We wish to testify about our brother in faith and we would like to ask You to consider our testimony when You will pass the sentence in his case.

We first met brother Vitaly in 2011. He helped us to settle in a new place when we just moved to Pennsylvania. Having become members of his church, we received immense blessings through his sermons and through personal fellowship with him.

We have never not met a more open, sincere and virtuous person, who at any moment is ready to come over to help anyone (with advice and deed). We still experience great blessings through the sermons of our brother Vitaly Korchevsky.

We ask You, Honorable Judge Raymond J. Dearie, to please make a decision on this issue regarding Vitaly Korchevsky for the benefit of the community and the church, and leave him as a free man.

Honorable Judge, and all who take part in the case of Vitaly Korchevsky, we wish you God's blessings and hope the you will make a wise and right decision.

Respectfully,

Lunin Family

August 10, 2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Honorable Judge Raymond J. Dearie,

My name is Valentina Dolzhanskaya and I live in New Hampshire, USA. I am writing to You this letter of support in regards to the case of Vitaly Korchevsky. I wish to testify about my dear brother by faith. I ask that you would please consider my testimony when you will make a sentencing decision in his case.

I first met brother Vitaly 15 years ago in the House of Prayer (in church), listening to a sermon from the Word of God. Vitaly Korchevsky has strongly influenced my life in the moral, spiritual and ethical life just as a good shepherd.

I ask Your Honorable Judge Raymond J. Dearie, to decide the issue the way so to keep Vitaly Korchevsky free, as a person beneficial to the community and the church, leaving him at liberty. As a free man he will bring much more good to the people of America than what he will do if he will be in confinement.

I ask You, Honorable Judge, to act accordingly to the Word of God and You will reap so much blessings from the Lord.

"For judgment is without mercy to the one who has shown no mercy. Mercy triumphs over judgment." James 2:13


With Full Respect and Thankfulness,

Valentina Dolzhanskaya

August 29, 2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Honorable Judge Raymond J. Dearie,

My name is  Nikolay Injirov and I live with my family in Binghamton, NY. I am writing this letter of support for Vitaly Korchevsky. My desire is to testify about my brother in faith and I ask that you would please take into account my testimony when you will pass sentence in his case.

Even prior to meeting with Vitaly Korchevsky, I had had a very good testimony about him from my friend and relatives who knew him even in his youth years.

Personally, I met Vitaly in 2004. From that moment, after having listened to his sermons, discussions, having attended conferences, seminars, congresses and fellowships and after having often visited the church where Vitaly Korchevsky fulfills his duties as a pastor, I can surely testify that this man fears God and serves God. He is a righteous man who is very responsive to the needs of other people. He is an example for me, my wife, and our children.

We, along with our children, constantly ask our Lord in prayers to save and deliver our brother Vitaly Korchevsky from an unrighteous judgement.

We ask You as well, Honorable Judge Raymond J. Dearie, to please make a decision regarding this matter with Vitaly Korchevsky in benefit to the community and churches, and keep him at liberty.

Honorable Judge Dearie, we want to wish you and your family blessings and good God fearing people on your path to eternity!


Respectfully,

The Injirov Family:
Nikolay, Anna, Mark, Diana, David, Lilia

September 20, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Nicholas Vlad Krast and I am residing in Minneapolis, MN, USA. I am writing this letter of support for Vitaly Korchevsky. I would like to testify in regards to my brother by faith and I ask you to consider my testimony when You will be making a sentencing decision in his case.

I met brother Vitaly thirteen years ago. I was genuinely impressed by his firm faith in God and in God's Word. I was impressed by his life's principles and honesty. He always taught obedience to God, how to be just, honest and valuable for the society. I witnessed that brother Vitaly always tried to behave the same way as he preached and taught the people round him.

I ask Honorable Judge Raymond J. Dearie to decide the case of Vitaly in benefit to society and churches, leaving him at liberty.

Honorable Judge Raymond J. Dearie, may God bless you in your work, for the good of our great country – the United States of America.

Respectfully,

citizen of the United States of America, Nicholas Vlad Krast.

09/18//2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Dearie,

     I am Anastasia Sokolov from Vancouver, WA. Vitaly Korchevsky is my second uncle whom I've known personally for several years now. From the very first time I met him, Mr.Korchevsky was a loving, kind and virtuous person. Even before the incident, Vitaly Korchevsky was a great example for all of us. Despite being a millionaire, Vitaly lived very modestly. You could really tell that he didn't spend the money on his wellbeing. Instead, Vitaly used the money to help others and praise God. I've heard of many stories of him donating money, and even giving it to people in need without being asked. Mr. Korchevsky visited us in Washington with his family several weeks before his accusation. Every time we would go somewhere on trips, or to dinner, Mr. Korchevsky insisted to pay for his own family. He wouldn't let us pay for them in any way. Not because he was prideful, but because he didn't want us to worry about costs. Mr. Korchevsky lived for Jesus Christ, putting himself before others, and serving others. This is why I was shocked when I heard of the things that he was accused of.

     I am not the only one who thinks of Mr. Korchevsky as generous and honest. Many people have been witnesses of his kindness and generosity. Being a popular pastor, and preacher, Mr. Korchevsky sacrificed a lot of his time to talk and counsel with people. Even when he visited our family, he would often stay up late into the night talking, and helping people. I heard many testimonies of lives being changed thanks to Vitaly Korchevsky's sermons and actions. Even I, have learned a lot by listening to him and seeing his actions. Thanks to his wise counsel, my life also changed a lot over the last couple of years.

For these reasons and many more, I ask that you will consider showing mercy to Vitaly Korchevsky and granting him freedom. I don't know if this letter will affect your decision regarding Mr. Korchevsky's sentence, but I thank you for reading this letter. God bless you, and may He help you make this important decision.

Sincerely,
Anastasia Sokolov

August 2, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

I am writing this letter in regards to Vitaly Korchevsky.

I have known Mr. Korchevsky for the past five years to be a Godly and honest man. He has been a spiritual mentor to me personally during my hard times. About five years ago, I came to up to Pastor Korchevsky and asked him to support me in prayers. I was losing hope that I was going to get married, but he encouraged me to trust God. Since then, I got married and already have two beautiful girls. Pastor Korchevsky has been a blessing to our family through his sermons and personal advice.

Our Slavic communities need people like Pastor Korchevsky.

Please be merciful in his case as You make the final decision, because I truly believe that there are many more singles and families who will benefit from his ministry and his spiritual guidance.

Thank You for your time.

Evelina Voytikov

Seattle, WA

September 2, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Respectable Judge Raymond J. Dearie,

I, Baiuklin D. Nikilay, my wife Baiuklin A Tatiana, and her brother Mekulov A. Sergey, we live in Erie Pennsylvania, US.

We write to You about our brother in Christ Vitaly Korchevsky. We would like to be witnesses about our brother in faith. We ask You to please consider our words when You will be carrying out his sentence.

We know our brother in God for a very long time. Seeing his life, hearing his sermons, we saw that he was a good and loving Christian, a pastor who love God. His life and sermons influenced us and our lives and were a blessing for us. His words and actions were always true to the Word of God.

I ask Judge Raymond J. Dearie to solve the question about Vitaly Korchevsky, who is a useful person to the community and the churches.

May God bless You, Honorable Judge Raymond J. Dearie, and those who are carrying out this question about Vitaly Korchevsky – God's humble servant.

Nikolay D. Baiuklin

Tatiana A. Baiuklin

Sergei A. Merkulov

October 8th, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

I, Alina V. Bogdanov, live in Brush Prairie, Washington United States of America. I am writing this letter regarding the case of Vitaly Korchevsky, and I have a desire to testify about my brother in Christ. I am asking you to consider my testimony when you will sentence in his case.

I first met Vitaly Korchevsky at teen's camp, where he was a guest speaker. However, I have heard about him long before that, and listened to him preach at conferences and seminars. His sermons and small group conversations have made a big impact on my life. Through his preaching, I grew spiritually, and learned multiple lessons that helped me in both social and personal life. His teaching is always at an understandable level, and can be easily applied on a daily basis.

I ask, Respected Judge Raymond J. Dearie to solve this case in the favor of Vitaly Korchevsky as a blessing for the community and churches, by leaving him free.

May God bless you and everyone else who is involved in solving, and passing sentence for the case of God's servant, Vitaly Korchevsky.

Sincerely,

Alina V. Bogdanov

August 5, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Raymond J. Dearie,

My name is Svetlana Stovbyr, I am a Registered Nurse of 12 years in Washington State. I am writing to You regarding Vitaly Korchevsky.

I have known Vitaly for at least fifteen years through his preaching and personal visits to Salvation Slavic Church in Edgewood. I consider him to be an honest man. His preaching and righteous life has always encouraged me to follow his example and live in godly ways. When I had difficult situation in my daily life, I would frequently watch recording of Vitaly's preaching, and his sermons provided peace to me and helped me make morel decisions. I even had a blessing to talk to Vitaly directly and ask for his advice, in which, he not only kindly offered me a biblical solution, but also prayed with me for God's guidance in resolution of my situation. Moreover, several years later, it was a blessing to learn that Pastor Korchevsky still remembered my problem and continued to pray for me.

As a citizen of the U.S. and a person who has gotten to know Vitaly Korchevsky personally, I am asking for your mercy for this case. Our nation is in need of more godly people like Vitaly Korchevsky. Our Slavic society needs him to remain free from incarceration and to continue helping many people find their way to God and a righteous life.

Thank You for your hard work as a Judge and for helping to improve our society. I pray that God would give You wisdom in making the right decision.

Sincerely,

Svetlana Stovbyr, RN, BSN

30128 41st Ave South

Auburn, WA 98001

August 3, 2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



Dear Honorable Judge Raymond J. Dearie,


My name is Anna Zderzhuk and today Honorable Judge I am writing to You with a plea for mercy over Vitaly Korchevsky's sentencing decision that You will be making.

We have known Vitaly for many years and he has been a mentor, counselor and a teacher for my family and many other families. He is a great family man and his life was always an example to everyone. We have never known another person as selfless, generous, and graceful as Vitaly.

We would like to ask You to please show mercy to our friend and pastor that we all look up to. He has been the biggest blessing to us.

We thank You Honorable Judge Raymond J. Dearie for taking your time and reading my letter

May our God bless You.


Sincerely,

Anna Zderzhuk

October 7, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Allan V. Zaitsev, and I am writing this letter of support for Vitaly Korchevsky. I wish to provide a testimony for this man and I beg You to consider my witnessing when You will pass the sentencing for him.

I personally know Vitaly for over ten years. Having known him for all those long years, I can characterize him as a very kind and honest man from both human and spiritual sides! I personally have seen his physical and spiritual dedication to the work as a pastor and a president of the Slavic Evangelical Baptist Union. I have also been aware of the fact that he personally financially assisted people who are in distressed situations of their lives. He always has been sincere and loyal Christian I his serving to people.

As a pastor and a president of the Baptist Union he was always fully transparent financially and never seek any personal financial gain for himself. I can testify that Vitaly not just preached, but personally lived following the Christian principles of faith. His Sermons and his personal example of his life inspired me to live and to serve people around me as it was commanded by Jesus Christ.

I respectfully urge You to leave Vitaly as a free man, as man needed and useful for the society, for churches and for the young people of our country!

Thank You, Honorable Judge, for your attention and your time to read this letter.

May God bless You!


Respectfully,

Allan Zaitsev.

July 31, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Svetlana Aleksandrovna Nazarova, and I am residing in Portland, Oregon. I write to you this letter of support for my dear brother in faith. I wish to testify on behalf of him and I beg you to consider my testimony when You will be deciding on the sentencing for him.

I have known brother Vitaly for a long time. He visited our church many times to preach for youth conferences, family gatherings and other services.

Each of Vitaly's sermons touched my heart. Every time it would make me to think about my life much deeper and made me to change many things in my life. Vitaly took part in our family conference in October of 2017. After this conference my relationship with my husband and my relationship with my children significantly improved.

I ask You, Judge Raymond J. Dearie, to decide the sentencing of Vitaly, regarding him as a person beneficial to society and the churches, and grant him freedom.

May God bless You, Judge Raymond J. Dearie, and all those who decide on the issue of God's servant Vitaly Korchevsky, to make the right decision.

Respectfully,

Svetlana Aleksandrovna Nazarova

August 25, 2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



Honorable Judge Raymond J. Dearie,

May God bless you!
My name is Pavel Glushko, I live in Prior Lake, Minnesota. I am writing this letter of support
for Vitaly Korchevsky. I have a desire to provide a testimony in regards to my brother in faith
and ask you to consider my testimony when You will decide on the sentence in his case.

My family and I became acquainted with Vitaly Korchevsky a long time ago. He visited our
church, participated in many conferences, seminars. Vitaly Korchevsky is one of few pastors
who cares about every person and understands his responsibility before God for his service
before Him. He is the type of person who will not walk away from anyone who is in need. For
my family and me he serves as an example. We had invited him to lead a family camp in
Minnesota, where many received great blessings.

I beg you, Honorable Judge Raymond J. Dearie, to leave Vitaly Korchevsky at liberty.

May the Great God bless you, your family and all who will be involved in a decision making
process on the case of our brother and God's servant, Vitaly V. Korchevsky.

Respectfully,

Pavel & Natalia Glushko

08/31/2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:


My name is Ilya Krasnokutski and my wife Lyubov Krasnokutski, and my son Matthew Krasnkutski. We live in the city of Chaska, Minnesota.

We are writing to you concerning the events that are happening with Vitaly Korchevsky, we wish to witness for our brother in Christ. We met Vitally in the beginning of the 2000's, when he came to visit our church and to fire up the children of God with the Word of God. Also, every time we met up with him, you would always get a great spiritual boost. We also watch a lot of his sermons on the internet with our family, how he speaks at the congress, churches, how he teaches at different services how to live a Godly, clean life.

He is a very kind hearted, hardworking and trustworthy server of God.

So, we are asking you, Judge Raymond J. Dearie, to think about our letter when you think about deciding Vitaly Korchevsky ruling and hopefully you will let him go free for he will be more useful and helpful to everyone if he will go free.
God bless you and everyone involved in this case.

Sincerely,

Ilya, Lyubov and Matthew Krasnokutski

10/05/2018


Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Dearie:


My name is Anastasiya Kosteva, I am 20 years old and I live in the state of Massachusetts. I am writing to You this letter of support for Vitaly Korchevsky, a person I whom know as a good preacher, minister, and a kind person.

I met him about a year ago at one conference that he preached at. The thing was, during that time I was dealing with some serious personal distress in my life, ones that I wanted to talk about with an experienced minister, who it turned out to be Vitaly. After the church service, he kindly agreed to talk. And after our conversation I was personally convinced that this person defiantly loves and fears the Lord. I firmly believe in this.

When I heard about his conviction, I was shocked. I beg You to show him mercy, because I know personally how much he has helped people.

Respectfully

Anastasiya Kosteva

09/14/2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Yelen Katko and I am Vitaly Korchevsky's cousin. We grew up together until life separated us, but in USA we got to meet again. Even though we live in different states and different cities, and across the whole country from each other, we get to see each other often for which I thank my Lord. I know Vitaly as a man of God who lives in accordance with the Bible. He is a very kind and positive person. Every time we meet and every time I listen to his sermons online or in live, God changes things in my heart. The Word of God is able to reach many, many people through Vitaly's work.

I ask you to give him and his family mercy. God will bless and repay you. God is just. My family and I thank God that He has people on this earth that serve Him giving up a lot in their own life to teach Jesus' teaching.

(Signature)

10/03/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

We are the Kuzminov family, our names are Oleg and Vera Kuzminov.

We met Vitaly Korchevsky in February 2013, when we moved from California to Pennsylvania. For a period of one year we both were attending the church where Vitaly Korchevsky is a pastor, we were listening to the sermons preached by him and got close with Vitaly and his family.

We know Vitaly Korchevsky as a man of God!

May the Lord bless You in making the decision concerning this case, so that You would not sentence an innocent man.

Respectfully

Oleg and Vera Kuzminov

09/28/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Alexandra Rasul, and I live in Bonaire, GA. I work as an assistant director of a real estate firm, and my husband is a military veteran and we have two kids.

A few years ago, I had the opportunity to meet Vitaly Korchevsky, about who I had heard many good things from colleagues at work. After our meeting I saw a few of his sermons on YouTube and I was convinced of what kind of person he was! He is very responsive, good-natured, honest, kind hearted, sincere, trustful, selfless…. and the list can go on and on. He is always ready to support and help people in any situations not even thinking of the consequences to himself. He preaches and calls people to love God, to be honest, to be compassionate and understanding to those around us. All of these characteristics belong to this very generous person. I would love to meet many more good and respectable people that are like Vitaly on my way through life!

It was an absolute shock to all of us to find out about the arrest of Vitaly and the conviction. I would ask that You take another look at the charges against Vitaly Korchevsky. I ask You to show mercy towards Vitaly, and not allow such a man to be locked up.

I thank You beforehand for the time You spend and for looking into this decision concerning a man who could influence many people down the line.

May the Lord help you always and in everything You do!

Respectfully,

Alexandra Rasul

09/12/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Irina Kuznetsova. I would like to express my gratitude to You for Your service for the law and justice of this country!

May the Lord bless You and your family!

I would also like to ask You to render mercy to our brother in faith, Vitaly Korchevsky.

You will have to make the decision concerning Vitaly's fate. May the Lord steer Your heart!

I would like to give You my testimony regarding Vitaly Korchevsky and his service to God and people.

For many years Vitaly has been serving and teaching about God. Many people came to the Lord because of his sermons, many made the decision to abandon their sinful way of life to start a new, pure and Christian life. We all love Vitaly very much and testify about him as of a person that is sincere, honest, God-fearing, the one who loves the Lord with whole his heart, and who serves God and those around him. This man serves for the Lord and sacrifices his time, family time and always responds to anyone that calls out to him for help. There aren't that many people like him in today's world.

If You could get to know Vitaly a little bit better, You would whole heartedly agree with my assessment of him and You would be in good graces toward him.

I ask You, Honorable Judge Raymond J. Dearie, please hear our supplication to You and show your mercy toward our dear brother Vitaly, please leave him as a free man and do not send him to prison!

This person is so valuable to us and he could still do so much work for the Lord if he remains free!

Respectfully,

Irina Kuznetsova

09/21/2018


Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Dearie:


My name is Lubov N. Logvinovich and I live in Harrisonburg, VA. I am writing this letter of support for Vitaly Korchevsky, who is my brother by faith. I am asking you to take into account my testimony when you will consider imposing a sentence for him.

I met Vitaly one year after I moved to the USA. At that meeting Vitaly and his wife invited us to attend their church. Vitaly actually allowed my family to stay in their house with their family for temporary housing, he provided assistance with finding a job, and helped to arrange schooling for children. Vitaly is very hospitable, very compassionate and very friendly. I saw in Vitaly a man who truly loves God and who us ready and willing to help people in all life circumstances. In any issues that has to do with any lie or hypocrisy or double-dealing Vitaly proved to be always very straight and adamant. He always called to resist anything that is sinful. Vitaly always respected government and authority.

Vitaly's sermons, seminars and any small circle discussions were always a source of big blessings for me personally and for my children.

I do want to express my doubts regarding Vitaly's guilt. Because of all of this I am begging you, dear Judge Raymond J. Dearie, please make a lenient decision toward Vitaly Korchevsky. He is not the man who could do any harm to the society or the government. I plea with you Honorable Judge Raymond J. Dearie, please review carefully this case again and let Vitaly be at freedom.

We continue to pray for you Honorable Judge and for the entire judicial process of this case. We believe that above all of us there is God, and He is directing the hearts of people and those in authority, and all who is in the position to make decision regarding God's servant Vitaly Korchevsky.


May the Lord bless you.


Lubov Logvinovich

August 4, 2018


Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Honorable Judge Raymond J. Dearie,


We are sending this letter to share how Pastor Korchevsky has helped us personally in our marriage. My wife and I grew up in a Slavic community, where Pastor Korchevsky has often been a loved speaker at church youth camps and conferences. To this day, we remember his sermon topics. They have helped us to become better Christians and responsible citizens. Last year our church invited him to a marriage retreat, and his sermon opened our eyes to the responsibility God puts on parents for creating an atmosphere of holiness in the home, as he had expressed, "a cover of holiness", where children can grow up being obedient to parents and the Lord.

We understand that soon You will be making a final decision about his case and we ask that You consider the positive influence he made on our family. We pray to see him continue ministering to many more young families like ours.


Sincerely,

Rd. Vladimir Stovbyr, OD

Alina Stovbyr


Vancouver, WA

10/06/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:

Your Honorable Judge Raymond J. Dearie, my name is Nadejda Goncharenko and I live in Vancouver, WA. I am writing this letter of support for Vitaly Korchevsky. Please, take my letter into consideration when you will be making a decision regarding Vitaly.

I have known Vitaliy for about 17 years. He is my husband's cousin. We socialized between our families quite often. I have gotten to know Vitaliy as a good person. I see that he is an honest, God-fearing and sincere person. I have never seen any pretense or hypocrisy in him. It is known to me for sure that he has helped many people.

Honorable Judge Raymond J. Dearie, Vitaly Korchevsky as a free man can bring a lot of good for those around him. Please, take my letter into account when you will be deciding this matter.

Respectfully,

Nadejda Goncharenko

August 10, 2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie,

My name is Vasiliy Dolzhanskiy and I am residing in New Hampshire, USA.

I wish to testify about my brother by faith Vitaly Korchevsky and I ask You to take my testimony into consideration when You will be making sentencing decision on his case.

I first met brother Vitaly fifteen years ago in the House of Prayer when he was preaching his sermon from the Word of God. That sermon, even to this very day, had greatly helped me in my spiritual and moral life.

I beg You, Honorable Judge Raymond J. Dearie, to make such a decision on this case so that Vitaly Korchevsky could remain free, as a person beneficial to the community and the church. Vitaly as a free man will brig so much more value to the people of America than in confinement.

I ask You, Honorable Judge, to act accordingly to the Word of God. May the Lord bless you.

"For judgment is without mercy to the one who has shown no mercy. Mercy triumphs over judgment." James 2:13

Respectfully And With Thankfulness,

Vasiliy Dolzhanskiy

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


## To Honorable Judge Raymond J. Dearie:

Dear Judge Dearie, my name is Matthew Sokolov. I live in the state of Washington, city of Vancouver. I am writing to you about Vitaly Korchevsky. Vitaly is related to me through my mother, she is Vitaly's cousin. For me he is an Uncle. I knew Vitaly as long as I remember but I met him face to face for the first time at the year of 2015. He came to Vancouver to be at my cousin's wedding.

In my whole life, I never heard anything negative about him. When he came over and Vitaly and his family visited us, our pastor asked Vitaly to preach every opportunity he had. Also, he stayed after each church service for a long time doing free Christian council. Many people depend on him and trust his advice.

Several year ago, I personally witnessed when he was invited to be a speaker at a Christians teens camp and how his ministry brought many teens to Christ.

Please consider my testimony about Vitaly Korchevsky. As a relative and a witness of his ministry, I ask that you spare Vitaly from imprisonment and give him freedom.


Matthew Sokolov 09/16/2018

5017 NE 128th Ct

Vancouver, WA-98682


*Matt S. 9/16*

10/15/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Dearie:


Dear Judge Raymond J. Dearie, my name is Very Shalygina and I am a member of the Slavic Baptist Church of Manchester, New Hampshire. I am a Sunday School teacher, I also teach Russian language in our church, and also work with the children choir for the Glory of God. I am writing to You this letter of support for Vitaly Korchevsky.

I would like to testify for my brother in faith, and would like for You to take my testimony into account when You will be sentencing Vitaly.

I have known Vitaly since 2004. I visited many church services where Vitaly was a speaker, as well as other Christian seminars and conferences with his participation at such events. At one of the conferences in Camp Echo, New York, our daughter Kristina turned to God, and changed her life for the better. During another conference where Vitaly preached our niece Jen also came to God.

Brother Vitaliy took part in many missionary trips.

Also, when I studied in Bible college, we had a subject called "Caring for the Soul" which was taught by Vitaly. He taught how to support people, how to bring them to God, and how to communicate and care for different people with different issues in their life.

Having listened to Vitaly's sermons that are available on the internet, it makes you to see all different circumstances of life from a completely different perspective. Those sermons are real encouragement and support as we go through this life which is very often is not that easy path at all.

I ask You, Honorable Judge Raymond J. Dearie, to make this decision concerning Vitaliy, and to keep in mind how valuable he is to our churches and community, and to leave him free.

May the Lord bless You abundantly!

Think You very much!

Respectfully,

Vera Shalygina

09/21/2018


Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Dearie:

My name is Vyacheslav I. Logvinovich and I live in Harrisonburg, VA. I am writing this letter of support for Vitaly Korchevsky, who is my brother by faith. I am asking you to take into account my testimony when you will consider imposing a sentence for him.

I met Vitaly one year after I moved to the USA. At that meeting Vitaly and his wife invited us to attend their church. Vitaly actually allowed my family to stay in their house with their family for temporary housing, he provided assistance with finding a job, and helped to arrange schooling for children, and with other routine matters regarding settling in the USA. Vitaly is very hospitable, very compassionate and very friendly. I saw in Vitaly a man who truly loves God and who us ready and willing to help people in all life circumstances. In any issues that has to do with any lie or hypocrisy or double-dealing Vitaly proved to be always very straight and adamant. He always called to resist anything that is sinful. Vitaly always respected government and authority.

Vitaly's sermons, seminars and any small circle discussions were always a source of big blessings for me personally and for my children.

I do want to express my doubts regarding Vitaly's guilt. Because of all of this I am begging you, dear Judge Raymond J. Dearie, please make a lenient decision toward Vitaly Korchevsky. He is not the man who could do any harm to the society or the government. I plea with you Honorable Judge Raymond J. Dearie, please review carefully this case again and let Vitaly be at freedom.

We continue to pray for you Honorable Judge and for the entire judicial process of this case. We believe that above all of us there is God, and He is directing the hearts of people and those in authority, and all who is in the position to make decision regarding God's servant Vitaly Korchevsky.


May the Lord bless you.

Vyacheslav Ivanovich Logvinovich

10/06/2018

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

My name is Elvira Bogdanov and I live in Brush Prairie, WA. I am writing to You this letter of support for Vitaly Korchevsky. I would like to provide a character witness for my brother in faith. I plea with You to consider my testimony when you will be imposing sentence for Vitaly.

I first knew of Vitaly when he preached in our church. He occasionally visited the church in Vancouver, WA - Slavic Grace Baptist Church. I really like his sermons and seminars. I thank God every time I get to hear him. I remember how Vitaly preached in our church 6 years ago, on Oct 22, 2012, and I still remember the topic, "Family Relations" and he read from 1-Corinthians 7:14.

"For the unbelieving husband has been sanctified through his wife, and the unbelieving wife has been sanctified through her believing husband. Otherwise your children would be unclean, but as it is, they are holy."

This sermon truly touched me, and I understood that children are not sanctified through the church, but only through the life of one or both of the parents within the family. What kind of holiness am I showing to my husband or kids? Christ should have been seen in my everyday life and my kids, when they see how I walk before the Lord, they will follow Jesus as well.

And not too long ago, Vitaly visited our church again. On 04/27/2017 there was a seminar specifically for ladies. I personally love to hear the sermons, especially those that are related to me. On those occasions I try my best to attend such seminars. First, it is so quiet and peaceful and makes you feel free inside. Second, there are only women and the Word of God is taken and perceived in an unusually special way. Brother Vitaly and other preachers talked about different examples of Christian women and how the Word of God changed and benefited their lives. For instance, after the resurrection of Jesus Christ, he first appeared to Mary and not to the apostles. I understood that Jesus held women in high regard. And then, wives and moms are more loving and gentler than fathers. God gave us, women, this special sensitivity. Before that seminar I always thought that my husband just didn't notice how much our kids needed his care simply because he is always busy. From then on, I understood very clearly that it is my responsibility to bestow much gentleness and tenderness upon my husband and children, it is me who has to bring love into the family. I really like Vitaly's phrase that I will most likely remember for the rest of my life, "A house without a daughter, is like a house without a heater." For me this was a great encouragement as my first four kids were daughters. This means that our house should be full of love, kindness and tenderness. Praise be to God!

I also heard from Vitaly a very important principle; we should not push our kids to do something by our words, but should pull them through with our own personal example. This means not only keeping the house clean, but also the spiritual matters of life. For example: do I want the kids to read

the Bible everyday and to live by it? In order for that to happen, they need to see how their mom read it every day, pray and live by the Bible. When the kids see all that, they will behave likewise. I did not expect to hear that the reputation and the position of the husband in the family, at work, between relatives and friends depends solely on wife's attitude to her husband. I did not think that my behavior and conversations influence reputation and position of my husband. What kind of example am I to my kids? Do I raise the authority and reputation of my husband in the eyes of the family? Is my husband known and respected at the gates of the city? (Proverbs 31:23) Do I repay my husband with kindness in all things? (Proverbs 31:12) Do I build up my house, or tear it down? Vitaly touched all these issues in his discussions. I personally along with other ladies took a lot of advices for ourselves that evening and we asked ourselves following questions:  Do I want my kids to have a father who is truly a Christian man? Do I want my kids to grow up for the glory of God and to be a benefit to the world? All of this depends on me.

I have heard many sermons from Vitaliy on YouTube, very powerful message comes out of his mouth, it truly a Word from God. Some sermons have personally touched me very deeply, such as "The Love of God the Father" and "Bitterness", they made me see that I shouldn't wait for people to shower upon me love and attention, but to go out first and show God's love and attention to other. To Pray for everyone, especially those that hurt me. Like one older person once prayed, "Lord forgive them, because I have already forgave them," and he never hold a grudge. Any resentment is stress on your nerves, and nerves are your health.

And lastly, I worked with Vitaly personally in August 2017 during a camp for teenagers. And even though I was a helper in the kitchen, and he was a speaker, I always saw or heard him, he projected God's light, meekness and humility in everything he did. He did not speak highly of himself, but instead simply, so that the kids, teenagers, adults and older people could all understand. His arrival always filled the heart with joy and thankfulness to God, that there are people serving Him in this world. May the Lord bless Vitaliy and his work for God!

I ask You, Your Honorable Judge Raymond J. Dearie to decide this question about Vitaly, but to remember that he is valuable to our churches and communities, and to leave him free.

May the Lord bless You and Your staff!

May the Lord shine His light upon You!

May the Lord give You peace!

Elvira Bogdanov

October 6th, 2018

Honorable Raymond J. Dearie

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Raymond J. Dearie:

I, Tatyana Safonov, live in Charlotte, NC. I am writing to you in regards to Vitaly Korchevsky. I wish you could use my testimony while your sentencing of Vitaly.

Vitaly is my cousin and has briefly lived with our family when he moved to United States. I remember him as well-mannered and caring individual.

He has led our church youth group for a while and was an example of integrity.

I ask you, your honor, to consider giving Vitaly freedom as you pronounce your sentence on him.

Thank you so much for reading this letter and for your thoughtful consideration of its content.

Sincerely,

Tatyana Safonov